**Exhibit A**

## Doe #1 (151.202.68.247 2005-04-25 01:46:38 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Banda El Limon | Que Se Te Olvido | Me Caiste Del Cielo | 234-188 |
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| BMG Music | Luther Vandross | I'd Rather | Luther Vandross | 298-047 |
| Warner Bros. Records Inc. | Linkin Park | Cure For The Itch | Hybrid Theory | 288-402 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | You Sang To Me | Marc Anthony | 284-194 |
| Capitol Records, Inc. | Beastie Boys | Get It Together | Ill Communication | 213-461 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Careless Whisper | Make It Big | 68-616 |
| Motown Record Company, L.P. | Erykah Badu | Bag Lady | Mama's Gun | 295-614 |
| Capitol Records, Inc. | Radiohead | Bends | The Bends | 280-260 |
| UMG Recordings, Inc. | Musiq | Dontchange | Juslisen | 308-859 |

## Exhibit A

## Doe #2 (4.41.201.204 2005-04-23 14:02:54 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Walking on Sunshine | J. Lo | 293-297 |
| Priority Records LLC | NWA | Gangsta Gangsta | Straight Outta Compton | 150-531 |
| Arista Records LLC | Next | Wifey | Welcome II Nextasy | 284-980 |
| Priority Records LLC | Ice Cube | Roll All Day | War & Peace: Vol. 2 | 287-151 |
| London-Sire Records Inc. | Yaz | Situations | Upstairs at Bric's | 41-688 |
| Warner Bros. Records Inc. | The Time | Jungle Love | Ice Cream Castle | 55-021 |

Exhibit A

## Doe #3 (68.237.121.106 2005-05-10 19:13:48 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | Niggaz Done Started Something | It's Dark And Hell Is Hot | 252-613 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Shoot 'em Up | Nastradamus | 276-132 |
| UMG Recordings, Inc. | Dru Hill | Never Make A Promise | Dru Hill | 227-760 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |

**Exhibit A**

**Doe #4 (141.155.160.75 2005-04-19 12:27:53 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Thompson Twins | Hold Me Now | Into the Gap | 52-747 |
| BMG Music | Dave Matthews Band | Ants Marching | Under the Table and Dreaming | 285-688 |
| Warner Bros. Records Inc. | Joni Mitchell | A Case Of You | Both Sides Now | 275-916 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |

**Exhibit A**

**Doe #5 (162.84.136.228 2005-04-21 17:00:09 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| BMG Music | Dave Matthews Band | Ants Marching | Under the Table and Dreaming | 285-688 |
| Interscope Records | Smash Mouth | Walkin' On The Sun | Fush Yu Mang | 238-756 |
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| Arista Records LLC | Outkast | So Fresh, So Clean | Stankonia | 306-741 |
| Arista Records LLC | Thompson Twins | Hold Me Now | Into the Gap | 52-747 |

# Exhibit A

## Doe #6 (68.161.24.33 2005-04-26 20:08:22 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Dr. Dre | What's The Difference | 2001 | 277-983 |
| Fonovisa, Inc. | Los Tigres Del Norte | Un Dia A La Vez | 16 Super Exitos | 124-249 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Dangerous | Dangerous | 178-165 |
| Fonovisa, Inc. | Los Angeles De Charly | Un Sueno | Suenos | 289-765 |
| Fonovisa, Inc. | Los Temerarios | Te Quiero | Te Quiero | 233-242 |

# Exhibit A

## Doe #7 (162.83.196.41 2005-04-30 01:34:34 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| UMG Recordings, Inc. | Live | Lightning Crashes | Throwing Copper | 187-926 |
| Warner Bros. Records Inc. | Van Halen | Top Jimmy | 1984 (MCMLXXXIV) | 52-319 |
| Capitol Records, Inc. | Pet Shop Boys | It's a Sin | Actually | 93-012 |
| Warner Bros. Records Inc. | Madonna | Express Yourself | Like a Prayer | 106-808 |
| BMG Music | Clint Black | Like The Rain | Greatest Hits | 227-957 |
| Elektra Entertainment Group Inc. | The Cars | Just What I Needed | Cars | 4-128 |

Exhibit A

## Doe #8 (68.161.24.83 2005-05-02 00:24:44 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Da Brat | Funkdafied | Funkdafied | 199-136 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| UMG Recordings, Inc. | DMX | Get At Me Dog | It's Dark And Hell Is Hot | 252-613 |
| Virgin Records America, Inc. | Janet Jackson | Any Time Any Place | Janet | 174-392 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |

## Exhibit A

## Doe #9 (151.204.141.178 2005-05-03 21:13:54 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Eurythmics | Sweet Dreams (Are Made Of This) | Sweet Dreams (Are Made of This) | 46-186 |
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | To Be Continued | 127-149 |
| Capitol Records, Inc. | Thomas Dolby | She Blinded Me With Science | The Golden Age Of Wireless | 46-842 |
| Capitol Records, Inc. | Bobby McFerrin | Don't Worry, Be Happy | Simple Pleasures | 97-575 |
| Capitol Records, Inc. | Steve Miller Band | Jungle Love | Book of Dreams | N42553 |

## Exhibit A

**Doe #10 (68.237.49.193 2005-05-05 00:54:30 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Virgin Records America, Inc. | Janet Jackson | That's The Way Love Goes | Janet | 174-392 |
| Arista Records LLC | Whitney Houston | Same Script, Different Cast | Whitney The Greatest Hits | 284-891 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Lover's Rock | Lovers Rock | 298-354 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Love Takes Time | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Every Time I Close My Eyes | The Day | 231-025 |
| UMG Recordings, Inc. | Dru Hill | Never Make A Promise | Dru Hill | 227-760 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Babydoll | Butterfly | 244-014 |