UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; LONDON-SIRE RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; FONOVISA, INC., a California corporation; PRIORITY RECORDS LLC, a California limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DOES 1 - 10,<br><br>　　　　　　　　　　　Defendants. | Civil Action No.:<br><br>CASE NUMBER  1:05CV01061<br><br>JUDGE: Gladys Kessler<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 05/26/2005 |

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, which is not publicly traded.

Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi Universal, S.A., a publicly traded French company.

Plaintiff LONDON-SIRE RECORDS INC.'s parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., a publicly held French company.

2

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff FONOVISA, INC. is a corporation owned by Univision Music LLC and Univision Music Group Mexico, S.A. de C.V. Univision Music LLC is owned by Univision Music Inc., a subsidiary of Univision Communications Inc.; and Diara Inc.

Plaintiff PRIORITY RECORDS LLC's parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: 5/25/05

Respectfully submitted,

[signature]

Peter Strand (D.C. Bar No. 481870)
Shook, Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone (202) 783-8400
Facsimile (202) 783-4211

*Attorneys for Plaintiffs*

Case 1:05-cv-01061-GK    Document 2    Filed 05/26/2005    Page 4 of 4