# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search  Download  Search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | ZZZ - Whistle Song.mp3 | ZZZ | 3,269KB | Audio |
| geniphursix@KaZaA | George Michael - One More Try.mp3 | George Michael | 5,481KB | Audio |
| geniphursix@KaZaA | Raise The Bar- Talib Kweli.MP3 | Talib Kweli | 9,765KB | Audio |
| geniphursix@KaZaA | 16 Obnoxious.wma | a | 1,164KB | Audio |
| geniphursix@KaZaA | (05) Kelis-- In Public ft. Nas.wma | Kelis | 2,623KB | Audio |
| geniphursix@KaZaA | talib kweli_i try_beautiful struggle_04.mp3 | $i | 2,707KB | Audio |
| geniphursix@KaZaA | Talib Kweli = Hi-tek - the - blast (1).mp3 | Talib Kwali_HiTek. | 5,055KB | Audio |
| geniphursix@KaZaA | mood f talib kweli - Industry lies (5).mp3 | $i | 2,509KB | Audio |
| geniphursix@KaZaA | Talib Kweli (new).mp3 | Talib Kweli | 3,968KB | Audio |
| geniphursix@KaZaA | talib kweli - good to you.mp3 | Talib Kweli | 9,920KB | Audio |
| geniphursix@KaZaA | Talib Kweli_Hi-Tek - Move Somethin'.mp3 | Talib Kweli | 2,982KB | Audio |
| geniphursix@KaZaA | janet jackson - I just wanna.mp3 | Janet Jackson | 5,186KB | Audio |
| geniphursix@KaZaA | Track 10.mp3 | Nina Simone | 2,723KB | Audio |
| geniphursix@KaZaA | nina simone - four women.mp3 | Nina Simone | 4,172KB | Audio |
| geniphursix@KaZaA | Nina Simone_-_Exactly Like You.mp3 | Nina Simone | 2,964KB | Audio |
| geniphursix@KaZaA | Nina Simone The Man I Love .mp3 | Nina Simone | 2,896KB | Audio |
| geniphursix@KaZaA | Nina Simone - I Got It Bad And That Ain't Good.mp3 | Nina Simone | 5,790KB | Audio |
| geniphursix@KaZaA | Nina Simone Sinnerman.mp3 | Nina Simon | 3,842KB | Audio |
| geniphursix@KaZaA | (Jay-Z)-Excuse Me Miss.mp3 | Jay-Z | 2,198KB | Audio |
| geniphursix@KaZaA | 01 - Brad Pitt _-_Kuasehfgaiurgh_.mp3 | Various Artists | 95KB | Audio |
| geniphursix@KaZaA | 01-50_cent_in_the_club_dirty-cms (1).mp3 | 50 Cent | 5,664KB | Audio |
| geniphursix@KaZaA | 01-Lil Kim - The Intro.mp3 | Lil Kim | 2,004KB | Audio |
| geniphursix@KaZaA | Nina Simone - He needs me.MP3 | Nina Simone | 2,410KB | Audio |
| geniphursix@KaZaA | Talib Kweli_Hi-Tek - Touch You.mp3 | Talib Kwali | 4,398KB | Audio |
| geniphursix@KaZaA | Nina Simone - Everything Must Change.mp3 | Nina Simone | 2,826KB | Audio |
| geniphursix@KaZaA | 02 this is your life.wma | switchfoot | 4,304KB | Audio |
| geniphursix@KaZaA | winamp5.bat | Unknown | 33KB | Audio |
| geniphursix@KaZaA | Talib Kweli_Hi-Tek - For Women.mp3 | Talib Kweli_Hi-Tek | 3,960KB | Audio |
| geniphursix@KaZaA | Tequila.mp3 | Buena Vista Social Club | 2,066KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Shop | Tell A Friend
Newsearch | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Tequila.mp3 | Buena Vista Social Club | 2,086KB | Audio |
| geniphursix@KaZaA | billy paul - All I Need Is You.mp3 | Teddy Pendergrass | 4,292KB | Audio |
| geniphursix@KaZaA | Ivy Queen - Pa la cama voy.mp3 | Ivy Queen | 7,109KB | Audio |
| geniphursix@KaZaA | cat.kpl | Styles P ft. Akon | 0KB | |
| geniphursix@KaZaA | Me And Mrs Jones_08_This Is Your Life_Billy Paul.mp3 | Billy Paul | 4,018KB | Audio |
| geniphursix@KaZaA | MYP - 4 - Divino (1).mp3 | Myp | 4,170KB | Audio |
| geniphursix@KaZaA | Slum Village - Things you do.mp3 | Slum Village | 2,778KB | Audio |
| geniphursix@KaZaA | 06 Jah Children.mp3 | Gondwana | 5,964KB | Audio |
| geniphursix@KaZaA | Slum Village Feat Q Tip - Hold Tight.mp3 | Slum Village | 2,248KB | Audio |
| geniphursix@KaZaA | 01-lil_mo_ft_lil_kim-10_commandments.mp3 | 01-lil_mo_ft_lil_kim-10_c... | 2,346KB | Audio |
| geniphursix@KaZaA | 01-usher_feat_lil_jon_and_ludacris-yeah-qmb.mp3 | usher | 5,832KB | Audio |
| geniphursix@KaZaA | 01_The Strokes_Is This It.mp3 | The Strokes | 3,036KB | Audio |
| geniphursix@KaZaA | 02 - serve this royalty.mp3 | Cody Chestnutt | 4,095KB | Audio |
| geniphursix@KaZaA | 02 - Somebody Else.mp3 | Radiohead | 2,633KB | Audio |
| geniphursix@KaZaA | Anthony-Hamilton - forgive me.mp3 | Anthony hamilton | 5,315KB | Audio |
| geniphursix@KaZaA | 2 - Mothership Connection.mp3 | Parliament | 6,317KB | Audio |
| geniphursix@KaZaA | 02-Joe - And Then.mp3 | Joe | 4,831KB | Audio |
| geniphursix@KaZaA | 02. You Love Me.mp3 | Musiq | 3,599KB | Audio |
| geniphursix@KaZaA | 03. - Ms. Stress.mp3 | Floetry | 3,878KB | Audio |
| geniphursix@KaZaA | Souls OF Mischief - Thats When Ya Lost.mp3 | 3 | 3,998KB | Audio |
| geniphursix@KaZaA | 03-black_moon-the_fever-wcr.mp3 | Black Moon | 1,711KB | Audio |
| geniphursix@KaZaA | 03-Doing_It_Way_Big.mp3 | Lil Kim | 9,388KB | Audio |
| geniphursix@KaZaA | 03-ja_rule-mesmerize_feat_ashanti-Freddiesmp3.wma | Ashanti | 2,750KB | Audio |
| geniphursix@KaZaA | 03. Womanopoly .mp3 | Musiq | 4,624KB | Audio |
| geniphursix@KaZaA | 04 I Believe In A Thing Called Love.wmv | The Darkness | 3,411KB | video |
| geniphursix@KaZaA | 04-Lil Kim - Can't F with Queen Bee.mp3 | Lil Kim | 6,996KB | Audio |
| geniphursix@KaZaA | 04-mood ring-no sleep tonight-mood ring.mp3 | mya. | 5,373KB | Audio |
| geniphursix@KaZaA | 04-r_kelly-ill_never_leave-Omni (1).mp3 | R. Kelly | 5,279KB | Audio |
| geniphursix@KaZaA | 04-sheek-i_aint_forget-tas.mp3 | sheek | 5,493KB | Audio |

Found 3195 files.   2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaA | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 04-sheek-I_aint_forget-tas.mp3 | sheek | 5,493kB | Audio |
| geniphursix@KaZaA | 05 - Cold World.mp3 | Genius-GZA | 2,594kB | Audio |
| geniphursix@KaZaA | 05 - Dead Body Disposal.mp3 | Necro | 6,709kB | Audio |
| geniphursix@KaZaA | 05 - PELIGRO.mp3 | Manu Chao | 2,962kB | Audio |
| geniphursix@KaZaA | 05-cnn-whats_yo_name-tas.mp3 | cnn | 5,912kB | Audio |
| geniphursix@KaZaA | 05-Grupo Niche-Cielo de tambores.MP3 | Grupo Niche | 5,330kB | Audio |
| geniphursix@KaZaA | Snake-Charmer.jpg | Unknown | 24kB | Image |
| geniphursix@KaZaA | rude boys - go ahead and cry.mp3 | RUDE BOYS | 4,044kB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez – Dueño de nada.mp3 | JOSE LUIS RODRIGUEZ | 7,349kB | Audio |
| geniphursix@KaZaA | AlbumArt_{845FA5F9-D55A-4046-857B-A0C905AB281B}_... | Unknown | 11kB | Image |
| geniphursix@KaZaA | serious-street's disciple_nas 19.mp3 | Nas | 2,457kB | Audio |
| geniphursix@KaZaA | Eric Sermon - React (feat. Redman).mp3 | Eric Sermon | 3,488kB | Audio |
| geniphursix@KaZaA | Slum Village - Tainted.mp3 | Slum Village | 3,838kB | Audio |
| geniphursix@KaZaA | 12-dead_prez-way_4_life-esc.mp3 | Dead Prez | 4,140kB | Audio |
| geniphursix@KaZaA | 04dead_prez-down-esc.mp3 | Dead Prez | 2,981kB | Audio |
| geniphursix@KaZaA | Christina Milian - Dip It Low.wmv | Christina Milian | 12,297kB | Video |
| geniphursix@KaZaA | Blackalicious - Don't Let Money Change.mp3 | Blackalicious | 6,228kB | Audio |
| geniphursix@KaZaA | Lucy Pearl - La la la.mp3 | Raphael Sadiq | 2,468kB | Audio |
| geniphursix@KaZaA | 10-dead_prez-fucked_up-esc.mp3 | Dead Prez | 3,829kB | Audio |
| geniphursix@KaZaA | nika costa - I Believe in Love.mp3 | Nika Costa | 2,790kB | Audio |
| geniphursix@KaZaA | Max Greger - Bellissimo.wav | C | 29,623kB | Audio |
| geniphursix@KaZaA | Dj Blass – Muevete y Perrea.mp3 | Reggaeton | 1,156kB | Audio |
| geniphursix@KaZaA | me pones mal.wma | Daddy Yankee Y Nicky Jam | 1,186kB | Audio |
| geniphursix@KaZaA | Daddy Yankee-Dale Mami.wma | reggaeton | 1,538kB | Audio |
| geniphursix@KaZaA | Redman feat. Eric Serman - Okay.mp3 | Redman feat. Eric Sermon | 3,024kB | Audio |
| geniphursix@KaZaA | christina milian looking sooo hot7.jpg | Unknown | 44kB | Image |
| geniphursix@KaZaA | Celeb Picture Christina Milian Hands Up.jpg | Unknown | 133kB | Image |
| geniphursix@KaZaA | christina milian 006.jpg | Unknown | 58kB | Image |

2,421,950 users online, sharing 546,656,805 files (28,824,576 GB) | Not sharing any files

Found: 3195 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | christina milian 006.jpg | Unknown | 58KB | Image |
| geniphursix@KaZaA | Christina Milian - All Black - GOD DAMN! (1).jpg | Unknown | 17KB | Image |
| geniphursix@KaZaA | christina_milian_black1.jpg | Unknown | 16KB | Image |
| geniphursix@KaZaA | 26-08-03-christina-milian-6.jpg | Unknown | 38KB | Image |
| geniphursix@KaZaA | Christina-Milian-7795_edit.jpg | Unknown | 381KB | Image |
| geniphursix@KaZaA | Jorge Ben Jor - Taj mahal.mp3 | Jorge Ben Jor | 1,675KB | Audio |
| geniphursix@KaZaA | AlbumArt_{845FA5F9-D55A-4046-857B-A0C905AB281B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Killa Army - Fairy Love War.mp3 | Killarmy | 3,862KB | Audio |
| geniphursix@KaZaA | Wheezer - Island in the Sun (1).MP3 | Weezer | 1,362KB | Audio |
| geniphursix@KaZaA | 14 - move your body.mp3 | Various | 2,656KB | Audio |
| geniphursix@KaZaA | Celia Cruz- La Vida es un Carnival.mp3 | VA | 352KB | Audio |
| geniphursix@KaZaA | 031Era Bellissimo.mp3 | Unknown | 3,559KB | Audio |
| geniphursix@KaZaA | the new workout plan (3).wma | Kanye West | 1,930KB | Audio |
| geniphursix@KaZaA | Everybody's gotta learn sometime.mp3 | Unknown | 2,766KB | Audio |
| geniphursix@KaZaA | Finger=Eleven==One==Thing.mp3 | Unknown | 4,579KB | Audio |
| geniphursix@KaZaA | Vanessa Rangel - Palpite.wma | Vanessa Rangel | 1,810KB | Audio |
| 2 Users | Tom Jobim_Chico Buarque - Anos Dourados.mp3 | Chico Buarque e Tom Job... | 3,493KB | Audio |
| geniphursix@KaZaA | 05-Obnoxious.mp3 | Immortal Technique | 6,784KB | Audio |
| geniphursix@KaZaA | Maroon 5 - Shiver.mp3 | Maroon 5 | 2,791KB | Audio |
| geniphursix@KaZaA | Maroon 5 - 06 - The Sun.mp3 | Maroon 5 | 4,382KB | Audio |
| geniphursix@KaZaA | Buena Vista Social Club - Veinte Anos.mp3 | 3 | 3,309KB | Audio |
| geniphursix@KaZaA | George Michael - Faith.mp3 | George Michael | 3,068KB | Audio |
| geniphursix@KaZaA | Kylie minogue - Slow.mp3 | Kylie Minogue | 4,541KB | Audio |
| geniphursix@KaZaA | Margareth Menezes - Dandalunda (1).mp3 | Margarete | 3,460KB | Audio |
| geniphursix@KaZaA | Sparkle_RKelly- Careful.mp3 | Sparkle | 5,002KB | Audio |
| geniphursix@KaZaA | Margareth Menezes - Do Mar ao Céu.wma | Margareth Menezes | 1,993KB | Audio |
| geniphursix@KaZaA | Margareth Menezes-Toté de malanga.mp3 | Margareth Menezes | 4,563KB | Audio |
| geniphursix@KaZaA | George Michael - Stay With Me.wma | George Michael | 2,196KB | Audio |
| 2 Users | Changing Faces - I Apologize (1).mp3 | Changing Faces | 2,235KB | Audio |

Found 33,195 files | 2,421,950 users online, sharing 546,666,805 files (26,824,576 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| geniphursix@KaZaA | Changing Faces - I Apologize ((1).mp3 | Changing Faces | 2,236KB | Audio | |
| 2 Users | isley brothers - Don't Change.mp3 | isley brothers | 5,160KB | Audio | |
| geniphursix@KaZaA | Outkast-Skankonia-It's OK.mp3 | Outkast | 3,524KB | Audio | |
| geniphursix@KaZaA | common - Still (Feat. Talib Kweli_Gangstarr).mp3 | Common ft: Talib Kwali, G... | 4,010KB | Audio | |
| geniphursix@KaZaA | outkast)-Speedballin'.mp3 | outkast | 2,108KB | Audio | |
| 2 Users | franz ferdinand - take me out (2).mp3 | Franz Ferdinand | 5,604KB | Audio | franz Ferdina |
| geniphursix@KaZaA | Velvet Underground - Femme Fatale.mp3 | The Velvet Underground | 2,455KB | Audio | |
| geniphursix@KaZaA | Jorge Benjor - Chove Chuva.mp3 | Jorge Ben Jor | 2,011KB | Audio | |
| geniphursix@KaZaA | Phil Collins - Playing For Keeps.mp3 | Phil Collins | 4,676KB | Audio | |
| geniphursix@KaZaA | Loyd Banks_Ashanti - Southside.mp3 | Lloyd Banks | 4,347KB | Audio | Loyd Banks |
| geniphursix@KaZaA | Nirvana - Breed.mp3 | Nirvana | 2,872KB | Audio | |
| geniphursix@KaZaA | AlbumArt_{53FB6FB3-2617-4CA9-95DC-BF6E68CBF37A}_... | Unknown | 8KB | Image | AlbumArt_{53FB6FB3-2617-4CA9 |
| geniphursix@KaZaA | AlbumArt_{53FB6FB3-2617-4CA9-95DC-BF6E68CBF37A}_... | Unknown | 2KB | Image | AlbumArt_{53FB6FB3-2617-4CA9 |
| geniphursix@KaZaA | 05 Take Me Home.wma | Terror Squad | 3,335KB | Audio | |
| geniphursix@KaZaA | Mario- Let Me Love You.m3u | Unknown | 0KB | Audio | |
| geniphursix@KaZaA | Bobby Vinton - I'm Mr Lonely.mp3 | Bobby Vinton | 2,498KB | Audio | |
| geniphursix@KaZaA | sheek louch - how I love you.mp3 | sheek louch | 4,569KB | Audio | |
| geniphursix@KaZaA | lady saw - i got your man.wma | lady saw | 2,138KB | Audio | |
| geniphursix@KaZaA | AlbumArt_{85ABA5AC-EF79-4B63-8FAD-6E22307A1255}_... | Unknown | 15KB | Image | AlbumArt_{85ABA5AC-EF79-4B63 |
| geniphursix@KaZaA | I don't love you no more..mp3 | Craig David | 3,804KB | Audio | Don' |
| geniphursix@KaZaA | AlbumArt_{0A42C722-B827-42A1-A280-8E907853B84F}_... | Unknown | 10KB | Image | AlbumArt_{0A42C722-B827-42A1 |
| geniphursix@KaZaA | AlbumArt_{0A42C722-B827-42A1-A280-8E907853B84F}_... | Unknown | 2KB | Image | AlbumArt_{0A42C722-B827-B8 |
| geniphursix@KaZaA | Slum Village - Love U Hate.mp3 | Slum Village | 3,420KB | Audio | |
| geniphursix@KaZaA | AlbumArt_{8A52B575-D992-4747-B0D0-062A75B255FA}_... | Unknown | 9KB | Image | AlbumArt_{8A52B575-D992-4747 |
| geniphursix@KaZaA | una guitarra yora.kpl | Los Temerarios | 0KB | Audio | |
| geniphursix@KaZaA | AlbumArt_{8A52B575-D992-4747-B0D0-062A75B255FA}_... | Unknown | 2KB | Image | AlbumArt_{8A52B575-D992-4747 |
| geniphursix@KaZaA | Mario-let me love you.wma | mario | 3,887KB | Audio | |
| geniphursix@KaZaA | Alicia Keys-Warrior(Nas).mp3 | Lloyd Banks | 4,445KB | Audio | Alicia |
| geniphursix@KaZaA | modest mouse - float on (2) (6).mp3 | Modest Mouse | 3,737KB | Audio | modest mou |

Found 3,195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | modest mouse - float on (2) (8).mp3 | Modest Mouse | 3,737KB | Audio |
| geniphursix@KaZaA | AlbumArt_{34AF274C-2F1E-4AD2-80E3-D8F42D56C847}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | Outkast - Prototype.mp3 | Outkast | 5,100KB | Audio |
| geniphursix@KaZaA | George Michael - Look At Your Hands.mp3 | George Michael | 4,406KB | Audio |
| geniphursix@KaZaA | Maroon 5 - 7 Must Get Out.mp3 | Maroon5 | 5,340KB | Audio |
| geniphursix@KaZaA | Lilais.kpl | Joan Armatrading | 9KB | |
| geniphursix@KaZaA | Paul Anka - I'm Just A Lonely Boy.mp3 | Paul Anka | 2,810KB | Audio |
| geniphursix@KaZaA | Cri Cri.kpl | Cri Cri | 1KB | |
| geniphursix@KaZaA | awesome22.kpl | (Busta Rhymes feat Mari... | 1KB | |
| geniphursix@KaZaA | Mc Solaar - La La La.mp3 | MC Solaar | 3,679KB | Audio |
| geniphursix@KaZaA | AlbumArt_{94B3AADB-C38A-477B-B835-C01263D7BF01}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | Soulfly - Umbabarauma.mp3 | Soul Fly | 3,921KB | Audio |
| geniphursix@KaZaA | Sade - Is It A Crime.mp3 | Sade | 5,879KB | Audio |
| geniphursix@KaZaA | Sade - Stronger Than Pride.mpg | Sade | 45,379KB | Video |
| geniphursix@KaZaA | Sade - Color of Love.mp3 | Sade | 3,920KB | Audio |
| geniphursix@KaZaA | LOVE - 5 and I miss you.mp3 | Sade | 2,452KB | Audio |
| geniphursix@KaZaA | Sade - Like Paradise.mp3 | Sade | 3,393KB | Audio |
| geniphursix@KaZaA | King of Sorrow.kpl | | 0KB | |
| geniphursix@KaZaA | AlbumArt_{94B3AADB-C38A-477B-B835-C01263D7BF01}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | duran-duran rio mp3 amateur lesbian : cliff the passenger... | Unknown | 2KB | Image |
| geniphursix@KaZaA | duran duran - DuranDuran Rio.mp3 | Duran Duran | 3,789KB | Audio |
| geniphursix@KaZaA | Vanessa Rangel - Palpite.mp3 | Vanessa Rangel | 3,142KB | Audio |
| geniphursix@KaZaA | Wu Chronicles Chapter II - Dangerous Minds.mp3 | Gravediggaz | 4,607KB | Audio |
| geniphursix@KaZaA | Cary Brothers - Blue Eyes.mp3 | Cary Brothers | 5,867KB | Audio |
| geniphursix@KaZaA | 02 Track 2.mp3 | Tego | 3,172KB | Audio |
| geniphursix@KaZaA | 02 Friends.wma | music | 1,858KB | Audio |
| geniphursix@KaZaA | 04-the_shins-new_slang-rtb.mp3 | The Shins | 6,008KB | Audio |
| geniphursix@KaZaA | 07 - still ill.mp3 | The Smiths | 2,886KB | Audio |
| geniphursix@KaZaA | Thievery Corporation - Mariha.mp3 | Thievery Corporation | 3,586KB | Audio |

Found 13,95 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Thievery Corporation - Mañha.mp3 | Thievery Corporation | 3,586KB | Audio |
| geniphursix@KaZaA | Frou Frou - Let Go (1).mp3 | Frou Frou | 5,936KB | Audio |
| geniphursix@KaZaA | The Shins - New Slang (1).mp3 | Shins | 3,850KB | Audio |
| geniphursix@KaZaA | Cold Play - Parachutes - 01 - Don't Panic.mp3 | Coldplay | 2,391KB | Audio |
| geniphursix@KaZaA | AlbumArt_{34AF274C-2F1E-4AD2-80E3-D8F42D56C847}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | Isaac Hayes - Two Cool Guys .mp3 | Isaac Hayes | 2,922KB | Audio |
| geniphursix@KaZaA | 04 - La (Ashlee Simpson).wma | Ashlee Simpson | 898KB | Audio |
| geniphursix@KaZaA | Earth Wind_Fire - Gratitude - Sun Goddess.mp3 | Earth Wind_Fire | 7,378KB | Audio |
| geniphursix@KaZaA | maxwell - 09 - this womans work.mp3 | Maxwell | 3,911KB | Audio |
| geniphursix@KaZaA | Beastie_Boys_-_Ch-Check_It_Out.mp3 | Beasty boys | 4,462KB | Audio |
| geniphursix@KaZaA | 2-Right Right Now Now.mp3 | Beastie Boys | 3,912KB | Audio |
| geniphursix@KaZaA | Run Fay Run 7.mp3 | Isaac Hayes | 2,608KB | Audio |
| geniphursix@KaZaA | nas-street's disciple-just a moment.mp3 | Nas | 2,007KB | Audio |
| geniphursix@KaZaA | nas street's disciple I am somebody.mp3 | Nas | 1,332KB | Audio |
| geniphursix@KaZaA | 5-Rhyme The Rhyme Well.mp3 | Beastie Boys | 3,926KB | Audio |
| geniphursix@KaZaA | Beastie Boys - It takes Time To Build.mp3 | 3 | 3,236KB | Audio |
| geniphursix@KaZaA | Reggae - Joyride Riddim - Cecile - Yuh Nah Ready.mp3 | cecile | 2,506KB | Audio |
| geniphursix@KaZaA | beastie_boys_OH_WORD_TO_THE_5_BOROUGHS_08.mp3 | Beastie Boys | 4,703KB | Audio |
| geniphursix@KaZaA | Hey Fuck You Beastie Boys.torrent | Unknown | 5kB | |
| geniphursix@KaZaA | To The 5 Boroughs 6 Hey Fuck You Beastie Boys.torrent | Unknown | 6kB | |
| geniphursix@KaZaA | Oh Word.mp3 | Beastie Boys | 4,106KB | Audio |
| geniphursix@KaZaA | AlbumArt_{55E282F7-5CF4-475D-B224-7AA499156CEA}_... | Unknown | 9kB | Image |
| geniphursix@KaZaA | I`m_A_Mess.WMA | Anthony Hamilton | 4,156KB | Audio |
| geniphursix@KaZaA | AlbumArt_{2EAF3140-7F97-4040-AFCE-6B26C96D6269}_... | Unknown | 10kB | Image |
| geniphursix@KaZaA | AlbumArt_{07C2A479-F485-4490-A44A-8AF4D0931903}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | Timbalada - Agua Mineral.mp3 | ERA | 1,289KB | Audio |
| geniphursix@KaZaA | Marvin Gaye - After The Dance.mp3 | Marvin Gaye | 3,283KB | Audio |
| geniphursix@KaZaA | AlbumArt_{85ABA5AC-EF79-4863-8FAD-6E22307A1255}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | Swing da Timbalada.mp3 | Asa de Aguia | 2,706KB | Audio |

Found 31,195 files. | 2,421,950 users online, sharing 546,656,805 files (28,821,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | Search | Shop | Traffic | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Swing da Timbalada.mp3 | Asa de Águia | 2,706KB | Audio |
| geniphursix@KaZaA | Timbalada_Festival_de_Verao_2003_Faixa16.MP3 | Unknown | 1,604KB | Audio |
| geniphursix@KaZaA | Jay Z - The Black Album - Lucifer.wma | Jay Z | 2,282KB | Audio |
| geniphursix@KaZaA | Asa De Aguia - Cover Timbalada.mp3 | Asa de Águia | 2,704KB | Audio |
| geniphursix@KaZaA | Toque do Timbaleiro - Timbalada.zip | Unknown | 1,529KB | Audio |
| geniphursix@KaZaA | AlbumArt_{C4D77C55-D856-42B6-8AF9-DCF93B8C8B10}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | Toque do Timbaleiro - Timbalada.wma | Toque do Timbaleiro | 1,560KB | Audio |
| geniphursix@KaZaA | AlbumArt_{C4D77C55-D856-42B6-8AF9-DCF93B8C8B10}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Olodum - Beija Flor.mp3 | Timbalada | 3,529KB | Audio |
| geniphursix@KaZaA | Chiclete com Banana - Camaleão.mp3 | Chiclete com Banana | 1,855KB | Audio |
| geniphursix@KaZaA | tempted to touch (Remix).mp3 | Rupee | 4,343KB | Audio |
| geniphursix@KaZaA | anthony hamilton - i tried.wma | Anthony Hamilton | 4,753KB | Audio |
| geniphursix@KaZaA | Babado Novo - Timbalada.mp3 | Babado Novo | 7,625KB | Audio |
| geniphursix@KaZaA | Timbalada - Timbalando vai.mp3 | Timbalada | 3,422KB | Audio |
| geniphursix@KaZaA | Latinha - Timbalada.mp3 | Timbalada | 3,134KB | Audio |
| geniphursix@KaZaA | Beija Flor _ Timbalada.mp3 | Timbalada | 4,198KB | Audio |
| geniphursix@KaZaA | Overnight Celebrity (instrumental).mp3 | Twista | 3,687KB | Audio |
| geniphursix@KaZaA | Lucifer (1).mp3 | Jay-Z | 4,502KB | Audio |
| geniphursix@KaZaA | kem-kemistry-01-matter_of_time.mp3 | Kem | 2,950KB | Audio |
| geniphursix@KaZaA | AlbumArt_{C2EBA606-6A6D-440C-A4EA-8B3BF1C59B15}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{1982B2ABB-4BAF-47BA-9724-0E4D46A7EEE8}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{1982B2ABB-4BAF-47BA-9724-0E4D46A7EEE8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | sheek louch - turn it up.mp3 | sheek louch | 4,126KB | Audio |
| geniphursix@KaZaA | eminem-mosh-encore.mp3 | Eminem | 5,319KB | Audio |
| geniphursix@KaZaA | DELASOUL__PASS_THE_PEAS.MP3 | De La Soul | 3,697KB | Audio |
| geniphursix@KaZaA | last poets - jazzoetry.mp3 | Last Poets | 3,558KB | Audio |
| geniphursix@KaZaA | Luther Vandross - Buy Me A Rose.mp3 | Luther Vandross | 5,366KB | Audio |
| geniphursix@KaZaA | buena vista social club - salsa.mp3 | Buena Vista Social Club | 6,959KB | Audio |
| geniphursix@KaZaA | Ghostface Killa Holla.mp3 | Ghostface Killah | 4,544KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,821,576 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My kazaa | Download | Theater | Search | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Ghostface Killa Holla.mp3 | Ghostface Killah | 4,544KB | Audio |
| geniphursix@KaZaA | Snoop Dog - Lay Low.mp3 | Snoop Doggy Dog | 2,732KB | Audio |
| geniphursix@KaZaA | 07-ghostface-save_me_dear-rns.mp3 | Ghostface | 4,389KB | Audio |
| geniphursix@KaZaA | 04 Beat the Clock.mp3 | Ghostface | 2,647KB | Audio |
| geniphursix@KaZaA | Ghostface Killah - Be This Way.mp3 | Ghostface | 5,964KB | Audio |
| geniphursix@KaZaA | live now-street's disciple_nas-wcr.mp3 | Nas | 6,557KB | Audio |
| geniphursix@KaZaA | John Legend – Used To Love You.MP3 | John Legend | 3,638KB | Audio |
| geniphursix@KaZaA | 17-shyne-more_or_less-whoa.mp3 | Shyne | 5,316KB | Audio |
| geniphursix@KaZaA | Immortal Technique - Creation_Destruction.mp3 | Immortal Technique | 2,834KB | Audio |
| geniphursix@KaZaA | Eagles - Best of my love (6).kar | A+ | 33KB | Audio |
| geniphursix@KaZaA | Eagles - Already Gone.mp3 | Eagles | 3,966KB | Audio |
| geniphursix@KaZaA | eagles - Spirit In the Sky.mp3 | Eagles | 3,373KB | Audio |
| geniphursix@KaZaA | Joe Walsh - In The City.mp3 | Eagles | 3,904KB | Audio |
| geniphursix@KaZaA | eagles - Mid-Night Toker.mp3 | Eagles | 2,816KB | Audio |
| geniphursix@KaZaA | The Hollies - Bus Stop.mp3 | The Hollies | 5,384KB | Audio |
| geniphursix@KaZaA | bobby valentino-slow down remix (1) (1).wma | Bobby Valentino | 2,246KB | Audio |
| geniphursix@KaZaA | Stevie Nicks - Landslide(unplugged).mp3 | Stevie Nicks | 3,702KB | Audio |
| geniphursix@KaZaA | Landslide STEVIE NICKS.kar | A | 18KB | Audio |
| geniphursix@KaZaA | Stevie Nicks - Landslide (acoustic).mp3 | Stevie Nicks | 4,193KB | Audio |
| geniphursix@KaZaA | ricky ticky_encore_eminem.mp3 | Eminem | 3,586KB | Audio |
| 2 Users | Stevie Nicks - Landslide (1).mp3 | Stevie Nicks | 3,114KB | Audio |
| geniphursix@KaZaA | eminem-ass like that-encore.mp3 | Eminem | 3,528KB | Audio |
| geniphursix@KaZaA | Track 8 - .mp3 | Bee Gees | 2,485KB | Audio |
| geniphursix@KaZaA | the turtles - You Showed Me.mp3 | The Turtles | 2,875KB | Audio |
| geniphursix@KaZaA | OGC - Da Storm.mp3 | OGC | 3,890KB | Audio |
| geniphursix@KaZaA | AlbumArt_{55E282F7-5CF4-475D-B224-7AAA99156CEA}_L... | Unknown | 2KB | Image |
| geniphursix@KaZaA | lo nuevo.kpl | Tego Calderon feat. Yan... | 2KB | Audio |
| geniphursix@KaZaA | Ashlee Simpson - Unreachable(AshleeSimpson.net).mp3 | 3 | 3,532KB | Audio |
| geniphursix@KaZaA | AlbumArt_{67290EDE-300F-442E-B05A-6611E767F52D}_L... | Unknown | 11KB | Image |

Found 3195 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{67290E0E-300F-442E-B05A-6611E767F52D}_L... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{67290E0E-300F-442E-B05A-6611E767F52D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{63BF8277-7F46-4CCC-896F-5E8933B3FC75}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{63BF8277-7F46-4CCC-896F-5E8933B3FC75}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6FDA9032-A6D1-4664-9B92-1DB2F06E3DE0}_... | Unknown | 19KB | Image |
| geniphursix@KaZaA | AlbumArt_{6FDA9032-A6D1-4664-9B92-1DB2F06E3DE0}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{DDE26C5D-AEE2-4348-BFC4-060C96015B34}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{DDE26C5D-AEE2-4348-BFC4-060C96015B34}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | true love waits .jpg | Unknown | 11KB | Image |
| geniphursix@KaZaA | radiohead - true love waits (1).mp3 | Radiohead | 2,208KB | Audio |
| geniphursix@KaZaA | Korgis - Everybody's Gotta Learn Sometime.mp3 | Korgis | 3,894KB | Audio |
| geniphursix@KaZaA | AlbumArt_{05F93397-76F1-4B86-AB33-C9DB36A1B741}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{05F93397-76F1-4B86-AB33-C9DB36A1B741}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{07C2A479-F485-490F-AA4A-8AF4D0931903}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | the animals - Pink Floid.mp3 | Pink Floyd | 3,564KB | Audio |
| geniphursix@KaZaA | Temptations - Just My Imagination.mp3 | Temptations | 3,620KB | Audio |
| geniphursix@KaZaA | Temptations - Papa Was a Rolling Stone.mp3 | Temptations | 6,514KB | Audio |
| geniphursix@KaZaA | PinkFloyd-Time.mp3 | Pink Floyd | 4,933KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Wallpaper.jpg | pink floyd | 177KB | Image |
| geniphursix@KaZaA | 07 - "Run Fay Run".mp3 | Isaac Hayes | 4,173KB | Audio |
| geniphursix@KaZaA | Joyride Riddim-Wayne Wonder Babycham.mp3 | Baby Cham | 2,893KB | Audio |
| geniphursix@KaZaA | 03 La Vida Es un Carnaval_[3].wma | Emanuel | 3,177KB | Audio |
| geniphursix@KaZaA | 08-ghostface-its_over-rns.mp3 | Nelly | 6,016KB | Audio |
| geniphursix@KaZaA | 3-3 The Hard Way.mp3 | Beastie Boys | 3,951KB | Audio |
| geniphursix@KaZaA | Anthony B, Sizzla, Luciano - 3 Wise Man.mp3 | Anthony B. | 3,828KB | Audio |
| geniphursix@KaZaA | Killah Army-5 Stages of Consciousness..mp3 | Wu-Tang Clan | 3,193KB | Audio |
| geniphursix@KaZaA | 13_6 Seconds.mp3 | Cody ChesnuTT | 4,167KB | Audio |
| geniphursix@KaZaA | Jurrasic Five- Action Satisfaction (1).mp3 | Jurrasic 5 | 1,956KB | Audio |
| geniphursix@KaZaA | I WILL THE BEATLES.kar | A | 15KB | Audio |