**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | I Will THE BEATLES.kar | A | 15KB | Audio |
| 2 Users | Stylistics - Hurry Up This Way Again.mp3 | Stylistics | 5,485KB | Audio |
| geniphursix@KaZaA | 03 thief's theme nas street's disciple.mp3 | Nas | 3,833KB | Audio |
| geniphursix@KaZaA | Pink Floyd – Another Brick In The Wall (Complete) (1).mp3 | Pink Floyd | 10,856KB | Audio |
| geniphursix@KaZaA | AlbumArt_{5B7F49E3-A548-4827-AC53-A7B2E9472767}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{5B7F49E3-A548-4827-AC53-A7B2E9472767}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | True Love Waits.mp3 | Radiohead | 4,733KB | Audio |
| geniphursix@KaZaA | The Show Must Go On.mp3 | Pink Floyd | 1,500KB | Audio |
| geniphursix@KaZaA | Hey caramba.mp3 | Buena Vista Social Club | 3,942KB | Audio |
| geniphursix@KaZaA | AlbumArt_{162FBCD7-9628-4108-9178-790б23046457E}_1... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{162FBCD7-9628-4108-9178-790б23046457E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Buena Vista Social Club – eliades ochoa - un negrito en la h... | Unknown | 33KB | Audio |
| geniphursix@KaZaA | Only You (1) (1).mp3 | Ashanti | 2,494KB | Audio |
| geniphursix@KaZaA | Ashlee Simpson – Unreachable (3).mp3 | Ashlee Simpson | 3,673KB | Audio |
| geniphursix@KaZaA | 086-Hollis_P_Monroe-Im_lonely-Liev-eD2k.mp3 | Hollis P Monroe | 4,444KB | Audio |
| geniphursix@KaZaA | Tatu – How Soon Is Now.mp3 | Tatu | 4,632KB | Audio |
| geniphursix@KaZaA | Pharcyde – 05 - She Said.mp3 | The Pharcyde | 3,701KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Dogs.mp3 | Pink Floyd | 16,075KB | Audio |
| geniphursix@KaZaA | Salsa Willy Colon Que sera,Que sera.mp3 | Willie Colón | 5,641KB | Audio |
| geniphursix@KaZaA | Mason Jennings- I Am Lonely.mp3 | Mason Jennings | 4,162KB | Audio |
| geniphursix@KaZaA | HEE3F5~1.MP3 | Willy Colón ,Hector Lavoe | 4,033KB | Audio |
| geniphursix@KaZaA | Copy of Sir Charles Jones – Are You Lonely.mp3 | Sir Charles Jones | 4,413KB | Audio |
| geniphursix@KaZaA | Willie Colon – Amor Verdadero.wma | Willy Colon | 3,556KB | Audio |
| geniphursix@KaZaA | franz ferdinand – take me out (0) (5).wma | Unknown | 2,921KB | Audio |
| geniphursix@KaZaA | Slum Village - Fall In Love.mp3 | Slum Village | 3,548KB | Audio |
| geniphursix@KaZaA | Héctor Lavoe y Willy Colón - El Día de Mi Suerte.mp3 | Héctor Lavoe | 5,130KB | Audio |
| geniphursix@KaZaA | willy colon – el gran varon.mp3 | Willie Colon | 6,508KB | Audio |
| geniphursix@KaZaA | aldone – gostoso veneno.mp3 | Alcione e Djavan | 3,594KB | Audio |
| geniphursix@KaZaA | sun factor street's disciple nas.mp3 | Nas | 6,394KB | Audio |

Found 3195 Files

12:42;950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@kaZaA | sun factor street's disciple nas.mp3 | Nas | 6,394KB | Audio |
| geniphursix@kaZaA | nas-street's disciple-getting married.mp3 | Nas | 3,723kB | Audio |
| geniphursix@kaZaA | 22-war-nas-street's disciple.mp3 | Nas | 7,236kB | Audio |
| geniphursix@kaZaA | rest of my life-street's disciple_nas-osc.mp3 | Nas | 7,007KB | Audio |
| geniphursix@kaZaA | 5-green is the colour.mp3 | Pink Floyd | 2,792kB | Audio |
| geniphursix@kaZaA | Pink Floyd - Us And Them.mp3 | Pink Floyd | 6,593kB | Audio |
| geniphursix@kaZaA | Bobby Valentine - Slow Down.mp3 | Bobby Valentine | 4,440kB | Audio |
| geniphursix@kaZaA | pink floyd - Hey You (acoustic).mp3 | Pink Floyd | 5,828KB | Audio |
| geniphursix@kaZaA | bill withers - Use Me Up.mp3 | Bill Withers | 5,663kB | Audio |
| geniphursix@kaZaA | 16 - Virgo.mp3 | Nas | 7,19kB | Audio |
| geniphursix@kaZaA | 04-vybz_kartel-picture_me_and_you.wma | Vybz Kartel | 1,693kB | Audio |
| geniphursix@kaZaA | Tupac_Scarface - Smile.mp3 | G Unit | 4,704kB | Audio |
| geniphursix@kaZaA | AlbumArt_{C2EBA606-6A6D-440C-A4EA-8B3BF1C59815}_... | Unknown | 3kB | Image |
| geniphursix@kaZaA | Chic - I want your love (longer).mp3 | Chic | 6,466kB | Audio |
| geniphursix@kaZaA | Freestyle - Coro - Silent Morning.mp3 | 3 | 3,212kB | Audio |
| geniphursix@kaZaA | Franz Ferdinand - Take Me Out (1).wma | Franz Ferdinand | 1,539kB | Audio |
| geniphursix@kaZaA | _Jorge Ben Jor - Minha menina.mp3 | Os Mutantes | 1,914kB | Audio |
| geniphursix@kaZaA | the beatnuts - find us.wma | Beatnuts feat. akon | 1,918kB | Audio |
| geniphursix@kaZaA | Los Toros Band-Mi gran amor.mp3 | Los Toros Band | 6,127kB | Audio |
| geniphursix@kaZaA | Los Toros Band-Vuelve mi reina.mp3 | Los Toros Band | 3,646kB | Audio |
| geniphursix@kaZaA | Only You (1).mp3 | Ashanti | 1,230kB | Audio |
| geniphursix@kaZaA | AlbumArt_{6FD5BA01-F0EA-4422-9D9D-1S8F01BA6C7}_... | Unknown | 8kB | Image |
| geniphursix@kaZaA | Outkast - Pink And Blue.mp3 | Outkast | 4,765kB | Audio |
| geniphursix@kaZaA | Only You.mp3 | Ashanti | 7,884kB | Audio |
| geniphursix@kaZaA | 02 - Come On Closer.mp3 | Jem | 3,659kB | Audio |
| geniphursix@kaZaA | Suzanne Vega - Caramel.mp3 | Susan Vega | 2,700kB | Audio |
| geniphursix@kaZaA | Prodigy - Smack My. Bitch Up.mp3 | Prodigy | 5,356kB | Audio |
| geniphursix@kaZaA | 01_Jem_maybe I'm amazed.mp3 | Jem | 5,619kB | Audio |
| geniphursix@kaZaA | Country - Linda Ronstadt - Your No Good.mp3 | Linda Ronstadt | 3,400kB | Audio |

2,421,950 users online, sharing 546,666,905 files (28,824,576 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|------------|---|
| geniphursix@KaZaA | Country - Linda Ronstadt - Your No Good.mp3 | Linda Ronstadt | 3,400kB | Audio | |
| geniphursix@KaZaA | ashanti-concrete rose-only u-4hm.mp3 | Ashanti | 3,819kB | Audio | |
| geniphursix@KaZaA | Destiny's Child - Soldier.mp3 | destiny's child | 4,885kB | Audio | |
| geniphursix@KaZaA | Saturday love.mp3 | (Cherelle_Alexander ON... | 2,784kB | Audio | |
| geniphursix@KaZaA | Maze - Before I Let Go.mp3 | Maze (feat. Frankie Bever... | 4,864kB | Audio | Before I |
| geniphursix@KaZaA | AlbumArt_{6FD5BA01-F0EA-4422-909D-158F01BAA6C7}_... | Unknown | 2kB | Image | AlbumArt_{6FD5BA01-F0EA-422 |
| geniphursix@KaZaA | 71 - Maggot Brain - Funkadelic.mp3 | Funkadelic | 24,199kB | Audio | |
| geniphursix@KaZaA | AlbumArt_{5D71DDD7-929E-4D82-892A-0A78C0946D67}_... | Unknown | 11kB | Image | AlbumArt_{5D71DDD7-929E_,J8. |
| geniphursix@KaZaA | AlbumArt_{5D71DDD7-929E-4D82-892A-0A78C0946D67}_... | Unknown | 2kB | Image | AlbumArt_{5D71DDD7-929E-4D8. |
| geniphursix@KaZaA | AlbumArt_{0C9AE07E-121C-4684-9716-17C6F1E25A9A}_... | Unknown | 11kB | Image | AlbumArt_{0C9AE07E-121C4684 |
| geniphursix@KaZaA | AlbumArt_{0C9AE07E-121C-4684-9716-17C6F1E25A9A}_... | Unknown | 2kB | Image | AlbumArt_{0C9AE07E-121C6684 |
| geniphursix@KaZaA | cri-cri - El zapatero.mp3 | Cri-Cri | 1,978kB | Audio | |
| geniphursix@KaZaA | Reggae BARINGTON LEVY - murderer (original reggae mix).... | reggae | 3,448kB | Audio | murderer ( |
| geniphursix@KaZaA | Mr.Vegas-Culo(Remix).mp3 | Mr. Vegas | 3,780kB | Audio | |
| geniphursix@KaZaA | AlbumArt_{7B525811-5E0E-441A-A341-E43CED21C935}_... | Unknown | 10kB | Image | AlbumArt_{7B525811-5E0E-41A. |
| geniphursix@KaZaA | AlbumArt_{7B525811-5E0E-441A-A341-E43CED21C935}_... | Unknown | 2kB | Image | AlbumArt_{7B525811-5E0E-441A |
| geniphursix@KaZaA | Reggae Sean paul - Excite me.mp3 | sean paul | 2,812kB | Audio | |
| geniphursix@KaZaA | AlbumArt_{664CD231-ECD4-49C7-94F8-F1125954BFED}_... | Unknown | 7kB | Image | AlbumArt_{664CD231-ECD4-49C7 |
| geniphursix@KaZaA | AlbumArt_{664CD231-ECD4-49C7-94F8-F1125954BFED}_... | Unknown | 2kB | Image | AlbumArt_{664CD231-ECD4-49C7 |
| geniphursix@KaZaA | AlbumArt_{40B4AE7A-46AC-4B3D-8AAE-0523A732B907}_... | Unknown | 4kB | Image | AlbumArt_{40B4AE7A-46AC-4B3D |
| geniphursix@KaZaA | AlbumArt_{40B4AE7A-46AC-4B3D-8AAE-0523A732B907}_... | Unknown | 1kB | Image | AlbumArt_{40B4AE7A-46AC-4B3D |
| geniphursix@KaZaA | AlbumArt_{C80D239F-EBDD-4984-9609-76A70F9I219C}_... | Unknown | 7kB | Image | AlbumArt_{C80D239F-EBDD 14 |
| geniphursix@KaZaA | AlbumArt_{C80D239F-EBDD-4984-9609-76A70F9I219C}_... | Unknown | 2kB | Image | AlbumArt_{C80D239F-EBDD 64 |
| geniphursix@KaZaA | Stevie B - One More Try.mp3 | Stevie B | 3,625kB | Audio | |
| geniphursix@KaZaA | AlbumArt_{1A8EBB70-D978-4B7F-A45B-1562FB032D00}_... | Unknown | 11kB | Image | AlbumArt_{1A8EBB70-D978_P37F. |
| geniphursix@KaZaA | AlbumArt_{1A8EBB70-D978-4B7F-A45B-1562FB032D00}_... | Unknown | 2kB | Image | AlbumArt_{1A8EBB70-D978-B7F |
| geniphursix@KaZaA | TOK - Galang Gal (1).mp3 | TOK | 2,144kB | Audio | |
| geniphursix@KaZaA | Ashanti - Only You.mp3 | Ashanti | 4,086kB | Audio | |
| 2 Users | 05 Overnight Celebrity.wma | twista | 1,852KB | Audio | |

Found 3195 Files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|------------|---|
| geniphursix@KaZaA | 05 Overnight Celebrity.wma | twista | 1,852kB | Audio | |
| geniphursix@KaZaA | AlbumArt_{5ED6F754-C11B-4040-8BDA-59361F4FD633}_... | Unknown | 6kB | Image | AlbumArt_{5ED6F754-C11B-4040 |
| geniphursix@KaZaA | AlbumArt_{5ED6F754-C11B-4040-8BDA-59361F4FD633}_... | Unknown | 1kB | Image | AlbumArt_{5ED6F754-C11B-4040 |
| geniphursix@KaZaA | 12 Lucifer.wma | Jay-Z | 1,525kB | Audio | |
| geniphursix@KaZaA | Tego Calderon - Lean Back (1).wma | Tego | 3,166kB | Audio | |
| geniphursix@KaZaA | 02 Soldier.wma | Destiny's Child | 5,129kB | Audio | |
| geniphursix@KaZaA | destiny's child_soldier_destiny's child-osc.mp3 | Destiny's Child | 2,793kB | Audio | |
| geniphursix@KaZaA | TOK- She's Hot.wma | T.O.K. | 4,949kB | Audio | |
| geniphursix@KaZaA | Ashanti - Only You (1).mp3 | Ashanti | 4,903kB | Audio | |
| geniphursix@KaZaA | Ashanti_-_Only_U (3).wma | Ashanti | 3,412kB | Audio | |
| geniphursix@KaZaA | Ismael Rivera - El Negro Bembon (1).mp3 | Buena Vista Social Club | 2,802kB | Audio | |
| geniphursix@KaZaA | only u_concrete rose_ashanti-4hm.mp3 | Ashanti | 3,520kB | Audio | |
| geniphursix@KaZaA | 18-snoop_feat.wma | Snoop Dog ft. Pharell | 2,686kB | Audio | |
| geniphursix@KaZaA | The Game - How We Do.mp3 | The game | 3,148kB | Audio | |
| geniphursix@KaZaA | spears xxx.wmv | Paris Hilton | 3,869kB | Video | |
| geniphursix@KaZaA | Only You (2)(1).mp3 | Ashanti | 6,128kB | Audio | |
| geniphursix@KaZaA | paris hilton sex tape real thing.wmv | Unknown | 4,812kB | Video | paris hilton |
| geniphursix@KaZaA | 1, 2 Step.WMA | Ciara | 3,223kB | Audio | |
| geniphursix@KaZaA | Get Back (1).mp3 | Ludacris | 7,446kB | Audio | |
| geniphursix@KaZaA | 15 Get Back.wma | Ludacris | 3,497kB | Audio | |
| geniphursix@KaZaA | Eminem - Like Toy Soldier (1).mp3 | Eminem | 7,414kB | Audio | |
| geniphursix@KaZaA | 06 Faixa 6.wma | Jorge ben jor | 1,295kB | Audio | |
| geniphursix@KaZaA | Game Ft.mp3 | Game | 5,698kB | Audio | |
| geniphursix@KaZaA | ciara_Missy - 1 2 Step.mp3 | Ciara | 5,086kB | Audio | |
| 2 Users | D2 One Two Step.wma | Ciara | 3,265kB | Audio | |
| geniphursix@KaZaA | How We Do.mp3 | The game | 5,702kB | Audio | |
| geniphursix@KaZaA | Ciara ft. Missy Elliot-1,2 Step.mp3 | Ciara | 3,936kB | Audio | Ciara Ft. M |
| geniphursix@KaZaA | ciara' missyv-1/2 step.mp3 | Ciara | 3,936kB | Audio | |
| geniphursix@KaZaA | El Bodeguero.mp3 | Buena Vista Social Club | 4,885kB | Audio | |

Found 3195 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | El Bodeguero.mp3 | Buena Vista Social Club | 4,885kB | Audio |
| geniphursix@KaZaA | 50 Cent - Disco Inferno 1.mp3 | 50 Cent | 4,447kB | Audio |
| geniphursix@KaZaA | Hush.wma | LL Cool J | 3,393kB | Audio |
| geniphursix@KaZaA | att00187.jpg | Unknown | 14kB | Image |
| geniphursix@KaZaA | att00190.jpg | Unknown | 24kB | Image |
| geniphursix@KaZaA | att00193.jpg | Unknown | 21kB | Image |
| geniphursix@KaZaA | att00196.jpg | Unknown | 22kB | Image |
| geniphursix@KaZaA | att00199.jpg | Unknown | 15kB | Image |
| geniphursix@KaZaA | att00202.jpg | Unknown | 23kB | Image |
| geniphursix@KaZaA | att00205.jpg | Unknown | 19kB | Image |
| geniphursix@KaZaA | att00208.jpg | Unknown | 14kB | Image |
| geniphursix@KaZaA | att00211.jpg | Unknown | 20kB | Image |
| geniphursix@KaZaA | att00214.jpg | Unknown | 16kB | Image |
| geniphursix@KaZaA | att00217.jpg | Unknown | 18kB | Image |
| geniphursix@KaZaA | att00220.jpg | Unknown | 13kB | Image |
| geniphursix@KaZaA | Thumbs.db | Unknown | 57kB | |
| geniphursix@KaZaA | att00217.zip | Unknown | 225kB | |
| geniphursix@KaZaA | 04 - Pueblo Nuevo.mp3 | Buena Vista Social Club | 5,731kB | Audio |
| geniphursix@KaZaA | deus lhe pague.mp3 | Chico Buarque | 3,134kB | Audio |
| geniphursix@KaZaA | Chico Buarque - Cotidiano (1).mp3 | Chico Buarque | 3,275kB | Audio |
| geniphursix@KaZaA | Brisa do Mar.mp3 | Chico Buarque | 3,697kB | Audio |
| geniphursix@KaZaA | Les Miserables - Come to Me..mp3 | Les Misérables | 3,516kB | Audio |
| geniphursix@KaZaA | MAXWELL NOW - This Womans Work.mp3 | MAXWELL | 7,483kB | Audio |
| geniphursix@KaZaA | Atomic Kitten - I want your love.mp3 | Chic. | 3,141kB | Audio |
| geniphursix@KaZaA | Ad-awareref01R349.scr | Unknown | 33kB | Software |
| geniphursix@KaZaA | Samba do Grande Amor.mp3 | Chico Buarque_Maria Be... | 1,992kB | Audio |
| geniphursix@KaZaA | Alcione_Cássia Eller - Não deixe o samba morrer.mp3 | Alcione. | 4,216kB | Audio |
| geniphursix@KaZaA | Chico Buarque e Maria Bethânia - Smal Fechado.mp3 | Chico Buarque e Maria Be... | 755kB | Audio |
| geniphursix@KaZaA | Alcione - Não deixe o samba morrer.kar | Alcione. | 77kB | Audio |

Found 3195 Files    2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any Files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

New search | Download | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Alcione_-_Nao_deixe_o_samba_morrer.kar | Alcione | 77KB | Audio |
| geniphursix@KaZaA | On My Own LES MISERABLES.kar | A+ | 18KB | Audio |
| geniphursix@KaZaA | Gota d'Agua.mp3 | Chico Buarque | 2,326KB | Audio |
| geniphursix@KaZaA | Chico Buarque- Luiza.mp3 | Chico Buarque | 2,294KB | Audio |
| geniphursix@KaZaA | Chico Buarque - O meu amor.mp3 | Chico Buarque | 3,110KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Feijoada Completa.mp3 | Chico Buarque | 1,546KB | Audio |
| geniphursix@KaZaA | Chico Buarque _Clara Nunes - Morena de Angola.mp3 | Chico Buarque e Clara Nu... | 3,272KB | Audio |
| geniphursix@KaZaA | Chico e Milton - O que será.mp3 | Chico Buarque_Milton N... | 2,624KB | Audio |
| geniphursix@KaZaA | Chico Buarque_Maria Bethânia - Gtá.mp3 | Chico Buarque_Maria Be... | 2,000KB | Audio |
| geniphursix@KaZaA | 01 .mp3 | Chico Buarque_Maria Be... | 2,806KB | Audio |
| geniphursix@KaZaA | Chico Buarque _Caetano Veloso - Vai Levando.mp3 | Chico Buarque _Caetano... | 3,933KB | Audio |
| geniphursix@KaZaA | Chico Buarque - As Vitrines.mp3 | Chico Buarque | 2,642KB | Audio |
| geniphursix@KaZaA | chico buarque - Partido Alto.mp3 | Chico Buarque | 3,606KB | Audio |
| geniphursix@KaZaA | Chico Buarque - A Banda.mp3 | Chico Buarque | 2,064KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Vai passar (1).mp3 | Chico Buarque | 5,824KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Com Açucar E Com Afeto.wma | Chico Buarque | 2,737KB | Audio |
| geniphursix@KaZaA | Kryptonite.mp3 | 3 Doors Down | 4,622KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Doze Anos.mp3 | Chico Buarque | 2,595KB | Audio |
| geniphursix@KaZaA | Alcione- Não Deixe o Samba Morrer.mp3 | Alcione | 4,210KB | Audio |
| geniphursix@KaZaA | Do You Hear The People Sing _.mp3 | Original London Cast. | 3,091KB | Audio |
| geniphursix@KaZaA | chico2.kpl | | 4KB | |
| geniphursix@KaZaA | Chico Buarque - Mulheres de Atenas.mp3 | Chico Buarque | 4,060KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Passaredo.mp3 | Chico Buarque | 2,068KB | Audio |
| geniphursix@KaZaA | chico buarque - vai passar.mp3 | Chico Buarque | 2,836KB | Audio |
| geniphursix@KaZaA | taska - sem você.mp3 | Chico Buarque | 3,322KB | Audio |
| geniphursix@KaZaA | Blondie - Call Me.mp3 | Blondie | 6,656KB | Audio |
| geniphursix@KaZaA | billy holliday - My Man.mp3 | Billie Holiday | 2,154KB | Audio |
| 2 Users | sarah brightman - Masquerade.mp3 | Sara Brightman | 2,304KB | Audio |
| 2 Users | Beatles - Michelle (1).mp3 | The Beatles | 2,538KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| geniphursix@KaZaA | Beatles - Michelle (1).mp3 | The Beatles | 2,538kB | Audio |
| geniphursix@KaZaA | beatles-If I fell in love with you.asf | Unknown | 23kB | Video |
| geniphursix@KaZaA | WARWTC~1.MP3 | Dionne Warwick | 2,998kB | Audio |
| geniphursix@KaZaA | 80's - Blondie - Call Me.mp3 | Blondie | 5,056kB | Audio |
| geniphursix@KaZaA | Phantom Of The Opera - Think of Me (Instrumental) (1).m... | Piano | 4,900kB | Audio |
| geniphursix@KaZaA | Michelle - No More Lies.mp3 | Michelle | 3,536kB | Audio |
| geniphursix@KaZaA | 02 02 Angel In Disguise Brandy Never Say Never.wma | Unknown | 2,291kB | Audio |
| geniphursix@KaZaA | Django Reinhart, Gypsy Jazz - Brazil.mp3 | Django Reinhardt | 2,318kB | Audio |
| geniphursix@KaZaA | Django Reinhardt - Django's Blues.mp3 | Django Reinhardt | 2,882kB | Audio |
| geniphursix@KaZaA | Django Reinhardt - Moonglow.mp3 | Django Reinhardt | 2,134kB | Audio |
| geniphursix@KaZaA | skip james - devil got my woman.mp3 | Skip James | 1,409kB | Audio |
| geniphursix@KaZaA | Manu Chao - Minha macorha.mp3 | Mano Chao | 2,214kB | Audio |
| geniphursix@KaZaA | 07 Faixa 7.wma | Jorge ben jor | 1,685kB | Audio |
| geniphursix@KaZaA | TV Theme - welcome back kotter theme.mp3 | Tv 70's 80's | 888kB | Audio |
| geniphursix@KaZaA | Jose Feliciano - Chico and the Men (1).MP3 | Jose Feliciano | 2,506kB | Audio |
| geniphursix@KaZaA | Sleep Like A Child.mp3 | Joss Stone | 4,123kB | Audio |
| geniphursix@KaZaA | Sleep Like A Child (5).mp3 | Joss Stone | 4,819kB | Audio |
| geniphursix@KaZaA | 14 Sleep Like A Child.mp3 | Joss Stone | 6,651kB | Audio |
| geniphursix@KaZaA | Mind, Body & Soul Sleep Like A Child.mp3 | Joss Stone | 4,995kB | Audio |
| geniphursix@KaZaA | Mase LOX_DMX - 24 hours 2 live.mp3 | Mase LOX_DMX | 3,989kB | Audio |
| geniphursix@KaZaA | Van Morrison - Into the Mystic.mp3 | Van Morrison | 4,119kB | Audio |
| geniphursix@KaZaA | Michael Mcdonald - I Keep Forgetting (1).mp3 | Michael McDonald | 3,436kB | Audio |
| geniphursix@KaZaA | Rude.Boys - Are you lonely for me.mp3 | Rude Boys | 4,800kB | Audio |
| geniphursix@KaZaA | Breakdance - Flip, Freeze, Footwork.mpe | breakdancin | 1,241kB | Video |
| geniphursix@KaZaA | Capelton - More Fire.mp3 | Capleton | 2,368kB | Audio |
| geniphursix@KaZaA | Follow Me.mp3 | Sexto Sehto | 9,564kB | Audio |
| geniphursix@KaZaA | Greatful Dead - Fire On The Mountain.MP3 | Grateful Dead | 1,544kB | Audio |
| geniphursix@KaZaA | TU ME QUEMAS (EDDIE SANTIAGO).MP3 | 3 | 4,675KB | Audio |
| geniphursix@KaZaA | rude boys - tonight.mp3 | | 4,247kB | Audio |

Found 3195 Files | 2,421,950 users online, sharing 546,666,805 files (28,624,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | rude boys - tonight.mp3 | RUDE BOYS | 4,247kB | Audio |
| geniphursix@KaZaA | LTD - Love Ballad.mp3 | Ltd | 4,352kB | Audio |
| geniphursix@KaZaA | Karma (7).MP3 | Lloyd Banks | 5,204kB | Audio |
| geniphursix@KaZaA | Maggot Brain (live).mp3 | Parliament-Funkadelic | 19,837kB | Audio |
| geniphursix@KaZaA | Camron, Big L, Lcd -Da Projects.mp3 | Camron | 3,448kB | Audio |
| geniphursix@KaZaA | Big L - Freestyle Part 02.mp3 | Big L | 2,187kB | Audio |
| geniphursix@KaZaA | For The Good Times.mp3 | Al Green | 6,122kB | Audio |
| geniphursix@KaZaA | Q102 - Philadelphia Eagles.mp3 | Q102' | 2,656kB | Audio |
| geniphursix@KaZaA | Marvin Gaye-Come Live With Me.mp3 | marvin gaye | 15,245kB | Audio |
| geniphursix@KaZaA | 08 Faixa 8.wma | Jorge ben jor | 1,998kB | Audio |
| geniphursix@KaZaA | Karma.mp3 | Lloyd Banks | 7,399kB | Audio |
| geniphursix@KaZaA | Karma (1).mp3 | Lloyd Banks | 4,386kB | Audio |
| 2 Users | Shannon - Give Me Tonight.mp3 | Shannon | 7,170kB | Audio |
| geniphursix@KaZaA | Shannon-Give Me.mp3 | Shannon | 5,229kB | Audio |
| geniphursix@KaZaA | Gucci Man ft.mp3 | Gucci ft. Young Jeezy | 6,846kB | Audio |
| geniphursix@KaZaA | nelly_st.luntics - icey.mp3 | Nelly | 2,979kB | Audio |
| geniphursix@KaZaA | tu me quemas.kpl | | 0kB | Audio |
| geniphursix@KaZaA | Bob Marley - Concrete Jungle.mp3 | Eddie Santiago | 3,846kB | Audio |
| geniphursix@KaZaA | Hewey Lewis - I Want a New Drug.mp3 | Bob Marley | 4,453kB | Audio |
| geniphursix@KaZaA | lumidee-never leave you (1).wma | Hewey Lewis and the Ne... | 3,441kB | Audio |
| geniphursix@KaZaA | Eddy Santigo - tu me quemas.mp3 | Lumidee | | Audio |
| geniphursix@KaZaA | AlbumArt_{1F6D2BBB-AB24-4EB2-9188-FACB45DEF360}_... | Eddie Santiago | 2,048kB | Audio |
| geniphursix@KaZaA | AlbumArt_{1F6D2BBB-AB24-4EB2-9188-FACB45DEF360}_... | Unknown | 6kB | Image |
| geniphursix@KaZaA | AlbumArt_{1F6D2BBB-AB24-4EB2-9188-FACB45DEF360}_... | Unknown | 1kB | Image |
| geniphursix@KaZaA | AlbumArt_{5956F0D3-4FA5-40E5-BB92-97EA52CF43DA}_... | Unknown | 10kB | Image |
| geniphursix@KaZaA | AlbumArt_{5956F0D3-4FA5-40E5-BB92-97EA52CF43DA}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{8D7D5D3E-EE46-4384-A749-8B7BD98C8100}_... | Unknown | 13kB | Image |
| geniphursix@KaZaA | AlbumArt_{8D7D5D3E-EE46-4384-A749-8B7BD98C8100}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{97639B7D-583F-4F3A-82D0-77C924E2F2E6}_... | Unknown | 5kB | Image |
| geniphursix@KaZaA | AlbumArt_{97639B7D-583F-4F3A-82D0-77C924E2F2E6}_... | Unknown | | Image |

2,192,980 users online, sharing 546,666,905 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web · My Kazaa · Theater · Download · New search · Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| geniphursix@KaZaA | AlbumArt_{97639B7D-583F-4F3A-8200-77C924E2F2E6}_... | Unknown | 1KB | Image | AlbumArt_{97639B7D-583F-4F3A-8200-77C924E2F2E6}_... |
| geniphursix@KaZaA | AlbumArt_{8C0D8889-0FE0-424B-A98D-3012D4FF3BC3}_... | Unknown | 5KB | Image | AlbumArt_{8C0D8889-0FE0-424B... |
| geniphursix@KaZaA | AlbumArt_{8C0D8889-0FE0-424B-A98D-3012D4FF3BC3}_... | Unknown | 1KB | Image | AlbumArt_{8C0D8889-0FE0-424B... |
| geniphursix@KaZaA | #1.kpl | Fifty cent: | 1KB | | |
| geniphursix@KaZaA | Greenday - Boulevard of Broken Dreams.wma | Green Day | 4,111KB | Audio | Boulevar |
| geniphursix@KaZaA | Salsa.- Grupo Niche - Uña Aventura.mp3 | Grupo Niche | 3,726KB | Audio | |
| geniphursix@KaZaA | AlbumArt_{705AE886-8327-45F9-94EA-722E91A56DCA}_... | Unknown | 9KB | Image | AlbumArt_{705AE886-832... |
| geniphursix@KaZaA | AlbumArt_{705AE886-8327-45F9-94EA-722E91A56DCA}_... | Unknown | 2KB | Image | AlbumArt_{705AE886-832... |
| geniphursix@KaZaA | AlbumArt_{9D383CE0-A63E-48EB-88CE-62EA12A479397}_... | Unknown | 11KB | Image | AlbumArt_{9D383CE0-A63E-48EB... |
| geniphursix@KaZaA | AlbumArt_{9D383CE0-A63E-48EB-88CE-62EA12A479397}_... | Unknown | 2KB | Image | AlbumArt_{9D383CE0-A63E-48EB... |
| geniphursix@KaZaA | AlbumArt_{9DBF692D-65FC-4A2F-BAEC-887EF5830648}_... | Unknown | 8KB | Image | AlbumArt_{9DBF692D-65FC-4A2F... |
| geniphursix@KaZaA | AlbumArt_{9DBF692D-65FC-4A2F-BAEC-887EF5830648}_... | Unknown | 2KB | Image | AlbumArt_{9DBF692D-65FC-4A2F... |
| geniphursix@KaZaA | bad brains - I luv I jah.mp3 | Bad Brains | 5,994KB | Audio | |
| geniphursix@KaZaA | Bad Brains_Rock For Light_05_I and I Survive.mp3 | Bad Brains | 4,928KB | Audio | |
| geniphursix@KaZaA | Pop 80's -The Smiths - I am Human (1).mp3 | The Smiths | 6,266KB | Audio | |
| geniphursix@KaZaA | my Favorite.kpl | RADIOHEAD | 5KB | | |
| geniphursix@KaZaA | Nirvana - Dumb.mp3 | Nirvana | 2,378KB | Audio | |
| geniphursix@KaZaA | gyetovent.kpl | 3 Doors Down | 0KB | | |
| geniphursix@KaZaA | 07-matt_nathanson-laid-apc.mp3 | matt nathanson | 4,325KB | Audio | |
| geniphursix@KaZaA | AlbumArt_{966FD45F-58CA-4BB2-8618-88312CF55BA4}_... | Unknown | 12KB | Image | AlbumArt_{966FD45F-58CA-4BB2... |
| geniphursix@KaZaA | AlbumArt_{966FD45F-58CA-4BB2-8618-88312CF55BA4}_... | Unknown | 3KB | Image | AlbumArt_{966FD45F-58CA-4BB2... |
| geniphursix@KaZaA | AlbumArt_{ED31C54B-1F5C-4F06-A3D6-5A7BF1065761}_... | Unknown | 10KB | Image | AlbumArt_{ED31C54B-1F5C... |
| geniphursix@KaZaA | Margaretha Menezes - Elejibo.mp3 | Margareth Menezes | 4,084KB | Audio | |
| geniphursix@KaZaA | jorge ben - Umbabarauma.mp3 | Jorge Ben | 4,542KB | Audio | |
| geniphursix@KaZaA | Bob Marley - Redemption Son.mp3 | Bob Marley | 3,858KB | Audio | |
| geniphursix@KaZaA | Chico.kpl | Chico | 5KB | | |
| geniphursix@KaZaA | Tupac - Changes.mp3 | Stevie Nix | 4,230KB | Audio | |
| geniphursix@KaZaA | Elevators.mp3 | Outkast | 4,135KB | Audio | |
| geniphursix@KaZaA | Bob Marley - _ Redemption_Song.mp3 | Bob Marley | 5,917KB | Audio | |
| geniphursix@KaZaA | Method Man - Release Ya Delf.mp3 | Method Man | | Audio | |

Found 3135 Files.    2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | Bob_Marley_-_Redemption_Song.mp3 | Bob Marley | 5,917KB | Audio |
| geniphursix@KaZaA | Method Man - Release Yo Delf.mp3 | Method Man | 3,489KB | Audio |
| geniphursix@KaZaA | outkast - Cadillac Doors.mp3 | Outkast | 4,146KB | Audio |
| geniphursix@KaZaA | guava jelly.mp3 | Bob Marley | 2,157KB | Audio |
| geniphursix@KaZaA | Bob Marley - Nice time.mp3 | Bob Marley | 2,578KB | Audio |
| geniphursix@KaZaA | 06 - War.mp3 | Bob Marley | 2,565KB | Audio |
| geniphursix@KaZaA | song.mp3 | Bob Marley | 1,652KB | Audio |
| geniphursix@KaZaA | Villancicos - El Burrito sabanero.mp3 | Villancicos | 1,502KB | Audio |
| geniphursix@KaZaA | Bob Marley - Do It Twice.mp3 | Bob Marley | 2,637KB | Audio |
| geniphursix@KaZaA | Bob Marley- Don't Rock The Boat.mp3 | Bob Marley | 5,311KB | Audio |
| geniphursix@KaZaA | Bend Down Low.mp3 | Bob Marley | 3,578KB | Audio |
| geniphursix@KaZaA | Bob Marley - One Drop.mp3 | Bob Marley | 3,624KB | Audio |
| geniphursix@KaZaA | Hypocrites.MP3 | Bob Marley | 6,090KB | Audio |
| geniphursix@KaZaA | T01 SONGS1- JUDGE_NOT.mp3 | Bob Marley | 2,284KB | Audio |
| geniphursix@KaZaA | so much trouble.mp3 | Bob Marley | 9,279KB | Audio |
| geniphursix@KaZaA | Easy Skanking_Bob Marley.mp3 | Bob Marley | 2,064KB | Audio |
| geniphursix@KaZaA | OJays - Money_Money_Money.mp3 | OJays | 3,494KB | Audio |
| geniphursix@KaZaA | Infantiles - Cri Cri - La Patita.mp3 | CriCri | 2,657KB | Audio |
| geniphursix@KaZaA | Morcheeba-- Let it go.mp3 | Morcheeba | 4,424KB | Audio |
| geniphursix@KaZaA | Cri'Cri - El Raton Vaquero.mp3 | Cri'Cri | 1,372KB | Audio |
| geniphursix@KaZaA | cricri_lasyocales (1).mp3 | Cri-cri | 2,473KB | Audio |
| geniphursix@KaZaA | Let it go.wav | A+ | 15,503KB | Audio |
| geniphursix@KaZaA | GYETOVERIT1.kpl | 3 Doors Down | 1KB | Audio |
| geniphursix@KaZaA | Let It Go.mp3 | Freak Power | 4,133KB | Audio |
| geniphursix@KaZaA | Cri-Cri -los cochinitos.mp3 | CriCri | 3,222KB | Audio |
| geniphursix@KaZaA | ABBA - Move On.mp3 | ABBA | 3,878KB | Audio |
| geniphursix@KaZaA | Bob Marley - Three Little Birds.mp3 | Bob Marley | 2,814KB | Audio |
| geniphursix@KaZaA | Bob Marley - War _No More Trouble (live).mp3 | Bob Marley | 5,166KB | Audio |
| geniphursix@KaZaA | CRI CRI - LA OLLA Y EL COMAL.mp3 | CRI CRI | 2,462KB | Audio |

Found 3195 files

2,421,960 users online, sharing 546,666,805 files (28,824,576 GB)   Not sharing any files