**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Traffic | Shop | Tell A Friend | Search Field | New search | Search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | CRI CRI - LA OLLA Y EL COMAL.mp3 | Cri Cri | 2,482KB | Audio |
| geniphursix@KaZaA | Cri Cri - Pinpon es un Muñeco.mp3 | Cri-Cri | 1,611KB | Audio |
| geniphursix@KaZaA | Cri-Cri - Dj Porque.mp3 | Cri-Cri | 1,463KB | Audio |
| geniphursix@KaZaA | Infantiles - CRICRI NGCucurumbe.mp3 | Cri-Cri | 1,142KB | Audio |
| geniphursix@KaZaA | No more trouble.mp3 | Bob Marley | 3,729KB | Audio |
| geniphursix@KaZaA | Bob Marley - Natural Mystic.mp3 | Bob Marley | 3,232KB | Audio |
| geniphursix@KaZaA | Cri Cri - Los pollitos dicen.mp3 | Cri-Cri | 758KB | Audio |
| geniphursix@KaZaA | desktop.ini | Unknown | 0KB | |
| geniphursix@KaZaA | Folder.jpg | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| geniphursix@KaZaA | Cri-Cri-EL_Negrito_Bailar.mp3 | Cri-Cri | 3,089KB | Audio |
| geniphursix@KaZaA | 01 E-Pro.wma | Beck | 3,163KB | Audio |
| geniphursix@KaZaA | Alvin_The_Chipmunks - Witch Doctor.mp3 | Alvin and the Chipmunks | 2,175KB | Audio |
| geniphursix@KaZaA | Epro.mp3 | Beck | 4,878KB | Audio |
| geniphursix@KaZaA | 02.Que Onda Guero.wma | Beck | 3,576KB | Audio |
| geniphursix@KaZaA | Cri Cri - Caminito de la Escuela.mp3 | Cri-Cri | 852KB | Audio |
| geniphursix@KaZaA | Beck-Que Onda Guero.wma | Beck | 4,130KB | Audio |
| geniphursix@KaZaA | Joe Luciano - El baile de la Botella.kar | Francisco | 97KB | Audio |
| geniphursix@KaZaA | Tengo una muñeca vestida de azul.mp3 | Cepillin | 1,493KB | Audio |
| geniphursix@KaZaA | EL BURRITO DE BELEN.mp3 | NAVIDAD | 3,689KB | Audio |
| geniphursix@KaZaA | Alvin and the Chipmunks - Hula Hoop.mp3 | Alvin_The_Chipmunks | 2,227KB | Audio |
| geniphursix@KaZaA | Melody - El baile del gorila.kar | Francisco | 118KB | Audio |
| geniphursix@KaZaA | El perrito.mp3 | Cri-Cri | 862KB | Audio |
| geniphursix@KaZaA | Wilfrido Vargas - El baile del perrito.kar | Francisco | 83KB | Audio |
| geniphursix@KaZaA | Toma el Llavero Abuelita - Cricri.mp3 | Cri-Cri | 2,176KB | Audio |
| geniphursix@KaZaA | 112 - You Already Know.mp3 | 112 | 4,688KB | Audio |
| geniphursix@KaZaA | 05. Eric Burdon.mp3 | Cody ChesnuTT | 2,530KB | Audio |
| geniphursix@KaZaA | 05. Infatueighties.mp3 | Musiq | 4,315KB | Audio |
| geniphursix@KaZaA | 06 - Radiohead - Anyone Can Play Guitar.scn | Unknown | 32KB | Audio |

Found 3195 Files | 2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 06 - Radiohead - Anyone Can Play Guitar.scn | Unknown | 32kB | Audio |
| geniphursix@KaZaA | 06 - The Smiths - This Charming Man.mp3 | The Smiths | 5,230kB | Audio |
| geniphursix@KaZaA | 06 R Kelly - Snake .mp3 | 3 | 6,822kB | Audio |
| geniphursix@KaZaA | 06-dead_prez-hell_yeah-esc.mp3 | Dead Prez | 7,064kB | Audio |
| geniphursix@KaZaA | 07 - Beck - Ziplock Bag - One Foot In The Grave.mp3 | Beck | 2,048kB | Audio |
| geniphursix@KaZaA | 07 - Broken Train.mp3 | Beck | 5,883kB | Audio |
| geniphursix@KaZaA | 07 Lithium.mp3 | Nirvana | 3,023kB | Audio |
| geniphursix@KaZaA | 07-50_cent_and_gunit_feat_joe-i_wanna-0mni_(1).mp3 | G-UNIT | 6,168kB | Audio |
| geniphursix@KaZaA | 07. Baby Mother.mp3 | Musiq | 4,428kB | Audio |
| geniphursix@KaZaA | 07. On A Joyride.mp3 | Cody Chesnutt | 3,318kB | Audio |
| geniphursix@KaZaA | 07. Polly.mp3 | Polly | 3,072kB | Audio |
| geniphursix@KaZaA | 08 - Casa Babylon.mp3 | Manu Chao | 2,418kB | Audio |
| geniphursix@KaZaA | 08 Balance.wma | Mafia K-1 Fry | 4,596kB | Audio |
| geniphursix@KaZaA | 08 ManuChao- Mi vida.mp3 | Manu Chao | 2,392kB | Audio |
| geniphursix@KaZaA | 08. Daylight.mp3 | Cody Chesnutt | 766kB | Audio |
| geniphursix@KaZaA | 09 - artist -- You Didn't Know That Though -- title.mp3 | Blackalicious | 5,392kB | Audio |
| geniphursix@KaZaA | 09 - SEAN PAUL - CONCRETE.mp3 | SEAN PAUL | 4,562kB | Audio |
| geniphursix@KaZaA | 09- street_life.mp3 | Mobb Deep, LES, ACD | 4,292kB | Audio |
| geniphursix@KaZaA | 09-black_moon-stoned_iz_the_way-wcr.mp3 | Black Moon | 6,132kB | Audio |
| geniphursix@KaZaA | 1 Mosedades - Eres Tu.mp3 | britney spears ft madonna | 1,837kB | Audio |
| geniphursix@KaZaA | 10 betta listen.mp3 | De La Soul | 6,278kB | Audio |
| geniphursix@KaZaA | 10. Daddy's Baby.mp3 | Cody Chesnutt | 2,468kB | Audio |
| geniphursix@KaZaA | 10_This Night Has Opened My Eyes.mp3 | Smiths | 3,444kB | Audio |
| geniphursix@KaZaA | 11 - De La Soul - Stakes Is High - Itszoweezee.mp3 | de la soul | 4,081kB | Audio |
| geniphursix@KaZaA | 11 - Hell On Earth (Front Lines).mp3 | Mobb Deep | 3,223kB | Audio |
| geniphursix@KaZaA | 11 itsoweezee (HOT).mp3 | De La Soul | 6,758kB | Audio |
| geniphursix@KaZaA | 11. Don't Stop (Ft Bilal).mp3 | Musiq | 7,630kB | Audio |
| geniphursix@KaZaA | 112 - Don't Be Mad.mp3 | 112 | 4,052kB | Audio |
| geniphursix@KaZaA | 112 - Track07.mp3 | 112 | 7,491kB | Audio |

Found 3195 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 112 - Track07.mp3 | 112 | 7,491KB | Audio |
| geniphursix@KaZaA | 12 - Lloyd Banks - The Hustler.mp3 | 50 Cent | 2,349KB | Audio |
| geniphursix@KaZaA | 12.Her.mp3 | Musiq | 4,256KB | Audio |
| geniphursix@KaZaA | 12 If You Want Me to Stay.wma | Unknown | 1,940KB | Audio |
| geniphursix@KaZaA | 12-black_moon-how_we_do_it-wcr.mp3 | Black Moon | 5,272KB | Audio |
| geniphursix@KaZaA | 12_Where Are You Going.mp3 | Musiq | 4,194KB | Audio |
| geniphursix@KaZaA | 13 - Me Haces Falta.mp3 | Marc Anthony | 5,437KB | Audio |
| geniphursix@KaZaA | 13 Big Girls Are Best.mp3 | U2 | 4,242KB | Audio |
| geniphursix@KaZaA | 13-Lil Kim - Get In Touch With Us.mp3 | Lil Kim | 5,324KB | Audio |
| geniphursix@KaZaA | 14 Gift from Virgo.wma | beyonce | 1,305KB | Audio |
| geniphursix@KaZaA | 14_La botella.mp3 | 3 | 630KB | Audio |
| geniphursix@KaZaA | 14-Ojala.mp3 | Sylvio Rodriguez | 2,699KB | Audio |
| geniphursix@KaZaA | 14 The Man Who Sold the World [Live].mp3 | Nirvana | 2,672KB | Audio |
| geniphursix@KaZaA | 14._Interlude_.mp3 | Musiq | 596KB | Audio |
| geniphursix@KaZaA | 15 Track 15.wma | Jay-Z_R. Kelly | 2,215KB | Audio |
| geniphursix@KaZaA | 15-black_moon-no_way_(ft_steele)-wcr.mp3 | Black Moon | 5,214KB | Audio |
| geniphursix@KaZaA | 15. Showroom Dummies (Cha Cha Cha).mp3 | Showroom Dummies (Cha... | 5,156KB | Audio |
| geniphursix@KaZaA | 16 Unicornio Azul.mp3 | Sylvio Rodriguez | 5,145KB | Audio |
| geniphursix@KaZaA | 17-gangstarr-the_ownerz-wcr.mp3 | Gangstarr | 4,184KB | Audio |
| geniphursix@KaZaA | 18 - SEAN PAUL - BUBBLE.mp3 | Sean Paul | 4,415KB | Audio |
| geniphursix@KaZaA | 2Pac - Thugz Mansion.mp3 | Tupac ft. Anthony Hamilt... | 5,794KB | Audio |
| geniphursix@KaZaA | 20 Cherokee - Nectarine feat. Andre 3000.mp3 | 3 | 4,799KB | Audio |
| geniphursix@KaZaA | 21 - Track21.mp3 | vaclom 69 | 4,418KB | Audio |
| geniphursix@KaZaA | 24-sheek-o.k.-wcr.mp3 | Sheek | 3,898KB | Audio |
| geniphursix@KaZaA | 2_serial de maya 5.rtf | Gan2 Solaris | 2KB | Document |
| geniphursix@KaZaA | 50 Cent - Nobody Likes Me.mp3 | 50 Cent | 3,040KB | Audio |
| geniphursix@KaZaA | 50 Cent - Order Of Protection.mp3 | 50 Cent. | 2,406KB | Audio |
| geniphursix@KaZaA | 50 cent ft. gunit- Gunit-anthem 2.mp3 | 50 cent ft G-Unit | 3,339KB | Audio |
| geniphursix@KaZaA | 50 cent-Fat bitch.mp3 | 50 Cent | 4,879KB | Audio |

Found 3,195 files | 2,421,850 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Search Field | Tell A Friend

New search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 50 cent-fat bitch.mp3 | 50 Cent | 4,879KB | Audio |
| geniphursix@KaZaA | 6 nice and smooth - funky for you.mp3 | nice and smooth | 4,652KB | Audio |
| 2 Users | 80's Fat Boys - Jail House Rap.mp3 | Fatboys | 4,472KB | Audio |
| geniphursix@KaZaA | 80's Freestyle-Noel - Silent Morning.mp3 | Noel | 5,740KB | Audio |
| geniphursix@KaZaA | 8579.mp3 | Disco Clepisco Dance Ban... | 4,188KB | Audio |
| geniphursix@KaZaA | A E I O U [Freeze].Mp3 | Freeze | 8,136KB | Audio |
| geniphursix@KaZaA | Adina howard - Freak like me.mp3 | Adina howard | 6,335KB | Audio |
| geniphursix@KaZaA | Africa Bambata _Soul Sonic Force - Rock It Don't Stop It..... | Africa Bambata _SSF | 5,004KB | Audio |
| geniphursix@KaZaA | Al Green-Call Me.mp3 | Al Green | 2,156KB | Audio |
| geniphursix@KaZaA | AlbumArt_{039FDA74-793F-434C-98BB-302EFCCB6BB5}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{039FDA74-793F-434C-98BB-302EFCCB6BB5}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{07068EB8-FDC5-419F-9FBE-3741BC824FC2}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{07068EB8-FDC5-419F-9FBE-3741BC824FC2}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{45667B38-59C8-41FE-BDE5-4F10FA659804}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{0972E449-6444-47C6-AF9E-84C22A0575FF}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{0972E449-6444-47C6-AF9E-84C22A0575FF}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{0A046746-3C63-4D50-B991-AA996D733C4D}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{0A046746-3C63-4D50-B991-AA996D733C4D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{0A3C8643-A01A-4B54-A043-42CD1C1967E}_... | Unknown | 17KB | Image |
| geniphursix@KaZaA | AlbumArt_{0A3C8643-A01A-4B54-A043-42CD1C1967E}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{17AC26CC-880F-4BF9-8BC9-BFBB65D707E5}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{17AC26CC-880F-4BF9-8BC9-BFBB65D707E5}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{17B218F4-D275-4A1B-B4C1-64EEF8FC15FF}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{17B218F4-D275-4A1B-B4C1-64EEF8FC15FF}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1A5A6D4B-F825-4AA3-B499-6DA3D3A4E990}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{1A5A6D4B-F825-4AA3-B499-6DA3D3A4E990}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1CDE985D-C610-45EC-A9B5-BA4F4684056A}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{1CDE985D-C610-45EC-A9B5-BA4F4684056A}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{1DB67E8F-BC40-4704-BFBC-C86D501F0112}_... | Unknown | 11KB | Image |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Search | | | Traffic | Shop | Tell A Friend

New search | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{1DB67E8F-BC40-470A-BFBC-C886D501F012}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{1DB67E8F-BC40-470A-BFBC-C886D501F012}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1F3C1139-C4AD-4B8F-8DE6-A8F456FF0EC3}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{1F3C1139-C4AD-4B8F-8DE6-A8F456FF0EC3}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{250E7516-9376-4D72-9403-2EC1292B2695}_L... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{250E7516-9376-4D72-9403-2EC1292B2695}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{2584A036-9D23-405B-8FB0-B284F21A2443}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{2584A036-9D23-405B-8FB0-B284F21A2443}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{268CC781-413F-4243-BC8B-6B4868D0ABD9}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{268CC781-413F-4243-BC8B-6B4868D0ABD9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{29E9CAFC-FA6E-43E0-B5FD-5A57EDB37DFB}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{29E9CAFC-FA6E-43E0-B5FD-5A57EDB37DFB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{2BB58598-690F-47A9-A813-A5745BFD861E}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{2BB58598-690F-47A9-A813-A5745BFD861E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{2BDB80A2-DCDA-403C-971B-5E17AFFE53DE}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{2BDB80A2-DCDA-403C-971B-5E17AFFE53DE}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{30703EE8-8F95-4889-807F-F0C3CB26CC7A}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{30703EE8-8F95-4889-807F-F0C3CB26CC7A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{309606A4-5E3E-4288-A1FB-2E7CF3ADC7C8}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{309606A4-5E3E-4288-A1FB-2E7CF3ADC7C8}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{31E24709-1577-4F77-85C6-399492E4FD5C}_L... | Unknown | 15KB | Image |
| geniphursix@KaZaA | AlbumArt_{31E24709-1577-4F77-85C6-399492E4FD5C}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{32A7C1AE-5253-468F-9ADE-DCA2339A3B5C}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{32A7C1AE-5253-468F-9ADE-DCA2339A3B5C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3403BBCE-1535-4E86-9555-4FC4CDC85230}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{3403BBCE-1535-4E86-9555-4FC4CDC85230}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{386A470FC-9CFA-4C11-9BA8-C13D2979289B}_... | Unknown | 15KB | Image |
| geniphursix@KaZaA | AlbumArt_{386A470FC-9CFA-4C11-9BA8-C13D2979289B}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{3B618307-FA71-4132-B31E-1EA8A6A42C23}_... | Unknown | 8KB | Image |

Found 3,195 files | | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{3B618307-FA71-4132-B31E-1EA8A6A42C23}_... | 8KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{3B618307-FA71-4132-B31E-1EA8A6A42C23}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{4158D985-A563-4DC5-976B-E257E0914584}_... | 9KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{4158D985-A563-4DC5-976B-E257E0914584}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{416770F9-C52E-4C1A-AEE5-2C8C78FA5469}_... | 12KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{416770F9-C52E-4C1A-AEE5-2C8C78FA5469}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{4252F556-2C7D-4DD7-B0B9-BD0AE4F0FFF1}_... | 10KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{4252F556-2C7D-4DD7-B0B9-BD0AE4F0FFF1}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{489C0518-A69E-4D41-9A79-C55D2BB28FA0}_... | 9KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{489C0518-A69E-4D41-9A79-C55D2BB28FA0}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{49E92CB7-14BA-41F8-8D76-6C802A0B8443}_... | 8KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{49E92CB7-14BA-41F8-8D76-6C802A0B8443}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{ED31C54B-1F5C-4F06-A3D6-5A78F1065761}_... | 8KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{614FD404-6B7F-4824-8986-DCF82340F3E6}_... | 8KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{614FD404-6B7F-4824-8986-DCF82340F3E6}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{64206B83-4C4A-44A3-8BA2-AC4F0CF78735}_... | 8KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{64206B83-4C4A-44A3-8BA2-AC4F0CF78735}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{66896C4C-4A3A-4C56-A9BD-7A30E7911343}_... | 9KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{66896C4C-4A3A-4C56-A9BD-7A30E7911343}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{674775B0-289F-4D25-A44A-591B65F209BE}_... | 10KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{674775B0-289F-4D25-A44A-591B65F209BE}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{72B1396C-5590-42F0-B942-AAA81C8926A6}_... | 11KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{72B1396C-5590-42F0-B942-AAA81C8926A6}_1... | 3KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{78B75E64-23DB-44E4-820B-7D008D03FFCE9}_... | 9KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{78B75E64-23DB-44E4-820B-7D008D03FFCE9}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{7E401F9C-99B0-4555-BFA0-ABF598E266C0}_... | 2KB | Image | Unknown |
| geniphursix@KaZaA | AlbumArt_{801FA388-884C-4BBD-A063-7F50D6BA54F9}_... | 6KB | Image | Unknown |

Found 3195 files.  2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)  Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{81DB77F1-4905-4A6E-A867-471DD67AC70D}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{81DB77F1-4905-4A6E-A867-471DD67AC70D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8200B4DC-FB16-40B9-A963-4412C2FAACE1}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{8200B4DC-FB16-40B9-A963-4412C2FAACE1}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{84D25922-C684-4FFD-B6B5-966115389FB4}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{84D25922-C684-4FFD-B6B5-966115389FB4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{85220AFA-92CC-4C68-AF15-4F6431DF3892}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{85220AFA-92CC-4C68-AF15-4F6431DF3892}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{880FCFF2-DA82-4C1A-B062-75074FA646B9}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{880FCFF2-DA82-4C1A-B062-75074FA646B9}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{98ECF4DA-7904-43FE-B090-A76E293807CB}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{98ECF4DA-7904-43FE-B090-A76E293807CB}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{A154F7ED-81C3-4FB6-9B02-DE21BB6731AC}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{A154F7ED-81C3-4FB6-9B02-DE21BB6731AC}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A4AB5010-3B27-4B61-93D5-9E9B8638AE1D}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{A4AB5010-3B27-4B61-93D5-9E9B8638AE1D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A649FF8C-0AB3-4457-A0C4-89CF2A6401BA}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{A649FF8C-0AB3-4457-A0C4-89CF2A6401BA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{AAAAF1A45-7310-4749-A818-C1D35B2CEEF3}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{AAAAF1A45-7310-4749-A818-C1D35B2CEEF3}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B1F74F86-1287-438F-A670-E822085B9113}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{B1F74F86-1287-438F-A670-E822085B9113}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{B21BEF6A-A1B8-4B4A-895C-87252A92EB3A}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{B21BEF6A-A1B8-4B4A-895C-87252A92EB3A}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{BBBE4FC6-D6C2-43C6-982F-FFA3D03A79B1}_... | Unknown | 16KB | Image |
| geniphursix@KaZaA | AlbumArt_{BBBE4FC6-D6C2-43C6-982F-FFA3D03A79B1}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{C5881359-C928-4817-B214-7EC5849007C7}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{C5881359-C928-4817-B214-7EC5849007C7}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{CCA1161A-61CE-4DFE-8528-80C8CE807B80}_... | Unknown | 12KB | Image |

Found: 3,195 files. | 2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{CCA1161A-61CE-4DFE-8528-80CBCE807B80}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{CCA1161A-61CE-4DFE-8528-80CBCE807B80}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{CDB52E30-9338-482F-9480-84FEABEAA8DE}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{CDB52E30-9338-482F-9480-84FEABEAA8DE}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D041D6E0-997A-4927-9EA2-9D4808589F1A}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{D041D6E0-997A-4927-9EA2-9D4808589F1A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D4F3556B-A262-4F13-B9A1-C8917A300085}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{D4F3556B-A262-4F13-B9A1-C8917A300085}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D4FC5F67-A440-4478-84C0-53CC87D1A5A1}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{D4FC5F67-A440-4478-84C0-53CC87D1A5A1}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D530E2D7-103A-40FA-AF46-8459DEE9D1F7}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{D530E2D7-103A-40FA-AF46-8459DEE9D1F7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D53D0D63-D8C0-4043-8FEB-63F604DFFF7B}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{D53D0D63-D8C0-4043-8FEB-63F604DFFF7B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{DB7311DA-CBBE-449B-ADE8-C09D3CF551C5}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{DB7311DA-CBBE-449B-ADE8-C09D3CF551C5}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E0F7A32C-6129-43FA-AD28-83650C07FD0D}_... | Unknown | 15KB | Image |
| geniphursix@KaZaA | AlbumArt_{E0F7A32C-6129-43FA-AD28-83650C07FD0D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED62F66A-B882-4D90-A652-9FF7C120D042}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED62F66A-B882-4D90-A652-9FF7C120D042}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED988241-B9B1-458B-88AE-355F0D2BA425}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED988241-B9B1-458B-88AE-355F0D2BA425}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F1FECC64-8F71-486A-ADC3-B8FA0DBC9307}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{F1FECC64-8F71-486A-ADC3-B8FA0DBC9307}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F250B3CC-873E-498E-8D4B-AC05F57B066A}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{F250B3CC-873E-498E-8D4B-AC05F57B066A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F3F7761A-3502-4863-A90F-DCBCA1865ADC}_... | Unknown | 10KB | Image |

Found 3,195 files. 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB). Not sharing any files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Search Field | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{F3F7761A-3502-4863-A90E-DCBCA1865A0C}_... | Unknown | 10KB | Image | AlbumArt_{F3F7761A-3502... |
| geniphursix@KaZaA | AlbumArt_{F3F7761A-3502-4863-A90E-DCBCA1865A0C}_... | Unknown | 3KB | Image | AlbumArt_{F3F7761A-3502... |
| geniphursix@KaZaA | AlbumArt_{F62EF243-F051-43D7-BC4B-22C89A586C8E}_... | Unknown | 8KB | Image | AlbumArt_{F62EF243-F051-43D7... |
| geniphursix@KaZaA | AlbumArt_{F62EF243-F051-43D7-BC4B-22C89A586C8E}_... | Unknown | 2KB | Image | AlbumArt_{F62EF243-F051-43D7... |
| geniphursix@KaZaA | AlbumArt_{FB185E1F-13B6-4F4C-B65D-D2147C0D94BA}_... | Unknown | 9KB | Image | AlbumArt_{FB185E1F-13B6-4F4C... |
| geniphursix@KaZaA | AlbumArt_{FB185E1F-13B6-4F4C-B65D-D2147C0D94BA}_... | Unknown | 1KB | Image | AlbumArt_{FB185E1F-13B6-4F4C... |
| geniphursix@KaZaA | AlbumArt_{FCBB2356-9AFC-47E7-949F-0749281E0A06}_... | Unknown | 13KB | Image | AlbumArt_{FCBB2356-9AF... |
| geniphursix@KaZaA | AlbumArt_{FCBB2356-9AFC-47E7-949F-0749281E0A06}_... | Unknown | 2KB | Image | AlbumArt_{FCBB2356-9AF... |
| geniphursix@KaZaA | AlbumArt_{FE5B1794-26A3-407A-B4B3-379B637F1C0B}_L... | Unknown | 9KB | Image | AlbumArt_{FE5B1794-26A3-407... |
| geniphursix@KaZaA | AlbumArt_{FE5B1794-26A3-407A-B4B3-379B637F1C0B}_... | Unknown | 2KB | Image | AlbumArt_{FE5B1794-26A3-407... |
| geniphursix@KaZaA | alcione - N o Deixa O Samba Morrer.mp3 | Various | 5,258KB | Audio | Alcione - Não De... |
| geniphursix@KaZaA | alcione - sufoco.mp3 | various artists (compiled ... | 3,860KB | Audio | |
| geniphursix@KaZaA | Alexandre Pires - LONGE DE VOCÊ.mp3 | Alexandre Pires | 4,333KB | Audio | |
| geniphursix@KaZaA | alicia keys-diary-unreleased album.mp3 | alicia keys | 2,779KB | Audio | |
| geniphursix@KaZaA | Anthony B - Raid the Barn.mp3 | Anthony B | 3,038KB | Audio | |
| geniphursix@KaZaA | anxiety-elephunk_black-eyed peas.mp3 | black eyed peas | 5,996KB | Audio | |
| geniphursix@KaZaA | Anytime Any Place.mp3 | Janet Jackson | 6,692KB | Audio | |
| geniphursix@KaZaA | artist - Track 09_1006031321.mp3 | Moraes Moreira | 3,072KB | Audio | |
| geniphursix@KaZaA | Asleep.mp3 | The Smiths | 2,924KB | Audio | |
| geniphursix@KaZaA | aterciopelados - Barancunatana.mp3 | Aterciopelados | 2,960KB | Audio | Aterciopelad |
| geniphursix@KaZaA | Audio Two-Top Billing.mp3 | Audio Two | 2,662KB | Audio | |
| geniphursix@KaZaA | Avant-DONT SAY NO JUST SAY YES.mp3 | Avant | 2,213KB | Audio | |
| geniphursix@KaZaA | Aventura - Amor de madre.mp3 | AVENTURA | 5,632KB | Audio | |
| geniphursix@KaZaA | backstreet boys - prank call on britney spears (live).mp3 | Backstreet Boys | 1,594KB | Audio | prank call on t |
| geniphursix@KaZaA | Bad_Brains_-_15_-_Revolution_(dub).mp3 | Bad Brains | 4,195KB | Audio | |
| geniphursix@KaZaA | Barrington Levy - Broader Than Broadway.mp3 | Berrington Levy | 3,494KB | Audio | |
| geniphursix@KaZaA | Barrington Levy - Too Experienced.mp3 | Barrington Levy | 3,080KB | Audio | |
| geniphursix@KaZaA | barney - feliz cumpleaños a mi.mp3 | Barney | 2,832KB | Audio | |
| geniphursix@KaZaA | Baro Biao - Mariana.mp3 | Baro Biao | 4,397KB | Audio | |

Found 3195 files | 2,921,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Baro Biao - Mariana.mp3 | Baro Biao | 4,397KB | Audio |
| geniphursix@KaZaA | Beastie Boys - Girls.mp3 | Beastie Boys | 2,075KB | Audio |
| geniphursix@KaZaA | Beatnuts f. Dead Prez - Look Around.mp3 | BEATNUTS F. DEAD PREZ | 2,032KB | Audio |
| geniphursix@KaZaA | Beck - Midnite Vultures - Debra.mp3 | Beck | 5,385KB | Audio |
| geniphursix@KaZaA | Beck - Midnite Vultures - [06] - Peaches And Cream.mp3 | Beck | 6,916KB | Audio |
| geniphursix@KaZaA | Beenie Man_Barrington Levy - Murderer (Remix).mp3 | Barrington Levy | 4,006KB | Audio |
| geniphursix@KaZaA | Beenie Man - Dude (remix).wma | Beenie Man | 3,241KB | Audio |
| geniphursix@KaZaA | Beg for Mercy1.mp3 | G Unit | 3,222KB | Audio |
| geniphursix@KaZaA | beg for mercy-my buddy-g - unit.mp3 | g - unit | 1,254KB | Audio |
| geniphursix@KaZaA | Benifit - 460 Verified.mp3 | Benifit | 2,275KB | Audio |
| geniphursix@KaZaA | Benifit - Call Of Revolt.mp3 | Benifit | 1,891KB | Audio |
| geniphursix@KaZaA | Benifit - my story.mp3 | Benifit | 4,506KB | Audio |
| geniphursix@KaZaA | beyonce.knowles-unreleased album-01-summertime.mp3 | beyonce knowles | 1,619KB | Audio |
| geniphursix@KaZaA | Big Tymers - This Is How We Do (2).wma | Big Tymers | 3,080KB | Audio |
| geniphursix@KaZaA | Billy Ocean -- Suddenly.mp3 | Lionel Richie | 3,618KB | Audio |
| geniphursix@KaZaA | Black 47-Brooklyn Girls.mp3 | Black 47 | 3,968KB | Audio |
| geniphursix@KaZaA | Black 47- Desperate.mp3 | Black 47 | 5,762KB | Audio |
| geniphursix@KaZaA | Black 47 - Five Points.mp3 | Black 47 | 2,614KB | Audio |
| geniphursix@KaZaA | Black 47 -Green Suede Shoes.mp3 | Black 47 | 3,759KB | Audio |
| geniphursix@KaZaA | Black 47 - James Connolly.mp3 | Black 47 | 5,642KB | Audio |
| geniphursix@KaZaA | Black 47 - Mo Bhron.mp3 | Black 47 | 3,363KB | Audio |
| 2 Users | Black 47 - The Big Fellah (1).mp3 | Black 47 | 5,586KB | Audio |
| geniphursix@KaZaA | Black 47 - Three Little Birds.mp3 | Black 47 | 2,758KB | Audio |
| geniphursix@KaZaA | Black 47 - Who Killed Bobby Fuller.mp3 | Black 47 | 3,293KB | Audio |
| geniphursix@KaZaA | Black 47 -- Black Rose (1).mp3 | Black 47 | 4,784KB | Audio |
| geniphursix@KaZaA | black eyed peas-elephunk-sexy.mp3 | black eyed peas | 5,005KB | Audio |
| geniphursix@KaZaA | black eyed peas-hey mama-elephunk.mp3 | black eyed peas | 6,302KB | Audio |
| geniphursix@KaZaA | Black Moon - 17 - Rush.mp3 | Black Moon | 7,012KB | Audio |
| geniphursix@KaZaA | Black Moon - gotcha open.mp3 | Black Moon | 4,140KB | Audio |

Found 3195 files  |  2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)  |  Not sharing any files