# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Black Moon - gotcha open.mp3 | Black moon | 4,140KB | Audio |
| geniphursix@KaZaA | Black Moon - This is what it Sounds Like.mp3 | Black Moon | 4,372KB | Audio |
| geniphursix@KaZaA | Black Moon - War Zone.mp3 | Black Moon | 3,142KB | Audio |
| geniphursix@KaZaA | Black Sheep - Flavor Of The Month.mp3 | AC | 4,007KB | Audio |
| geniphursix@KaZaA | black sheep - similak child.mp3 | 3, | 4,155KB | Audio |
| geniphursix@KaZaA | Black Sheep - This or That.mp3 | AC | 3,769KB | Audio |
| geniphursix@KaZaA | Black Star - Respiration.mp3 | Mos Def_Talib Kweli | 5,706KB | Audio |
| geniphursix@KaZaA | black47 - our lady of the bronx.mp3 | Black 47 | 5,308KB | Audio |
| geniphursix@KaZaA | Blackbyrds - Rock Creek Park.mp3 | Blackbirds | 8,544KB | Audio |
| geniphursix@KaZaA | Blackmoon - Enta Da Stage.mp3 | Black Moon | 2,729KB | Audio |
| geniphursix@KaZaA | blood in my eye-crown-ja rule.mp3 | ja rule | 3,992KB | Audio |
| geniphursix@KaZaA | bon jon jovi - its my life (1).mp3 | Bon Jovi | 1,540KB | Audio |
| geniphursix@KaZaA | Boney M-Daddy cool.wma | Boney M | 3,291KB | Audio |
| geniphursix@KaZaA | Bossanova-Astrud Gilberto - Quiet Nights.mp3 | Stan Getz_Astrud Gilber... | 2,306KB | Audio |
| geniphursix@KaZaA | Brand Nubian - Slow Down (1).mp3 | Brand Nubians | 4,737KB | Audio |
| geniphursix@KaZaA | Burning Spear- Love to you.mp3 | Burning Spear | 4,019KB | Audio |
| geniphursix@KaZaA | bush babies - Bush Babies Remember me.mp3 | Bush Babies | 3,296KB | Audio |
| geniphursix@KaZaA | Bush Babies - Gravity.mp3 | BushBabies | 3,671KB | Audio |
| geniphursix@KaZaA | cafe tacuba - Chilanga Banda (Café Tacuba).mp3 | Café Tacuba | 3,328KB | Audio |
| geniphursix@KaZaA | cafe tacuba - chilanga banda (version urbana).mp3 | Cafe Tacuba | 3,350KB | Audio |
| geniphursix@KaZaA | CafÃ© Tacuba - Ingrata.mp3 | Café Tacuva | 3,276KB | Audio |
| geniphursix@KaZaA | Camp Lo - Glo.mp3 | Camp Lo | 3,553KB | Audio |
| geniphursix@KaZaA | Camp Lo - Luchini (a.k.a. This Is It).mp3 | Camp Lo | 2,724KB | Audio |
| geniphursix@KaZaA | capleton - Pure Woman.mp3 | Capleton | 3,546KB | Audio |
| geniphursix@KaZaA | casi.kpl | AVENTURA | 1KB | |
| geniphursix@KaZaA | CC_DutchMan feat Isa Pointer - From the heart.wma | A+ | 4,344KB | Audio |
| geniphursix@KaZaA | Celtic -IRISH- Cheiftans - Dublin (jig).mp3 | The Chieftains | 2,724KB | Audio |
| geniphursix@KaZaA | change clothes-the black album-jay-z.mp3 | jay-z | 2,835KB | Audio |
| geniphursix@KaZaA | cheiro de amor - E Demais Meu Rei - ao vivo.mp3 | Cheiro de Amor | 3,000KB | Audio |

Found 3195 files.  2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB)  Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | cheiro de amor - É Demais Meu Rei - ao vivo.mp3 | Cheiro de Amor | 3,000KB | Audio |
| geniphursix@KaZaA | chico debarge-is the love still good (1).mp3 | Chico Debarge | 4,576KB | Audio |
| geniphursix@KaZaA | Chingy - One Call Away.wma | Chingy | 4,386KB | Audio |
| geniphursix@KaZaA | Christion - Anything Goes.mp3 | Christion | 4,265KB | Audio |
| geniphursix@KaZaA | Cibo Matto - moonchild.mp3 | Cibo Matto | 3,416KB | Audio |
| geniphursix@KaZaA | cibo matto - marijuana.mp3 | Cibo Matto | 2,792KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - Don't Get No Better.mp3 | Cody Chesnutt | 3,380KB | Audio |
| 2 Users | Cody Chesnutt - Royalty (1).mp3 | Cody Chesnutt | 5,410KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - With Me In Mind .mp3 | Cody Chesnutt | 3,616KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - 06 - Track 6.mp3 | Cody Chesnutt | 2,416KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - Beauty.mp3 | Cody Chesnutt | 811KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - Dream.mp3 | Cody Chesnutt | 2,051KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - Growing Old.mp3 | Cody Chesnutt | 954KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - Life In America.mp3 | Cody Chesnutt | 2,255KB | Audio |
| geniphursix@KaZaA | cold crush brothers - 1981.mp3 | Cold Crush Brothers | 4,261KB | Audio |
| geniphursix@KaZaA | cold crush brothers - Cold Crush.mp3 | Cold Crush Brothers | 1,634KB | Audio |
| geniphursix@KaZaA | Common - Reminding Me of Self (Roots remix).mp3 | Common | 4,204KB | Audio |
| geniphursix@KaZaA | Connick, Harry Jr - Swing 1.mp3 | Harry Conick Jr | 4,124KB | Audio |
| geniphursix@KaZaA | cool tag (graffiti).jpg | can2 | 78kB | Image |
| geniphursix@KaZaA | Cranberrys - Linger (live).mp3 | Cranberries | 4,595KB | Audio |
| geniphursix@KaZaA | De La Soul - Break Of Dawn.mp3 | De La Soul | 3,980KB | Audio |
| geniphursix@KaZaA | de la soul - ego trippin'.mp3 | De La Soul | 3,618KB | Audio |
| geniphursix@KaZaA | De La Soul - Maceo Parker - I Be Blowin'.mp3 | De La Soul | 4,706KB | Audio |
| geniphursix@KaZaA | Dead Prez - Animal Farm.mp3 | dead prez | 4,242KB | Audio |
| geniphursix@KaZaA | Dead Prez - The Game Of Life.mp3 | Dead Prez | 4,807KB | Audio |
| geniphursix@KaZaA | Dead Prez - Turn Off The Radio.mp3 | dead prez | 7,045KB | Audio |
| geniphursix@KaZaA | Dead Prez - We Want Freedom.mp3 | Dead Prez | 4,278KB | Audio |
| geniphursix@KaZaA | Dembo (Reguetton).mp3 | Sergio Cisneros | 3,516KB | Audio |
| geniphursix@KaZaA | Diana Ross - Love Hangover.mp3 | Diana Ross | 3,193KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Diana Ross - Love Hangover.mp3 | Diana Ross | 3,193KB | Audio |
| geniphursix@KaZaA | Dimensión Costeña - Mayaya.mp3 | Dimensión Costeña | 4,154KB | Audio |
| geniphursix@KaZaA | DJ screw_Ice Cube - Today Was A Good Day (Screwed)... | A+ | 3,708KB | Audio |
| geniphursix@KaZaA | Djavan - Lilás (1).mp3 | Djavan | 3,558KB | Audio |
| geniphursix@KaZaA | djavan - Outono (1).mp3 | Djavan | 4,028KB | Audio |
| geniphursix@KaZaA | donald byrd - Black Butterfly.mp3 | Roy Ayers | 2,496KB | Audio |
| geniphursix@KaZaA | Donnell Jones - Where I Wanna B.mp3 | Donnell Jones | 3,974KB | Audio |
| geniphursix@KaZaA | donnie elbert - What Can I Do.mp3 | Donnie Elbert | 2,128KB | Audio |
| geniphursix@KaZaA | Dutth3.jpg | Unknown | 72KB | Image |
| geniphursix@KaZaA | Dutch4.jpg | Unknown | 59KB | Image |
| geniphursix@KaZaA | dwele- Possible.mp3 | Dwele | 4,502KB | Audio |
| geniphursix@KaZaA | E o Tchan - Danca Do Poe Poe.mp3 | E o Tchan | 3,202KB | Audio |
| geniphursix@KaZaA | e1.mp3 | jay-z feat. dead prez ghostface feat. missy | 7,883KB | Audio |
| geniphursix@KaZaA | e4.mp3 | cassidy feat. mos def | 4,195KB | Audio |
| geniphursix@KaZaA | e6.mp3 | capone-n-noreaga | 5,123KB | Audio |
| geniphursix@KaZaA | e9.mp3 | | 5,570KB | Audio |
| geniphursix@KaZaA | Edith Piaf - Marseillaise.mp3 | Edith Piaf | 3,968KB | Audio |
| geniphursix@KaZaA | Eek-A-Mouse - I will Never Leave My Love.mp3 | Eek-A-Mouse | 3,195KB | Audio |
| geniphursix@KaZaA | EekaMouse - Ganga Smuggling.mp3 | Eek A Mouse | 3,599KB | Audio |
| geniphursix@KaZaA | Eekamouse - Lion Sleeps Tonite.mp3 | Eek-A-Mouse | 3,196KB | Audio |
| geniphursix@KaZaA | EekaMouse - skidip.mp3 | eek a mouse | 3,185KB | Audio |
| geniphursix@KaZaA | EekaMouse-SexyGirl.mp3 | EekAMouse | 3,026KB | Audio |
| 3 Users | El Gran Combo - Lloraras (salsa) (1).mp3 | 3 | 3,446KB | Audio |
| geniphursix@KaZaA | el gran combo - Que Le Pongan Salsa.mp3 | no artist | 4,064KB | Audio |
| geniphursix@KaZaA | EL VACILON - El viejo motel 2.mp3 | El vacilon | 2,201KB | Audio |
| geniphursix@KaZaA | EL VACILON 69 - caiste 1.mp3 | EL VACILON DE LA MANA... | 4,380KB | Audio |
| geniphursix@KaZaA | EL VACILON 69 - Track 08.mp3 | EL VACILON 69 | 62KB | Audio |
| geniphursix@KaZaA | EL VACILON 69 - Track 12.mp3 | EL VACILON 69. | 2,464KB | Audio |
| geniphursix@KaZaA | El Vacilon de la manana - caiste (Alejate del nene).WMA | El vacilon de la manana | 3,140KB | Audio |

Found: 3195 Files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend | Traffic

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | El Vacilon de la mañana - caiste (Alejate del nene).WMA | El vacilon de la manana | 3,140KB | Audio |
| geniphursix@KaZaA | El Vacilon De La Mañana - Cadaver En Auto.mp3 | El Vacilon De La Mañana | 2,239KB | Audio |
| geniphursix@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | Audio |
| geniphursix@KaZaA | fabolous-cant let you go.mp3 | fabolous | 3,078KB | Audio |
| geniphursix@KaZaA | Fat Joe - Cuban Link Diss (Feat.: Terror Squad).wma | Fat Joe | 2,359KB | Audio |
| geniphursix@KaZaA | Fat Old Sun.wma | Unknown | 2,546KB | Audio |
| geniphursix@KaZaA | Floetry - big ben.mp3 | Floetry | 2,686KB | Audio |
| geniphursix@KaZaA | Floetry - Butterflies (1).mp3 | Floetry | 6,016KB | Audio |
| geniphursix@KaZaA | Floetry - fun (1).mp3 | Floetry | 5,960KB | Audio |
| geniphursix@KaZaA | floetry-hey_you-ksi.mp3 | Floetry | 8,304KB | Audio |
| geniphursix@KaZaA | Floetry-WannaBeWhereUR.mp3 | Floetry ft Mos Def | 7,559KB | Audio |
| geniphursix@KaZaA | for keeps-almost famous_lumidee.mp3 | lumidee | 5,373KB | Audio |
| geniphursix@KaZaA | FORCE MD'S   FORGIVE ME GIRL.MP3 | New Artist | 6,102KB | Audio |
| geniphursix@KaZaA | Force MD's - Love is a House .mp3 | Force MD's | 3,568KB | Audio |
| geniphursix@KaZaA | foxy brown - Baby Can'l Hold You.mp3 | Roxy Brown | 4,173KB | Audio |
| geniphursix@KaZaA | Frankie Ruiz - MIrandobe.mp3 | Frankie Ruiz | 4,762KB | Audio |
| geniphursix@KaZaA | freestyle; TKA - Maria.mp3 | TKA | 4,804KB | Audio |
| geniphursix@KaZaA | Freeway ft. Beanie Sigel Jay-Z - What We Do.mp3 | Freeway | 3,596KB | Audio |
| geniphursix@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | Audio |
| geniphursix@KaZaA | g - unit-beg for mercy-smile.mp3 | g - unit | 4,056KB | Audio |
| geniphursix@KaZaA | g - unit-footprints-beg for mercy.mp3 | g - unit | 3,872KB | Audio |
| geniphursix@KaZaA | g - unit-Im so hood-beg for mercy.mp3 | g - unit | 1,888KB | Audio |
| geniphursix@KaZaA | G-Unit - The grind.mp3 | G-Unit | 5,295KB | Audio |
| geniphursix@KaZaA | G-Unit - Wanna Get To Know You.mp3 | G-Unit | 3,136KB | Audio |
| geniphursix@KaZaA | 01. Common - Aquarius.mp3 | 3 | 4,861KB | Audio |
| geniphursix@KaZaA | 02. Talib Kweli - Shock Body.mp3 | 3 | 5,381KB | Audio |
| geniphursix@KaZaA | 03 Mos Def Ft. Faith Evans - Brown Sugar.mp3 | 3 | 4,897KB | Audio |
| geniphursix@KaZaA | 04-Skillz - Wave Your Hands ft Musiq.mp3 | 3 | 4,918KB | Audio |
| geniphursix@KaZaA | 05 Bilal - For You.mp3 | 3 | 5,051KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | MyKazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 05 Bilal - For You.mp3 | 3 | 5,051KB | Audio |
| geniphursix@KaZaA | 06 KRS-One - Womenology.mp3 | 3 | 2,856KB | Audio |
| geniphursix@KaZaA | 09 Mystic - The Life.mp3 | 3 | 4,447KB | Audio |
| geniphursix@KaZaA | 10 Novel - Momma Said.mp3 | 3 | 5,475KB | Audio |
| geniphursix@KaZaA | 11.The Roots  Feat Jill Scott - Complexity.mp3 | 3 | 5,441KB | Audio |
| geniphursix@KaZaA | 12.Kelis_-Little Suzie.mp3 | 3 | 5,726KB | Audio |
| geniphursix@KaZaA | 13 Donnie - Our New National Anthem.mp3 | 3 | 4,158KB | Audio |
| geniphursix@KaZaA | 14 Ms. Dynamite Feat. Nas - Afraid To Fly.mp3 | 3 | 6,284KB | Audio |
| geniphursix@KaZaA | 15 Swollen Members ft Nelly Furtado - Breathe.mp3 | 3 | 5,351KB | Audio |
| geniphursix@KaZaA | 16 Heiroglyphics - Soweto.mp3 | 3 | 5,417KB | Audio |
| geniphursix@KaZaA | 17 Talib Kweli ft Jay-Z and Busta Rhymes - Get By (Remix)... | 3 | 5,768KB | Audio |
| geniphursix@KaZaA | 19 Jay Dee - Fuck The Police.mp3 | Jay Dee | 2,213KB | Audio |
| geniphursix@KaZaA | 20 Macy Gray ft Pharoahe Monch - It Aint the Money.mp3 | 3 | 5,387KB | Audio |
| geniphursix@KaZaA | 21 Nerd - Am I High.mp3 | 3 | 6,557KB | Audio |
| geniphursix@KaZaA | 22.Erykah Badu - Def poetry.mp3 | 3 | 3,947KB | Audio |
| geniphursix@KaZaA | Gangstar - Militia (1).mp3 | Gangstar | 4,500KB | Audio |
| geniphursix@KaZaA | Gangstar ft Nice and Smooth - DWYCK (1).mp3 | Gangstarr | 3,785KB | Audio |
| geniphursix@KaZaA | Gangstarr - Sabatoge.mp3 | Gangstarr | 3,398KB | Audio |
| 2 Users | George Lamond-Si Tu Te Vas  (1).mp3 | George Lamond | 4,295KB | Audio |
| geniphursix@KaZaA | Ghost Face Killa - Ironman.mp3 | Ghostface | 4,475KB | Audio |
| 2 Users | Ghostface Killah - Ironman - 02 - Wildflower (1).mp3 | ? | 3,225KB | Audio |
| geniphursix@KaZaA | Ghostface Killah - Ironman-02 - Wildflower.mp3 | Ghostface Killah | 2,414KB | Audio |
| geniphursix@KaZaA | God (Interlude).mp3 | Andre3000 | 2,192KB | Audio |
| geniphursix@KaZaA | Grand Master Flash_The Furious Five - White Lines.mp3 | Grandmaster Flash | 4,574KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Hidden Chambers.mp3 | Grave Diggaz | 4,045KB | Audio |
| geniphursix@KaZaA | grave_diggaz - Unexplained.mp3 | a | 2,788KB | Audio |
| geniphursix@KaZaA | gravediggaz - pit_of_snakes.mp3 | Gravediggaz | 4,437KB | Audio |
| geniphursix@KaZaA | GraveDiggaz - The Night The Earth Cried.mp3 | Grave Diggaz | 4,259KB | Audio |
| geniphursix@KaZaA | Gregory Issac - Night Nurse (ft Lady Saw).mp3 | Lady Saw | 3,771KB | Audio |

Found 33,95 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Gregory Isaac - Night Nurse (ft Lady Saw).mp3 | Lady Saw | 3,771KB | Audio |
| geniphursix@KaZaA | Grupo Niche - Duele Mas.mp3 | Grupo Niche | 6,608KB | Audio |
| geniphursix@KaZaA | Guru_MC Solaar - Le Bien, Le Mal.mp3 | MC Solaar | 3,168KB | Audio |
| geniphursix@KaZaA | Hangin' on a String (Contemplating) - Loose Ends.mp3 | Loose Ends | 5,613KB | Audio |
| geniphursix@KaZaA | Hank Thompson - Till Then OK.mp3 | Hank Thompson | 2,505KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr - Imagination.mp3 | Harry Connick Jr | 4,157KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - Where or when.mp3 | Harry Connick Jr, artist | 3,631KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - 11 - It's Alright With Me.mp3 | Harry Connick Jr. | 4,595KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - On the Street Where You Live.mp3 | Harry Connick Jr. | 3,954KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Ausencia.mp3 | Hector Lavoe | 2,716KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Juanito Alimana.mp3 | Hector Lavoe | 8,204KB | Audio |
| geniphursix@KaZaA | Hector y Tito_Victor Manuelle - Ay Amor (2).wma | Victor Manuel, Hector y Ti... | 951KB | Audio |
| geniphursix@KaZaA | HEGGY.pl | Unknown | 1KB | |
| geniphursix@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| geniphursix@KaZaA | Hipp Hopp.kpl | Sean Paul | 0KB | |
| geniphursix@KaZaA | IBMBAK.COM | Unknown | 2KB | |
| geniphursix@KaZaA | IBMSND.COM | Unknown | 2KB | |
| geniphursix@KaZaA | If You Leave Me Now.mp3 | Chicago | 2,754KB | Audio |
| geniphursix@KaZaA | Ile Alye - swingueira.mp3 | G | 1,051KB | Audio |
| geniphursix@KaZaA | Imagination-Just an Illusion-The Golden Collection CD2-01-... | Unknown | 3,491KB | Audio |
| geniphursix@KaZaA | INCOMPLETE~03-necro-i_need_drugs-cms.mp3 | 3 | 3,597KB | Audio |
| geniphursix@KaZaA | Indian - Ravi Shankar, Wilayat Khan and others - Raga-Des... | Unknown | 12,506KB | Audio |
| geniphursix@KaZaA | Ingrid lucia_the flying neutrinos - the passion song.mp3 | Flying neutrinos | 3,440KB | Audio |
| geniphursix@KaZaA | Irish Rock - Black47 - Danny Boy.mp3 | Black 47 | 5,021KB | Audio |
| geniphursix@KaZaA | Isreal Vibrations - Cool and Calm.mp3 | Israel Vibration | 568KB | Audio |
| geniphursix@KaZaA | Ivete Sangalo - Eva, Voce e Eu.mp3 | Banda Eva | 3,218KB | Audio |
| geniphursix@KaZaA | James Brown - It's a mans world.mp3 | James Brown | 2,627KB | Audio |
| geniphursix@KaZaA | James Taylor - Everyday (1).mp3 | James Taylor | 3,066KB | Audio |
| 2 Users | | | | |
| geniphursix@KaZaA | Janis Joplin - mary jane.mp3 | Janis Joplin | 2,049KB | Audio |

Found 3395 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | janis joplin - mary jane.mp3 | Janis Joplin | 2,049KB | Audio |
| geniphursix@KaZaA | Jason Mraz - The Remedy.mp3 | Jason Mraz | 4,008KB | Audio |
| geniphursix@KaZaA | Jay Z-Get My Shit Off.mp3 | Jay-z | 5,332KB | Audio |
| geniphursix@KaZaA | Jay-z - politics as-usaul.mp3 | Jay-Z | 3,455KB | Audio |
| geniphursix@KaZaA | Jay-Z - Track 14.mp3 | Jay-z | 1,590KB | Audio |
| geniphursix@KaZaA | JayZ - International Hov.mp3 | Jay-Z | 1,524KB | Audio |
| geniphursix@KaZaA | Jeff Buckley - Grace (Acoustic).mp3 | Jeff Buckley | 3,202KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Highway Chile.mp3 | Jimi Hendrix | 3,324KB | Audio |
| geniphursix@KaZaA | Jimmy Hendrix - Wild Thing.mp3 | Jimi Hendrix | 5,170KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Down To Zero (1).mp3 | Joan Armatrading | 5,435KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Down To Zero.mp3 | Joan Armatrading | 2,706KB | Audio |
| geniphursix@KaZaA | Joe - I Remember.mp3 | Joe | 4,045KB | Audio |
| geniphursix@KaZaA | JOKES - EL CABLE - LA MEGA.mp3 | El Vacilon de la Manana | 4,420KB | Audio |
| geniphursix@KaZaA | Jorge Vercilo - nem um dia (djavan) (c).mp3 | Jorge Vercilo | 3,561KB | Audio |
| geniphursix@KaZaA | Jurrasic Five - great expectations.mp3 | Jurassic 5 | 3,438KB | Audio |
| geniphursix@KaZaA | Justin Timberlake - Rock Your Body.mp3 | Justin Timberlake | 3,159KB | Audio |
| geniphursix@KaZaA | KD Lang - Constant Craving.mp3 | k.d. lang | 3,442KB | Audio |
| geniphursix@KaZaA | Kelis - Milkshake.mp3 | Kelis | 4,382KB | Audio |
| geniphursix@KaZaA | kid abelha - Palpite.mp3 | Adriana Calcanhoto | 3,600KB | Audio |
| geniphursix@KaZaA | Kid Rock - Cowboy.mp3 | Kid Rock | 4,030KB | Audio |
| geniphursix@KaZaA | Killa Army Full Moon (dope).mp3 | Killarmy | 3,304KB | Audio |
| geniphursix@KaZaA | killa army-universal solders.mp3 | KillArmy | 3,974KB | Audio |
| geniphursix@KaZaA | killarmy - dancing with wolves.mp3 | RZA | 3,744KB | Audio |
| geniphursix@KaZaA | Killarmy - Doomsday.mp3 | Killarmy | 3,297KB | Audio |
| geniphursix@KaZaA | Kris Kross (feat Redman) - Tonight's The Night (remix).mp3 | Kris Kross_Redman | 3,056KB | Audio |
| geniphursix@KaZaA | krs 1 - My Philosophy.mp3 | KRS-1 | 7,964KB | Audio |
| geniphursix@KaZaA | Lakeside - Say Yes.mp3 | Lakeside | 4,978KB | Audio |
| geniphursix@KaZaA | latin girls-elephunk_black eyed peas.mp3 | black eyed peas | 2,795KB | Audio |
| geniphursix@KaZaA | Leschea - Fulton Street.mp3 | Leschea | 4,053KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Leschea - Fulton Street.mp3 | Leschea | 4,053KB | Audio |
| geniphursix@KaZaA | Lil Kim - Shake Your Bum Bum (2).mp3 | Lil' Kim | 4,654KB | Audio |
| geniphursix@KaZaA | Lil Kim - Way B.I.G.mp3 | Lil' Kim | 3,752KB | Audio |
| geniphursix@KaZaA | LIL MENACE_TENSION - what you know about (1).mp3 | Lil Menace_Tension | 5,582KB | Audio |
| geniphursix@KaZaA | Lil' Kim - XXX (Adult Only).mp3 | Lil' Kim | 2,516KB | Audio |
| geniphursix@KaZaA | Lil'_Kim_-_Can_You_Hear_Me_Now.mp3 | Lil' Kim | 3,770KB | Audio |
| geniphursix@KaZaA | LISA LISA AND CULT JAM - ALL CRIED OUT.mp3 | Lisa Lisa and Cult Jam | 2,838KB | Audio |
| geniphursix@KaZaA | los bukis - TE AMO¡ MAMA.mp3 | Marco-Antonio Solis-Los B... | 5,646KB | Audio |
| geniphursix@KaZaA | Love Affair.mp3 | k.d. Lang | 3,261KB | Audio |
| geniphursix@KaZaA | love profusion-american life_madonna.mp3 | madonna | 5,575KB | Audio |
| geniphursix@KaZaA | luismiguel - No se tu.mp3 | Luis Miguel | 3,898KB | Audio |
| 2 Users | Luiz Gonzaga _Gonzaguinha - Mariana (2).mp3 | Gonzaguinha | 2,435KB | Audio |
| geniphursix@KaZaA | Lumidee almost famous-air to breathe.mp3 | lumidee | 7,657KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-air to breathe.mp3 | Lumidee | 2,627KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-for keeps.mp3 | Lumidee | 2,243KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-honestly.mp3 | Lumidee | 1,386KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-my last thug.mp3 | Lumidee | 3,873KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-only for your good.mp3 | Lumidee | 1,374KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-suppose to do.mp3 | 3 | 5,201KB | Audio |
| geniphursix@KaZaA | MAD LION - TAKE IT EASY.MP3 | Madonna | 1,866KB | Audio |
| geniphursix@KaZaA | madonna - 02 - human nature (club mix).mp3 | madonna | 7,767KB | Audio |
| geniphursix@KaZaA | madonna-american life-04-ecstatic process.mp3 | madonna | 1,949KB | Audio |
| geniphursix@KaZaA | madonna-american life-love profusion (1).mp3 | Madonna | 3,765KB | Audio |
| geniphursix@KaZaA | Madonna-AMERICAN LIFE-love profusion.mp3 | Madonna | 2,728KB | Audio |
| geniphursix@KaZaA | Madonna-Human Nature (4692182_madonna.mp3).mp3 | Madonna | 1,009KB | Audio |
| geniphursix@KaZaA | Main Source - Fakin' The Funk.mp3 | Main Source | 4,378KB | Audio |
| geniphursix@KaZaA | manny.kpl | Unknown | 2KB | |
| geniphursix@KaZaA | Manu.Chao - Clandestino.mp3 | Manu Chao | 3,476KB | Audio |
| geniphursix@KaZaA | manu chao - la flaka.mp3 | Manu Chau | 3,114KB | Audio |

Found 33/95 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | manu chao - la flaka.mp3 | Manu Chau | 3,114KB | Audio |
| geniphursix@KaZaA | Manu Chau_Joaquin Sabina - No Soporto El Rap.mp3 | Manu Chao_Joaquin Sab... | 4,280KB | Audio |
| geniphursix@KaZaA | ManuChao - Vaca Loca (1).mp3 | Manu Chao | 1,123KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Ultimo Beso.mp3 | Marc Anthony | 4,277KB | Audio |
| geniphursix@KaZaA | marc et claude – like the sunshine.mp3 | 3 | 3,488KB | Audio |
| geniphursix@KaZaA | Maria's Wedding.mp3 | Black 47 | 3,604KB | Audio |
| geniphursix@KaZaA | mariana.kpl | Tracy Chapman | 3KB | |
| geniphursix@KaZaA | Maroon5 - this love.mp3 | Maroon5 | 5,099KB | Audio |
| geniphursix@KaZaA | Martinho da Vila - Mulheres (1).mp3 | Martinho da Vila | 3,088KB | Audio |
| geniphursix@KaZaA | Maya how to's.pdf | Unknown | 8,037KB | Document |
| geniphursix@KaZaA | maya.kpl | Eric B and Rakim | 0KB | |
| geniphursix@KaZaA | Mazzy Star - Fade Into You.mp3 | Mazzy Star | 5,762KB | Audio |
| geniphursix@KaZaA | Mazzy Star - Give You My Lovin.mp3 | Mazzy Star | 3,629KB | Audio |
| geniphursix@KaZaA | Mazzy Star - Halah.mp3 | Mazzy Star | 3,098KB | Audio |
| geniphursix@KaZaA | Mazzy Star - Ride It On.mp3 | Mazzy Star | 2,862KB | Audio |
| geniphursix@KaZaA | Mazzy Star - She's My Baby.mp3 | Mazzy Star | 2,590KB | Audio |
| geniphursix@KaZaA | Mc Solaar - Caroline.mp3 | MC Solaar | 4,442KB | Audio |
| geniphursix@KaZaA | MC Solaar - Inch' Allah.mp3 | 3 | 2,932KB | Audio |
| geniphursix@KaZaA | MC Solaar - Je me souviens.mp3 | MC solaar | 3,392KB | Audio |
| geniphursix@KaZaA | mc-solaar - les temps changent.mp3 | MC solaar | 3,091KB | Audio |
| geniphursix@KaZaA | Mc Solaar - Solar pleure.mp3 | MC Solaar | 4,690KB | Audio |
| geniphursix@KaZaA | MF Doom - Fondle Em Fossils.mp3 | MF Doom | 4,042KB | Audio |
| geniphursix@KaZaA | michael jackson - Butterflies feat. Eve (Remix).mp3 | Micheal Jackson feat. Eve | 2,600KB | Audio |
| geniphursix@KaZaA | Michael Jackson - Happy Birthday Lisa (The Simpsons) (1)... | 3 | 1,254KB | Audio | Happy Birthday |
| geniphursix@KaZaA | micranots - balance.mp3 | Micranots | 5,874KB | Audio |
| geniphursix@KaZaA | Mob Hits - Dean Martin - Thats_Amore.mp3 | Dean_Martin | 1,466KB | Audio |
| geniphursix@KaZaA | Mobb Deep - Back at You (Sunset Park (sdtrk).mp3 | A+ | 2,617KB | Audio | Back at You ( |
| geniphursix@KaZaA | Mobb Deep - Its Like That.mp3 | Redman / K Solo | 2,393KB | Audio |
| geniphursix@KaZaA | Moby - Feelin So Real.mp3 | | 3,130KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Traffic | Shop | Tell A Friend
My Kazaa | Download | Search

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Moby - Feelin So Real.mp3 | o¨˜C˚ | 3,130KB | Audio |
| geniphursix@KaZaA | Monica - So Gone (Remix Feat. Missy_YoungBuck).mp3 | monica | 6,031KB | Audio |
| geniphursix@KaZaA | monica-after the storm-knock knock.mp3 | monica | 2,999KB | Audio |
| geniphursix@KaZaA | monica-knock knock-after the storm-06.mp3 | monica | 3,990KB | Audio |
| geniphursix@KaZaA | Morrisey - The More You Ignore Me, The Closer I Get(1).m... | Morrisey | 4,373KB | Audio |
| geniphursix@KaZaA | Mos Def - Love.mp3 | Mos Def_Bush Babies | 5,454KB | Audio |
| geniphursix@KaZaA | Muse - New Born.mp3 | Muse | 5,711KB | Audio |
| geniphursix@KaZaA | MVP - 09.Quiero Que Bailes Para Mi.mp3 | MVP | 3,164KB | Audio |
| geniphursix@KaZaA | My Life And Times.mp3 | Zwan | 3,233KB | Audio |
| geniphursix@KaZaA | Nas - Memory Lane.mp3 | Down | 3,878KB | Audio |
| geniphursix@KaZaA | Nas - They Shootin' (Made U Look).mp3 | Nas | 4,776KB | Audio |
| geniphursix@KaZaA | Nas feat. QTip - The World Is Yours (Remix).mp3 | Nas | 6,064KB | Audio |
| geniphursix@KaZaA | Nature - What you know about it.mp3 | Nature | 3,045KB | Audio |
| geniphursix@KaZaA | Necro - The Hump Off.mp3 | necro | 5,902KB | Audio |
| geniphursix@KaZaA | Necro - 03 - I Need Drugs.mp3 | 3 | 6,571KB | Audio |
| geniphursix@KaZaA | Necro - Brutal Styles.mp3 | Necro | 3,370KB | Audio |
| geniphursix@KaZaA | Necro - Gory Days.mp3 | Necro | 2,320KB | Audio |
| geniphursix@KaZaA | Necro-East NY Goons.mp3 | Necro | 3,636KB | Audio |
| geniphursix@KaZaA | Nelly - 07 - Air Force Ones - simptemp3s.mp3 | Nelly | 5,939KB | Audio |
| geniphursix@KaZaA | netinho - Indeciso.mp3 | Netinho | 3,840KB | Audio |
| geniphursix@KaZaA | Netinho - Oh Milla.mp3 | Netinho | 4,571KB | Audio |
| geniphursix@KaZaA | new kids on the block - didn't i blow your mind.mp3 | New Kids On The Block | 6,250KB | Audio |
| geniphursix@KaZaA | new kids on the block - let's try it again.mp3 | New Kids On The Block | 3,639KB | Audio |
| geniphursix@KaZaA | New Kids on the Block - My Favorite Girl.MP3 | New Kids On The Block | 2,988KB | Audio |
| 2 Users | New Kids on the Block - Popsicle (1).mp3 | New Kids on the Block | 4,493KB | Audio |
| geniphursix@KaZaA | NEW.kpl | 50 Cents | 3KB | |
| 2 Users | NewCleus - Jam On It (Wicky Wicky).mp3 | OLD_SCHOOL_RAP_Whod... | 7,616KB | Audio |
| geniphursix@KaZaA | nice.kpl | Busta Rhymes Featuring... | 11KB | |
| geniphursix@KaZaA | Nirvana - (New Wave) Polly.mp3 | Nirvana | 1,690KB | Audio |

Found 3195 files | [2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB)] | Not sharing any files