**Kazaa - [Search]**

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Nirvana - (New Wave) Polly.mp3 | Nirvana | 1,690KB | Audio |
| geniphursix@KaZaA | Nirvana - About A Girl (unplugged).mp3 | Nirvana | 3,407KB | Audio |
| geniphursix@KaZaA | Nirvana - About A Girl.mp3 | Nirvana | 2,630KB | Audio |
| geniphursix@KaZaA | Nirvana - Drain You.mp3 | Nirvana | 3,496KB | Audio |
| geniphursix@KaZaA | Nirvana - Milk It.mp3 | Nirvana | 3,669KB | Audio |
| geniphursix@KaZaA | Nirvana - Negative Creep.mp3 | Nirvana | 2,746KB | Audio |
| geniphursix@KaZaA | Nirvana - On A Plain (unplugged).mp3 | Nirvana | 3,513KB | Audio |
| geniphursix@KaZaA | Nirvana - Rape Me.mp3 | Nirvana | 2,654KB | Audio |
| geniphursix@KaZaA | Nirvana - Sliver.mp3 | Nirvana | 2,133KB | Audio |
| geniphursix@KaZaA | Nirvana - Stay Away (1).mp3 | Nirvana | 4,153KB | Audio |
| geniphursix@KaZaA | nirvana - Territorial Pissings (saturday night live).mp3 | Nirvana | 2,630KB | Audio |
| geniphursix@KaZaA | no better love.wma | young gunz ft rell | 1,855KB | Audio |
| geniphursix@KaZaA | No Doubt - Ex-boyfriend.mp3 | no doubt | 3,316KB | Audio |
| geniphursix@KaZaA | No Doubt - Its My Life.mp3 | No Doubt | 5,306KB | Audio |
| geniphursix@KaZaA | No le pege a la negra.mp3 | salsa | 5,006KB | Audio |
| geniphursix@KaZaA | NOREAGA F: BIG PUN,CAMRON,STYLES,JADAKISS--BANN... | NOREAGA | 3,465KB | Audio |
| geniphursix@KaZaA | Noriega-Mr. Ceo.mp3 | Noreaga | 2,383KB | Audio |
| geniphursix@KaZaA | OLD_SCHOOL_RAP_Grandmaster Flash - Beat Street.mp3 | Grandmaster Flash | 3,492KB | Audio |
| geniphursix@KaZaA | OLD SCHOOL - Whodini - Friends.mp3 | Whodini | 8,784KB | Audio |
| geniphursix@KaZaA | old school(rb)-Force MD's - Tears.mp3 | Force MD's | 4,069KB | Audio |
| geniphursix@KaZaA | olodum - batucada.mp3 | Olodum | 2,203KB | Audio |
| geniphursix@KaZaA | olodum - berimbau.mp3 | Olodum | 3,604KB | Audio |
| geniphursix@KaZaA | olodum - olodum me leva.mp3 | Olodum | 4,527KB | Audio |
| geniphursix@KaZaA | olodum - vem meu amor.mp3 | Olodum | 2,435KB | Audio |
| geniphursix@KaZaA | Onyx - Bring 'Em Out Dead.mp3 | Onyx | 3,516KB | Audio |
| geniphursix@KaZaA | Out Kast - The Way You Move.wma | Outkast | 2,326KB | Audio |
| geniphursix@KaZaA | Outkast - Bombs Over Baghdad.mp3 | Outkast | 2,000KB | Audio |
| geniphursix@KaZaA | Outkast-04 - Happy Valentines Day.mp3 | Outkast | 7,574KB | Audio |
| geniphursix@KaZaA | Pattie Labelle_Michael McDonald - On My Own.mp3 | Pattie Labelle_Michael M... | 4,442KB | Audio |

Found 3195 files. | 2,421,960 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Pattie Labelle_Michael McDonald - On My Own.mp3 | Pattie Labelle_Michael M... | 4,442KB | Audio |
| geniphursix@KaZaA | PE - Nation - 11 - Night Of The Living Baseheads - Public E... | Public Enemy | 4,575KB | Audio |
| geniphursix@KaZaA | Pogues - Wild Cats of Kilkenny.mp3 | Pogues | 2,634KB | Audio |
| geniphursix@KaZaA | poprock - Starsailor - Lullaby.mp3 | Starsailor | 5,944KB | Audio |
| geniphursix@KaZaA | PR--Cibo Matto - Sugar Water.mp3 | Cibo Matto | 3,152KB | Audio |
| geniphursix@KaZaA | Prankphone calls- Jerky Boys- AOL Tech Support.mp3 | Prank phone calls | 1,512KB | Audio |
| geniphursix@KaZaA | Pretty Girls Make Graves.MP3 | Smiths | 5,032KB | Audio |
| geniphursix@KaZaA | public enemy - Fear of a black planet.mp3 | Public Enemy | 7,036KB | Audio |
| geniphursix@KaZaA | Puff Daddy - Senorita.mp3 | puff daddy | 4,248KB | Audio |
| geniphursix@KaZaA | Punk - Its My Life.mp3 | Punk | 2,334KB | Audio |
| geniphursix@KaZaA | PUSH STARS - TILT A WHIRL GIRL.MP3 | Push Stars | 2,780KB | Audio |
| geniphursix@KaZaA | RB - Aliyah - If Your Girl Only Knew.mp3 | Aaliyah | 3,020KB | Audio |
| geniphursix@KaZaA | RB - Emerging Artists.kpl | Unknown | 0KB | |
| geniphursix@KaZaA | RB Groove Theory - Tell Me If You Want Me Too.mp3 | OMP | 3,731KB | Audio |
| geniphursix@KaZaA | Radiohead - Big Ideas (Don't Get Any) (Live, Full Band).mp3 | Radiohead | 4,926KB | Audio |
| geniphursix@KaZaA | Radiohead - Fake Plastic Trees.mp3 | Radiohead | 4,534KB | Audio |
| geniphursix@KaZaA | radiohead - kcrw rare. on air (acoustic).mp3 | Radiohead | 4,316KB | Audio |
| geniphursix@KaZaA | Radiohead - Manic Hedgehog - I Can't.mp3 | On a Friday | 1,452KB | Audio |
| geniphursix@KaZaA | Radiohead - The Bends.mp3 | Radiohead | 3,850KB | Audio |
| geniphursix@KaZaA | Radiohead - Treefingers - Kid A - 05.mp3 | Radiohead | 5,242KB | Audio |
| geniphursix@KaZaA | Radiohead - You (Live).MP3 | Radiohead | 2,991KB | Audio |
| geniphursix@KaZaA | Raekwon - Rainy Days.mp3 | Raekwon | 5,670KB | Audio |
| geniphursix@KaZaA | Ramsey Lewis_Earth Wind_Fire - Sun Goddess (1).mp3 | Earth, Wind And Fire | 3,144KB | Audio |
| geniphursix@KaZaA | Ravi Shankar_Ustad Vilayat Khan Raga - Desi-Roopak-Taa... | Ravi Shankar | 12,505KB | Audio |
| geniphursix@KaZaA | ravi shankar - dadra.mp3 | Ravi Shankar | 9,853KB | Audio |
| geniphursix@KaZaA | ravi shankar - karnataki.mp3 | Ravi Shankar | 6,107KB | Audio |
| geniphursix@KaZaA | ravi.shankar - poornamadah.mp3 | Ravi Shankar | 1,290KB | Audio |
| geniphursix@KaZaA | Redman - Da Bump.mp3 | Redman | 3,924KB | Audio |
| geniphursix@KaZaA | reggae - When I See You Smile.mp3 | Singing Sweet | 3,139KB | Audio |

Found 3195 files.    2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | reggae -- When I See You Smile.mp3 | Singing Sweet | 3,139KB | Audio |
| geniphursix@KaZaA | Reggae War Song.mp3 | Unknown | 3,308KB | Audio |
| geniphursix@KaZaA | Reguee - Golosa.MP3 | Reggaeton- La Factoria | 1,074KB | Audio |
| geniphursix@KaZaA | roshika.kpl | Sean Paul | 0KB | |
| geniphursix@KaZaA | RUMPSH~1.MP3 | Wreckx N' Effect | 3,874KB | Audio |
| geniphursix@KaZaA | RZA - Tragedy.mp3 | RZA | 3,616KB | Audio |
| geniphursix@KaZaA | SAMBA, ARAKETO, EBOM, D++.MP3 | Araketu | 3,691KB | Audio |
| geniphursix@KaZaA | SARAH MCGLAUGHLIN - POSSESSION.MP3 | AZ | 3,694KB | Audio |
| geniphursix@KaZaA | Sarah Mclachlan - Ice Cream.mp3 | Sarah Mcglaughlin | 2,250KB | Audio |
| geniphursix@KaZaA | sean paul - call my name.mp3 | Sean Paul | 3,440KB | Audio |
| geniphursix@KaZaA | Sean Paul - Exclusive (Remix).mp3 | Sean Paul | 3,952KB | Audio |
| geniphursix@KaZaA | Sean Paul - International A.mp3 | Sean Paul | 3,587KB | Audio |
| geniphursix@KaZaA | Sean Paul - War Is On.mp3 | Sean Paul | 1,102KB | Audio |
| geniphursix@KaZaA | sean pual - Shake It.mp3 | Sean Paul | 3,117KB | Audio |
| geniphursix@KaZaA | shabba ranks - don't test me.MP3 | New Artist | 10,958KB | Audio |
| geniphursix@KaZaA | Shai - Comforter.mp3 | Shai | 3,907KB | Audio |
| geniphursix@KaZaA | Si Sé - lullaby.mp3 | Si Sé | 576KB | Audio |
| geniphursix@KaZaA | Silent Violence (Joy Ride Riddim)(1).mp3 | Beenie Man | 3,314KB | Audio |
| geniphursix@KaZaA | Sinead O'Conner and the Chieftains (Van Morrison cover)... | Sinead O'Conner | 3,940KB | Audio |
| geniphursix@KaZaA | sizzla -- Clean Up Your Heart.mp3 | Sizzla | 3,439KB | Audio |
| geniphursix@KaZaA | Sizzla on Bone Crusher beat.wma | sizzla , bone crusher,jada... | 1,496KB | Audio |
| geniphursix@KaZaA | Sizzla Praise Ye Jah.mp3 | Sizzla | 2,740KB | Audio |
| geniphursix@KaZaA | sizzla_feat._bone_crusher-solid_as_a_rock-wcr.mp3 | Bonecrusher,Sizzla Killer M... | 7,603KB | Audio |
| geniphursix@KaZaA | Sleepy Brown -- I Can't Wait.mp3 | Sleepy Brown | 5,362KB | Audio |
| geniphursix@KaZaA | Smashmouth - Then The Morning Comes.mp3 | Smash Mouth | 3,606KB | Audio |
| geniphursix@KaZaA | Smiths, The - I Know Its Over.mp3 | The Smiths | 5,466KB | Audio |
| geniphursix@KaZaA | Snatch - 17 - Massive Attack - Angel.mp3 | Various Artists | 7,350KB | Audio |
| geniphursix@KaZaA | Snow -- Anything For You.mp3 | SNOW | 5,294KB | Audio |
| geniphursix@KaZaA | Snow - Boom BBoom Boogie.mp3 | Snow | 4,495KB | Audio |

Found 3195 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Snow - Boom BBoom Boogie.mp3 | Snow | 4,495KB | Audio |
| geniphursix@KaZaA | Snow - Girl I've Been Hurt.mp3 | Snow | 4,932KB | Audio |
| geniphursix@KaZaA | So Fresh_Clean (OutKast).mp3 | Out cast | 3,256KB | Audio |
| geniphursix@KaZaA | So.pra.contrariar~você.virou.saudade..mp3 | So.Pra.Contrariar | 3,739KB | Audio |
| geniphursix@KaZaA | SoFor Real - Candy Rain.mp3 | Soul For Real | 5,979KB | Audio |
| geniphursix@KaZaA | Soho - Hot Music.mp3 | Soho | 4,642KB | Audio |
| geniphursix@KaZaA | Sonique-Your.Love Take me Higher..mp3 | Sonique | 3,534KB | Audio |
| geniphursix@KaZaA | Spoony G - Spoonie Rap.mp3 | Spoony G | 5,230KB | Audio |
| geniphursix@KaZaA | Staccato - Move your body..wma | Staccato | 3,582KB | Audio |
| 2 Users | Stan.Getz_Joao Gilberto - Desafinado..mp3 | Stan Getz _Joao Gilberto | 3,812KB | Audio |
| 2 Users | Stevie Wonder - Always (The Best Man Soundtrack) (1)..m... | | 3,535KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Always.mp3 | Stevie Wonder | 8,374KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Ribbon in the Sky.mp3 | Stevie Wonder | 3,478KB | Audio |
| geniphursix@KaZaA | stevie wonder - superstition.mp3 | Stevie Wonder | 3,737KB | Audio |
| geniphursix@KaZaA | Sting - Fields of Gold - 13 - Russians.mp3 | Sting | 4,666KB | Audio |
| geniphursix@KaZaA | Sting - Fields OF Gold - 14 - Russians.mp3 | Sting | 5,621KB | Audio |
| geniphursix@KaZaA | Sting - Russians (1).mp3 | Sting | 7,411KB | Audio |
| geniphursix@KaZaA | Strokes - Rhythm Song (live).mp3 | Strokes | 1,392KB | Audio |
| geniphursix@KaZaA | stylistics-hurry up this way again.mp3 | A_ | 5,452KB | Audio |
| geniphursix@KaZaA | sugababes - 12 - maya.mp3 | Sugababes | 6,423KB | Audio |
| geniphursix@KaZaA | Sugababes_maya_three.mp3 | Sugababes | 2,759KB | Audio |
| geniphursix@KaZaA | Sunz of Man_Masta Killa - Illusions.mp3 | Sunz of Man _Masta Killa | 5,104KB | Audio |
| geniphursix@KaZaA | Sunz of Man - Can I See You..mp3 | Sunz of Man | 3,258KB | Audio |
| geniphursix@KaZaA | Suzanne Vegas - Tom's Dinner..mp3 | Suzanne Vega | 4,016KB | Audio |
| geniphursix@KaZaA | SWV_Micheal Jackson - Human Nature (Remix)..mp3 | SWV | 4,530KB | Audio |
| geniphursix@KaZaA | Talib Kweli - Good to You.mp3 | ^A^ | 3,943KB | Audio |
| geniphursix@KaZaA | Talib Kweli and DJ Hi-Tek feat Mos Def - I Get High.mp3 | Talib Kweli | 5,843KB | Audio |
| geniphursix@KaZaA | tasty-in public featuring nas-kelis.mp3 | kelis | 1,384KB | Audio |
| geniphursix@KaZaA | Teddy Pendergrass - Close The Door..mp3 | Teddy Pendergrass | 5,139KB | Audio |

Found 3195 files.  |  2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Teddy Pendergrass - Close The Door.mp3 | Teddy Pendergrass | 5,139KB | Audio |
| geniphursix@KaZaA | Tego Calderon Feat Eddie Dee - No ME La Explota.mp3 | Tego Calderón New | 4,375KB | Audio |
| 2 Users | The Color Purple - Miss Celie's Blues.mp3 | 3 | 2,330KB | Audio |
| geniphursix@KaZaA | The Color Purple - Sister..mp3 | 3 | 2,324KB | Audio |
| geniphursix@KaZaA | The Cure - Lullaby.mp3 | The Cure | 3,954KB | Audio |
| geniphursix@KaZaA | the last poets - time.mp3 | The Last Poets | 1,474KB | Audio |
| geniphursix@KaZaA | The Lox - Who Want This.mp3 | Lox | 4,396KB | Audio |
| geniphursix@KaZaA | The Roots, Common, Mos Def, Dice Raw - Hurricane.mp3... | Unknown | 0KB | Audio (The Roots, Common, Mos L, Dic) |
| geniphursix@KaZaA | the skatalites - mood for ska.mp3 | Skatalites | 2,995KB | Audio |
| geniphursix@KaZaA | the skatalites - ska ska ska.mp3 | Skatalites | 3,608KB | Audio |
| geniphursix@KaZaA | The Smiths - Butterfly.mp3 | The Smiths | 3,219KB | Audio |
| geniphursix@KaZaA | the smiths - I don't owe you anything.mp3 | The Smiths | 3,816KB | Audio |
| geniphursix@KaZaA | The Smiths - Suffer Little Children.mp3 | The Smiths | 5,121KB | Audio |
| geniphursix@KaZaA | The Smiths - You've Got Everything Now (1).mp3 | The Smiths | 3,748KB | Audio |
| geniphursix@KaZaA | The Strokes - Is This It - 09 - When It Started.mp3 | The Strokes | 3,409KB | Audio |
| geniphursix@KaZaA | the strokes - this life.mp3 | The Strokes | 2,989KB | Audio |
| geniphursix@KaZaA | The Strokes - When It Started.mp3 | The Strokes | 4,094KB | Audio |
| geniphursix@KaZaA | The White Strips - little room.mp3 | The White Stripes | 790KB | Audio |
| geniphursix@KaZaA | The Worlds famous supreme team-Hey DJ.mp3 | WORLD'S FAMOUS SUPR... | 2,581KB | Audio |
| geniphursix@KaZaA | Thumbs.db | Unknown | 5KB | Audio |
| geniphursix@KaZaA | timbalada - Beija Flr.mp3 | Timbalada | 4,194KB | Audio |
| geniphursix@KaZaA | TKA - One Way Love.mp3 | Shai | 3,916KB | Audio |
| geniphursix@KaZaA | TLC - Unpretty.mp3 | TLC | 4,345KB | Audio |
| geniphursix@KaZaA | TOK-Gyal You A Lead.mp3 | T.O.K. | 5,110KB | Audio |
| geniphursix@KaZaA | Tom Waits - It's All Right with Me.mp3 | Tom Waits | 4,416KB | Audio |
| geniphursix@KaZaA | totally 80's - I Just Died In Your Arms Tonight.mp3 | Totally 80s | 3,250KB | Audio |
| geniphursix@KaZaA | Toño Y Tego Calderon - Otra Botella.mp3 | Tego y Toño Rosario | 3,954KB | Audio |
| geniphursix@KaZaA | Track11.mp3 | TLC | 4,326KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Tweeter and the Monkey Man.mp3 | Travelling Wilbury | 5,118KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Travelling Wilburys - Tweeter and the Monkey Man.mp3 | Travelling Wilbury | 5,118KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - You Got It.MP3 | Travelling Wilbury | 3,324KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - You Took My Breath Away.mp3 | Travelling Wilburys | 3,885KB | Audio |
| geniphursix@KaZaA | treacherous three - santas rap.mp3 | CHRISTMAS SONGS | 5,803KB | Audio |
| geniphursix@KaZaA | tricky - Makes Me Wanna Die (Massive Attack Remix).mp3 | 3 | 2,094KB | Audio |
| 2 Users | TV Themes - Welcome Back Kotter.mp3 | TV Themes | 884KB | Audio |
| geniphursix@KaZaA | U2 - One.mp3 | U2 | 4,315KB | Audio |
| geniphursix@KaZaA | UB 40_Africa Bambata - Reckless.mp3 | Afrika Bambaataa with U... | 3,681KB | Audio |
| geniphursix@KaZaA | uh-oh (1).wav | Unknown | 15KB | Audio |
| geniphursix@KaZaA | UH-OH.WAV | UH | 13KB | Audio |
| geniphursix@KaZaA | Usher - Nice And Slow (Remix) .mp3 | Usher | 2,688KB | Audio |
| geniphursix@KaZaA | Vacilon 69 -04- Caiste Hijo E' puta.mp3 | Vacilon 69 | 2,989KB | Audio |
| geniphursix@KaZaA | Vedic Chanting1.mp3 | Ravi Shankar | 2,085KB | Audio |
| geniphursix@KaZaA | Vivian Green - Keep on Going.mp3 | Vivian Green | 5,748KB | Audio |
| geniphursix@KaZaA | When It Started.mp3 | The Strokes | 2,772KB | Audio |
| geniphursix@KaZaA | Where It's At.mp3 | Beck | 6,463KB | Audio |
| geniphursix@KaZaA | Whirl A Girl - X Amount.mp3 | Reggae | 3,204KB | Audio |
| geniphursix@KaZaA | Whodini - Big Mouth (BEAT BOX MIX).mp3 | Whodini | 3,818KB | Audio |
| geniphursix@KaZaA | Whodini - Funky Beat.mp3 | whodini | 4,080KB | Audio |
| 2 Users | Will Smith - Summertime (1).mp3 | The Smiths | 4,234KB | Audio |
| geniphursix@KaZaA | wisin y yandel - LLegaron tus 2 hombres.mp3 | Wisin y Yandel | 2,490KB | Audio |
| geniphursix@KaZaA | Wreckz n Effect - Rump Shaker.mp3 | Wreckz n Effect | 4,893KB | Audio |
| geniphursix@KaZaA | Wu-Tang - Intellectuals.mp3 | Sunz of Man | 3,628KB | Audio |
| geniphursix@KaZaA | Xuxa - Ilarie.mp3 | Xuxa | 5,075KB | Audio |
| geniphursix@KaZaA | Y Mariana.mp3 | Silvio Rodriguez | 2,066KB | Audio |
| geniphursix@KaZaA | Young Gunz - No Better Love.wma | Young Gunz | 5,561KB | Audio |
| geniphursix@KaZaA | Young Gunz-No Better Love.WMA | Young Gunz Feat. Rell | 5,645KB | Audio |
| geniphursix@KaZaA | Zap Mama - Rafiki.mp3 | zap mama | 3,820KB | Audio |
| geniphursix@KaZaA | Zapp_Roger - Computer Love.mp3 | Zapp Roger | 4,432KB | Audio |

Found 3,195 files. | 2,424,950 users online; sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | SearchField

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| geniphursix@KaZaA | Zapp_Roger - Computer Love.mp3 | Zapp_Roger | 4,432KB | Audio | |
| geniphursix@KaZaA | AlbumArt_{801FA388-884C-4BBD-A063-7F50D6BA54F9}_... | Unknown | 9KB | Image | AlbumArt_{801FA388-884C-8DD- |
| geniphursix@KaZaA | AlbumArt_{2EAF3140-7F97-4040-AFCE-6B26C96D6269}_... | Unknown | 2KB | Image | AlbumArt_{2EAF3140-7F97-4040- |
| geniphursix@KaZaA | AlbumArt_{95C02E44-69E2-498F-99BE-96D6C355DF6E}_... | Unknown | 7KB | Image | AlbumArt_{95C02E44-69E2-498F- |
| geniphursix@KaZaA | AlbumArt_{95C02E44-69E2-498F-99BE-96D6C355DF6E}_... | Unknown | 2KB | Image | AlbumArt_{95C02E44-69E2-498F- |
| geniphursix@KaZaA | AlbumArt_{F78B29F3-EFC4-4283-A2B8-3B4401328DFA}_... | Unknown | 7KB | Image | AlbumArt_{F78B29F3-EFC4-4283- |
| geniphursix@KaZaA | AlbumArt_{F78B29F3-EFC4-4283-A2B8-3B4401328DFA}_... | Unknown | 2KB | Image | AlbumArt_{F78B29F3-EFC |
| geniphursix@KaZaA | Commodores - Zoom.mp3 | The Commodores | 6,245KB | Audio | |
| geniphursix@KaZaA | AlbumArt_{C4388DB9-1842-4172-8D91-DD0C22684424}_... | Unknown | 7KB | Image | AlbumArt_{C4388DB9-1842-4172- |
| geniphursix@KaZaA | AlbumArt_{C4388DB9-1842-4172-8D91-DD0C22684424}_... | Unknown | 2KB | Image | AlbumArt_{C4388DB9-1842-4172- |
| geniphursix@KaZaA | jada_-_12_-_still feel me.mp3 | Jadakiss | 3,803KB | Audio | |
| geniphursix@KaZaA | Jill Scott - whatever.mp3 | Jill Scott | 6,333KB | Audio | |
| geniphursix@KaZaA | Jill Scott - whatever (1).mp3 | Jill Scott | 4,283KB | Audio | |
| geniphursix@KaZaA | whatever.mp3 | Jill Scott | 5,209KB | Audio | |
| geniphursix@KaZaA | Jill Scott - whatever.WMA | Jill Scott | 5,976KB | Audio | |
| geniphursix@KaZaA | Jadakiss ft. Mariah Carey - K.I.S.S. Me.wma | 3 | 1,474KB | Audio | |
| geniphursix@KaZaA | u-make-me-wanna-jadakiss-ftg-mariah (1).mp3 | Jadakiss | 4,886KB | Audio | u-make-me-wanna-jad |
| geniphursix@KaZaA | Jadakiss - U Make Me Wanna (3).mp3 | Jadakiss | 9,182KB | Audio | JadakissU M |
| geniphursix@KaZaA | Kool_The Gang_-_Summer Madness.mp3 | kool and the gang | 4,057KB | Audio | |
| geniphursix@KaZaA | Roy Ayers - Virgo Vibes.mp3 | Roy Ayers | 8,443KB | Audio | |
| geniphursix@KaZaA | Scarface_2 Pac - Smile.mp3 | Tupac | 4,710KB | Audio | |
| geniphursix@KaZaA | Whatever (1).mp3 | Jill Scott | 4,160KB | Audio | |
| geniphursix@KaZaA | 03-kanye_west-graduation_day-rms.mp3 | Kanye West | 1,762KB | Audio | |
| geniphursix@KaZaA | Mobb Deep-Got It Twisted.mp3 | Mobb Deep | 3,830KB | Audio | |
| geniphursix@KaZaA | Breathe.mp3 | Fabolous | 6,501KB | Audio | |
| geniphursix@KaZaA | Fabolous-Breath.mp3 | Fabolous | 3,559KB | Audio | |
| geniphursix@KaZaA | Breathe (8).mp3 | Fabolous | 8,149KB | Audio | |
| geniphursix@KaZaA | 01-ashanti-only_you-rms.mp3 | Ashanti | 5,414KB | Audio | |
| geniphursix@KaZaA | -Fabalous-breathe 1.mp3 | Fabolous | 8,149KB | Audio | |

4,421,950 users online, sharing 546,666,805 files (28,824,576 GB)

Found 3195 files.    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Traffic | Shop | Tell A Friend
New search | My Kazaa | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | -Fabalous-breathe 1.mp3 | Fabalous | 8,149KB | Audio |
| geniphursix@KaZaA | AlbumArt_{626EB591-EAC6-4F19-BFED-9ED87E0E7867}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{626EB591-EAC6-4F19-BFED-9ED87E0E7867}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A86246BE-8711-4C7E-A175-7077C839F50D}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{A86246BE-8711-4C7E-A175-7077C839F50D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1FAA34D8-CF8A-46EA-9694-57FB20147D4E}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{1FAA34D8-CF8A-46EA-9694-57FB20147D4E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{86E124C6-E53E-4A15-83D7-7517E52A99DF}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{86E124C6-E53E-4A15-83D7-7517E52A99DF}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A59C7AF3-EBFA-4F85-A9F4-C21A37F4F37B}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{A59C7AF3-EBFA-4F85-A9F4-C21A37F4F37B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Chico Buarque - Todo o sentimento.mp3 | Chico Buarque | 3,541KB | Audio |
| geniphursix@KaZaA | Chico Buarque- Angélica.mp3 | Chico Buarque | 2,932KB | Audio |
| geniphursix@KaZaA | Chico Buarque- Tatuagem.mp3 | Chico Buarque | 2,678KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Festa Imodesta.mp3 | Chico Buarque | 3,220KB | Audio |
| geniphursix@KaZaA | Chico Buarque - A Volta do Malandro.mp3 | Chico Buarque | 2,624KB | Audio |
| geniphursix@KaZaA | Chico Buarque-Cordão.mp3 | Chico Buarque | 2,378KB | Audio |
| geniphursix@KaZaA | chico buarque - os saltimbancos jumento.mp3 | Chico Buarque | 3,404KB | Audio |
| geniphursix@KaZaA | Emilio Santiago--Trocando em Miudos.mp3 | Chico Buarque | 2,706KB | Audio |
| geniphursix@KaZaA | Camp-lo - Coolie High.mp3 | Camp-Lo | 4,597KB | Audio |
| geniphursix@KaZaA | Gangstar RAP'Gangstarr_Inspectah Deck - Above the Cl... | Gang starr | 3,404KB | Audio |
| geniphursix@KaZaA | Velvet Underground - Sweet Jane.mp3 | The Velvet Underground | 3,868KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Angel.mp3 | Jimi Hendricks | 4,021KB | Audio |
| geniphursix@KaZaA | AlbumArt_{B3E892FF-B7B9-47E1-BB29-99784722ED65}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{B3E892FF-B7B9-47E1-BB29-99784722ED65}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | led zeppelin - cashmere.mp3 | Led Zepplin | 7,094KB | Audio |
| geniphursix@KaZaA | pink floyd - 01 - in the flesh.mp3 | Pink Floyd | 4,672KB | Audio |
| geniphursix@KaZaA | AlbumArt_{07439A82-84E4-4C20-9B12-D13F054DA6FD}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{07439A82-84E4-4C20-9B12-D13F054DA6FD}_... | Unknown | 2KB | Image |

Found 3795 files.   2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{07439A82-84E4-4C20-9B12-D13F0540A6FD}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Whispers - Lost And Turned Out.wma | Whispers | 3,866KB | Audio |
| geniphursix@KaZaA | AlbumArt_{45667B38-59C8-41FE-BDE5-4F10FA659804}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{64098208-6806-439D-822D-4DCDFF0EBB9D}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{64098208-6806-439D-822D-4DCDFF0EBB9D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{62D08C06-FA44-46A8-AC43-1FCA42B5DF9C}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{62D08C06-FA44-46A8-AC43-1FCA42B5DF9C}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{D8D89942-4A0C-4DFA-93C0-B7377C0ED064}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | Prince - Darling Nikki.mp3 | Prince and The Revolution | 2KB | Audio |
| geniphursix@KaZaA | AlbumArt_{53D8DD91-DBA2-4B29-AEC9-1B8CAA278714}... | Unknown | 3,972KB | Audio |
| geniphursix@KaZaA | AlbumArt_{53D8DD91-DBA2-4B29-AEC9-1B8CAA278714}... | Unknown | 8KB | Image |
| geniphursix@KaZaA | 08. Free Bird.mp3 | Unknown | 2KB | Image |
| geniphursix@KaZaA | Lynard Skynard - Free Bird.mp3 | Unknown | 5,792KB | Audio |
| geniphursix@KaZaA | Nirvana - While My Guitar Gently Weeps.mp3 | Nirvana | 5,264KB | Audio |
| geniphursix@KaZaA | Midnight Rider.mp3 | The Allman Brothers Band | 664KB | Audio |
| geniphursix@KaZaA | Eagles - Already gone (1).mp3 | Eagles | 4,205KB | Audio |
| geniphursix@KaZaA | Eagles - Take It To The Limit.mp3 | Eagles | 2,338KB | Audio |
| 2 Users | Eagles - Lying Eyes (1).mp3 | Eagles | 4,476KB | Audio |
| 2 Users | Eagles - Peaceful Easy Feeling.mp3 | Eagles | 5,966KB | Audio |
| geniphursix@KaZaA | Rolling Stones - Sympathy for the Devil.mp3 | Music | 3,020KB | Audio |
| geniphursix@KaZaA | Forest Gump 02 - Duane Eddy - Rebel Rouser.mp3 | Duane Eddy | 6,000KB | Audio |
| geniphursix@KaZaA | Gwyneth Paltrow - Cruisin.mp3 | Gwyneth Paltrow | 4,527KB | Audio |
| geniphursix@KaZaA | jose luis rodriguez - te propongo separarnos.mp3 | Jose Luis Rodriguez | 4,614KB | Audio |
| geniphursix@KaZaA | sean paul - nah get no bligh.mp3 | É D+ | 4,104KB | Audio |
| geniphursix@KaZaA | Blackstar - Fantastic.mp3 | Talib Kweli Mos Def | 3,630KB | Audio |
| geniphursix@KaZaA | 01. Selfish w-Kanye West.mp3 | Slum Village | 3,316KB | Audio |
| geniphursix@KaZaA | blackstar - brown skin lady.mp3 | Mos Def_Talib Kweli | 3,884KB | Audio |
| geniphursix@KaZaA | Talib Kweli_Rah Digga_Xzibit - Down For The Count.mp3 | Talib Kweli_Hi-Tek | 5,419KB | Audio |
| geniphursix@KaZaA | | Talib Kweli | 3,626KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Talib Kweli Rah Digga Xzibit - Down For The Count.mp3 | Talib Kweli_Hi-Tek | 3,626KB | Audio |
| geniphursix@KaZaA | TALIB KWELI BEAUTIFUL STRUGGLE-I try-omni.mp3 | Talib Kweli | 5,919KB | Audio |
| geniphursix@KaZaA | TALIB KWELI-Beautiful Struggle-trying to breath.mp3 | Talib Kweli | 7,206KB | Audio |
| geniphursix@KaZaA | talib kweli-lonely people-beautiful struggle.mp3 | Talib Kweli | 4,915KB | Audio |
| geniphursix@KaZaA | i try beautiful struggle_TALIB KWELI.mp3 | Talib Kweli | 5,316KB | Audio |
| geniphursix@KaZaA | The Roots ft. Talib Kweli - Rhymes and Ammo.mp3 | The Roots feat. Talib Kweli | 3,968KB | Audio |
| geniphursix@KaZaA | Groove Armada - Love Box - 12 - But I Feel Good.mp3 | Groove Armada | 7,470KB | Audio |
| geniphursix@KaZaA | remix_tego_fat_joe_jean_Back.mp3 | Tego and Fat Joe | 3,108KB | Audio |
| geniphursix@KaZaA | (02) P Diddy Lenny Kravitz Pharell Williams - Show Me Your... | P Diddy Lenny Kravitz Pha... | 3,160KB | Audio |
| geniphursix@KaZaA | (03) Ja Rule - Mesmerize ft. Ashanti.wma | Ja Rule ft. Ashanti | 2,749KB | Audio |
| geniphursix@KaZaA | (03) Ja Rule - Mesmerize ft.wma | Ja Rule | 2,747KB | Audio |
| geniphursix@KaZaA | (05) Justin Timberlake - Cry Me A River.wma | Justin Timberlake | 2,862KB | Audio |
| geniphursix@KaZaA | Nina Simone - I Put a Spell on You.mp3 | Nina Simone | 2,470KB | Audio |
| geniphursix@KaZaA | Copy of Nina Simone - I Shall Be Released.mp3 | Bob Dylan and Elvis Costel... | 4,322KB | Audio |
| geniphursix@KaZaA | Ella Fitzgerald_Louis Jordan - Baby, It's Cold Outside.mp3 | Ray Charles_Nina Simone | 1,946KB | Audio |
| geniphursix@KaZaA | ella fitzgerald - everytime we say goodbye.mp3 | Ella Fitzgerald | 3,377KB | Audio |
| geniphursix@KaZaA | (06) Angie Martinez - Take You Home feat Kelis.wma | Angie Martinez | 2,369KB | Audio |
| geniphursix@KaZaA | Nina Simone - Since I Fell For You.mp3 | Nina Simone | 1,992KB | Audio |
| geniphursix@KaZaA | Nina Simone - I Think It's Going To Rain Today.mp3 | Nina Simone | 3,274KB | Audio |
| geniphursix@KaZaA | Nina Simone - Love Me or Leave Me.mp3 | Nina Simone | 3,864KB | Audio |
| geniphursix@KaZaA | 17. Go To Hell.mp3 | Nina Simone | 2,648KB | Audio |
| geniphursix@KaZaA | Mos Def_Talib Kweli - Black Star - 12 - Thieves in the Night... | Mos Def_Talib Kweli | 4,952KB | Audio |
| geniphursix@KaZaA | street's disciple_no one else in the room_nas.mp3 | Nas | 7,412KB | Audio |
| geniphursix@KaZaA | Fight Club Soundtrack - This is Your Life.mp3 | The Juliana Theory | 3,373KB | Audio |
| geniphursix@KaZaA | Switchfoot - this is your life.mp3 | switchfoot | 4,042KB | Audio |
| geniphursix@KaZaA | Kevin Little - Turn Me On.mp3 | Kevin Little_Mad... | 2,842KB | Audio |
| geniphursix@KaZaA | Gangstar - Full Clip.mp3 | A+ | 3,397KB | Audio |
| geniphursix@KaZaA | 07 Boot Camp - Think Back.mp3 | Boot Camp Clik | 6,463KB | Audio |
| geniphursix@KaZaA | Blackmoon - Buck 'Em Down (Vinyl Rmx).mp3 | Black Moon | 4,578KB | Audio |

Found 3135 files | 2,421,950 users online, sharing 546,666,805 files (26,821,576 GB) | Not sharing any files