Kazaa -- [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Blackmoon - Buck 'Em Down (Vinyl Rmx).mp3 | Black Moon | 4,578KB | Audio |
| geniphursix@KaZaA | (11) Busta Rhymes - Hey Ladies.wma | Busta Rhymes | 1,970KB | Audio |
| geniphursix@KaZaA | (15) Busta Rhymes - Together ft. Rah Digga.wma | Busta Rhymes | 3,298KB | Audio |
| geniphursix@KaZaA | (22) Sean Paul - Punky (Espanol).wma | Sean Paul | 2,119KB | Audio |
| geniphursix@KaZaA | (71)black eyed peas-elephunk-where is the love.mp3 | Black Eyed Peas Feat. Just... | 3,555KB | Audio |
| 2 Users | (Busta Rhymes feat Mariah Carey) - I Know What You Wan... | Busta Rhymes Feat. Maria... | 5,078KB | Audio |
| geniphursix@KaZaA | (Fatal Fantasy)-Me gusta la CHOCHA de Puerto Rico.mp3 | (Fatal Fantasy) | 2,368KB | Audio |
| geniphursix@KaZaA | (Genuwine) - So Anxious.mp3 | Ginuwine | 3,746KB | Audio |
| geniphursix@KaZaA | (Jay-Money) - Lil Kim - Q6 - "Shake Ya Bum (Feat Lil Shanice)... | Lil Kim | 3,887KB | Audio |
| geniphursix@KaZaA | (Jay-Z)-Poppin' Tags (Featuring Big Boi, Killer Mike_Twista... | Jay-Z | 2,816KB | Audio |
| geniphursix@KaZaA | (Jay-Z)-What They Gonna Do (Featuring Sean Paul).mp3 | Jay-Z | 2,298KB | Audio |
| geniphursix@KaZaA | (Jerry Rivera)-QUIERO(salsa).mp3 | Jerry Rivera | 4,572KB | Audio |
| 2 Users | -RICARDO ARJONA -- EL PROBLEMA_ (1).mp3 | RICARDO ARJONA | 5,158KB | Audio |
| geniphursix@KaZaA | 01 - Iggy Pop Debbie Harry - Well Did You Evah!.mp3 | Debbie Harry And Iggy P... | 3,282KB | Audio |
| geniphursix@KaZaA | 01 - Missy Elliott - Baby Girl Intro Feat Mary J Blige.mp3 | Missy Elliott | 3,124KB | Audio |
| geniphursix@KaZaA | 01-112 feat._sean_paul_-_na_na_na-sc.mp3 | 112 Feat. Sean Paul | 5,596KB | Audio |
| geniphursix@KaZaA | 01-3_doors_down-when_im_gone_(album_version)-edm.m... | 3 Doors Down | 5,884KB | Audio |
| geniphursix@KaZaA | 01-50_cent-in_da_club_(dirty).mp3 | 50 Cent | 3,446KB | Audio |
| geniphursix@KaZaA | 01-50_cent-in_the_club_dirty-cms - Dec 07, 2002 21.56.1... | Fifty cent | 5,214KB | Audio |
| geniphursix@KaZaA | 01-50_cent-in_the_club_dirty-cms - Dec 07, 2002 21.56.... | Fifty cent | 5,214KB | Audio |
| geniphursix@KaZaA | 01-black_eyed_peas_feat_justin_timberlake-where_is_th... | Black Eyed Peas Feat. Jus... | 5,336KB | Audio |
| geniphursix@KaZaA | 01-erykah_badu-danger-xxl.mp3 | Erykah Badu | 6,196KB | Audio |
| geniphursix@KaZaA | 01-freeway_ft_jay-z_and_beanie_sigel-what_we_do_(dirt... | 01-freeway_ft_jay-z_an... | 3,596KB | Audio |
| geniphursix@KaZaA | 01-g-unit-g-unit-rns.mp3 | G-Unit | 4,908KB | Audio |
| geniphursix@KaZaA | 01-g-unit-u_should_be_here-4hm.mp3 | 50 Cent | 4,997KB | Audio |
| geniphursix@KaZaA | bollywood_hollywood_-_05_-_track_5.mp3 | Bollywood Hollywood | 9,272KB | Audio |
| geniphursix@KaZaA | Method_Red Man Da Rockwilder.mp3 | Methodman and Redman | 1,596KB | Audio |
| geniphursix@KaZaA | Instrumentals, Eric Sermon Feat. Redman - React.mp3 | Eric Sermon ft Redman | 5,198KB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez - Voy a perder la cabeza por tu amor... | Jose Luis Rodriguez | 5,202KB | Audio |

Found 3195 files | 2,921,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Jose Luis Rodriguez - Voy a perder la cabeza por tu amor... | José Luis Rodriguez | 5,202KB | Audio |
| geniphursix@KaZaA | Yo voy.mp3 | Zion y Lennox | 3,633KB | Audio |
| geniphursix@KaZaA | Petey Pablo - Freek-A-Leek.mpg | petey | 43,719KB | Video |
| 2 Users | Gospel - Lift Every Voice And Sing..mp3 | artist | 4,014KB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez (El Puma) - Te Propongo Separarnos (1... | José Luis Rodriguez | 4,104KB | Audio |
| 2 Users | Gospel - Black National Anthem - Lift Every Voice And Sing... | Stevie Wonder | 3,508KB | Audio |
| geniphursix@KaZaA | Zeze de camargo e Luciano - Preciso ser amado.mp3 | Zezé di Camargo e Luciano | 5,370KB | Audio |
| geniphursix@KaZaA | Track07 (1).mp3 | Mobb Deep | 4,476KB | Audio |
| geniphursix@KaZaA | 10-slum_village-keep_holding_on_feat_melanie-mob.mp3 | Slum Village | 5,193KB | Audio |
| geniphursix@KaZaA | Slum village - Jealousy.mp3 | Slum Village | 5,470KB | Audio |
| geniphursix@KaZaA | Walk Like A Warrior.MP3 | dead prez | 4,970KB | Audio |
| geniphursix@KaZaA | Slum Village - Tell Me (feat. D'Angelo).mp3 | Slum Village | 4,347KB | Audio |
| geniphursix@KaZaA | 08-dead_prez-radio_frequency-esc.mp3 | Dead Prez | 4,022KB | Audio |
| geniphursix@KaZaA | 11-dead_prez-50_in_the_cup-esc.mp3 | Dead Prez | 3,780KB | Audio |
| geniphursix@KaZaA | Slum Village - S;O;U;L;.mp3 | Slum Village | 3,209KB | Audio |
| 2 Users | 06-Various-Stan Getz - Corcovado (Quiet Nights of Quiet St... | Various | 2,804KB | Audio |
| geniphursix@KaZaA | Toni Tone Tony - Rafael Sadiq - All I Ask of You.mp3 | Raphael Sadiq | 4,238KB | Audio |
| geniphursix@KaZaA | kanye west-Kanye's Workout Plan-college dropout.mp3 | Kanye West | 6,737KB | Audio |
| geniphursix@KaZaA | Raphael Sadiq feat. Q-Tip - Get Involved.mp3 | Raphael Saadiq feat. Q-T... | 3,045KB | Audio |
| geniphursix@KaZaA | Musiq Soulchild - Dont change.MP3 | Musiq Soulchild | 2,102KB | Audio |
| geniphursix@KaZaA | 03: Erro - Change for me.mp3 | Hed Kandi | 7,839KB | Audio |
| geniphursix@KaZaA | Zach de la Rocha, KRS ONE - CIA.mp3 | KRS-One, Last Emporer... | 5,013KB | Audio |
| geniphursix@KaZaA | daddy yankee yaga y mackie ranks.mp3 | Don Omar | 3,104KB | Audio |
| geniphursix@KaZaA | kanye west-workout plan.mp3 | Kanye West | 1,324KB | Audio |
| geniphursix@KaZaA | Don Omar_Daddy Yankee 4.MP3 | DADDY YANKEE FT. DON... | 1,138KB | Audio |
| geniphursix@KaZaA | Don Omar y yankee afuego.mp3 | Daddy Yankee | 3,459KB | Audio |
| geniphursix@KaZaA | Don Omar - seguroski.mp3 | Daddy Yankee | 3,064KB | Audio |
| geniphursix@KaZaA | Daddy Yankee y Nicky Jam - Sentirte.mp3 | Dj Blass | 3,346KB | Audio |
| geniphursix@KaZaA | DJ MafjstaH - Kevin Lyttle - Turn Me On PART II (Bubbling ... | Kevin Little Bubbling Remix | 3,144KB | Audio |

Found: 3,195 files | 2,421,950 users online, sharing 546,656,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Traffic | Shop | Tell A Friend

New search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | DJ Mai$taH - Kevin Lyttle - Turn Me On PART II (Bubbling … | Kevin Little Bubbling Remix | 3,144KB | Audio |
| geniphursix@KaZaA | Kanye west-Work it out.mp3 | Kanye West | 5,054KB | Audio |
| geniphursix@KaZaA | 2pac-the_realest_killaz_ft_50_cent (1).mp3 | 50 Cent_2Pac | 3,433KB | Audio |
| geniphursix@KaZaA | 2pac - My Block (Remix).mp3 | Tupac | 4,764KB | Audio |
| geniphursix@KaZaA | Total - Kissing You.mp3 | Total | 3,712KB | Audio |
| geniphursix@KaZaA | Spanish Reggae - Vico C_Ivy Queen - The Noise Live2.m… | Vico-C_Ivy Queen | 1,335KB | Audio |
| geniphursix@KaZaA | 25-Lock Up rmx.mp3 | Styles P ft. Akon | 3,372KB | Audio |
| geniphursix@KaZaA | Lynyrd Skynyrd - Free Bird.mp3 | Lynyrd Skynyrd | 8,552KB | Audio |
| geniphursix@KaZaA | Steel Pulse - Wild Goose Chase.mp3 | Steel Pulse | 5,322KB | Audio |
| geniphursix@KaZaA | Caetano Veloso - Verdade.mp3 | Caetano Veloso_Gilberto… | 4,264KB | Audio |
| geniphursix@KaZaA | Brainstorm - This Must Be Heaven.mp3 | Brainstorm | 6,182KB | Audio |
| geniphursix@KaZaA | Loose Ends - You Can't Stop The Rain.mp3 | Loose Ends | 4,075KB | Audio |
| 2 Users | pull up.mpg | ESPN - X Games | 1,520KB | Video |
| geniphursix@KaZaA | They Died For Beauty - Bellissimo.mp3 | Ilya | 5,364KB | Audio |
| geniphursix@KaZaA | 29 - Track 29.mp3 | Mr. Vegas | 3,787KB | Audio |
| 2 Users | Sean Paul - Dutty-Rock - 11 - Calling Out my Name.mp3 | Sean Paul | 8,684KB | Audio |
| geniphursix@KaZaA | Ilya - Bellissimo - They Died For Beauty - 1.mp3 | Ilya | 3,469KB | Audio |
| 2 Users | Ilya - Bellissimo - They Died For Beauty - 1 (1).mp3 | Ilya | 3,184KB | Audio |
| geniphursix@KaZaA | They Died For Beauty 1 Ilya Bellissimo.mp3 | Ilya | 4,344KB | Audio |
| 2 Users | Ilya They Died For Beauty 1 Bellissimo.mp3 | Ilya | 6,241KB | Audio |
| geniphursix@KaZaA | Frankie ruiz - vuelvo a nacer.mp3 | Frankie Ruiz | 4,053KB | Audio |
| geniphursix@KaZaA | Kevin Little - Turn Me On.asf | Kevin Little | 14,324KB | Video |
| geniphursix@KaZaA | Kevin Lyttle - Turn Me On.mpg | Kevin Little | 33,979KB | Video |
| 2 Users | They Died For Beauty - Bellissimo (1).mp3 | Ilya | 6,710KB | Audio |
| geniphursix@KaZaA | Modest Mouse - Float On.mpg.mpeg | Modest Mouse | 37,485KB | Video |
| geniphursix@KaZaA | WHO WE BE DMX.mp3 | DMX | 6,507KB | Audio |
| geniphursix@KaZaA | 04 - Sheryl Crow - The First Cut Is The Deepest.wma | sheryl crow | 2,243KB | Audio |
| geniphursix@KaZaA | Ivete Sangalo e Margareth Menezes - Dandalunda (Carna… | Ivete Sangalo e Margaret… | 4,453KB | Audio |
| geniphursix@KaZaA | Corey Hart - Sunglasses At Night.mp3 | Corey Hart | 3,665KB | Audio |

Found 3,195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Corey Hart - Sunglasses At Night.mp3 | Corey Hart | 3,665KB | Audio |
| geniphursix@KaZaA | Margareth Menezes_Hermeto Pascoal - Domingo no Parq... | Hermeto Pascoal e Marga... | 3,409KB | Audio |
| geniphursix@KaZaA | Audioslave - Like a Stone.mp3 | Audioslave | 4,538KB | Audio |
| geniphursix@KaZaA | Jerry Rivera F.mp3 | Jerry Rivera F. Voltio | 6,494KB | Audio |
| geniphursix@KaZaA | Stylistics - People Make the World Go Round.mp3 | Stylistics | 6,049KB | Audio |
| geniphursix@KaZaA | Salsa - Mark Antony_Olga Tañon - Presiosa.mp3 | Marc Anthony/Olga Tañon | 2,582KB | Audio |
| 2 Users | Marc Anthony - Te Conozco Bien.mp3 | Marc Anthony | 4,932KB | Audio |
| geniphursix@KaZaA | PJ Harvey - This Mess We're In (Feat. Thom Yorke of Radi... | pj harvey | 5,557KB | Audio |
| geniphursix@KaZaA | Modest Mouse Float On Good News For People Who Love... | Modest Mouse | 4,529KB | Audio |
| geniphursix@KaZaA | Modest Mouse - Float On - Good News For People Who Lo... | Modest Mouse | 3,548KB | Audio |
| geniphursix@KaZaA | Romantica_Mark Anthony-Hasta Hayer.mp3 | Mark Anthony | 4,352KB | Audio |
| geniphursix@KaZaA | Immortal Technique - Obnoxious.mp3 | Immortal Technique | 4,523KB | Audio |
| geniphursix@KaZaA | Radiohead - True Love Waits (Live).mp3 | Radiohead | 4,337KB | Audio |
| geniphursix@KaZaA | Chocolate.mp3 | Kylie Minogue | 7,050KB | Audio |
| geniphursix@KaZaA | Modest Mouse - Float On.mp3 | Modest Mouse | 3,442KB | Audio |
| geniphursix@KaZaA | Maroon5 - she will be loved.mp3 | Mario Winans | 6,055KB | Audio |
| geniphursix@KaZaA | Patience Through.mp3 | George Michael | 2,348KB | Audio |
| geniphursix@KaZaA | 414752 - Oct.17, 2004 09.59.04.mp3 | Bryant, Jack | 273B | Audio |
| geniphursix@KaZaA | Patience George Michael 1 Patience.mp3 | George Michael | 1,915KB | Audio |
| geniphursix@KaZaA | george-michael-amazing.mp3 | George Michael | 4,116KB | Audio |
| geniphursix@KaZaA | Blind Melon - No Rain.mp3 | Blind Melon | 3,426KB | Audio |
| geniphursix@KaZaA | The Shins - Caring Is Creepy.mp3 | The Shins | 3,129KB | Audio |
| geniphursix@KaZaA | george.michael - somebody.tell me.mp3 | George Michael | 5,128KB | Audio |
| geniphursix@KaZaA | George Michael_Mary J Blige - As.mp3 | George Michael | 4,479KB | Audio |
| geniphursix@KaZaA | Patience - George Michael - Precious Box - 9.mp3 | George Michael | 7,773KB | Audio |
| geniphursix@KaZaA | George Michael - I want your sex (part II).mp3 | George Michael | 4,341KB | Audio |
| geniphursix@KaZaA | ludacris.the red light district.virgo feat.nas_doug e fresh-... | Ludacris | 3,518KB | Audio |
| geniphursix@KaZaA | 05-colin_hay-i_just_dont_think_ill_ever_get_over_you-rtb... | Colin Hay | 6,549KB | Audio |
| geniphursix@KaZaA | George Michael Flawless (Go to the City) 7.mp3 | George Michael | 9,618KB | Audio |

Found 3,195 files | 2,421,950 users online, sharing 546,656,805 Files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | George Michael Flawless (Go to the City) 7.mp3 | George Michael | 9,618KB | Audio |
| geniphursix@KaZaA | George Michael - Freedom.mp3 | George Michael | 6,108KB | Audio |
| geniphursix@KaZaA | George Michael - Kissing A Fool.mp3 | George Michael | 4,292KB | Audio |
| geniphursix@KaZaA | Patience George Michael Flawless (Go to the City) 7.mp3 | George Michael | 6,306KB | Audio |
| geniphursix@KaZaA | Quiero-TegoCalderonFeatYandel[1].mp3 | Tego Calderon feat. Yan... | 1,418KB | Audio |
| geniphursix@KaZaA | 09-sheek_louch-ten_hut_(feat_jadakiss)-rns-(1).mp3 | Sheek Louch | 4,894KB | Audio |
| geniphursix@KaZaA | Patti LaBelle feat. Ron Isley - Gotta Go Solo.mp3 | Patti LaBelle feat. Ron Isl... | 4,382KB | Audio |
| geniphursix@KaZaA | Janis Joplin - Summertime.mp3 | Janis Joplin | 3,782KB | Audio |
| geniphursix@KaZaA | 207-andre_3000-prototype-rns.mp3 | Andre 3000 | 7,744KB | Audio |
| geniphursix@KaZaA | Maroon5-HardertoBreathe.mp3 | Maroon5 | 4,070KB | Audio |
| geniphursix@KaZaA | Maroon 5 - Tangled.mp3 | Maroon 5 | 3,121KB | Audio |
| geniphursix@KaZaA | Whispers - Olivia (Lost And Turned Out).mp3 | Whispers | 3,870KB | Audio |
| geniphursix@KaZaA | Maroon 5 - She Will Be Loved.mp3 | Maroon 5 | 6,055KB | Audio |
| geniphursix@KaZaA | Maroon 5-Tangled-05.mp3 | Maroon 5 | 4,648KB | Audio |
| geniphursix@KaZaA | Maroon5 - Must Get Out.mp3 | Maroon 5 | 3,746KB | Audio |
| geniphursix@KaZaA | Maroon 5 - Secret.mp3 | Maroon 5 | 3,974KB | Audio |
| geniphursix@KaZaA | Maroon - Through With You.mp3 | Maroon 5 | 3,190KB | Audio |
| geniphursix@KaZaA | Miles Davis - Kind of Blue - 01 - So What.mp3 | MVP featuring Frank Gam... | 9,127KB | Audio |
| geniphursix@KaZaA | Maroon5 - Not Coming Home.mp3 | Maroon 5 | 4,174KB | Audio |
| geniphursix@KaZaA | Maroon - Everyday Goodbyes (Live).mp3 | Maroon5 | 4,049KB | Audio |
| geniphursix@KaZaA | rb - Changing Faces vs. R. Kelly - G.H.E.T.T.O.mp3 | Changing Faces vs. R. Kel... | 3,611KB | Audio |
| geniphursix@KaZaA | Avant - Separated.mpg | Avant | 95,767KB | Video |
| geniphursix@KaZaA | Maze Feat. Frankie Beverly - Joy And Pain.mp3 | Maze featuring Frankie B... | 8,424KB | Audio |
| geniphursix@KaZaA | ghostface killa feat jadakiss-run.mp3 | Ghostface | 4,736KB | Audio |
| geniphursix@KaZaA | Sade - No Ordinary Love.mp3 | Sade | 6,868KB | Audio |
| geniphursix@KaZaA | Frankie Ruiz - Mi Libertad.mp3 | Frankie Ruiz | 4,216KB | Audio |
| geniphursix@KaZaA | The Shins - New Slang.mp3 | The Shins | 3,614KB | Audio |
| geniphursix@KaZaA | Remy-Zero--Fair.mp3 | Remy Zero | 3,693KB | Audio |
| geniphursix@KaZaA | 04 Track 4.mp3 | Tego Calderon | 2,874KB | Audio |

Found: 3195 Files | 2,421,950 users online, sharing 546,666,806 Files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 04 Track 4.mp3 | Tego Calderon | 2,874kB | Audio |
| geniphursix@KaZaA | The Essential Simon & Garfunkel 14 Simon & Garfunkel T... | Simon & Garfunkel | 4,679kB | Audio |
| geniphursix@KaZaA | 05 - the hand that rocks the cradle.mp3 | The Smiths | 4,342kB | Audio |
| geniphursix@KaZaA | 08 Nick Drake - One of These Things First.mp3 | Nick Drake | 5,661kB | Audio |
| geniphursix@KaZaA | 09 That's it That's All.mp3 | Beastie Boys | 3,181kB | Audio |
| geniphursix@KaZaA | Grave Diggaz - 1-800 Suicide.mp3 | Gravediggaz | 3,018kB | Audio |
| geniphursix@KaZaA | thievery corporation - lebanese blonde.mp3 | THROUGH THE WORLD | 4,496kB | Audio |
| geniphursix@KaZaA | Iron and Wine - Such Great Heights (the postal service cov... | Iron and Wine | 5,873kB | Audio |
| geniphursix@KaZaA | Frou Frou - Let Go.mp3 | Frou Frou | 3,970kB | Audio |
| geniphursix@KaZaA | Thievery Corporation - Encounter In Bahia.mp3 | Thievery Corporation | 3,771kB | Audio |
| geniphursix@KaZaA | gregorian chants - The Only Living Boy In New York.mp3 | Songs Of Simon _Garfun... | 4,274kB | Audio |
| 2 Users | 80's_George Michael-Wham - Careless Whisper.mp3 | George Michael | 4,743kB | Audio |
| geniphursix@KaZaA | Coldplay - Politik.mp3 | Cold Play | 3,088kB | Audio |
| geniphursix@KaZaA | Tina Turner_Barry White - In Your Wildest Dreams.mp3 | Barry White | 3,632kB | Audio |
| geniphursix@KaZaA | mightydblock.wma | Sheek Louch | 798kB | Audio |
| geniphursix@KaZaA | BEASTIE BOYS_It takes time to build_to the 5 boroughs.mp3 | Beastie Boys | 6,736kB | Audio |
| geniphursix@KaZaA | 04-to the 5 boroughs-it takes time to build-beastie boys.m... | Beastie Boys | 5,133kB | Audio |
| geniphursix@KaZaA | 6-Triple Trouble.mp3 | Beastie Boys | 3,827kB | Audio |
| geniphursix@KaZaA | Minar Você.MP3 | Chiclete com Banana | 1,843kB | Audio |
| geniphursix@KaZaA | Ghost face Killa - iron maiden.mp3 | Ghostface Killah | 4,475kB | Audio |
| geniphursix@KaZaA | Araketu.mp3 | Asa de Águia | 2,508kB | Audio |
| geniphursix@KaZaA | Dance Hall_T.O.K. - She's Hot.mp3 | TOK | 3,277kB | Audio |
| geniphursix@KaZaA | gangstar - skillz (1).mp3 | 04-gangstarr-skillz | 3,131kB | Audio |
| 2 Users | Capleton - Come From Jamaica.mp3 | Capelton | 3,456kB | Audio |
| geniphursix@KaZaA | Stevie Nicks - Landslide.mp3 | Fleetwood Mac | 3,117kB | Audio |
| geniphursix@KaZaA | Big Pun f. Tony Sunshine - 100%.mp3 | Big Pun f. Tony Sunshine | 3,621kB | Audio |
| geniphursix@KaZaA | 14_the brouhaha.mp3 | Beastie Boys | 3,122kB | Audio |
| geniphursix@KaZaA | 50 cent_loyd banks freestye - 187_ya_y.mp3 | 50Cent and G-Unit | 4,971kB | Audio |
| geniphursix@KaZaA | timbalada - Na Ilha Grande.mp3 | Timbalada | 4,001kB | Audio |

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | timbalada - Na Ilha Grande.mp3 | Timbalada | 4,001KB | Audio |
| geniphursix@KaZaA | immortal technique - leaving the past (1).mp3 | no artist | 4,203KB | Audio |
| geniphursix@KaZaA | Clipse - Got Damn.mp3 | Clipse Feat. Ab-Liva,Rosc... | 4,708KB | Audio |
| geniphursix@KaZaA | L-O-N-E-L-Y - Bobby Vinton.mp3 | Bobby Vinton | 2,361KB | Audio |
| geniphursix@KaZaA | immortal technique - dance with the devil.mp3 | Immortal Technique | 9,054KB | Audio |
| geniphursix@KaZaA | (08) Sheek Louch - Crazzy.wma | Sheek Louch | 3,660KB | Audio |
| geniphursix@KaZaA | 06-sheek_louch-i_aint_forget-rns.mp3 | Sheek Louch | 6,057KB | Audio |
| geniphursix@KaZaA | Immortal Technique - Positive Balance.mp3 | Immortal Technique | 4,619KB | Audio |
| geniphursix@KaZaA | outkast-_she-lives-in-my-lap_...mp3 | outkast | 4,142KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Hey You.mp3 | Pink Floyd | 4,419KB | Audio |
| geniphursix@KaZaA | Avril Lavigne - So Much For My Happy Ending.mp3 | Avril Lavigne | 3,779KB | Audio |
| geniphursix@KaZaA | 06-g-unit-wanna_get_to_know_you-rns.mp3 | G-Unit | 6,214KB | Audio |
| geniphursix@KaZaA | luther vandross-if i didnt know better.mp3 | Luther Vandross | 5,802KB | Audio |
| geniphursix@KaZaA | Sheek Louch - walk witt Me - Turn it up.mp3 | Sheek Louch | 6,185KB | Audio |
| geniphursix@KaZaA | faith_evans-05-i_love_you.mp3 | Faith Evans | 4,175KB | Audio |
| geniphursix@KaZaA | Separated (Remix)_ Avant_Kelly Rowland (1) (1).mp3 | Avant feat. Kelly Rowland | 3,638KB | Audio |
| geniphursix@KaZaA | Pumpkinhead f. Immortal Technique - Brooklyn Academy.m... | Immortal Technique | 4,340KB | Audio |
| geniphursix@KaZaA | Keisha - I changed my mind.mp3 | Keisha Feat. Shyne | 5,115KB | Audio |
| geniphursix@KaZaA | Luther Vandross - Here and Now.mp3 | Luther Vandross | 5,060KB | Audio |
| geniphursix@KaZaA | wayne wonder - bashment girl.mp3 | wayne wonder | 3,352KB | Audio |
| geniphursix@KaZaA | 08-the_roots-i_dont_care-ftd.mp3 | The Roots | 5,696KB | Audio |
| geniphursix@KaZaA | Hollies - Bus Stop.mp3 | Hollies | 2,738KB | Audio |
| geniphursix@KaZaA | 14-50_cent-21_questions_(feat_nate_dogg)-rns_(1).mp3 | 50 Cent | 5,261KB | Audio |
| geniphursix@KaZaA | KANYE WEST-COLLEGE DROPOUT-graduation day.mp3 | Kanye West | 4,684KB | Audio |
| geniphursix@KaZaA | nicole wray - if i was your girlfriend.mp3 | Nicole Wray | 6,032KB | Audio |
| 2 Users | (joyride riddim) Frisco Kid-rubbers.mp3 | Frisco Kid | 3,324KB | Audio |
| geniphursix@KaZaA | Ludacris ft.Shawna.-.Shake that shit.mp3 | Shawnna feat. Ludacris | 5,258KB | Audio |
| geniphursix@KaZaA | 16-ghostface-tooken_back_(feat_jackleo)-rns.mp3 | Ghostface | 7,925KB | Audio |
| geniphursix@KaZaA | Beenie Man - King of the Dance Hall.mp3 | Beenie Man | 4,402KB | Audio |

Found 3195 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Beenie Man - King of the Dance Hall.mp3 | Beenie Man | 4,402kB | Audio |
| geniphursix@KaZaA | Cormega - Testament.mp3 | Cormega | 3,723kB | Audio |
| geniphursix@KaZaA | R.Kelly U save me.wma | R. Kelly | 5,829kB | Audio |
| geniphursix@KaZaA | Shawna ft. Ludacris - Shake Dat Shit.mp3 | Shawna | 5,183kB | Audio |
| geniphursix@KaZaA | Vybz kartel_beenie man – Scuubay.MP3 | Vybz kartel_Beenie man | 4,204kB | Audio |
| geniphursix@KaZaA | Joyride_LadySaw.mp3 | Lady Saw | 3,328kB | Audio |
| geniphursix@KaZaA | Porno Star.mp3 | 50cent loyd banks | 4,932kB | Audio |
| geniphursix@KaZaA | Confessions --Caught Up.wma | Usher | 3,989kB | Audio |
| geniphursix@KaZaA | Ghostface Killah ft. Trife – Biscuits.mp3 | Ghostface Killah ft. Trife | 4,270kB | Audio |
| geniphursix@KaZaA | Milli Vanilli - Girl I'm Gonna Miss You.mp3 | Milli Vanilli | 4,142kB | Audio |
| geniphursix@KaZaA | Nina Sky Ft.mp3 | Nina Sky Ft Jabba | 5,657kB | Audio |
| geniphursix@KaZaA | GHOSTFACE the pretty toney album love.mp3 | Ghostface | 2,367kB | Audio |
| geniphursix@KaZaA | 03 Bring Your Heart to Mine.mp3 | Luther Vandross | 4,089kB | Audio |
| geniphursix@KaZaA | Shyne - For The Record (50 Cent Diss).mp3 | Shyne | 4,984kB | Audio |
| geniphursix@KaZaA | 04-Je Ne T'Aime Plus.wma | Manu Chao | 973kB | Audio |
| geniphursix@KaZaA | the roots – dont say nuthin (1).mp3 | The Roots | 3,311kB | Audio |
| geniphursix@KaZaA | body paint pink floyd album.jpg | pink floyd album | 135kB | Image |
| geniphursix@KaZaA | Tower Of Power Diggin On James Brown 5..mp3 | Tower Of Power | 2,817kB | Audio |
| geniphursix@KaZaA | Black 47 - 40 Shades of Blue.mp3 | Black 47 | 5,172kB | Audio |
| geniphursix@KaZaA | Immortal Technique Feat. Jean Grae, Pumpkinhead - The Ill... | Immortal Technique | 3,340kB | Audio |
| geniphursix@KaZaA | Eagles – Love Will Keep Us Alive.mp3 | Eagles | 3,792kB | Audio |
| geniphursix@KaZaA | De La Soul - Stakes Is High.mp3 | De La Soul | 6,449kB | Audio |
| geniphursix@KaZaA | Boyz II Men – Please Dont Go.mp3 | Boyz II Men | 4,253kB | Audio |
| geniphursix@KaZaA | Immortal Technique - You Never Know.mp3 | Immortal Technique | 7,317kB | Audio |
| geniphursix@KaZaA | Eagles – Witchy Woman.mp3 | Eagles | 3,912kB | Audio |
| geniphursix@KaZaA | Eagles – I Can't Tell You Why.mp3 | Eagles | 4,862kB | Audio |
| geniphursix@KaZaA | Eagles - New York Minute.mp3 | Eagles | 6,214kB | Audio |
| geniphursix@KaZaA | Isaac Hayes – Hung Up On My Baby.mp3 | Issac Hayes | 5,945kB | Audio |
| geniphursix@KaZaA | Issac Hayes - Do Your Thing.mp3 | Issac Hayes | 2,598kB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Shop | Traffic | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Issac Hayes - Do Your Thing.mp3 | Issac Hayes | 2,598KB | Audio |
| geniphursix@KaZaA | Kem - Love Calls.mp3 | Kem | 4,917KB | Audio |
| geniphursix@KaZaA | vivian_green-04-what_is_love-wcr.mp3 | Vivian Green | 7,253KB | Audio |
| geniphursix@KaZaA | Sade - I Couldn't Love You More.mp3 | Sade | 3,590KB | Audio |
| geniphursix@KaZaA | Mos Def - Umi Says.mp3 | Mos Def | 4,864KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - 6 Ft Deep.mp3 | Gravediggaz | 4,317KB | Audio |
| geniphursix@KaZaA | [public_enemy]_-_911_is_a_joke.mp3 | Public Enemy | 3,081KB | Audio |
| geniphursix@KaZaA | Linkin Park - A Cure for the Itch.mp3 | The Cure | 2,488KB | Audio |
| geniphursix@KaZaA | adeus mariana.mp3 | sergio reis | 2,041KB | Audio |
| geniphursix@KaZaA | The Beatles - I Will - The Beatles - 16.mp3 | The Beatles | 1,799KB | Audio |
| geniphursix@KaZaA | 16 - I Will.mp3 | The Beatles | 1,660KB | Audio |
| geniphursix@KaZaA | jada kiss- kiss of death.mp3 | Jadakiss | 5,228KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Comfortably Numb.mp3 | Pink Floyd | 6,000KB | Audio |
| geniphursix@KaZaA | Long Lonely Nights - Bobby Vinton.mp3 | Bobby Vinton | 2,522KB | Audio |
| geniphursix@KaZaA | Beck - Everybody's Gotta Learn Sometime.mp3 | beck | 13,747KB | Audio |
| geniphursix@KaZaA | Jackson Five - Never Can Say Goodbye.mp3 | The Jackson 5 | 2,818KB | Audio |
| geniphursix@KaZaA | Pink Floid - Wall.mp3 | Pink Floyd | 3,613KB | Audio |
| geniphursix@KaZaA | Teddy Pendergrass - Love TKO.mp3 | Pendergrass, Teddy | 4,712KB | Audio |
| geniphursix@KaZaA | Alchemist; Prodigy_Nina Sky - Hold You Down.mp3 | Alchemist Feat. Prodigy | 4,082KB | Audio |
| geniphursix@KaZaA | ja rule feat. fat joe jadakiss - new york.mp3 | Jadakiss | 3,895KB | Audio |
| geniphursix@KaZaA | 02 This Charming Man.mp3 | The Smiths | 2,582KB | Audio |
| geniphursix@KaZaA | Jack Johnson_Ben Harper -.mp3 | Jack Johnson | 4,388KB | Audio |
| geniphursix@KaZaA | Hector Lavoe and Willy Colon - Ausencia.mp3 | Hector Lavoe _Willy Colon | 4,843KB | Audio |
| geniphursix@KaZaA | willy colon y rey sepulveda - no vale la pena enamorarse... | Willy | 5,546KB | Audio |
| geniphursix@KaZaA | Willy Colon - Simon.mp3 | Ch | 5,708KB | Audio |
| geniphursix@KaZaA | Jay-Z - Lucifer (Kanye West).mp3 | Jay-Z | 3,015KB | Audio |
| geniphursix@KaZaA | Marc Anthony - No Sabes Como Duele.mp3 | Marc Anthony | 4,836KB | Audio |
| geniphursix@KaZaA | Marc Anthony_si t tengo aqui.mp3 | Marc Anthony | 3,600KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Goodbye Blue Sky.mp3 | Pink Floyd | 2,542KB | Audio |

Found 3195 files  |  2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)  |  Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Pink.Floyd - Goodbye Blue Sky.mp3 | Pink Floyd | 2,542KB | Audio |
| geniphursix@KaZaA | Radiohead - True love waits.mpg | Radiohead | 11,360KB | Video |
| geniphursix@KaZaA | Pink Floyd covers - Pearl Jam - Wish You Were Here.mp3 | Pearl Jam | 3,686KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Learning To Fly.mpg | Pink Floyd | 60,759KB | Video |
| geniphursix@KaZaA | pink.floyd-rare-live-top.gear.session-093067-flaming (1).m... | pink Floyd/syd barrett | 1,916KB | Audio |
| geniphursix@KaZaA | Pink.Floyd - Run Like Hell.mp3 | Pink Floyd | 4,102KB | Audio |
| geniphursix@KaZaA | pink floyd 11 - Bike (1).mp3 | Pink Floyd | 4,771KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Brain Damage and Eclipse.mp3 | Pink Floyd | 5,237KB | Audio |
| geniphursix@KaZaA | Pink Floid - Shine On You Crazy Diamond.mp3 | Pink Floyd | 4,296KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Mother.mp3 | Pink Floyd | 5,242KB | Audio |
| geniphursix@KaZaA | SOS Band - Tell Me If You Still Care.mp3 | SOS Band | 6,546KB | Audio |
| geniphursix@KaZaA | The Wall - Pink Floyd - Empty Spaces - 8.mp3 | Pink Floyd | 2,462KB | Audio |
| geniphursix@KaZaA | Pink.Floyd - Eclipse.mp3 | Pink Floyd | 1,941KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Fearless.mp3 | Pink Floyd | 5,790KB | Audio |
| geniphursix@KaZaA | Pink Floyd - One Of These Days.mp3 | Pink Floyd | 5,446KB | Audio |
| geniphursix@KaZaA | jim pepper - Everything Is Everything - witchi tai to - annoy... | Jim Pepper | 3,031KB | Audio |
| geniphursix@KaZaA | Salsa Cuba.MP3 | Buena Vista Social Club | 2,466KB | Audio |
| geniphursix@KaZaA | Ashanti- Only You.mpg | Ashanti | 48,141KB | Video |
| geniphursix@KaZaA | James Brown - Soul Power (1).mp3 | James Brown | 2,836KB | Audio |
| 2 Users | MARRS - Pump Up The Volume (1).mp3 | Eric B and Rakim | 6,744KB | Audio |
| geniphursix@KaZaA | Soca 2003 - Rupee - Tempted 2 Touch.mp3 | Kevin Little | 3,587KB | Audio |
| geniphursix@KaZaA | 16 Most Requested 15 Mr. Lonely Bobby Vinton.mp3 | Bobby Vinton | 3,506KB | Audio |
| geniphursix@KaZaA | Lonely Man Blues Muddy Waters.mp3 | Muddy Waters | 5,985KB | Audio |
| geniphursix@KaZaA | Bill Withers - Use Me Up.mp3 | Bill Withers | 3,598KB | Audio |
| geniphursix@KaZaA | black out riddim Picture me and you.mp3 | Vybz Kartel | 3,830KB | Audio |
| geniphursix@KaZaA | blackout riddim vybez cartel picture me and u.mp3 | Vybz Kartel | 1,572KB | Audio |
| geniphursix@KaZaA | ScarFace_2Pac_Jonny P - Smile for me now.mp3 | 2pac | 4,704KB | Audio |
| geniphursix@KaZaA | Nas - Affirmative Action (1).mp3 | Nas | 4,046KB | Audio |
| 2 Users | DESTINY'S CHILD soldier destiny's child.mp3 | Destiny's Child | 6,829KB | Audio |

Found 3,195 files    12,421,950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any files