Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | DESTINY'S CHILD soldier destiny's child.mp3 | Destiny's Child | 6,829KB | Audio |
| geniphursix@KaZaA | Damien Rice - The blowers daughter.mp3 | Damien Rice | 4,449KB | Audio |
| geniphursix@KaZaA | Frankie Beverly and Maze - Before I Let Go (Original).mp3 | Frankie Beverly_Maze | 4,819KB | Audio |
| geniphursix@KaZaA | Frankie Beverly_Maze - Joy and Pain.MP3 | Frankie Beverly_Maze | 6,740KB | Audio |
| geniphursix@KaZaA | Lennie Williams - Cause I Love You (1).mp3 | Lenny Williams | 8,408KB | Audio |
| geniphursix@KaZaA | Roy Ayers - We Live In Brooklyn Baby.mp3 | Roy Ayers | 3,524KB | Audio |
| geniphursix@KaZaA | Billy Paul - Your Song.mp3 | Billy Paul | 6,188KB | Audio |
| geniphursix@KaZaA | Buena Vista Social Club Buena Vista Social Club 5 Dos Gard... | Buena Vista Social Club | 2,993KB | Audio |
| geniphursix@KaZaA | Silvio Rodriguez y Pablo Milanes - Yolanda.mp3 | Silvio Rodriguez_Pablo Mi... | 3,782KB | Audio |
| geniphursix@KaZaA | Ran Kan Kan (1).mp3 | Buena Vista Social Club | 2,833KB | Audio |
| geniphursix@KaZaA | Buena Vista Social Club - ok - Siboney.mp3 | Buena Vista Social Club | 2,390KB | Audio |
| geniphursix@KaZaA | ibrahim Ferrer - DeCubaSon.mp3 | Buena Vista Social Club | 4,222KB | Audio |
| geniphursix@KaZaA | Shannon - Let The Music Play.mp3 | Dance 80's | 4,326KB | Audio |
| geniphursix@KaZaA | nore feat.mp3 | Nina Sky | 3,693KB | Audio |
| geniphursix@KaZaA | wayne wonder - No Letting Go (Diwali Riddim) (1).mp3 | wayne wonder | 3,363KB | Audio |
| geniphursix@KaZaA | Beenie Man - Dude.mp3 | Beenie Man/Ms. Thing | 3,944KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Iolanda.mp3 | Chico Buarque_Simone | 4,160KB | Audio |
| geniphursix@KaZaA | shabba ranks - twice my age.mp3 | reggae | 745KB | Audio |
| geniphursix@KaZaA | stevie b - because i love you.mp3 | Stevie B | 4,747KB | Audio |
| geniphursix@KaZaA | T.O.K. - Chi Chi Man.mp3 | Various Artists | 3,260KB | Audio |
| geniphursix@KaZaA | Chico Buarque - O Meu Guri.mp3 | Chico Buarque | 3,667KB | Audio |
| geniphursix@KaZaA | paris_hilton_full.wmv | Paris Hilton | 41,038KB | Video |
| geniphursix@KaZaA | Game - This Is How We Do.wmv | the Game feat. 50 cent | 11,688KB | Video |
| geniphursix@KaZaA | Ludacris - Booty Poppin.mp3 | Ludacris | 6,692KB | Audio |
| geniphursix@KaZaA | Usher ft Lil Jon_Ludacris - Yeah.mp3 | Usher Feat. Ludacris_Lil... | 3,593KB | Audio |
| geniphursix@KaZaA | Camron - Down and Out.mp3 | Camron Feat. Kanye Wes... | 5,125KB | Audio |
| geniphursix@KaZaA | Enjoy The Silence.mp3 | Depeche Mode | 4,087KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Fado Tropical.mp3 | Chico Buarque | 3,927KB | Audio |
| geniphursix@KaZaA | Raekwon - Rainy Days.mp3 | Raekwon f/ Ghostface Kill... | 3,954KB | Audio |

Found 3,195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Raekwon - Rainy Days.mp3 | Raekwon F/ Ghostface Kill... | 3,954KB | Audio |
| geniphursix@KaZaA | UMC - One To Grow On.mp3 | UMC | 3,348KB | Audio |
| geniphursix@KaZaA | Destiny's Child - Soldier.asf | Destinys Child | 13,514KB | Video |
| geniphursix@KaZaA | Destiny's_child_-_Soldier_(1).mpg | Destiny's Child | 31,017KB | Video |
| geniphursix@KaZaA | Astor Piazzolla - Adios Nonino.mp3 | Caetano Veloso_Chico B... | 5,264KB | Audio |
| geniphursix@KaZaA | Les Miserable - On My Own (sung by Lea Salonga).mp3 | Lea Salonga | 2,926KB | Audio |
| geniphursix@KaZaA | Chico Buarque_Luis Eduardo Aute - Hasta siempre Coma... | Chico Buarque | 4,882KB | Audio |
| geniphursix@KaZaA | Les Miserable - I Dreamed a Dream.mp3 | Fontine | 2,972KB | Audio |
| geniphursix@KaZaA | chico buarque - carolina.mp3 | Chico Buarque | 1,851KB | Audio |
| geniphursix@KaZaA | Les Miserables - On My Own.mp3 | Les Miserables | 3,922KB | Audio |
| geniphursix@KaZaA | Maria Bethania e Caetano Veloso - Falando Sério.mp3 | Maria Bethania | 2,826KB | Audio |
| geniphursix@KaZaA | Chico Buarque_Maria Bethânia - Tanto mar.mp3 | Chico Buarque_Maria Be... | 1,362KB | Audio |
| geniphursix@KaZaA | Milton Nascimento_Chico Buarque - O Que Sera.mp3 | Chico Buarque_Milton N... | 1,986KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Os Saltimbancos - Um Dia de Cão.mp3 | Chico Buarque | 2,560KB | Audio |
| geniphursix@KaZaA | Heather Headley - I Wish I Wasn't.mp3 | Heather Headley | 5,963KB | Audio |
| geniphursix@KaZaA | US3 - Cantaloop.mp3 | US3 | 4,364KB | Audio |
| 2 Users | phantom of the opera - masquerade.mp3 | Phantom of the Opera | 5,987KB | Audio |
| geniphursix@KaZaA | Phantom of the Opera - Richard Clayderman.mp3 | Phantom of the Opera | 3,910KB | Audio |
| geniphursix@KaZaA | Beatles - If I Fell.mp3 | The Beatles | 2,145KB | Audio |
| geniphursix@KaZaA | Marvin Gaye - Too Busy Thinking About My Baby.mp3 | MARVIN_GAYE_-_TOO_B... | 2,799KB | Audio |
| geniphursix@KaZaA | Billie Holiday - I Love My Man.mp3 | Billy Holiday | 3,966KB | Audio |
| geniphursix@KaZaA | If I Fell.mp3 | The Beatles | 2,145KB | Audio |
| geniphursix@KaZaA | The Cold Crush Brothers At The Dixie.mp3 | Cold Crush Brothers | 4,018KB | Audio |
| geniphursix@KaZaA | Andrew Lloyd Weber - Music of the Night (Phantom of the... | Andrew Lloyd Webber | 5,266KB | Audio |
| geniphursix@KaZaA | Phantom of the Opera - Music of the Night.mp3 | Phantom of the Opera | 4,882KB | Audio |
| geniphursix@KaZaA | Pete Rock n CL Smooth - When They Reminisce Over You (1... | Pete Rock_C.L. Smooth | 4,484KB | Audio |
| 2 Users | 08-the_roots-the_seed_2.0_ft_cody_chesnutt-swe.mp3 | The Roots | 6,282KB | Audio |
| geniphursix@KaZaA | Rude Boys - Written All Over Your Face.mp3 | Rude Boys | 5,952KB | Audio |
| geniphursix@KaZaA | mase feat. the lox, black rob_dmx - Hours To Live.mp3 | Mase f. The LOX, DMX, Bl... | 4,001KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,656,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Download | Search Field

New search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | mase feat. the lox, black rob_dmx - Hours To Live.mp3 | Mase f.The LOX, DMX, Bl... | 4,001KB | Audio |
| geniphursix@KaZaA | The Beatnuts - 07 - Look Around (Feat Dead Prez).mp3 | Beatnuts w/ Dead Prez | 4,970KB | Audio |
| geniphursix@KaZaA | Freeze - AEIOU (and sometimes Y).mp3 | Freeze | 7,185KB | Audio |
| geniphursix@KaZaA | Mike Watt Maggot Brain Ball-Hog Or Tugboat 16.mp3 | Mike Watt | 9,760KB | Audio |
| geniphursix@KaZaA | Buena Vista Social Club - Chan Chan.mp3 | Buena Vista Social Club | 4,036KB | Audio |
| geniphursix@KaZaA | Gangstar f; Big L - Work Part II.mp3 | Gangstar f Big L | 2,540KB | Audio |
| geniphursix@KaZaA | ashanti - Foolish.mp3 | Ashanti | 887KB | Audio |
| geniphursix@KaZaA | DMX - THE GREAT DEPRESSION - 8 - WHO WE BE.mp3 | DMX | 2,277KB | Audio |
| geniphursix@KaZaA | THE GREAT DEPRESSION DMX WHO WE BE 8.mp3 | DMX | 2,812KB | Audio |
| geniphursix@KaZaA | THE GREAT DEPRESSION - DMX - 8 - WHO WE BE.mp3 | DMX | 5,576KB | Audio |
| geniphursix@KaZaA | DMX - Angel.mp3 | DMX | 4,794KB | Audio |
| geniphursix@KaZaA | Brown Sugar - D'Angelo - 7 - Cruisin'.mp3 | Smokey Robinson | 5,760KB | Audio |
| geniphursix@KaZaA | The B Coming The B Coming.torrent | Beanie Sigel | 5KB | Audio |
| geniphursix@KaZaA | Gweneth Paltrow- Crusin.mp3 | Gweneth Paltrow | 3,433KB | Audio |
| geniphursix@KaZaA | Hewey lewis and the news -- workin for a livin.mp3 | Hewey lewis and the news | 1,500KB | Audio |
| geniphursix@KaZaA | 11 Bill Withers Lonely Town, Lonely Street.mp3 | Bill Withers | 3,440KB | Audio |
| geniphursix@KaZaA | The_Smiths - I Am Human.mp3 | The Smiths | 3,179KB | Audio |
| geniphursix@KaZaA | IN_THE_WAITING_LINE.MP3 | Zero 7 | 6,382KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Ten Things I Hate About You Soundtra... | Joan Armatrading | 3,319KB | Audio |
| geniphursix@KaZaA | Radiohead - Karma Police.mp3 | Radiohead | 4,089KB | Audio |
| 2 Users | The Smiths - How Soon Is Now.mp3 | Smiths | 6,280KB | Audio |
| geniphursix@KaZaA | Bad Brains - The Prophet's Eye.mp3 | Bad Brains | 4,148KB | Audio |
| geniphursix@KaZaA | Beanie Siegal - Feel it in the air.mp3 | Beanie Siegal | 4,518KB | Audio |
| geniphursix@KaZaA | 8 - Beanie Sigel - Change.mp3 | Beanie Sigel | 2,936KB | Audio |
| geniphursix@KaZaA | The Doors - The Crystal Ship.mp3 | Doors | 6,006KB | Audio |
| geniphursix@KaZaA | COWBOY JUNKIES - 10 - SWEET JANE.MP3 | Cowboy Junkies | 4,503KB | Audio |
| geniphursix@KaZaA | The Strokes - Last Nite.mp3 | The Strokes | 3,047KB | Audio |
| geniphursix@KaZaA | Pink Floyd In The Flesh The Wall 1.mp3 | Pink Floyd | 3,116KB | Audio |
| geniphursix@KaZaA | 06_Police And Thieves.mp3 | Various Artists | 1,876KB | Audio |

Found 3,135 files | 2,421,950 users online; sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 06_Police And Thieves.mp3 | Various Artists | 1,876KB | Audio |
| 2 Users | Anita Baker - Baby Come To Me.mp3 | Anita Baker | 4,476KB | Audio |
| geniphursix@KaZaA | Art Of Noise - Moments In Love.mp3 | Art Of Noise | 9,633KB | Audio |
| 2 Users | El Debarge - Time Will Reveal.mp3 | El debarge | 4,001KB | Audio |
| geniphursix@KaZaA | Jimmy Hendricks-Little wing.mp3 | Jimi Hendrix | 2,204KB | Audio |
| geniphursix@KaZaA | PinkFloyd - Is There Anybody Out There.mp3 | Pink Floyd | 2,792KB | Audio |
| geniphursix@KaZaA | Portis Head - Dummy (3).mp3 | PORTISHEAD | 4,715KB | Audio |
| geniphursix@KaZaA | EARTH WIND AND FIRE - SUN GODDESS.mp3 | RAMSEY LEWIS | 7,970KB | Audio |
| geniphursix@KaZaA | Raphael Saadiq - Still Ray.mp3 | Raphael Saadiq | 4,297KB | Audio |
| geniphursix@KaZaA | CCR- It Aint Me.mp3 | Creedens Clearwater | 2,202KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Water With The Wine.mp3 | Joan Armatrading | 2,623KB | Audio |
| geniphursix@KaZaA | Gimmie Shelter.mp3 | Rolling Stones | 4,317KB | Audio |
| geniphursix@KaZaA | Brooke valentine- Girl Fight.mp3 | Brooke Valentine | 3,943KB | Audio |
| geniphursix@KaZaA | Beatles - While My Guitar Gently weeps.mp3 | George Harrison | 4,455KB | Audio |
| geniphursix@KaZaA | Eagles - In The City.mp3 | Eagles | 5,812KB | Audio |
| geniphursix@KaZaA | Remy Martin - Unstoppable.mp3 | Remy Martin | 3,966KB | Audio |
| 2 Users | 10 Waiting in Vain.wma | Bob Marley | 4,030KB | Audio |
| geniphursix@KaZaA | Bob Marley - Simmer Down.mp3 | Bob Marley and the Whal... | 2,681KB | Audio |
| geniphursix@KaZaA | Bob Marley - Acoustic Medley.mp3 | Bob Marley | 11,395KB | Audio |
| geniphursix@KaZaA | CriCri - El Sapito.mp3 | Cri Cri | 1,890KB | Audio |
| geniphursix@KaZaA | Parchis - Cumpleaños Feliz.mp3 | Cri-Cri | 2,681KB | Audio |
| geniphursix@KaZaA | Doors - The Crystal Ship.mp3 | The Doors | 2,410KB | Audio |
| geniphursix@KaZaA | Alvin and The Chipmunks_The Chipettes - Time Warp (Ro... | The Chipmunks | 3,417KB | Audio |
| geniphursix@KaZaA | Musica Infantil - Tengo una Muñeca Vestida de Azul.mp3 | Canciones Para Niños | 762KB | Audio |
| geniphursix@KaZaA | Alvin and the Chipmunks - The Chipmunk Adventure - Diam... | The Chipmunks and Chi... | 3,082KB | Audio |
| geniphursix@KaZaA | In the Air.mp3 | Beanie Sigel | 5,705KB | Audio |
| geniphursix@KaZaA | Bobby Valentino - Slow Down (1).wma | Bobby Valentino | 2,247KB | Audio |
| geniphursix@KaZaA | 01-gang_starr-right_where_you_stand_(ft_jadakiss)_(main... | Gang Starr | 5,370KB | Audio |
| geniphursix@KaZaA | 01-lil_kim_feat_missy_elliott-can_you_hear_me_now_(dirty... | Lil Kim Feat Missy Elliott | 5,057KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | | | | Search | | | Traffic | Shop | Tell A Friend

New search | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 01-lil_kim_feat_missy_elliott-can_you_hear_me_now_(dirty... | Lil Kim Feat Missy Elliott | 5,067KB | Audio |
| geniphursix@KaZaA | 01-lil_mo_feat_fabolous-forever-0mni.mp3 | Lil Mo Feat. Fabolous | 6,482KB | Audio |
| geniphursix@KaZaA | 01-mary_j_blige_feat_p_diddy-in_da_club_(radio)-cms.m... | P.Diddy | 6,822KB | Audio |
| geniphursix@KaZaA | 01-mr_cheeks_ft_mario_winans-crush_on_you_(lp_version... | Mr. Cheeks Ft. Mario Wina... | 5,599KB | Audio |
| geniphursix@KaZaA | 01-peedie_crack-fall_back_dirty-apc.mp3 | Peedie Crack | 3,758KB | Audio |
| geniphursix@KaZaA | 01-r_kelly-ignition_(remix).mp3 | R. Kelly | 2,257KB | Audio |
| 2 Users | 01-the_white_stripes-seven_nation_army-esc.mp3 | White Stripes | 5,397KB | Audio |
| geniphursix@KaZaA | 01-tok-war_dem_want_(raw)-lil_(!).mp3 | TOK | 4,813KB | Audio |
| geniphursix@KaZaA | 01. Family On Blast.mp3 | Cody ChesnuTT | 3,680KB | Audio |
| geniphursix@KaZaA | 02 - funny honey.mp3 | Renee Zellweger | 3,427KB | Audio |
| geniphursix@KaZaA | 02-50_cent-deep_cover_2002_freestyle-tas (1).mp3 | 50 Cent | 5,030KB | Audio |
| geniphursix@KaZaA | 02-50_cent-deep_cover_2002_freestyle-tas.mp3 | 50 Cent | 5,031KB | Audio |
| geniphursix@KaZaA | 02-cd2-jay-z-guns_and_roses_feat_lenny_kravitz-(www... | Jay-Z | 4,149KB | Audio |
| geniphursix@KaZaA | 02-keith_murray_feat_def_squad-yeah_yeah_u_know_it_(... | Keith Murray Feat. Def Sq... | 5,848KB | Audio |
| geniphursix@KaZaA | 02-outkast-the_way_you_move-hodenkrbz (1).mp3 | Outkast | 5,516KB | Audio |
| geniphursix@KaZaA | 02-red_hot_chili_peppers-body_of_water-ph.mp3 | Red Hot Chili Peppers | 6,616KB | Audio |
| geniphursix@KaZaA | 03 Madonna - Im so stupid -21stcentury.mp3 | Madonna | 5,830KB | Audio |
| geniphursix@KaZaA | 03 manu chao MACHINE GUN.mp3 | Manu Chao | 2,088KB | Audio |
| geniphursix@KaZaA | 03-50_cent-gotta_make_it_to_heaven-wcr.mp3 | 50 Cent | 5,156KB | Audio |
| geniphursix@KaZaA | 03-g-unit-gangsta_shit_(dirty)-wcr (1).mp3 | 50 Cent feat. G-Unit | 5,828KB | Audio |
| geniphursix@KaZaA | 03_Marc_Anthony_-_Viviendo.mp3 | Marc Anthony | 4,433KB | Audio |
| geniphursix@KaZaA | 04 - Marc Anthony - Hasta Que Vuelvas Conmigo.mp3 | Marc Anthony | 4,557KB | Audio |
| geniphursix@KaZaA | 04 - POR DONDE SALDRA EL SOL-.mp3 | Manu Chao | 2,525KB | Audio |
| geniphursix@KaZaA | 04 - Soundtrack - Woman On Top - Maria Creusa - Obsess... | Varios | 5,770KB | Audio |
| geniphursix@KaZaA | 04 Madonna - Love profusion -21stcentury.mp3 | Madonna | 5,114KB | Audio |
| geniphursix@KaZaA | 04 Meet the Parents.mp3 | Jay-Z | 2,044KB | Audio |
| geniphursix@KaZaA | 04-50_cent-ching_ching_freestyle-tas.mp3 | 50 Cent | 3,099KB | Audio |
| geniphursix@KaZaA | 04-50_cent-many_men_(wish_death)-rns.mp3 | 50 Cent | 6,006KB | Audio |
| geniphursix@KaZaA | 04-50_cent-mowe_(feat_llyod_banks)-osc.mp3 | G-Unit | 4,357KB | Audio |

2,421,950 users online, sharing 546,656,805 files (29,824,576 GB) | Not sharing any files

Found 3195 files.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 04-50_cent-move_(feat._llyod_banks)-osc.mp3 | G Unit | 4,357KB | Audio |
| geniphursix@KaZaA | 04-50_cent_ft._g_unit-unconditionally-whoa.mp3 | G Unit | 4,874KB | Audio |
| geniphursix@KaZaA | 04-dead_prez-thats_war-cms.mp3 | Dead Prez | 2,895KB | Audio |
| geniphursix@KaZaA | 04-freeway-flipside_feat_peedi_crakk-rns.mp3 | Freeway | 5,550KB | Audio |
| geniphursix@KaZaA | 04-missy_elliott-keep_it_movin'feat_elephant_man-esc.m... | Missy Elliott | 5,145KB | Audio |
| geniphursix@KaZaA | 04-r_kelly-ill_never_leave_0mni.mp3 | R. Kelly | 5,279KB | Audio |
| geniphursix@KaZaA | 05 - Dj Grand Wizard Theodore - Subway Theme.mp3 | Dj Grand Wizard Theodore | 4,040KB | Audio |
| geniphursix@KaZaA | 05 Madonna - Nobody knows me -21stcentury.mp3 | Madonna | 6,556KB | Audio |
| geniphursix@KaZaA | 05_Track_5.mp3 | Tego | 2,373KB | Audio |
| geniphursix@KaZaA | 05-50_cent-back_down_(dirty)-gsm.mp3 | 50 Cent | 5,190KB | Audio |
| geniphursix@KaZaA | 05-gangstar_ft_fat_joe_mop-who_got_gunz-wcr.mp3 | Gangstar ft Fat Joe MOP | 4,985KB | Audio |
| geniphursix@KaZaA | 05-lil_kim-hollyhood_(skit)-rns.mp3 | Lil Kim | 1,198KB | Audio |
| geniphursix@KaZaA | 05-mobb_deep-get_it_right-wcr.mp3 | Mobb Deep | 4,456KB | Audio |
| geniphursix@KaZaA | 05_La Mision 3 - 04.mp3 | Eddie Dee | 2,772KB | Audio |
| geniphursix@KaZaA | 05_Marc_Anthony_-_Berco_A_La_Deriva.mp3 | Marc Anthony | 4,297KB | Audio |
| geniphursix@KaZaA | 05~Underneath_It_All~No_Doubt~2001~Rock_Steady.m... | No Doubt | 4,290KB | Audio |
| geniphursix@KaZaA | 06 - Joe - Jeep.mp3 | Joe | 6,453KB | Audio |
| geniphursix@KaZaA | 06 - Oh Marie.mp3 | Mob Hits | 2,330KB | Audio |
| geniphursix@KaZaA | 06 - The Grind (Feat. Dead Prez).mp3 | Erykah Badu | 3,973KB | Audio |
| geniphursix@KaZaA | 06 - Toxic.mp3 | Britney Spears | 4,648KB | Audio |
| geniphursix@KaZaA | 06 - Tyrese - Signs of love makin (1).mp3 | Tyrese | 3,844KB | Audio |
| geniphursix@KaZaA | 06-Ma I Dont Love Her.mp3 | Clipse Feat. Faith Evans | 4,026KB | Audio |
| geniphursix@KaZaA | 06-50_cent-high_all_the_time-rns.mp3 | 50 Cent | 6,314KB | Audio |
| geniphursix@KaZaA | 06-dead_prez-we_need_a_revolution-cms.mp3 | Dead Prez | 2,821KB | Audio |
| geniphursix@KaZaA | 06-lil_kim-shake_ya_bum_(feat_lil_shanice)-rns.mp3 | Lil Kim | 4,664KB | Audio |
| geniphursix@KaZaA | 06-musiq-whoknows-rns.mp3 | Musiq | 6,923KB | Audio |
| geniphursix@KaZaA | 06-nothing_Falls-wax.mp3 | Madonna | 6,767KB | Audio |
| geniphursix@KaZaA | 06-sizzla-woman_i_need_you-jah.mp3 | sizzla | 5,191KB | Audio |
| geniphursix@KaZaA | 06_Marc_Anthony_-_De_Que_Depends.mp3 | Marc Anthony | 3,627KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 06_Marc_Anthony_-_De_Que_Depende.mp3 | Marc Anthony | 3,627KB | Audio |
| 2 Users | 07 - Intervention.mp3 | Madonna | 6,910KB | Audio |
| geniphursix@KaZaA | 07 Floetry - possibilities.mp3 | Floetry | 6,976KB | Audio |
| geniphursix@KaZaA | 07-g-unit-got_me_a_bottle-4hm.mp3 | G-Unit | 4,042KB | Audio |
| geniphursix@KaZaA | 07-lloyd_banks-poison-bke.mp3 | Lloyd_Banks | 1,699KB | Audio |
| geniphursix@KaZaA | 07. G Unit f. Joe - I Wanna.mp3 | Joe feat. Lloyd Banks | 4,546KB | Audio |
| geniphursix@KaZaA | 08 - Communism.mp3 | Common Sense | 2,129KB | Audio |
| geniphursix@KaZaA | 08 - Eurythmics - Sweet Dreams (Are Made Of This).mp3 | Eurythmics | 1,690KB | Audio |
| geniphursix@KaZaA | 08 - The Shit Is Real (DJ Premier Remix).mp3 | Fat Joe | 3,305KB | Audio |
| geniphursix@KaZaA | 08-50_cent_ft_lloyd_banks-its_so_hard-whoa.mp3 | G-Unit | 5,099KB | Audio |
| geniphursix@KaZaA | 08-aaliyah-all_i_need-rns.mp3 | Aaliyah | 4,412KB | Audio |
| geniphursix@KaZaA | 08-dead_prez-juicy-cms.mp3 | Dead Prez | 2,048KB | Audio |
| geniphursix@KaZaA | 08-g-unit-betta_ask_somebody-rns.mp3 | G-Unit | 5,464KB | Audio |
| geniphursix@KaZaA | 08-gangstarr-nice_girl_wrong_place_ft_jadakiss-wcr.mp3 | Gangstarr | 4,998KB | Audio |
| geniphursix@KaZaA | 08-ja_rule-crown-wcr.mp3 | Ja Rule | 5,089KB | Audio |
| geniphursix@KaZaA | 08-Joe- Make You My Baby.mp3 | Joe | 5,197KB | Audio |
| geniphursix@KaZaA | 08-loon_f_mario_winans-down_for_me-tas.mp3 | loon f/ mario winans | 5,857KB | Audio |
| geniphursix@KaZaA | 08-mya_f_lloyd_banks-why_u_look_so_good-tas.mp3 | mya f/ lloyd banks | 6,293KB | Audio |
| geniphursix@KaZaA | 09 - Diamond Dogs - Beck.mp3 | Beck | 4,286KB | Audio |
| geniphursix@KaZaA | 09 - Double Trouble - Stoop Rap.mp3 | Double Trouble | 1,858KB | Audio |
| geniphursix@KaZaA | 09 - Trapped By Love.mp3 | Manu Chao | 1,795KB | Audio |
| geniphursix@KaZaA | 09 - Various - Basement Jaxx - Where's Your Head At.mp3 | Basement Jaxx | 5,636KB | Audio |
| geniphursix@KaZaA | 09-50_cent-blood_hound_feat_young_buc-rns.mp3 | 50 Cent Feat. Young Buc | 3,771KB | Audio |
| geniphursix@KaZaA | 09-50_cent_eminem_lloyd_banks_tony_yayo-headz-wcr (1... | G-Unit ft. Eminem | 6,803KB | Audio |
| geniphursix@KaZaA | 09-g-unit-footprints-rns.mp3 | G-Unit | 6,130KB | Audio |
| geniphursix@KaZaA | 09-gangstarr-peace_of_mine-wcr.mp3 | Gangstarr | 4,291KB | Audio |
| geniphursix@KaZaA | 09-Joe - Street Dreams.mp3 | Joe | 3,997KB | Audio |
| geniphursix@KaZaA | 09-One Call Away (ft. J_Weav).mp3 | Chingy | 4,327KB | Audio |
| geniphursix@KaZaA | 09.mp3 | Cody Chesnutt | 1,938KB | Audio |

Found 3195 files | 421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 09.mp3 | Cody ChesnuTT | 1,938KB | Audio |
| geniphursix@KaZaA | 1 MF Doom - Operation Doomsday - Rhymes Like Dimes Fea... | 1 MF Doom | 4,703KB | Audio |
| geniphursix@KaZaA | 10 - In My Head.mp3 | No Doubt | 3,231KB | Audio |
| geniphursix@KaZaA | 10 - Musiq - Thereason.mp3 | Musiq | 7,727KB | Audio |
| geniphursix@KaZaA | 10-Things I Hate About You Soundtrack - Joan Armatrading... | 10-Things I Hate About Y... | 2,486KB | Audio |
| geniphursix@KaZaA | 10- Blood And Fire.mp3 | Manu Chao | 2,442KB | Audio |
| geniphursix@KaZaA | 10-50_cents_ft_loyd-g_unit-4hm.mp3 | 50 cent | 5,942KB | Audio |
| geniphursix@KaZaA | 10-beyonce-thats_how_you_like_it_ft_jay_z-esc.mp3 | Beyonce | 5,138KB | Audio |
| geniphursix@KaZaA | 10-dead_prez-hell_yeah-rns.mp3 | Dead Prez | 6,399KB | Audio |
| geniphursix@KaZaA | 10-Freeway_ft_50_cent_nore-wishin_on_a_star_(lantern_... | 10-Freeway_ft_50_cent_... | 3,133KB | Audio |
| geniphursix@KaZaA | 10-g-unit-eye_for_an_eye-dta.mp3 | G-Unit | 5,516KB | Audio |
| geniphursix@KaZaA | 10-strange_universe_(ft_mf_doom)-cms.mp3 | Non Phixion | 2,951KB | Audio |
| geniphursix@KaZaA | 10com_lilkimzone.wma | Lil' Kim feat Lil' Mo | 1,067KB | Audio |
| geniphursix@KaZaA | 11 - Easy Ride .mp3 | Madonna | 7,155KB | Audio |
| geniphursix@KaZaA | 11- EZLN....Para tod@s todo.....mp3 | Manu Chao | 1,582KB | Audio |
| geniphursix@KaZaA | 11 - Mr. Bobby.MP3 | Manu Chao | 3,584KB | Audio |
| geniphursix@KaZaA | 11 - Tanto Metro Devonte - Honey I Sugar Pie.mp3 | Tanto Metro And Devonte | 5,368KB | Audio |
| geniphursix@KaZaA | 11 Madonna - Easy ride -21stcentury.mp3 | Madonna | 7,155KB | Audio |
| geniphursix@KaZaA | 11-Class.mp3 | Chicago Soundtrack | 2,734KB | Audio |
| geniphursix@KaZaA | 11-cody_chestnutt-if_we_dont_disagree-cms.mp3 | Cody Chestnutt | 4,774KB | Audio |
| geniphursix@KaZaA | 11-tony_yayo_and_g-unit-reunion-0mni.mp3 | G-Unit/50 Cent | 2,637KB | Audio |
| geniphursix@KaZaA | 116-r_kelly-snake_(feat_tigger)-0mni.mp3 | R. Kelly | 6,842KB | Audio |
| geniphursix@KaZaA | 12- Black Gangsta.mp3 | Jay-Z | 3,071KB | Audio |
| geniphursix@KaZaA | 12 - Just Kiss Me.mp3 | Harry Connick Jr | 4,588KB | Audio |
| geniphursix@KaZaA | 12- Papito.mp3 | Manu Chao | 1,338KB | Audio |
| geniphursix@KaZaA | 12 Astrud Gilberto_Stan Getz - Corcovado (1).mp3 | Joao Gilberto_Stan Getz | 5,034KB | Audio |
| geniphursix@KaZaA | 12-dead_prez-soulja_life_mentality-cms.mp3 | Dead Prez | 6,094KB | Audio |
| geniphursix@KaZaA | 12-Joe - Bedroom.mp3 | Joe | 4,946KB | Audio |
| geniphursix@KaZaA | 12-lil_kim-magic_stick_(feat_50_cent)-rns.mp3 | Lil Kim | 8,457KB | Audio |

Found 3195 files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 12-lil_kim-magic_stick_(feat_50_cent)-rns.mp3 | Lil Kim | 8,437kB | Audio |
| geniphursix@KaZaA | 12-Nowadays (Roxie).mp3 | Chicago Soundtrack | 2,105kB | Audio |
| geniphursix@KaZaA | 13 OGC - Bounce to the Ounce.mp3 | Black Moon | 4,518kB | Audio |
| geniphursix@KaZaA | 13-50_cent-poor_lil_rich-rns.mp3 | 50 Cent | 4,669kB | Audio |
| geniphursix@KaZaA | 13-g-unit-50_n_banks-4him (1).mp3 | 50 Cent_Lloyd Banks | 3,913kB | Audio |
| geniphursix@KaZaA | 13-g-unit-salute_u-rns.mp3 | G-Unit | 4,235kB | Audio |
| geniphursix@KaZaA | 13-gravediggaz-whats_goin_on-vma.mp3 | Gravediggaz | 6,385kB | Audio |
| geniphursix@KaZaA | 13-raekwon-wild_out-wcr.mp3 | Raekwon | 3,148kB | Audio |
| geniphursix@KaZaA | 14 - Keith Murray Ft Redman And E.D - Yeah U Know It - si... | Keith Murray F/ Redman ... | 5,295kB | Audio |
| geniphursix@KaZaA | 14 - RADIO BEMBA_09111411913.mp3 | Manu Chao | 526kB | Audio |
| geniphursix@KaZaA | 14-50_cent-military_discipline_feat._g-unit-wcr.mp3 | 50 Cent | 4,782kB | Audio |
| geniphursix@KaZaA | 14-cnn_feat_m.o.p-stompdashit_out_you-wcr.mp3 | CNN Feat. M.O.P. | 4,279kB | Audio |
| geniphursix@KaZaA | 14-dead_prez-know_your_enemy-cms.mp3 | Dead Prez | 6,736kB | Audio |
| geniphursix@KaZaA | 14-lil_kim-heavenly_father_(feat_big_hill)-rns.mp3 | Lil Kim | 7,218kB | Audio |
| geniphursix@KaZaA | 14-sean_paul-my_name-jah.mp3 | Sean Paul | 5,167kB | Audio |
| geniphursix@KaZaA | 14-what_we_do_for_love_ft_slick_rick-supermp3s.mp3 | De La Soul | 4,762kB | Audio |
| geniphursix@KaZaA | 15 More Than a Woman.mp3 | Angie Stone | 3,238kB | Audio |
| geniphursix@KaZaA | 15-lil_kim-tha_beehive_(feat_reeks_bunky_sa_vee_and_sa... | Lil Kim | 11,436kB | Audio |
| geniphursix@KaZaA | 15-musiq-givemorelove_leavemessage-rns.mp3 | Musiq | 13,741kB | Audio |
| geniphursix@KaZaA | 15-wayne_wonder-enemies_feat_surprize-cms.mp3 | Wayne Wonder | 6,097kB | Audio |
| geniphursix@KaZaA | 16 Feel Like Makin' Love.MP3 | Roberta Flack | 2,772kB | Audio |
| geniphursix@KaZaA | 16-50_cent_feat_g_unit-suck_me_off-wcr (1).mp3 | 50 cent feat G Unit | 6,473kB | Audio |
| geniphursix@KaZaA | 16-dead_prez-it_was_written-cms (1).mp3 | Dead Prez | 4,536kB | Audio |
| geniphursix@KaZaA | 16-gangstarr-in_this_life_ft_snoop_dogg_uncle_reo-wcr... | Gangstarr | 4,380kB | Audio |
| geniphursix@KaZaA | 17-mobb_deep-may_concern-wcr.mp3 | Mobb Deep | 4,093kB | Audio |
| geniphursix@KaZaA | 17. The Wallflowers - Into the mystic.mp3 | the wallflowers | 5,140kB | Audio |
| geniphursix@KaZaA | 18-50_cent-young_buck_and_lloyd.MP3 | G. Unit | 5,436kB | Audio |
| geniphursix@KaZaA | 18-dead_prez-no_love-cms.mp3 | Dead Prez | 6,606kB | Audio |
| 2 Users | 18-dj_envy_ft.mp3 | DJ Envy; Lloyd Banks;50 ... | 3,801kB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,806 files (28,824,576 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 18-dj_envy_ft.mp3 | DJ Envy; Lloyd Banks/50... | 3,801KB | Audio |
| geniphursix@KaZaA | 18-g-unit-i_smell_pussy-rns.mp3 | G-Unit | 5,585KB | Audio |
| geniphursix@KaZaA | 18-method_man_feat._ghostface-after_party-wcr.mp3 | Method Man Feat. Ghostf... | 3,604KB | Audio |
| geniphursix@KaZaA | 19 - RUMBA DE BARCELONA.mp3 | Manu Chao | 3,303KB | Audio |
| geniphursix@KaZaA | 19-sean_paul-shake_that_thing-jah.mp3 | Sean_Paul | 5,489KB | Audio |
| geniphursix@KaZaA | 1954 #097 - The Cheers With Buddy Bregman Orchestra -... | The Cheers With Buddy B... | 1,649KB | Audio |
| geniphursix@KaZaA | 20.- LA DESPEDIDA.mp3 | Manu Chao | 3,792KB | Audio |
| geniphursix@KaZaA | 20-lloyd_banks-dont_push_me-bke.mp3 | Lloyd_Banks | 1,838KB | Audio |
| geniphursix@KaZaA | 206-cody chestnut-juicin the dark-laokay.mp3 | Cody Chestnutt | 6,957KB | Audio |
| geniphursix@KaZaA | 20_DEAD_PREZ_LOOK_AROUND_CM.MP3 | Dead Prez | 2,634KB | Audio |
| geniphursix@KaZaA | 21-cuban_link-clk-freestyle(dissin_Fat_Joe)-mme.mp3 | Cuban Link | 3,710kB | Audio |
| geniphursix@KaZaA | 21-sean_paul-its_on-jah.mp3 | Sean_Paul | 5,125KB | Audio |
| geniphursix@KaZaA | 22 - lexxus - girls.mp3 | Mr Lexxus | 746KB | Audio |
| geniphursix@KaZaA | 22-dead_prez-old_school-survival-cms.mp3 | Dead Prez | 710KB | Audio |
| geniphursix@KaZaA | 22-lloyd_banks-dont_even_call_me-bke.mp3 | Lloyd_Banks | 1,861KB | Audio |
| geniphursix@KaZaA | 23 - QUE PASO QUE PASO .mp3 | Manu Chao | 1,101KB | Audio |
| geniphursix@KaZaA | 24 - SAY YES -- SAIGON.mp3 | DJ Kay Slay | 2,066KB | Audio |
| geniphursix@KaZaA | 25-spliff_starr-i_need_my_chronic-wcr.mp3 | Spliff Starr | 5,274KB | Audio |
| geniphursix@KaZaA | 26 - The monkey.mp3 | Manu Chao | 1,862KB | Audio |
| geniphursix@KaZaA | 27 - natural born killers soundtrack - what would You Do... | The Dogg Pound | 3,935KB | Audio |
| geniphursix@KaZaA | 27-dead_prez-tho_it_up-cms.mp3 | Dead Prez | 4,345KB | Audio |
| geniphursix@KaZaA | 29 - Promiscuity.mp3 | Manu Chao | 1,633KB | Audio |
| geniphursix@KaZaA | 2Outkast - The Whole World.MP3 | New Artist | 2,009KB | Audio |
| geniphursix@KaZaA | 34-lloyd_banks-symphony_2003-bke.mp3 | Lloyd_Banks | 2,175KB | Audio |
| geniphursix@KaZaA | 38-lloyd_banks-porno_star_w_50_cent-bke.mp3 | Lloyd_Banks | 3,347KB | Audio |
| geniphursix@KaZaA | 50 Cent_Eminem_Busta Rhymes - Hail Mary 2003 (Ja Ru... | 50 Cent_Eminem_Bust... | 4,949KB | Audio |
| geniphursix@KaZaA | 50_cent_Eminem - Soldier Remix(1).mp3 | 50 cent ft. g unit | 5,296KB | Audio |
| geniphursix@KaZaA | 50 Cent - 02 - Four Season Hustler Feat. Broo - simplemp3... | 50 Cent | 3,629KB | Audio |
| geniphursix@KaZaA | 50 Cent - 04 - Dem Not Ready Feat. Sean Paul - simplemp3... | 50 Cent | 3,358KB | Audio |