# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| geniphursix@KaZaA | 50 Cent - 04 - Dem Not Ready Feat. Sean Paul - simple.mp3... | 50 Cent | 3,358KB | Audio | Dem Not Rea |
| geniphursix@KaZaA | 50 Cent - Collapse Freestyle.mp3 | 50 Cent | 1,634KB | Audio | |
| geniphursix@KaZaA | 50 Cent - CREAM - Freestyle.mp3 | 50 Cent | 2,815KB | Audio | |
| geniphursix@KaZaA | 50 Cent - DJ Green Lantern - I Smell Pussy.mp3 | G-Unit | 6,503KB | Audio | |
| geniphursix@KaZaA | 50 Cent - Freestyle (I Need A Girl 2).mp3 | 50 cent ft Lloyd Banks... | 5,270KB | Audio | |
| geniphursix@KaZaA | 50 Cent - heat_ja_diss.mp3 | G Unit | 2,810KB | Audio | |
| geniphursix@KaZaA | 50 Cent - High All The Time.mp3 | 50 Cent | 2,096KB | Audio | |
| geniphursix@KaZaA | 50 Cent - In Da Club (beyonce remix).mp3 | Copy of 50 Cent | 3,063KB | Audio | In |
| geniphursix@KaZaA | 50 Cent - In Da Club (remix).mp3 | 50 Cent | 3,976KB | Audio | Look |
| geniphursix@KaZaA | 50 cent - Look what you made me do.mp3 | 50 Cent | 3,899KB | Audio | |
| 2 Users | 50 cent - Reliable.mp3 | 50 Cent | 4,340KB | Audio | |
| geniphursix@KaZaA | 50 cent - Shits Real.mp3 | 50 Cent;Lloyd Banks,Tony... | 3,427KB | Audio | |
| geniphursix@KaZaA | 50 Cent - Slaped for that.MP3 | New Artist (1012) | 3,301KB | Audio | State Of the |
| geniphursix@KaZaA | 50 cent - State Of Emergency Freestyle.mp3 | 50 Cent | 2,198KB | Audio | |
| geniphursix@KaZaA | 50 Cent - Thicker Then Water.mp3 | 50 Cent | 3,594KB | Audio | |
| geniphursix@KaZaA | 50 Cent feat B.I.G. - Niggaz.mp3 | 50 Cent feat Biggie | 3,321KB | Audio | |
| geniphursix@KaZaA | 50 cent feat g_unit-order_of_protection_ja_diss-swe.mp3 | G Unit | 3,558KB | Audio | Order O |
| geniphursix@KaZaA | 50 cent ft lloyd banks young buck - Get Outta Line.mp3 | G-Unit | 5,416KB | Audio | |
| geniphursix@KaZaA | 50 Cent Tony Ya-Yo-What You Say.mp3 | 50 Cent Tony Yayo Lloyd ... | 1,829KB | Audio | Riding Through |
| geniphursix@KaZaA | 50 Cent We Got Guns For Sale.mp3 | 50 Cent | 4,655KB | Audio | |
| geniphursix@KaZaA | 50 cent-ridin through the hood.mp3 | 50 Cent | 2,673KB | Audio | |
| geniphursix@KaZaA | 50-cent- You aint ready (1).mp3 | G-Unit | 4,586KB | Audio | |
| geniphursix@KaZaA | 50-cent-get-rich or die tryin-21 questions-Just Release.mp3 | 50 Cent | 3,154KB | Audio | |
| geniphursix@KaZaA | 50 Cent-Get Rich Or Die Tryin-Like My Style.mp3 | 50 Cent | 2,459KB | Audio | |
| geniphursix@KaZaA | 50 Cents Ft G-Unit - Grindin' Freestyle.mp3 | 50 Cent feat. G-Unit | 2,844KB | Audio | |
| geniphursix@KaZaA | 50:cents--- Ghostface Diss.mp3 | 50 Cent | 1,138KB | Audio | |
| geniphursix@KaZaA | 50cent - Ya Heard Me.mp3 | 50 Cent | 3,652KB | Audio | |
| geniphursix@KaZaA | 50Cent-Places to go.mp3 | 50 Cent | 5,979KB | Audio | |
| geniphursix@KaZaA | 50CentSamK.mp3 | 50 Cent | 4,458KB | Audio | Stay G |

Found 3795 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 50CentSamK.mp3 | 50 Cent | 4,458KB | Audio |
| geniphursix@KaZaA | 50_cent-patiently_waiting_(feat_eminem).mp3 | 50 Cent | 6,772KB | Audio |
| geniphursix@KaZaA | 50_cent_feat_super_cat_-_21_questions_djrazz_remix.m... | 50 Cent | 1,964KB | Audio |
| geniphursix@KaZaA | 50_cent_ft_lloyd_banks-wcr.mp3 | dj clue | 5,038KB | Audio |
| geniphursix@KaZaA | 7 Floetry -say yes.mp3 | Floetry | 6,292KB | Audio |
| geniphursix@KaZaA | 80s-Omd - Touch You Once, Touch You Twice.mp3 | OMD | 3,582KB | Audio |
| geniphursix@KaZaA | 99 Luft Ballons.MP3 | Nina Hagen | 3,518KB | Audio |
| geniphursix@KaZaA | a tribe called quest-- bonita applebum.mp3 | A Tribe Called Quest | 3,556KB | Audio |
| geniphursix@KaZaA | aaliyah - Miss You.mp3 | Aaliyah | 1,731KB | Audio |
| geniphursix@KaZaA | aaliyah_-_miss-you_.mp3 | aaliyah | 3,785KB | Audio |
| 2 Users | ab10. Ghostface Killa. - Camy.mp3 | Ghostface Killa | 4,283KB | Audio |
| geniphursix@KaZaA | Addictive -Truth Hurts.mp3 | Truth Hurts Featuring Rak... | 3,562KB | Audio |
| geniphursix@KaZaA | Adina Howard - Freak Like Me (1).mp3 | Adina Howard | 2,969KB | Audio |
| geniphursix@KaZaA | Adina Howard - T-Shirt and Panties (w Jamie Foxx).mp3 | Adina Howard | 4,530KB | Audio |
| geniphursix@KaZaA | Adriano Celentano - Tu Vuo Fa L'Americano .mp3 | Adriano Celentano | 2,856KB | Audio |
| geniphursix@KaZaA | African-Bambaataa_Soul Sonic Force - Renegades of Fun... | AfrikaBambaataaSoulSon... | 6,337KB | Audio |
| geniphursix@KaZaA | Afrika Bambaataa - Zulu War Chant.mp3 | Afrika Bambaataa | 3,827KB | Audio |
| geniphursix@KaZaA | Afrika Bambata-Planet Rock.mp3 | Afrika Bambata | 5,022KB | Audio |
| geniphursix@KaZaA | Ah Ha. - Take On Me.mp3 | Ah Ha | 3,648KB | Audio |
| geniphursix@KaZaA | Akineli - Put It In Your Mouth.mp3 | Akineli | 2,388KB | Audio |
| geniphursix@KaZaA | Al B. Sure - Night and Day.mp3 | Al B. Sure | 3,814KB | Audio |
| geniphursix@KaZaA | al green - Lay Your Head On My Pillow.mp3 | Al Green | 5,988KB | Audio |
| geniphursix@KaZaA | Alanis Morisette.-Hands Clean.mp3 | Alanis Morisette | 4,216KB | Audio |
| geniphursix@KaZaA | Alcione, Emilio Santiago e Carlinhos de Jesus - Alô Alô Brasil... | Alcione, Emilio Santiago e... | 4,272KB | Audio |
| geniphursix@KaZaA | All Vegas- The Apology.mp3 | 50 Cent | 2,522KB | Audio |
| geniphursix@KaZaA | Alice Deejay - Better Off Alone.mp3 | DJ Jurgen Presents Alice ... | 2,475KB | Audio |
| geniphursix@KaZaA | alicia keys - 11.- mr. man (feat Jimmy cozier).mp3 | Alicia Keys | 3,903KB | Audio |
| geniphursix@KaZaA | Alicia Keys feat Jermaine Dupri-- Jealous of Your Girlfriend... | Alicia Keys Ft. Jermaine D... | 3,354KB | Audio |
| geniphursix@KaZaA | alicia keys the diary of alicia keys-you don't know my name... | alicia keys | 4,999KB | Audio |

Found 3395 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | alicia keys the diary of alicia keys-you don't know my name... | alicia keys | 4,999KB | Audio |
| geniphursix@KaZaA | Aliyah - Back And Forth.mp3 | Aaliyah | 3,081KB | Audio |
| geniphursix@KaZaA | Aliyah - If Your Girl Only Knew.mp3 | Aaliyah | 3,979KB | Audio |
| geniphursix@KaZaA | All I Care About (Richard Gere)-Chicago Soundtrack-Chica... | Chicago Soundtrack | 3,567KB | Audio |
| geniphursix@KaZaA | Allure-All Cried Out.mp3 | Allure feat. 112 | 1,876KB | Audio |
| geniphursix@KaZaA | Amanda Perez - Angel (remix).mp3 | Amanda Perez | 2,275KB | Audio |
| geniphursix@KaZaA | Amanda Perez - Angel.mp3 | Amanda Perez | 3,444KB | Audio |
| geniphursix@KaZaA | America - A Horse With No Name.mp3 | America | 4,189KB | Audio |
| geniphursix@KaZaA | Ana Gabriel con Marc Anthony - Quiero Vivir La Vida Aman... | Ana Gabriel con Marc Ant... | 4,077KB | Audio |
| geniphursix@KaZaA | Angie Stone - Mahogany Soul 12 Mad Issues.mp3 | Angie Stone | 4,522KB | Audio |
| geniphursix@KaZaA | Anita Baker - Been So Long.mp3 | Anita Baker | 4,693KB | Audio |
| geniphursix@KaZaA | Anita Baker - Angel.mp3 | Anita Baker | 3,670KB | Audio |
| geniphursix@KaZaA | Anita Baker - Good Love.mp3 | Anita Baker | 5,304KB | Audio |
| geniphursix@KaZaA | Anita Baker - Same Ole Love.mp3 | Anita Baker | 3,833KB | Audio |
| geniphursix@KaZaA | Anita Baker - Sweet Love.mp3 | Anita Baker | 4,172KB | Audio |
| geniphursix@KaZaA | Anita Baker - You Bring Me Joy.mp3 | Anita Baker | 4,150KB | Audio |
| 2 Users | Annie Lennox - Every Time We Say Goodbye.mp3 | Annie Lennox | 3,690KB | Audio |
| 2 Users | Annie Lennox -- Why (1).mp3 | Annie Lennox | 4,568KB | Audio |
| geniphursix@KaZaA | anthony b - Girls Buss (Diwali Riddim).mp3 | Anthony B | 3,476KB | Audio |
| geniphursix@KaZaA | Aphex Twin - Devils Haircut.mp3 | Beck | 3,034KB | Audio |
| geniphursix@KaZaA | Araketu - Pot Pourri Samba (1).mp3 | Araketu | 2,440KB | Audio |
| geniphursix@KaZaA | Arlo Guthrie - Alice's Restaurant.mp3 | Arlo Guthrie | 17,411KB | Audio |
| geniphursix@KaZaA | ARTIFACTS-Wrong Side Of The Tracks.mp3 | Artifacts | 3,050KB | Audio |
| geniphursix@KaZaA | Ashford_Simpson - Solid As A Rock.mp3 | sizzla | 5,031KB | Audio |
| geniphursix@KaZaA | Atlantic Star - Always.mp3 | Atlantic Star | 3,746KB | Audio |
| geniphursix@KaZaA | Atmosphere, Aesop Rock, MF Doom - Put Your Quarter U... | Slug, Aesop Rock, M.F... | 2,903KB | Audio |
| 4 Users | Avant - Seperated (1).mp3 | Avant. | 3,984KB | Audio |
| geniphursix@KaZaA | aventura - obsecion.mp3 | AVENTURA | 1,799KB | Audio |
| geniphursix@KaZaA | Baby Blue Sound Crew - Mr Vegas - She's a Ho.mp3 | Sean Paul | 2,266KB | Audio |

Found: 3795 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Baby Blue Sound Crew - Mr Vegas - She's a Ho.mp3 | Sean Paul | 2,286KB | Audio |
| geniphursix@KaZaA | Baby Rasta , Gringo y Javi - Reggaeton Playero.mp3 | Reggaeton | 3,072KB | Audio |
| 2 Users | Bachata-Junior y Jorge-Piensa en mi.mp3 | bachatas | 1,725KB | Audio |
| geniphursix@KaZaA | bad boys ii-bad boys ii the soundtrack-show me your soul... | bad boys II | 4,303KB | Audio |
| geniphursix@KaZaA | Bad Brains - The Youth Are Getting Restless.mp3 | Bad Brains | 3,727KB | Audio | The Youth A
| geniphursix@KaZaA | Bait Soundtrack-Cuban Link and Fat Joe-Why Me.mp3 | Cuban Link_Fat Joe | 4,821KB | Audio |
| geniphursix@KaZaA | Bananarama - Cruel Summer.mp3 | Bananarama | 3,223KB | Audio |
| geniphursix@KaZaA | banda el limon – que-se te olvido.mp3 | Banda El Limon | 3,182KB | Audio |
| geniphursix@KaZaA | banda eva - Alô paixão – ao vivo.mp3 | Banda Eva | 4,034KB | Audio |
| geniphursix@KaZaA | Beastie Boys - Get It Together.mp3 | Beastie Boys | 3,820KB | Audio |
| geniphursix@KaZaA | Beasty Boys - Intergalactic Planetary.mp3 | Beastie Boys | 3,966KB | Audio |
| geniphursix@KaZaA | Beatles - Rocky Racoon.mp3 | Beatles | 3,457KB | Audio |
| geniphursix@KaZaA | Beatles - Today Is Your Birthday.mp3 | Beatles | 2,544KB | Audio |
| geniphursix@KaZaA | Beatnuts - Off The Books.mp3 | Beatnuts | 3,479KB | Audio |
| geniphursix@KaZaA | Bebel Gilberto and George Michael - Desafinado.mp3 | Astrud Gilberto | 3,138KB | Audio |
| geniphursix@KaZaA | beck - cold brains.mp3 | Beck | 3,462KB | Audio |
| geniphursix@KaZaA | Beck - Lonesome Tears.mp3 | Beck | 5,254KB | Audio |
| geniphursix@KaZaA | Beck - Loser.mp3 | Beck | 3,667KB | Audio |
| geniphursix@KaZaA | Beck - Lost Cause.mp3 | Beck | 3,625KB | Audio |
| geniphursix@KaZaA | Beck - New Pollution.mp3 | Beck | 3,430KB | Audio |
| geniphursix@KaZaA | Beck - Sea Change -07 - It's All In Your Mind.mp3 | Beck | 2,741KB | Audio | Beck - Sea Change -
| geniphursix@KaZaA | Beck - Sea Change_10 - Sunday Sun.mp3 | Beck | 4,446KB | Audio |
| geniphursix@KaZaA | Beck - Sexx Laws.mp3 | Beck | 3,443KB | Audio |
| geniphursix@KaZaA | Beck - Tropicalia.mp3 | Beck | 3,131KB | Audio |
| geniphursix@KaZaA | Beck - Where It's At.mp3 | Beck | 5,170KB | Audio |
| geniphursix@KaZaA | Beck - A Life Less Ordinary Original Soundtrack - Deadweigh... | Beck | 5,366KB | Audio |
| geniphursix@KaZaA | beenie man - buzz riddim.mp3 | Beenie Man | 3,570KB | Audio |
| geniphursix@KaZaA | Beenie Man - Everyone Falls In Love Sometimes.mp3 | The Band | 2,670KB | Audio | Everyone Fa
| geniphursix@KaZaA | beenie man - Joyride Riddim.mp3 | Joyride Riddim | 3,315KB | Audio | Beenie M

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Shop | Traffic | Tell A Friend | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | beenie man – Joyride Riddim.mp3 | Joyride Riddim | 3,315KB | Audio |
| geniphursix@KaZaA | Beenie Man ft. Sean Paul_Lady Saw - Boss Man.mp3 | Beenie Man ft. Sean Paul,... | 4,948KB | Audio |
| geniphursix@KaZaA | Beethoven - Moonlight Sonata.mp3 | Beethoven | 5,782KB | Audio |
| geniphursix@KaZaA | Belly Soundtrack - Bam Bam.mp3 | Belly Soundtrack Sister N... | 1,545KB | Audio |
| geniphursix@KaZaA | Benifit Feat. Eminem - Proceed With Caution.mp3 | Benifit | 4,602KB | Audio |
| geniphursix@KaZaA | Benifit - so sick.mp3 | Benifit | 2,806KB | Audio |
| geniphursix@KaZaA | Benifit- Mario rap.mp3 | Benifit | 3,001KB | Audio |
| geniphursix@KaZaA | BETTE MIDLER - The Rose.mp3 | Bette Midler | 3,218KB | Audio |
| geniphursix@KaZaA | Beware Of The Boys - Pun Jabi MC feat. Jay Z.mp3 | Punjabi MC Feat. Jay-Z | 3,820KB | Audio |
| geniphursix@KaZaA | beyonce knowles-unreleased album-summertime (1).mp3 | beyonce knowles | 5,940KB | Audio |
| geniphursix@KaZaA | beyonce knowles-unreleased album-summertime.mp3 | beyonce knowles | 3,137KB | Audio |
| geniphursix@KaZaA | bhangra - bally sagoo (chura liya remix).mp3 | Bally Sagoo | 6,806KB | Audio |
| geniphursix@KaZaA | big pun - 100 percent.mp3 | Big Punisher | 5,425KB | Audio |
| geniphursix@KaZaA | Billy Joel - I'm Moving Out.mp3 | Billy Joel | 3,258KB | Audio |
| geniphursix@KaZaA | Bitter Sweet Symphony - The Verve.mp3 | Verve, pipe | 5,596KB | Audio |
| geniphursix@KaZaA | Biz Markie -Vapors.mp3 | Biz Markie | 5,646KB | Audio |
| geniphursix@KaZaA | Bjork vs. Tricky - Yoga (Massive Attack Remix).mp3 | Bjork vs. Tricky | 4,214KB | Audio |
| geniphursix@KaZaA | Black 47 - Born on A Black Monday.mp3 | Black 47 | 3,323KB | Audio |
| geniphursix@KaZaA | Black 47 - Fire and Freedom.mp3 | Black 47 | 4,525KB | Audio |
| geniphursix@KaZaA | Black 47 - I Ain't Marchin' Anymore.mp3 | Black 47 | 3,009KB | Audio |
| geniphursix@KaZaA | Black 47 - Irish Drinking Song.mp3 | Black 47 | 1,843KB | Audio |
| geniphursix@KaZaA | black 47 - oh maureen.mp3 | Black 47 | 3,217KB | Audio |
| geniphursix@KaZaA | Black 47 - Rockin The Bronx.mp3 | Black 47 | 3,798KB | Audio |
| geniphursix@KaZaA | BlackMoon - 16 - This Goes Out To You.mp3 | Black Moon | 6,594KB | Audio |
| geniphursix@KaZaA | Black Moon - Confusion.mp3 | Black Moon | 6,298KB | Audio |
| geniphursix@KaZaA | Black Moon - How Many MC's.mp3 | Black Moon | 3,412KB | Audio |
| geniphursix@KaZaA | Black Moon - That's the way it iz a.mp3 | Black Moon | 4,518KB | Audio |
| geniphursix@KaZaA | Black Moon - Where It Goez Wrong [ft. Tek].mp3 | Black Moon - Tek | 6,768KB | Audio |
| geniphursix@KaZaA | Black Moon - Who Got Da Props.mp3 | Black Moon | 4,200KB | Audio |

Found 3135 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB). | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Black Moon - Who Got Da Props.mp3 | Black Moon | 4,200KB | Audio |
| geniphursix@KaZaA | Blackstreet - Before I Let You Go.mp3 | Blackstreet | 4,685KB | Audio |
| geniphursix@KaZaA | Blackthorn - Give Ireland Back To The Irish.mp3 | Black 47 | 3,563KB | Audio |
| geniphursix@KaZaA | Blast From the past: Mr. Zoot Suit..mp3 | Various Artists | 3,442KB | Audio |
| geniphursix@KaZaA | Blu Cantrell F Sean Paul - Breathe (Remix).mp3 | blu_cantrell_feat._sean_... | 1,794KB | Audio |
| geniphursix@KaZaA | Blue Swede - Hooked on a Feeling.mp3 | Blue Crush Soundtrack | 2,584KB | Audio |
| geniphursix@KaZaA | Bob Dylan - Stuck In The Middle With You.mp3 | Bob Dylan | 3,188KB | Audio |
| geniphursix@KaZaA | Bob Dylan - You belong to me.mp3 | Bob Dylan | 2,226KB | Audio |
| geniphursix@KaZaA | Bollywood Hollywood -03 - Rang Rang Mere.mp3 | Bollywood Hollywood | 3,798KB | Audio |
| geniphursix@KaZaA | Bollywood Riddim Mix 1.mp3 | Mr. Vegas | 3,339KB | Audio |
| geniphursix@KaZaA | Bollywood Riddim.mp3 | Mr. Vegas | 3,339KB | Audio |
| geniphursix@KaZaA | Boot Camp Click - Blackmoon - Six Feet Deep.MP3 | Blackmoon | 3,564KB | Audio |
| geniphursix@KaZaA | Bootsy Collins - I'd Rather Be With You (1).mp3 | Bootsy Collins | 4,899KB | Audio |
| geniphursix@KaZaA | Bossa Nova Ville (Ultra Lounge) - So Nice (Samba De Verao)... | Sergio Mendes_Brazil '66 | 2,154KB | Audio |
| geniphursix@KaZaA | BRAND NUBIAN - Love Me or Leave Me Alone.mp3 | Brand Nubian | 4,300KB | Audio |
| geniphursix@KaZaA | breakdance-Afrika Bambaataa fr Beat Street Sndtk - Breake... | Break Dance | 4,468KB | Audio |
| geniphursix@KaZaA | Bring Back Your Love(remix)-Christion ft.mp3 | Christion Feat. Jay-Z | 3,730KB | Audio |
| geniphursix@KaZaA | Britney Madonna -Me Against The Music.mp3 | Britney Spears And MAdo... | 2,570KB | Audio |
| geniphursix@KaZaA | Britney Spears - Toxic.mpg | Britney Spears | 36,982KB | Video |
| geniphursix@KaZaA | Bryan Adams - Summer of '69.mp3 | Bruce Springsteen | 3,350KB | Audio |
| geniphursix@KaZaA | Buju Banton - Murderer.mp3 | Buju Banton | 3,698KB | Audio |
| geniphursix@KaZaA | Buju Banton, Beenie Man, Sean Paul - Playa's Remix.mp3 | Sean Paul, Beenie Man, B... | 2,486KB | Audio |
| geniphursix@KaZaA | Bump Dat Street Mix_0604011237.mp3 | G Unit | 2,973KB | Audio |
| geniphursix@KaZaA | Burning Spear - She's Mine.mp3 | Burning Spear | 4,479KB | Audio |
| geniphursix@KaZaA | Busta Rhymes - It Ain't Safe No More - 10 - Taste It.wma | Busta Rhymes | 2,239KB | Audio |
| geniphursix@KaZaA | Busta Rhymes Feat. Sean Paul - Just Make It Clap (Remix)... | Busta Rhymes Feat. Sean ... | 5,748KB | Audio |
| geniphursix@KaZaA | Busta Rhymes Feat.mp3 | Busta Rhymes Feat. Sean ... | 5,748KB | Audio |
| geniphursix@KaZaA | Butterflies.mp3 | Michael Jackson | 4,379KB | Audio |
| geniphursix@KaZaA | Buy Out Riddim - Like Glue.mp3 | Buy Out - Sean Paul | 3,657KB | Audio |

Found 3195 Files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Buy Out Riddim - Like Glue.mp3 | Buy Out - Sean Paul | 3,657KB | Audio |
| geniphursix@KaZaA | Buy Out Riddim - Sean Paul - Don't Really Care.mp3 | Sean Paul | 3,825KB | Audio |
| geniphursix@KaZaA | Cafe Tacuba - La Ingrata.mp3 | Cafe Tacuba | 3,296KB | Audio |
| geniphursix@KaZaA | Ce'cile - Respect Yuh Wife (Diwali Riddim).mp3 | Ce'cile | 192KB | Audio |
| geniphursix@KaZaA | Cell Block Tango (He Had It Comin') Queen Latifah and 'll K... | Chicago Soundtrack | 3,453KB | Audio |
| geniphursix@KaZaA | Celtic - Irish Drinking Songs - Molly Malone.mp3 | pogues | 3,212KB | Audio |
| geniphursix@KaZaA | Chicago - After All That We've Been Through.MP3 | Chicago | 4,759KB | Audio |
| geniphursix@KaZaA | Chicago - Glory of Love.mp3 | Chicago | 4,116KB | Audio |
| geniphursix@KaZaA | Chicago Soundtrack-CHICAGO SOUNDTRACK-I Move On (... | Chicago Soundtrack | 4,343KB | Audio |
| geniphursix@KaZaA | Chicago Soundtrack-Chicago Soundtrack-overture and all t... | Chicago Soundtrack | 2,974KB | Audio |
| geniphursix@KaZaA | chiclete com banana - Levantar Poeira (ao vivo).carnatal.... | Chiclete com Banana | 2,240KB | Audio |
| geniphursix@KaZaA | Chiclete com Banana - Se Me Chamar Eu Vou.mp3 | Chiclete com Banana | 3,142KB | Audio |
| geniphursix@KaZaA | Chieftains - Dueling Bagpipe.mp3 | The Chieftans | 2,716KB | Audio |
| geniphursix@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 3,388KB | Audio |
| geniphursix@KaZaA | Chris De Burgh - Lady in Red.mp3 | Chris De Burgh | 2,876KB | Audio |
| geniphursix@KaZaA | Chris Isaac - I Don't Wanna Fall In Love .mp3 | Chris Isaac | 4,476KB | Audio |
| geniphursix@KaZaA | Chistion - Full of Smoke.mp3 | Christion | 4,583KB | Audio |
| geniphursix@KaZaA | Cibo Mato - Je T'aime Moi Non Plus.mp3 | Cibo Matto | 4,066KB | Audio |
| geniphursix@KaZaA | CKY - Calling Britney Spears Cell Phone.mp3 | prank phone calls | 1,595KB | Audio |
| geniphursix@KaZaA | Classic slow jams - this is for my homies who ain't here - ga... | DRS | 5,079KB | Audio |
| geniphursix@KaZaA | Clipse - When Was The Last Time (1).mp3 | Clipse ft. Pharell | 1,954KB | Audio |
| geniphursix@KaZaA | CNN feat. Mobb Deep- The War Report - L.A., L.A.mp3 | Capone-N-Noreaga | 3,359KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - 08 - I look good in leather.mp3 | Cody Chestnutt | 2,848KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - Bitch I'm Broke.mp3 | Cody Chestnutt | 1,910KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - Smoke The Love.mp3 | Cody Chestnutt | 2,584KB | Audio |
| geniphursix@KaZaA | cody chestnut - the headphone masterpiece - enough of n... | cody chestnutt | 1,374KB | Audio |
| geniphursix@KaZaA | Cody Chestnutt - 05 - how much - I dunno.mp3 | Cody Chestnutt | 2,186KB | Audio |
| geniphursix@KaZaA | Cody Chestnutt - 09 - Track 9 (1) (1).mp3 | Cody Chesnutt | 2,873KB | Audio |
| 2 Users | Cody Chestnutt - 11 - the world is comin' (1).mp3 | Cody Chestnutt | 3,132KB | Audio |

2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

Found 3195 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| geniphursix@KaZaA | Cody Chestnutt - 11 - the world is comin' (1).mp3 | Cody Chestnutt | 3,132KB | Audio |
| geniphursix@KaZaA | Cody Chestnutt - Somebody's Parent.mp3 | Cody Chestnutt | 8,957KB | Audio |
| geniphursix@KaZaA | Cody Chestnutt daylight.mp3 | cody chestnutt | 1,148KB | Audio |
| geniphursix@KaZaA | Cold Crush Brothers - Basketball Throwdown.mp3 | Cold Crush vs. Fantastic ... | 1,203KB | Audio |
| geniphursix@KaZaA | common - i used to love her.mp3 | Common Sense | 4,354KB | Audio |
| geniphursix@KaZaA | common and erykah badu-Love of my life.mp3 | erykah badu_common | 3,537KB | Audio |
| geniphursix@KaZaA | craig david - Four Times A Lady.mp3 | Craig David | 3,168KB | Audio |
| geniphursix@KaZaA | Crown Prince - Diwall Riddim Mix.mp3 | Diwall Riddim Mix | 20,456KB | Audio |
| geniphursix@KaZaA | Cuban Link feat Remi Martin - She's Dangerous.mp3 | Cuban Link | 3,892KB | Audio |
| geniphursix@KaZaA | Cure, the - Pictures of You.mp3 | The Cure | 4,457KB | Audio |
| geniphursix@KaZaA | Cynthia_Johnny.O - Dream Boy Dream Girl.mp3 | Cynthia_Johnny_O | 4,122KB | Audio |
| geniphursix@KaZaA | Cypress Hill - I Wanna Get High.mp3 | Cypress Hill | 2,728KB | Audio |
| geniphursix@KaZaA | Cypris Hill-I Love You Maryjane.mp3 | Cypress Hill and Sonic You... | 3,286KB | Audio |
| geniphursix@KaZaA | dan the automater - bombay the hard way - 13 - uptown b... | DJ Shadow | 2,882KB | Audio |
| geniphursix@KaZaA | Dance Dance Revolution.~ The Whistle Song.mp3 | DDR | 1,502KB | Audio |
| geniphursix@KaZaA | Danny English feat. Eggnog - Party Time (Diwall Riddim).m... | Danny English feat. Eggn... | 3,226KB | Audio |
| geniphursix@KaZaA | Dave Mathews Band - Crash Into Me.mp3 | Dave Matthews Band | 4,942KB | Audio |
| geniphursix@KaZaA | David Byrne - Don't Fence Me In.mp3 | David Byrne | 3,008KB | Audio |
| geniphursix@KaZaA | Davina - So Good.mp3 | Davina (f. Raekwon) | 4,112KB | Audio |
| geniphursix@KaZaA | De La Soul - Breakadawn.mp3 | De La Soul | 3,973KB | Audio |
| geniphursix@KaZaA | De La Soul - It's All Good (feat Chaka Kahn).mp3 | Chaka Kahn | 4,704KB | Audio |
| geniphursix@KaZaA | De La Soul - Saturday.mp3 | De La Soul | 3,770KB | Audio |
| geniphursix@KaZaA | De La Soul - Sunshine.mp3 | De La Soul | 3,446KB | Audio |
| geniphursix@KaZaA | De La Soul Feat. Common - Da Bizness.mp3 | De La Soul Feat. Common | 4,187KB | Audio |
| geniphursix@KaZaA | De La Soul Feat. Mos Def - Big Beat Brother.mp3 | De La Soul | 3,484KB | Audio |
| geniphursix@KaZaA | Dead or Alive - You Spin Me Right Round.mp3 | Dead or Alive | 3,093KB | Audio |
| geniphursix@KaZaA | Dead Prez.~ Animal In a Man.mp3 | dead prez | 4,269KB | Audio |
| geniphursix@KaZaA | Dead Prez-25 - Hood news.mp3 | Dead Prez | 1,629KB | Audio |
| geniphursix@KaZaA | Dead Prez - Be Healthy.mp3 | Dead Prez | 2,401KB | Audio |

Found: 3195 files.   (2,421,950 users online, sharing 546,666,805 files (28,821,576 GB)   Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Dead Prez - Be Healthy.mp3 | Dead Prez | 2,401KB | Audio |
| geniphursix@KaZaA | Dead Prez - Behind Enemy Lines.mp3 | dead prez | 2,897KB | Audio |
| geniphursix@KaZaA | Dead Prez - Get Up.mp3 | Dead Prez | 5,328KB | Audio |
| geniphursix@KaZaA | Dead Prez - Hip Hop remix.mp3 | ded prez - | 3,662KB | Audio |
| geniphursix@KaZaA | Dead Prez - Hip Hop.mp3 | Dead Prez | 3,539KB | Audio |
| 2 Users | dead prez - let's get free (1).mp3 | Dead Prez | 3,574KB | Audio |
| geniphursix@KaZaA | dead prez - mind sex (real version).mp3 | Dead Prez | 6,820KB | Audio |
| geniphursix@KaZaA | Dead Prez - Mind Sex.mp3 | Dead Prez | 4,547KB | Audio |
| geniphursix@KaZaA | dead prez - No More Prisons.mp3 | Dead Prez | 4,002KB | Audio |
| geniphursix@KaZaA | Dead Prez - Propaganda.mp3 | dead prez | 4,919KB | Audio |
| geniphursix@KaZaA | Dead Prez - Psychology.mp3 | Dead Prez | 5,571KB | Audio |
| geniphursix@KaZaA | Dead Prez - Sellin' D.O.P.E.mp3 | Dead Prez | 3,867KB | Audio |
| geniphursix@KaZaA | Dead Prez - They Schools.mp3 | Dead Prez | 3,610KB | Audio |
| geniphursix@KaZaA | dead prez - we need a revolution.mp3 | Dead Prez | 4,011KB | Audio |
| geniphursix@KaZaA | Dead Prez - Assassination.mp3 | dead prez | 1,925KB | Audio |
| geniphursix@KaZaA | Dead Prez - Cop Shot.mp3 | Dead Prez | 2,813KB | Audio |
| geniphursix@KaZaA | Dead Prezidents_Talib Kweli - Sharp Shooters.mp3 | Dead Prez_Talib Kweli | 4,024KB | Audio |
| geniphursix@KaZaA | Delfonics - Natural High.mp3 | Bloodstone | 3,826KB | Audio |
| geniphursix@KaZaA | Delfonics - Spell On My Mind.mp3 | Delfonics | 4,093KB | Audio |
| geniphursix@KaZaA | Denis Leary - Ass hole Song.mp3 | Dennis Leary | 4,162KB | Audio |
| geniphursix@KaZaA | Diamond D - Sally Got A One Track Mind.mp3 | Diamond D | 3,466KB | Audio |
| geniphursix@KaZaA | diamond%20d%20-%20stunts%20blunts%20and%20hi... | Diamond D | 2,903KB | Audio |
| geniphursix@KaZaA | Diamond, Neal - Girl, You'll Be a Woman Soon.mp3 | Neal Diamond | 2,876KB | Audio |
| geniphursix@KaZaA | Diana Ross - Theme From Mahogany (Do You Know Where... | Diana Ross | 3,204KB | Audio |
| geniphursix@KaZaA | Diane Krall - Body and Soul.mp3 | Anita Baker | 4,880KB | Audio |
| geniphursix@KaZaA | Dile.mp3 | don omar | 3,212KB | Audio |
| geniphursix@KaZaA | Dimensión Costeña - Rinki Tinki Tin.mp3 | Dimensión Costeña | 4,032KB | Audio |
| geniphursix@KaZaA | DISCO - Great 70's Dance grooves - 01 - Ring my bell (1)... | Blondie | 2,513KB | Audio |
| geniphursix@KaZaA | Dispatch - Carry You.mp3 | Dispatch | 2,990KB | Audio |

Found: 3195 files | 2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Dispatch - Carry You.mp3 | Dispatch | 2,990KB | Audio |
| geniphursix@KaZaA | Disturbed - Down With The Sickness.mp3 | Disturbed | 4,356KB | Audio |
| geniphursix@KaZaA | Diwali Riddim - MIX_.mp3 | Diwali Riddim | 20,119KB | Audio |
| geniphursix@KaZaA | Dj Blass - 05 - Track 6 - Triple SexXx.mp3 | Triple Sexxx | 910KB | Audio |
| geniphursix@KaZaA | DJ Clue - 16 - Bump That (Remix) Havoc Feat. Noyd_50_... | 50 Cent | 3,544KB | Audio |
| geniphursix@KaZaA | dj nelson - Reggaeton (Mix).mp3 | dj nelson | 980KB | Audio |
| geniphursix@KaZaA | DJ Short-E_Best of Raggae_04_Limb by Limb --Cutty Ranks... | DJ Short-E | 3,446KB | Audio |
| geniphursix@KaZaA | DJ Soul Slinger - Ethiopia (Believers Mix).mp3 | DJ Soul Slinger | 9,648KB | Audio |
| geniphursix@KaZaA | Dj Soul slinger - Jungle Liquid Sky.mp3 | DJ Soul Slinger | 6,616KB | Audio |
| geniphursix@KaZaA | Django Reinhardt_Stephane Grapelli - Echoes Of France -... | Django Reinhardt_Step... | 2,563KB | Audio |
| geniphursix@KaZaA | DMX - Mr. Vegas, Sean Paul- Here comes da Boom.mp3 | Dmx, Sean Paul, Mr. Ve... | 3,164KB | Audio |
| geniphursix@KaZaA | Donald Byrd_The Blackbyrds - Rock Creek Park.mp3 | Blackbyrds | 4,332KB | Audio |
| geniphursix@KaZaA | donna summer - bad girl.mp3 | Donna Summer | 3,740KB | Audio |
| geniphursix@KaZaA | Donnie Hathaway - A Song For You.mp3 | Donnie Hathaway | 5,127KB | Audio |
| geniphursix@KaZaA | Donnie Hathaway - For All we know.mp3 | Donnie Hathaway | 3,449KB | Audio |
| geniphursix@KaZaA | Donnie Hathaway - Giving Up.mp3 | Donnie Hathaway | 6,047KB | Audio |
| geniphursix@KaZaA | Dont want you to Love me.mp3 | 50 Cent | 3,308KB | Audio |
| geniphursix@KaZaA | doo wop - cd2 gangstarr natural dms.mp3 | Gang Starr | 3,815KB | Audio |
| geniphursix@KaZaA | Dr. Dre cronic 2001 - Explosive.mp3 | Dr. Dre. | 3,364KB | Audio |
| geniphursix@KaZaA | Drowning Pool- Bodies.mp3 | Drowning Pool | 3,531KB | Audio |
| geniphursix@KaZaA | Dru Hill - I Love U.mp3 | Dru Hill | 3,684KB | Audio |
| geniphursix@KaZaA | Dru Hill-I Should Be.MP3 | Dru Hill | 1,758KB | Audio |
| geniphursix@KaZaA | Eamon - Fuck It_(I Don't Want You Back) [Kobra].mpg | Eamon | 53,722KB | Video |
| geniphursix@KaZaA | Eamon and Frankee - Fuck It.mp3 | A+ | 5,373KB | Audio |
| geniphursix@KaZaA | Ed O.G. - Off Balance.mp3 | DJ Premier | 3,944KB | Audio |
| geniphursix@KaZaA | Eddie Palmieri - Puerto Rico.mp3 | Eddie Palmieri | 6,510KB | Audio |
| geniphursix@KaZaA | Eddie Santiago - Lluvia.mp3 | Eddie Santiago | 4,890KB | Audio |
| geniphursix@KaZaA | eddy santiago - ven devorame otra vez.mp3 | Eddie Santiago | 4,908KB | Audio |
| geniphursix@KaZaA | Edith Piaf - La Vie En Rose.mp3 | Edith Piaf | 2,936KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files