Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Edith Piaf - La Vie En Rose.mp3 | Edith Piaf | 2,936KB | Audio |
| geniphursix@KaZaA | Edith Piaf - Non Je Ne Regrette Rien.mp3 | Edith Piaf | 2,206KB | Audio |
| geniphursix@KaZaA | Eek a Mouse - Wa-Do-Dem.mp3 | Eekamouse | 3,658KB | Audio |
| geniphursix@KaZaA | Eeka Mouse - Bitty Bong Bong.mp3 | EekaMouse | 3,483KB | Audio |
| geniphursix@KaZaA | EekaMouse- juicy juicy weedy weedy.mp3 | Eek A Mouse | 3,216KB | Audio |
| geniphursix@KaZaA | EekAMouse_Sensee_Party.mp3 | Eek A Mouse | 2,980KB | Audio |
| geniphursix@KaZaA | el debarge - all this love (1).mp3 | DeBarge | 6,864KB | Audio |
| geniphursix@KaZaA | El Debarge - all this love.mp3 | El Debarge | 3,902KB | Audio |
| geniphursix@KaZaA | el gran combo - A comer pastel a comer lechon.mp3 | El Gran Combo | 3,735KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Brujeria.mp3 | El Gran Combo | 3,270KB | Audio |
| geniphursix@KaZaA | El Gran Combo - La Soledad.mp3 | El Gran Combo | 3,203KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Me Libere (salsa).MP3 | El grand combo | 4,164KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Ojos chinos.mp3 | El Gran Combo de Puerto... | 4,081KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Telefono.mp3 | El Gran Combo | 4,824KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Un Verano En Nueva York.mp3 | El Gran Combo | 4,650KB | Audio |
| geniphursix@KaZaA | El Maricon - Puta,Cabrona,Bellaca Y Huele Bicho.mp3 | El Maricon | 1,102KB | Audio |
| geniphursix@KaZaA | El Sol.mp3 | Zwan | 3,286KB | Audio |
| geniphursix@KaZaA | Elephant man - Bad Man Ah Bad Man.mp3 | Elephant Man | 1,556KB | Audio |
| geniphursix@KaZaA | elephunk-labor day (it's a holiday)-black eyed peas.mp3 | black eyed peas | 2,237KB | Audio |
| geniphursix@KaZaA | Elis Regina_Tom Jobim - Corcovado.mp3 | Antonio Carlos Jobim _Eli... | 3,632KB | Audio |
| 2 Users | Elton John - Tiny Dancer (1).mp3 | Elton John | 5,862KB | Audio |
| geniphursix@KaZaA | Eminem, Mos Def - flyest material.mp3 | Eminem Feat MosDef | 4,046KB | Audio |
| geniphursix@KaZaA | En Vogue - Hold On.mp3 | En Vogue | 4,746KB | Audio |
| geniphursix@KaZaA | Eric B and Rakim - Paid in full.mp3 | Eric B and Rakim | 3,502KB | Audio |
| geniphursix@KaZaA | Erykah Badu - Bag Lady.mp3 | Erykah Badu | 3,937KB | Audio |
| geniphursix@KaZaA | Evanescence - Bring Me to Life (1).mp3 | Evanescence | 2,323KB | Audio |
| geniphursix@KaZaA | Evanescence - My Immortal.mpg | Evanescence | 18,020KB | Video |
| geniphursix@KaZaA | Evanescence - My Immortal.wmv | Evanescence | 12,381KB | Video |
| | Escape - Just Kickin' It.mp3 | Xscape | 3,191KB | Audio |

Found: 3195 files.   2,421,950 users online, sharing 546,666,805 files (28,824,576 GB).   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | **Search** | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Excape - Just Kickin' It.mp3 | Xscape | 3,191KB | Audio |
| geniphursix@KaZaA | Excape - Understanding.mp3 | Xscape | 3,728KB | Audio |
| geniphursix@KaZaA | Fabio Junior - Demorei Muito Pra Te Encontrar.mp3 | Fabio Junior | 3,692KB | Audio |
| geniphursix@KaZaA | Fabolous feat. Ashanti - So Into You.mp3 | Fabolous | 6,431KB | Audio |
| geniphursix@KaZaA | family affair.mp3 | Sly and the Family Stone | 2,900KB | Audio |
| geniphursix@KaZaA | Fat Joe - All I Need (f. Tony Sunshine_Armageddon).mp3 | Fat Joe | 3,774KB | Audio |
| geniphursix@KaZaA | fat joe - My Lifestyle (Remix).mp3 | Fat Joe ft. Jadakiss, remy... | 6,016KB | Audio |
| geniphursix@KaZaA | fat_joe-01-take_a_look_at_my_life-whoa.mp3 | Fat Joe | 5,629KB | Audio |
| geniphursix@KaZaA | fat_joe-02-bust_at_you-whoa.mp3 | Fat Joe | 6,492KB | Audio |
| geniphursix@KaZaA | fat_joe-07-born_in_the_ghetto-whoa.mp3 | Fat Joe | 5,380KB | Audio |
| geniphursix@KaZaA | fat_joe-09-gangsta-whoa.mp3 | Fat Joe | 5,484KB | Audio |
| geniphursix@KaZaA | Fifty Cents - Cheating On Me.mp3 | Kandi feat. 50 Cent | 3,509KB | Audio |
| geniphursix@KaZaA | Fiona Apple - Nothing's Gonna Change the World.mp3 | Fiona Apple | 4,807KB | Audio |
| geniphursix@KaZaA | Fiona Apple-Across the Universe.mp3 | Fiona Apple | 5,968KB | Audio |
| geniphursix@KaZaA | Fleetwood Mac - The Chain.mp3 | Fleetwood Mac | 4,227KB | Audio |
| geniphursix@KaZaA | Floaters - Float On.mp3 | Floaters | 3,929KB | Audio |
| geniphursix@KaZaA | Floetry - Getting Late.mp3 | Floetry | 3,973KB | Audio |
| geniphursix@KaZaA | Floetry - Hey You.mp3 | Floetry | 4,761KB | Audio |
| geniphursix@KaZaA | Floetry - now you're gone ((.mp3 | Floetry | 4,563KB | Audio |
| geniphursix@KaZaA | Floetry-Floetic.mp3 | Floetry | 3,887KB | Audio |
| geniphursix@KaZaA | Force MD - Tears.mp3 | Force MDs | 4,076KB | Audio |
| geniphursix@KaZaA | Force MD's - Here I Go Again.mp3 | Force MD's | 6,034KB | Audio |
| geniphursix@KaZaA | Foxy Brown - Sorry (Reggae Mix).mp3 | Foxy Brown | 3,326KB | Audio |
| geniphursix@KaZaA | Foxy Brown feat. Blackstreet - Gotta Get You Home With... | Foxy Brown | 3,584KB | Audio |
| geniphursix@KaZaA | foxy_brown-i_need_a_man_(rmx)-wcr.mp3 | Foxy Brown | 4,464KB | Audio |
| geniphursix@KaZaA | Francis Cabrel - Octobre.mp3 | Black 47 | 3,305KB | Audio |
| geniphursix@KaZaA | Frank Sinatra - That's Life.mp3 | Frank Sinatra | 2,914KB | Audio |
| geniphursix@KaZaA | Frankie J - Don't Wanna Try.mp3 | Frankie J | 6,466KB | Audio |
| geniphursix@KaZaA | Frankie Ruiz - Puerto Rico.mp3 | Frankie Ruiz | 4,271KB | Audio |

Found 3195 Files | (2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Frankie Ruiz - Puerto Rico.mp3 | Frankie Ruiz | 4,271KB | Audio |
| geniphursix@KaZaA | Frankie Ruiz - Tu Con El.mp3 | Frankie Ruiz | 4,771KB | Audio |
| geniphursix@KaZaA | Free Style Dance Music-(Old School From The Hood),TKA... | TKA | 5,594KB | Audio |
| geniphursix@KaZaA | freeway - The Block.mp3 | Freeway | 2,626KB | Audio |
| geniphursix@KaZaA | French National Anthem - La Marseillaise.mp3 | National Anthem | 2,222KB | Audio |
| geniphursix@KaZaA | french_rap(Passi) - Il Fait Chaud.mp3 | Passi | 4,460KB | Audio |
| geniphursix@KaZaA | Funny Stuff - Phone Call to a Paki - You Took my Paper! (1)... | Roy D. Mercer | 2,620KB | Audio |
| geniphursix@KaZaA | Fábio Jr. - Só você.mp3 | Fabio Junior | 3,198KB | Audio |
| geniphursix@KaZaA | G_Unit - After My Chedder.mp3 | 50 Cent ft. G-Unit | 2,446KB | Audio |
| geniphursix@KaZaA | G-Unit - Beg For Mercy - I Know What Ya Like(1).mp3 | 50 Cent | 5,494KB | Audio |
| geniphursix@KaZaA | G-Unit - Beg For Mercy - Keep Talkin.mp3 | G_Unit | 5,740KB | Audio |
| geniphursix@KaZaA | G-Unit - Niggaz Betta Move.mp3 | G-Unit | 4,355KB | Audio |
| geniphursix@KaZaA | G-unit - Stunt101.mp3 | 50 Cent | 4,971KB | Audio |
| geniphursix@KaZaA | g-unit STUNT 101.mp3 | G-Unit | 5,568KB | Audio |
| geniphursix@KaZaA | G-unit-just_fuckin_around-4hm.mp3 | G-Unit | 3,116KB | Audio |
| geniphursix@KaZaA | 08 Brother Ali - Forest Whitiker.mp3 | Brother Ali | 4,222KB | Audio |
| geniphursix@KaZaA | 18 Jurassic Park - Whats Golden.mp3 | Jurassic 5 | 4,399KB | Audio |
| geniphursix@KaZaA | Gabriel O Pensador - Cachimbo.mp3 | Gabriel O Pensador | 5,193KB | Audio |
| geniphursix@KaZaA | Gangstarr - All for the Cash.mp3 | Gangstarr | 2,346KB | Audio |
| geniphursix@KaZaA | Gangstarr - Shades of Brooklyn.mp3 | Gangstarr, Mos Def, Macy... | 4,304KB | Audio |
| geniphursix@KaZaA | Gangstarr - The Revolutionist (Dirty).mp3 | Gangstarr | 3,994KB | Audio |
| geniphursix@KaZaA | Gangstarr_ft_jadakiss-rite_where_u_stand-whoa.mp3 | GangStarr feat. Jadakiss | 4,699KB | Audio |
| geniphursix@KaZaA | Gangstas.mp3 | Lloyd_Banks | 4,039KB | Audio |
| geniphursix@KaZaA | Gang_starr-deadly_habitz_(snippet)-gsf.mp3 | Gang Starr | 2,306KB | Audio |
| geniphursix@KaZaA | Ganja music - Indian Vibes - Sitar Jam 2.mp3 | artist | 2,808KB | Audio |
| geniphursix@KaZaA | Genuine - Differences.mp3 | Ginuwine | 3,631KB | Audio |
| geniphursix@KaZaA | Genuine - Ride My Pony.mp3 | Ginuwine | 3,937KB | Audio |
| geniphursix@KaZaA | Genuine - Whats so different.mp3 | Genuwine | 3,565KB | Audio |
| geniphursix@KaZaA | Gerald LeVert - Closure.mp3 | Gerald Levert | 6,656KB | Audio |

Found 3195 files    2:421,950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Newsearch | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Gerald Levert - Closure.mp3 | Gerald Levert | 6,656KB | Audio |
| geniphursix@KaZaA | Gerald Levert - Funny (1).mp3 | Gerald Levert | 4,153KB | Audio |
| geniphursix@KaZaA | Get By-Talib Kweli-Quality.mp3 | Talib Kweli | 3,587KB | Audio |
| geniphursix@KaZaA | Ghetto Boys - Damn It Feels Good To Be A Gangsta.mp3 | Ghetto Boys | 4,833KB | Audio |
| geniphursix@KaZaA | Ghostface Killah - Ironman – Poisonous Darts.mp3 | Ghostface Killah | 2,118KB | Audio |
| geniphursix@KaZaA | Ghosttown DJ's - My Boo.mp3 | Ghosttown DJ's | 5,504KB | Audio |
| geniphursix@KaZaA | gianmarco - Al otro lado de la luna.mp3 | Gianmarco | 3,932KB | Audio |
| geniphursix@KaZaA | Gil Scott-Heron_Brian Jackson - The Bottle (live).mp3 | Scott-Heron, Gil - Jackson,. | 13,994KB | Audio |
| geniphursix@KaZaA | Gina Thompson Feat Missy Elliot - The Things You Do (Remi... | total feat. Missy Elliot | 3,494KB | Audio |
| geniphursix@KaZaA | Ginuwine - 05 - In Those Jeans - simplemp3s.mp3 | Ginuwine | 5,707KB | Audio |
| geniphursix@KaZaA | goodwana - reggae is coming.mp3 | Gondwana | 3,990KB | Audio |
| geniphursix@KaZaA | Grand Master Flash_the Furious Five- "Jungle".mp3 | Grandmaster Flash | 6,126KB | Audio |
| geniphursix@KaZaA | Grand Master Flash and the Furious Five- The Message.mp3 | Grandmaster Flash | 5,049KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Constant Elevation.mp3 | Gravediggaz | 2,355KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - From The Dark Side.mp3 | Gravediggaz | 3,562KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Nowhere To Run, Nowhere to Hide.mp3 | Gravediggaz | 3,664KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Pass The Shovel.mp3 | Gravediggaz | 3,376KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Tales From the Hood.mp3 | Gravediggaz | 3,560KB | Audio |
| geniphursix@KaZaA | Grave Diggaz-Fairytalez.mp3 | Gravediggaz | 4,483KB | Audio |
| geniphursix@KaZaA | Gravediggaz - Dangerous Minds.mp3 | Gravediggaz | 4,596KB | Audio |
| geniphursix@KaZaA | gravediggaz - elimination process.mp3 | Gravediggaz | 5,266KB | Audio |
| geniphursix@KaZaA | gravediggaz- hidden emotions.mp3 | Gravediggaz | 4,420KB | Audio |
| geniphursix@KaZaA | gravediggaz - never gonna come back.mp3 | Gravediggaz | 3,568KB | Audio |
| geniphursix@KaZaA | GRAVEDIGGAZ - TWELVE JEWELZ(RZA SOLO).mp3 | Gravediggaz | 2,672KB | Audio |
| geniphursix@KaZaA | Gravediggaz - What's Goin' On.mp3 | Gravediggaz | 3,192KB | Audio |
| geniphursix@KaZaA | Grupo Niche - Amores Como el Nuestro (1).mp3 | Jerry Rivera | 3,578KB | Audio |
| geniphursix@KaZaA | Guru feat.mp3 | Guru f. Angie Stone | 3,511KB | Audio |
| geniphursix@KaZaA | Haddaway - What Is Love.mp3 | Haddaway | 4,236KB | Audio |
| geniphursix@KaZaA | Hall_Oates - Out Of Touch.mp3 | Hall and Oates | 3,645KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Hall_Oates - Out Of Touch.mp3 | Hall and Oats | 3,645KB | Audio |
| geniphursix@KaZaA | Hall_Oates - Private Eyes.mp3 | Hall and Oats | 3,246KB | Audio |
| geniphursix@KaZaA | Hall_Oates - Baby Come Back.mp3 | Hall and Oats | 3,976KB | Audio |
| geniphursix@KaZaA | Hall_Oats - Sara Smile.mp3 | Hall And Oats | 3,040KB | Audio |
| geniphursix@KaZaA | Hall and Oats - Your Kiss Is On My List.mp3 | Hall and Oats | 3,672KB | Audio |
| geniphursix@KaZaA | Hall and Oats - I Can't Go For That.mp3 | Hall and Oats | 3,476KB | Audio |
| geniphursix@KaZaA | Harry Conick Jr - Let's Call The Whole Thing Off.mp3 | Harry Connick Jr. | 3,964KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - Cry Me A River.mp3 | Harry Connick Jr. | 4,479KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - Recipe For Love.mp3 | Harry Connick Jr. | 2,464KB | Audio |
| geniphursix@KaZaA | Harry Connick, Jr. - Something Was Missing.mp3 | Harry Connick, Jr. | 4,006KB | Audio |
| geniphursix@KaZaA | Heartbreakers Soundtrack - Eman - Wonderfully Strange.... | Eman | 5,939KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - El Cantante (salsa).mp3 | Hector Lavoe | 3,944KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - El Cantante.mp3 | Hector Lavoe | 9,750KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Juanito Almaña.mp3 | hector lavoe | 7,188KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Periodico de Ayer (salsa).mp3 | Hector Lavoe | 6,346KB | Audio |
| geniphursix@KaZaA | hector lavoe - todo tiene su final.mp3 | Hector Lavoe | 4,710KB | Audio |
| geniphursix@KaZaA | hector lavoe - triste y vacia (1).mp3 | Hector Lavoe | 5,838KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Yo Naci En Puerto Rico.mp3 | Hector Lavoe | 4,089KB | Audio |
| geniphursix@KaZaA | hindi - DJ Karma, Taal Se Taal (remix).mp3 | Hindi | 5,454KB | Audio |
| geniphursix@KaZaA | HINDI-Indian Songs - Jiya Jale Na Jale (1).mp3 | Lata Mangeshkar M G Sr... | 4,764KB | Audio |
| geniphursix@KaZaA | Hip Hop_RnB ~ Bush Babees ~ S.O.S. (feat Mos Def).mp3 | Bush Babies | 4,657KB | Audio |
| geniphursix@KaZaA | HIP HOP -- CUBAN LINK - Hey Mama.mp3 | Cuban Link | 4,799KB | Audio |
| geniphursix@KaZaA | Hip Hop - Gangstar_Nas - NewYorkMix (unreleased).mp3 | Gangstar_Nas | 4,864KB | Audio |
| geniphursix@KaZaA | Hip Hop - Rap 3 (instrumental).mp3 | Dj Rolo | 4,631KB | Audio |
| geniphursix@KaZaA | Hip Hop - Usher - You Make me Wanna.mp3 | Usher | 3,007KB | Audio |
| geniphursix@KaZaA | HIPHOP - 50 Cent - Material Girl.mp3 | 50 Cent | 2,877KB | Audio |
| geniphursix@KaZaA | Hoes In My Room (ft. Snoop Dogg).wma | Ludacris feat Snoop Dogg | 2,764KB | Audio |
| geniphursix@KaZaA | I Cant Do It Alone (Catherine Zeta-Jones) - Chicago Soundt... | Chicago Soundtrack | 3,472KB | Audio |
| geniphursix@KaZaA | I could die for you-RED HOT CHILI PEPPERS-by the way-W... | Red Hot Chili Peppers | 5,018KB | Audio |

Found 3,195 files.    2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search · Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | i could die for you-RED HOT CHILI PEPPERS-by the way-W... | Red Hot Chili Peppers | 5,018KB | Audio |
| geniphursix@KaZaA | I dont want to know.mp3 | mario | 5,567KB | Audio |
| geniphursix@KaZaA | I made u look (dirty).mp3 | nas | 4,831KB | Audio |
| geniphursix@KaZaA | I'm Still In Love With You.wma | Sean Paul | 2,693KB | Audio |
| geniphursix@KaZaA | Ice Cube - Today Was A Good Day (Instrumental).mp3 | Be | 4,040KB | Audio |
| geniphursix@KaZaA | Ice Cube - Today Was A Good Day.mp3 | Ice Cube | 4,063KB | Audio |
| geniphursix@KaZaA | Ice Cube - You Know How We Do It.mp3 | Ice Cube | 3,638KB | Audio |
| geniphursix@KaZaA | ill bill- How To Kill a Cop.mp3 | Ill Bill | 2,826KB | Audio |
| geniphursix@KaZaA | INDIA-seduceme.mp3 | Dec promo | 4,992KB | Audio |
| geniphursix@KaZaA | Indian - Classical - Tabla+Sitar - Ravi Shankar + Zakir Huss... | Ravi Shankar | 9,982KB | Audio |
| geniphursix@KaZaA | Indian Songs - dilbar dilbar.mp3 | Sirf Tum | 5,374KB | Audio |
| geniphursix@KaZaA | Ingrid Lucia and the Flying Neutrinos - Hotel Child - 08 - So... | Flying neutrinos | 2,005KB | Audio |
| geniphursix@KaZaA | Ingrid Lucia and the Flying Neutrinos - Love Is Coming Back... | Ingrid Lucia and the Flying... | 3,206KB | Audio |
| geniphursix@KaZaA | Insoul - Drum'n'Bossa.mp3 | Mulheres Apaixonadas | 5,614KB | Audio |
| geniphursix@KaZaA | Instrumental - dirty underground funk beats.mp3 | instrumentals | 2,390KB | Audio |
| geniphursix@KaZaA | Instrumentals- Wu Tang Clan - Can It Be All So Simple  (1)... | Raekwon/ Rza | 1,992KB | Audio |
| geniphursix@KaZaA | Instrumentals-it's bigger than hip hop (1).mp3 | Dead Prez | 5,559KB | Audio |
| geniphursix@KaZaA | isley brothers-Spend the Night.mp3 | Isley Brothers | 5,690KB | Audio |
| geniphursix@KaZaA | Israel Vibration - Cool And Calm.mp3 | Israel Vibration | 4,124KB | Audio |
| geniphursix@KaZaA | Isyss - Single For The Rest Of My Life.mp3 | Isyss | 5,419KB | Audio |
| geniphursix@KaZaA | itation ravi shankar_ali.mp3 | Ravi Shankar_Ali | 16,510KB | Audio |
| geniphursix@KaZaA | Ivete Sangalo, Banda Eva - beleza rara.mp3 | Ivete Sangalo, Banda Eva | 4,417KB | Audio |
| geniphursix@KaZaA | J-Shin - One Night Stand (f. LaTocha Scott).mp3 | J-Shin | 4,288KB | Audio |
| geniphursix@KaZaA | Jacob Miller_Inner Circle - Tenement Yard.mp3 | Various Artists | 2,450KB | Audio |
| geniphursix@KaZaA | jacob miller- Tenement Yard.mp3 | Dennis Brown | 3,553KB | Audio |
| geniphursix@KaZaA | jane's addiction - sex is violent.mp3 | Jane's Addiction | 4,660KB | Audio |
| geniphursix@KaZaA | Janes Addiction - Been Caught Stealing.mp3 | Jane's Addiction | 3,325KB | Audio |
| geniphursix@KaZaA | Janes Addiction - Jane Says.mp3 | Janes Addiction | 4,473KB | Audio |
| geniphursix@KaZaA | Janes Addiction - Sweet Jane - Natural Born Killers.mp3 | Cowboy Junkies | 3,174KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Download | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Janes Addiction - Sweet Jane - Natural Born Killers.mp3 | Cowboy Junkies | 3,174KB | Audio |
| geniphursix@KaZaA | Janet Jackson - I Get So Lonely.mp3 | Janet Jackson | 4,990KB | Audio |
| geniphursix@KaZaA | Janet Jackson F Blackstreet- I get so lonely.mp3 | Janet Jackson | 3,668KB | Audio |
| geniphursix@KaZaA | Janis Joplin - Summertime (live at Woodstock).mp3 | Janis Joplin | 7,118KB | Audio |
| geniphursix@KaZaA | Janis Joplin-son of a preacher man.mp3 | Various Artists | 1,716KB | Audio |
| geniphursix@KaZaA | Javier Solis - Pistas Para Cantar - Las Mañanitas.mp3 | Vicente Fernandez | 2,466KB | Audio |
| geniphursix@KaZaA | Jay Z-Blueprint2-02.mp3 | Jay z | 2,308KB | Audio |
| geniphursix@KaZaA | Jay-Z (ft. Swizz Beatz) - Stop (Remix).mp3 | Jay-Z | 2,751KB | Audio |
| geniphursix@KaZaA | Jay-z - Dis - 50 cen.mp3 | Nas | 3,630KB | Audio |
| geniphursix@KaZaA | Jay-z Freestyle (Nas Diss) (1).mp3 | 50 Cent | 1,456KB | Audio |
| geniphursix@KaZaA | Jay_Z_-_Excuse_Me_Miss_(Neptunes_Remix).mp3 | Jay-Z | 5,164KB | Audio |
| geniphursix@KaZaA | Jeff Buckley - Forget Her (Long Version).mp3 | Jeff Buckley | 8,215KB | Audio |
| geniphursix@KaZaA | Jeff Buckley - Hallelujah.mp3 | Jeff Buckley | 6,483KB | Audio |
| geniphursix@KaZaA | JENNIFER LOPEZ ft.mp3 | J.Lo feat. LL Cool J | 3,978KB | Audio |
| geniphursix@KaZaA | Jerky Boys - Prank Phone Calls - Eminem's Cell Phone.mp3 | Crank Yankers | 2,590KB | Audio |
| geniphursix@KaZaA | Jerry Clower - Meek Shall Inherit the Earth.mp3 | Jerry Clower | 1,619KB | Audio |
| geniphursix@KaZaA | Jerry Rivera - Dame Un Beso Asi.mp3 | Jerry Rivera | 4,320KB | Audio |
| geniphursix@KaZaA | Jewel-intuition-entire.mp3 | Jewel | 3,603KB | Audio |
| geniphursix@KaZaA | Jill Scott - He Loves Me (Lyzel In E Flat).mp3 | Jill Scott | 4,466KB | Audio |
| geniphursix@KaZaA | Jim Pepper - Witchi Tai To (Excellent Studio Version).mp3 | Jim Pepper | 7,896KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - All Along The Watchtower.mp3 | Jimi Hendrix | 3,761KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Castles Made Of Sand.mp3 | Jimi Hendrix | 2,581KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Crosstown Traffic.mp3 | Jimmy Hendrix | 2,087KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Fire (Live At Woodstock).mpg | Bob Marley | 33,700KB | Video |
| geniphursix@KaZaA | Jimi Hendrix - Foxy Lady.mp3 | jimi hendrix | 3,034KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Hey Joe.mp3 | Jimi Hendrix | 3,243KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Manic Depression.mp3 | Jimi Hendrix | 3,374KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Purple Haze.mp3 | Jimi Hendrix | 2,708KB | Audio |
| geniphursix@KaZaA | jimi hendrix - RARE UNRELEASED blues tribute original eric... | Hendrix, Jimi | 2,402KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | jimi hendrix - RARE UNRELEASED blues tribute original  eric ... | Hendrix, Jimi | 2,402KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Spanish Castle Magic.mp3 | Jimi Hendrix | 2,903KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Stockholm - The Wind Cries Mary (live 1967)... | Jimi Hendrix | 35,520KB | Video |
| geniphursix@KaZaA | Jimi Hendrix - Stone Free.mp3 | Jimi Hendrix | 3,373KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Voodoo child - Studio.mpg | Jimi Hendrix | 41,253KB | Video |
| geniphursix@KaZaA | jimi hendrix_fire_2_37.mp3 | Jimi Hendrix | 2,468KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix_Red House.mpg | Jimi Hendrix_JVE.NL | 86,382KB | Video |
| geniphursix@KaZaA | Jimmy Castor Bunch - It's Just Begun.mp3 | Jimmy Castor Bunch | 3,525KB | Audio |
| geniphursix@KaZaA | jimmy hendricks_star spangeled banner.mp3 | Jimi Hendrix | 3,319KB | Audio |
| geniphursix@KaZaA | Jimmy Hendricks - Are You Experienced.mp3 | Jimi Hendrix | 3,953KB | Audio |
| geniphursix@KaZaA | Jimmy Hendricks - IF Six Was Nine.mp3 | Jimi Hendrix | 5,274KB | Audio |
| geniphursix@KaZaA | Jimmy-Hendrix - Cocaine.MP3 | Jimi Hendrix | 2,908KB | Audio |
| geniphursix@KaZaA | Jimmy Spicer - Adventures Of Super Rhymes.mp3 | Jimmy Spicer | 12,188KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Show Some Emotion.mp3 | Joan Armatrading | 3,317KB | Audio |
| geniphursix@KaZaA | Joan,Osborne, Paula Cole, Jewel, Sophie B Hawkins - Love,... | Melissa,Joan,Jewel,Paula... | 5,543KB | Audio |
| geniphursix@KaZaA | Jodeci - Feenin'.mp3 | Jodeci | 4,863KB | Audio |
| geniphursix@KaZaA | Jodeci, Raekwon,, Ghost Face Killa - Freaking you(remix) (... | Jodeci | 4,844KB | Audio |
| geniphursix@KaZaA | Joe - I Wanna Know.mp3 | Joe | 2,333KB | Audio |
| geniphursix@KaZaA | Joe - Lets Make a Love Scene.mp3 | Joe | 4,722KB | Audio |
| geniphursix@KaZaA | joe - when was the last time.mp3 | Clipse | 4,047KB | Audio |
| geniphursix@KaZaA | Joe Budden ft. 112 - My My My.mp3 | Joe Buddens Feat. 112 | 5,553KB | Audio |
| geniphursix@KaZaA | Joe Buddens - Why Can't We.mp3 | joe budden | 6,224KB | Audio |
| geniphursix@KaZaA | John Lennon - (Just Like) Starting Over.mp3 | John Lennon | 3,716KB | Audio |
| geniphursix@KaZaA | John Lennon - Instant Karma.mp3 | JOHN LENNON | 3,001KB | Audio |
| geniphursix@KaZaA | John Lennon - Jealous Guy.mp3 | John Lennon | 4,026KB | Audio |
| geniphursix@KaZaA | John Lennon - Mind Games.mp3 | John Lennon | 3,968KB | Audio |
| geniphursix@KaZaA | John Lennon - So This Is Christmas.mp3 | John Lennon | 3,372KB | Audio |
| geniphursix@KaZaA | John Lennon - We All Shine On.mp3 | John Lennon | 3,163KB | Audio |
| geniphursix@KaZaA | John Lennon - Woman.mp3 | John Lennon | 3,248KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | John Lennon - Woman.mp3 | John Lennon | 3,248KB | Audio |
| geniphursix@KaZaA | John Lennon - Working Class Hero.mp3 | John Lennon | 3,568KB | Audio |
| geniphursix@KaZaA | John Lennon - Oh My Love.mp3 | John Lennon | 2,596KB | Audio |
| geniphursix@KaZaA | John Mayer - Room for Squares - 04 - Your Body Is a Won... | John Mayer | 5,902KB | Audio |
| geniphursix@KaZaA | Johnny Rebel - Nigger Hatin' Me.mp3 | Johnny Rebel | 1,003KB | Audio |
| geniphursix@KaZaA | Joni Rewind Feat. Diamond D,, Lord Finesse_Jahai_The ... | Joni Rewind feat. Diamon... | 3,376KB | Audio |
| geniphursix@KaZaA | Jordan Knight - Give It To You.mp3 | Jordan Knight | 4,493KB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez (El Puma) - Dueño de nada.mp3 | 3 | 4,918KB | Audio |
| geniphursix@KaZaA | José Luis Rodriguez - El Puma - (Baila mi rumba).mp3 | Jose Luis Rodriguez | 6,095KB | Audio |
| geniphursix@KaZaA | Judgement Night - [Soundtrack] - Teenage Fanclub and De... | Teenage Fanclub | 4,190KB | Audio |
| geniphursix@KaZaA | Junior Senior - Move your body.mp3 | Junior Senior | 2,833KB | Audio |
| geniphursix@KaZaA | Jurassic 5 f Mos Def – Jayo.mp3 | MOS DEF AND JURASSIC 5 | 3,819KB | Audio |
| geniphursix@KaZaA | Jurassic Five- In The Flesh.mp3 | Jurassic Five | 3,855KB | Audio |
| geniphursix@KaZaA | Justin Timberlake - Cry Me A River (remix).mp3 | Justin Timberlake Feat. 50... | 4,858KB | Audio |
| geniphursix@KaZaA | Kaho Na Pyar Hai - Chand Sitare.mp3 | Kaho Naa Pyaar Hai | 6,217KB | Audio |
| geniphursix@KaZaA | KD Lang - You give me fever.mp3 | K D LANG | 1,267KB | Audio |
| geniphursix@KaZaA | Keith Murray, Mobb Deep, Fat Joe, Foxy Brown_LL Cool J... | K.Murray,MobbDeep,Fat... | 4,724KB | Audio |
| geniphursix@KaZaA | Killa Army Allah Sees Everything.mp3 | Killarmy | 3,339KB | Audio |
| geniphursix@KaZaA | Killarmy and Sunz of man - Wake up.mp3 | Killarmy | 4,683KB | Audio |
| geniphursix@KaZaA | King Geedorah(MF Doom) - I wonder feat. hassan chop.m... | King Gheedorah | 5,126KB | Audio |
| geniphursix@KaZaA | King Geedorah(MF Doom) - impressions (next levels) feat. ... | King Gheedorah | 5,338KB | Audio |
| geniphursix@KaZaA | King Geedorah(MF Doom) - anti-matter feat. mister fantast... | King Gheedorah | 4,850KB | Audio |
| geniphursix@KaZaA | Kirsty MacColl _The Pogues - Miss Otis Regrets-Just One ... | Kirsty Maccoll _The Pogu... | 4,428KB | Audio |
| geniphursix@KaZaA | Kirsty MacColl And The Pogues - Miss Otis Regrets.mp3 | kirsty maccoll and the po... | 5,058KB | Audio |
| geniphursix@KaZaA | Kool And The Gang - She's Fresh (1).mp3 | Kool And The Gang | 5,320KB | Audio |
| geniphursix@KaZaA | Kool Moe Dee - I go to work.mp3 | Kool Moe Dee | 4,414KB | Audio |
| geniphursix@KaZaA | Kool Moe Dee, KRS-ONE, Chuck D - Rise N Shine.mp3 | Kool Moe Dee | 4,344KB | Audio |
| geniphursix@KaZaA | Kriss Kross - Da Bomb.mp3 | Kriss Kross | 3,920KB | Audio |
| geniphursix@KaZaA | krs one - krs one common freestyle.mp3 | KRS-One | 2,850KB | Audio |

Found 3195 files. | 2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend | Search Field
New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | krs one - krs one_common freestyle.mp3 | KRS-One | 2,850KB | Audio |
| geniphursix@KaZaA | la cripta - Dale Con El Latigo.mp3 | La Cripta | 1,414KB | Audio |
| geniphursix@KaZaA | la vie est belle.mp3 | MC SOLAAR | 3,743KB | Audio |
| geniphursix@KaZaA | Lady Saw (Joyride Riddim) - Yuh Nuh Ready Fuh Dis Yet B... | Lady Saw | 3,294KB | Audio |
| geniphursix@KaZaA | lagrimasdeoro_manuchao.mp3 | manu chao | 2,436KB | Audio |
| geniphursix@KaZaA | lakeside - bounce rock skate roll.mp3 | Lakeside | 12,864KB | Audio |
| geniphursix@KaZaA | Last Poets - On The Subway.mp3 | The Last Poets | 1,097KB | Audio |
| geniphursix@KaZaA | Lastnight dj save my life.mp3 | Indeep | 5,317KB | Audio |
| geniphursix@KaZaA | Leonard Cohen - The future (natural born killers).mp3 | Leonard Cohen | 3,583KB | Audio |
| geniphursix@KaZaA | les wampas-manu chao.mp3 | Les Wampas | 2,452KB | Audio |
| geniphursix@KaZaA | Li'l Kim_Biggie - Drugs! [dbcl].mp3 | Lil' Kim feat. Notorious BIG | 3,603KB | Audio |
| geniphursix@KaZaA | Lil Kim - 07 - This Is Who I Am (Feat Swizz B - simplemp3s.... | Lil' Kim | 4,596KB | Audio |
| geniphursix@KaZaA | Lil Kim - Hold It Now.mp3 | Lil' Kim | 5,086KB | Audio |
| geniphursix@KaZaA | Lil Kim - Shake Your Bum Bum.mp3 | Lil' Kim | 3,102KB | Audio |
| geniphursix@KaZaA | Lil Kim - The JumpOff.mp3 | Lil' Kim | 5,595KB | Audio |
| geniphursix@KaZaA | Lil Kim - This Is A Warning.mp3 | Lil' Kim | 3,484KB | Audio |
| geniphursix@KaZaA | Lil Kim - Whats the Word (1).mp3 | 02-lil_kim-whats_the_wor... | 2,899KB | Audio |
| geniphursix@KaZaA | lil kim and too short-call me.mp3 | Lil' Kim and Too $hort | 4,693KB | Audio |
| geniphursix@KaZaA | lil_kim_-_thug_luv_((ft_twista).mp3 | Lil Kim Feat. Twista | 6,474KB | Audio |
| geniphursix@KaZaA | lil_kim-came_back_for_you_(main)-tas.mp3 | Lil' Kim | 6,115KB | Audio |
| geniphursix@KaZaA | LL Cool J - I Need Love.MP3 | old school love songs-vol2 | 3,758KB | Audio |
| geniphursix@KaZaA | LL Cool J - Round The Way Girl.mp3 | LL Cool J | 3,820KB | Audio |
| geniphursix@KaZaA | LL Cool JF Total - Who Do Ya Love - Remix.MP3 | LL Cool J F. Total | 3,522KB | Audio |
| geniphursix@KaZaA | Lock, Stock_Two Smoking Barrels - Police And Thieves - J... | Lock Stock And Two Smok... | 3,742KB | Audio |
| geniphursix@KaZaA | Lords of the Underground - Chief Rocka.mp3 | Lords of the Underground | 3,862KB | Audio |
| geniphursix@KaZaA | Los Adolecentes - Tan Bella.mp3 | Los Adolescentes | 3,826KB | Audio |
| geniphursix@KaZaA | Los Bukis - No Hay Nada Más Difícil.mp3 | Marco Antonio Solis | 4,549KB | Audio |
| geniphursix@KaZaA | 'Lovin' Spoonful - What A Day For A Daydream.mp3 | Lovin' Spoonful | 2,208KB | Audio |
| geniphursix@KaZaA | ludacris - let me touch it.mp3 | ludacris | 4,658KB | Audio |

Found 3,195 files | 2,421,950 users online, sharing 546,656,805 files (28,824,576 GB) | Not sharing any files