# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | ludacris - let me touch it.mp3 | ludacris | 4,658KB | Audio |
| geniphursix@KaZaA | Ludacris - Splash Waterfalls (1).mp3 | Ludacris | 6,817KB | Audio |
| geniphursix@KaZaA | Ludacris - Splash Waterfalls.mp3 | Ludacris | 6,817KB | Audio |
| geniphursix@KaZaA | Ludacris - Bia Bia (Instrumental) (1) (1).mp3 | 3 | 4,396KB | Audio |
| geniphursix@KaZaA | Luis Miguel - No Se Tu.mp3 | Luis Miguel | 3,530KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-almost Famous interlude by djted... | Lumidee | 2,635KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-crashin a party featuring n.o.r.e... | Lumidee | 1,022KB | Audio |
| geniphursix@KaZaA | lumidee_feat._busta_rhymes_fabolous-never_leave_(reml... | Lumidee Feat. Busta Rhy... | 4,684KB | Audio |
| geniphursix@KaZaA | luther vandross - a house is not a home.mp3 | Luther Vandross | 6,708KB | Audio |
| geniphursix@KaZaA | Luther Vandross - Id Rather.mp3 | Luther Vandross | 4,549KB | Audio |
| geniphursix@KaZaA | Madonna - Beautiful Stranger Austin Powers.mp3 | Madonna | 3,057KB | Audio |
| geniphursix@KaZaA | Madonna - American Life - Mother and father.mp3 | Madonna | 6,567KB | Audio |
| geniphursix@KaZaA | Madonna - American Life (Missy Remix).mp3 | Madonna | 3,876KB | Audio |
| geniphursix@KaZaA | Madonna - Don't Tell Me.mp3 | Madonna | 6,595KB | Audio |
| geniphursix@KaZaA | Madonna - Hollywood.mp3 | Madonna | 4,136KB | Audio |
| geniphursix@KaZaA | Madonna - Love Don't Live Here Anymore (Remix).mp3 | Madonna | 4,600KB | Audio |
| geniphursix@KaZaA | Madonna - Me_Against_The_Music.mp3 | Britney Spears fet. Mado... | 4,283KB | Audio |
| geniphursix@KaZaA | MALA FE Y FALO - REGGAETON (1).mp3 | Malafe_Falo | 2,161KB | Audio |
| geniphursix@KaZaA | Malcolm McLaren_the World Famous Supreme Team - Hey... | Malcolm McLaren_The ... | 5,726KB | Audio |
| geniphursix@KaZaA | Mano Chao_Tonino Carotone - La trampa.mp3 | Manu Chao_Tonino Caro... | 3,321KB | Audio |
| geniphursix@KaZaA | Mano Negra (Manu Chao) - Love and hate.mp3 | Mano Negra | 2,386KB | Audio |
| geniphursix@KaZaA | Mano Negra - La vida me da palo.Mp3 | Mano Negra | 2,560KB | Audio |
| geniphursix@KaZaA | Mano Negra - Señor Matanza.mp3 | Mano Negra | 3,902KB | Audio |
| geniphursix@KaZaA | Manu Chao_Mano Negra - Mala vida.mp3 | Manu Chao con Mano Neg... | 2,735KB | Audio |
| geniphursix@KaZaA | Manu Negra_Mano Negra - Vieux Moist.mp3 | Mano Negra | 2,578KB | Audio |
| geniphursix@KaZaA | manu chao_radio bemba - Bob Marley Song (Live).mp3 | Manú Chao | 4,344KB | Audio |
| geniphursix@KaZaA | Manu chao (merry blues).mp3 | Manu Chao | 3,378KB | Audio |
| geniphursix@KaZaA | Manu Chao - 05 - Mentira.mp3 | Manu Chao | 4,330KB | Audio |
| geniphursix@KaZaA | Manu Chao - 08 - Luna Y Sol.mp3 | Manu Chao | 2,926KB | Audio |

Found: 3195 files    2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Manu Chao - 08 - Luna Y Sol.mp3 | Manu Chao | 2,926KB | Audio |
| geniphursix@KaZaA | Manu Chao - 10 - Welcome To Tijuana.mp3 | Manu Chao | 3,814KB | Audio |
| geniphursix@KaZaA | Manu Chao - Bongo Bong.mp3 | Manu Chao | 4,426KB | Audio |
| geniphursix@KaZaA | Manu Chao - La primavera 05.mp3 | Manu chao | 2,029KB | Audio |
| geniphursix@KaZaA | Manu Chao - Lagrimas de oro.mp3 | Manu Chao | 2,783KB | Audio |
| geniphursix@KaZaA | manu chao - mano negra pas assez de toi.mp3 | Mano Negra | 2,165KB | Audio |
| geniphursix@KaZaA | Manu Chao - Mr. Marley.mp3 | Manu Chao | 2,547KB | Audio |
| geniphursix@KaZaA | Manu Chao - Por El Suelo.mp3 | Manu Chao | 2,218KB | Audio |
| geniphursix@KaZaA | manu chao - Que hora son mi corazon.mp3 | Manu Chao_Mano Negra | 2,025KB | Audio |
| geniphursix@KaZaA | Manu Chao - Rendez vous-rev.mp3 | Manu Chao | 914KB | Audio |
| geniphursix@KaZaA | Manu Chao en vivo Radio Popolare - Q4 - Marihuana Boogie... | Manu Chao | 4,570KB | Audio |
| geniphursix@KaZaA | Manu Chau (Mano Negra) - Desaparecido (1).mp3 | Manu Chao | 3,541KB | Audio |
| geniphursix@KaZaA | Manu Chau - El Viento.mp3 | Manu Chao | 2,319KB | Audio |
| geniphursix@KaZaA | manu chau - La Marea.mp3 | Manu Chao | 1,226KB | Audio |
| geniphursix@KaZaA | Manu Chau - Minha Galera.mp3 | Manu Chao | 2,232KB | Audio |
| geniphursix@KaZaA | Manuchao-King of the Bongo.mp3 | Manu Chao | 4,384KB | Audio |
| geniphursix@KaZaA | manuchao - Mano negra.mp3 | Manu Chao | 1,625KB | Audio |
| geniphursix@KaZaA | Manuchao-me gustas tu.mp3 | Manu Chao | 3,338KB | Audio |
| geniphursix@KaZaA | Marc Anthony - You Sang to Me (Spanish Version).mp3 | Marc Anthony | 4,171KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Amor Aventurero.mp3 | MARC ANTHONY | 4,409KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Contra la Corriente (salsa).mp3 | Marc Anthony | 4,770KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Libre - Celos y Envidia(1).mp3 | Marc Anthony | 1,956KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Preciosa Puerto Rico.mp3 | Marc Anthony | 5,163KB | Audio |
| geniphursix@KaZaA | MARC ANTHONY - Tragedia.MP3 | Marc Anthony | 3,527KB | Audio |
| geniphursix@KaZaA | Maria Bethania e Gal Costa - Sonho Meu.mp3 | Various Artists - Beleza Tr... | 2,698KB | Audio |
| geniphursix@KaZaA | Maria Marta Serra Lima - Piensa en Mi.mp3 | Maria Martha Serra Lima | 4,074KB | Audio |
| geniphursix@KaZaA | Mariachi - Cumpleaños Feliz.mp3 | Mariachi AGUA VIVA | 2,503KB | Audio |
| geniphursix@KaZaA | Mariachi Vargas - Las Mañanitas Completo (1).mp3 | Mariachis Vargas | 3,176KB | Audio |
| geniphursix@KaZaA | Mariah Carey - Love Takes Time (2).mp3 | Mariah Carey | 4,267KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | | | Traffic | Shop | Tell A Friend

New search | Download | Search | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Mariah Carey - Love Takes Time (2).mp3 | Mariah Carey | 4,287KB | Audio |
| geniphursix@KaZaA | Mariah Carey - Love Takes Time.mp3 | Mariah Carey | 3,585KB | Audio |
| geniphursix@KaZaA | Mariah Carey - Vision Of Love.mp3 | Mariah Carey | 2,475KB | Audio |
| geniphursix@KaZaA | Marina Lima - Uma noite e meia (1).mp3 | Marina Lima | 3,461KB | Audio |
| geniphursix@KaZaA | Mario Feat. Biz Markie - Just A Friend 2002 (Remix).mp3 | Mario feat. Biz Markie | 2,542KB | Audio |
| geniphursix@KaZaA | Mario Winans - I Dont Wanna Know (1).mp3 | Mario Winans Feat. P. Did... | 5,567KB | Audio |
| geniphursix@KaZaA | mario.winans-i don't wanna know.mp3 | mario winans feat p. diddy | 5,102KB | Audio |
| 2 Users | Mark Morrison - Return Of The Mack (1).mp3 | Mark Morrison | 3,335KB | Audio |
| geniphursix@KaZaA | mark_ronson-ooh_wee_(dirty)-ice.mp3 | GHOSTFACE KILLAH_N... | 4,217KB | Audio |
| geniphursix@KaZaA | Maroon 5 - Harder to Breathe.mp3 | Maroon 5 | 2,695KB | Audio |
| geniphursix@KaZaA | Marques Houston - Clubbin.mp3 | Marques Houston | 3,934KB | Audio |
| geniphursix@KaZaA | Marvin Gaye - I Want You.mp3 | Marvin Gaye | 4,324KB | Audio |
| geniphursix@KaZaA | Marvin Gaye - Trouble Man.mp3 | Marvin Gaye | 3,608KB | Audio |
| geniphursix@KaZaA | Mary J Blidge - Sweet Thing.mp3 | Mary J. Blige | 3,495KB | Audio |
| geniphursix@KaZaA | Mary J. Blige-Love and Life-let me be the one.mp3 | Mary J. Blige | 4,753KB | Audio |
| geniphursix@KaZaA | Mary J. Blige-Love and Life-love at first sight featuring met... | Mary J. Blige | 1,229KB | Audio |
| geniphursix@KaZaA | Mase and Total - Tell Me What You Want.mp3 | Mase f. Total | 3,781KB | Audio |
| geniphursix@KaZaA | Maze Feat. Frankie Beverly - CAN'T GET OVER YOU.MP3 | Maze Featuring Frankie B... | 4,410KB | Audio |
| 2 Users | Mazzy Star - So Tonight That I Might See.mp3 | Mazzy Star | 6,862KB | Audio |
| geniphursix@KaZaA | MC Solaar - Paradisiaque.mp3 | MC Solaar | 2,996KB | Audio |
| geniphursix@KaZaA | Mc-solar - La Belle et le Bad Boy.mp3 | MC Solaar | 3,002KB | Audio |
| geniphursix@KaZaA | Michael Jackson - Rock with You.mp3 | Michael Jackson | 3,442KB | Audio |
| geniphursix@KaZaA | Michael Jackson - The Lady In My Life.mp3 | Michael Jackson | 4,740KB | Audio |
| geniphursix@KaZaA | Michael Jackson Feat. Eve - Butterfly (Remix).mp3 | Michael Jackson | 3,500KB | Audio |
| geniphursix@KaZaA | Mint Condition - Pretty Brown Eyes.mp3 | Mint Condition | 5,578KB | Audio |
| geniphursix@KaZaA | Missy Elliot - coochie don't fail me now (1).mp3 | Missy Elliot | 6,547KB | Audio |
| geniphursix@KaZaA | Missy Elliot - Pass That Dutch.mp3.mpg | Missyelliott | 5,171KB | Video |
| geniphursix@KaZaA | Missy Elliot - Pump It Up.mp3 | Missy Elliott | 4,347KB | Audio |
| geniphursix@KaZaA | Missy Elliot - The Rain.mp3 | Missy Elliot | 3,922KB | Audio |

Found 3195 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 (GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Missy Elliot - The Rain.mp3 | Missy Elliot | 3,922KB | Audio |
| geniphursix@KaZaA | Missy Elliot - Wake Up 2.mp3 | Missy Elliott | 5,748KB | Audio |
| geniphursix@KaZaA | Missy Elliott 10 - Let It Bump.mp3 | Missy Elliott | 3,984KB | Audio |
| geniphursix@KaZaA | Missy Elliott - Sock It 2 Me .mp3 | Missy 'Misdemeanor' Elliott | 4,024KB | Audio |
| geniphursix@KaZaA | missy elliott - Take Away f. Ginuwine.mp3 | Missy Elliott | 3,497KB | Audio |
| geniphursix@KaZaA | missy-bonus Track 3.mp3 | Missy Elliot | 3,295KB | Audio |
| geniphursix@KaZaA | Mister Cellophane (John C. Reilly)-Chicago Soundtrack-Chi.... | Chicago Soundtrack | 3,777KB | Audio |
| geniphursix@KaZaA | Mob Hits - Louie Prima - Angelina Zooma Zooma.mp3 | Louis Prima | 4,016KB | Audio |
| geniphursix@KaZaA | Mob Hits - Eh Cumpari .mp3 | Mob Hits | 2,368KB | Audio |
| geniphursix@KaZaA | Mobb Deep - Getaway.mp3 | Mobb Deep | 3,437KB | Audio |
| geniphursix@KaZaA | Monica - So Gone (Remix).mp3 | Monica | 5,594KB | Audio |
| geniphursix@KaZaA | Monica - So Good.mp3 | Monica | 5,543KB | Audio |
| geniphursix@KaZaA | Monica Ft. Missy Elliott - So Gone.mp3 | Monica feat. Missy Elliott | 4,860KB | Audio |
| geniphursix@KaZaA | monica-06-knock_knock-whoa.mp3 | Monica | 6,056KB | Audio |
| geniphursix@KaZaA | Monifa - I Miss You (Come Back Home) (1).mp3 | Monifah | 3,570KB | Audio |
| geniphursix@KaZaA | Mood - Doom - 07 - Nuclear Hip-Hop - (Feat.mp3 | MF Doom feat. Mr. LIF, Tal... | 4,026KB | Audio |
| geniphursix@KaZaA | More Than Words-extreme.mp3 | extreme | 3,930KB | Audio |
| geniphursix@KaZaA | Mos Def - Pharoeh Monch - Dead Prez _Last_Emperor_.mp3 | Dead Prez | 5,438KB | Audio |
| geniphursix@KaZaA | Mos Def - Brooklyn.mp3 | Mos Def | 4,844KB | Audio |
| geniphursix@KaZaA | Mos Def - Ms. Fat Booty.mp3 | Mos Def | 3,493KB | Audio |
| geniphursix@KaZaA | Mos Def feat. Bush Babies - everybody groove to the musi... | Mos Def feat. Bushbabies | 4,381KB | Audio |
| geniphursix@KaZaA | Mos Def - Miss Fat Booty Part 2 featuring Ghostface Killah (... | Mos Def feat Ghostface Kil... | 3,310KB | Audio |
| geniphursix@KaZaA | Movie Soudtrack - Catherin Zeta~Jones and Renee' Zellwa... | CHICAGO | 3,762KB | Audio |
| geniphursix@KaZaA | Murder Inc. - Get Ugly - 50 Cent diss.mp3 | Murder. Inc. | 3,434KB | Audio |
| geniphursix@KaZaA | Musical Youth - Pass The Duchie.mp3 | Musical Youth | 5,714KB | Audio |
| geniphursix@KaZaA | Myp - 03 Don Omar - dale don dale.mp3 | Myp | 4,156KB | Audio |
| geniphursix@KaZaA | mya feat sean paul - things come and go (1).mp3 | Mya | 5,690KB | Audio |
| geniphursix@KaZaA | Nas - Silent Murder (Unreleased).mp3 | Nas | 3,195KB | Audio |
| geniphursix@KaZaA | Nas..made u look.mp3 | Nas | 4,769KB | Audio |

Found 3,195 files | 2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Shop | Traffic | Tell A Friend | Search Field

New search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Nas..made u look.mp3 | Nas | 4,769KB | Audio |
| geniphursix@KaZaA | National Anthem - French-Marseillaise.mp3 | Various Artists | 5,120KB | Audio |
| geniphursix@KaZaA | Natural Born Killers soundtrack - 09 - Robert Downey Jr - R... | Natural Born Killers | 884KB | Audio |
| geniphursix@KaZaA | Naz-Affirmitive-Action.mp3 | Nas | 4,050KB | Audio |
| geniphursix@KaZaA | Necro - 03 - Light My Fire.mp3 | Necro | 1,382KB | Audio |
| geniphursix@KaZaA | Necro - 07 -, All Hotties Eat The Jizz.mp3 | Necro | 1,714KB | Audio |
| geniphursix@KaZaA | Necro - Get On Your Knees.mp3 | Necro | 4,510KB | Audio |
| geniphursix@KaZaA | Necro - STD.mp3 | Necro | 2,402KB | Audio |
| geniphursix@KaZaA | Necro - Underground.mp3 | Necro | 5,126KB | Audio |
| geniphursix@KaZaA | NecroIll Bill-Anti-Gay.mp3 | Necro Feat. Ill Bill | 3,690KB | Audio |
| geniphursix@KaZaA | Necro-morbid_(dirty)-ego_128.mp3 | Necro | 2,533KB | Audio |
| geniphursix@KaZaA | NegritaInda-TegoCalderon[1].mp3 | Tego Calderon | 5,937KB | Audio |
| geniphursix@KaZaA | Nenah Cherry - I've Got U Under My Skin-red, hot and blue... | Cherry, Neneh | 4,253KB | Audio |
| geniphursix@KaZaA | Neptunes ft Beanie Man - I'm Serious.mp3 | Beanie Man _TIP | 3,293KB | Audio |
| geniphursix@KaZaA | NERD f, Sean Paul - Grinding (remix).mp3 | Sean Paul | 3,648KB | Audio |
| geniphursix@KaZaA | Never Leave You (remix) - Lumidee Feat. 50 Cent.mp3 | Lumidee Feat. 50 Cent | 3,459KB | Audio |
| geniphursix@KaZaA | New Kids on the Block - I'll Be Loving You Forever.mp3 | New Kids On The Block | 4,134KB | Audio |
| geniphursix@KaZaA | New Kids on the Block - Please Don't Go Girl.Mp3 | New Kids On The Block | 3,618KB | Audio |
| geniphursix@KaZaA | Next - I Still Love You (1).mp3 | ME | 3,950KB | Audio |
| geniphursix@KaZaA | Next Friday (Soundtrack)-07-Aaliyah-I Don't Wanna.mp3 | Aaliyah | 3,984KB | Audio |
| geniphursix@KaZaA | Next Lifetime - Erykah Badu - Baduizm - Rock.mp3 | Erykah Badu | 4,594KB | Audio |
| geniphursix@KaZaA | Nice and Smooth - Hip-Hop Junkies.mp3 | Nice and Smooth | 3,220KB | Audio |
| geniphursix@KaZaA | Nice And Smooth - Sometimes I Rhyme Slow.mp3 | Nice And Smooth | 2,629KB | Audio |
| geniphursix@KaZaA | Nice n Smooth - Cake And Eat It Too.mp3 | Nice-And Smooth | 3,576KB | Audio |
| geniphursix@KaZaA | Nicole f. Timberland, Missy Elliot - I Got What You Want..m... | Nicole f. Timberland, Miss... | 4,132KB | Audio |
| geniphursix@KaZaA | Night At The Roxbury - What Is Love.mp3 | Haddaway | 3,635KB | Audio |
| geniphursix@KaZaA | Nilsson - Nilsson Schmilsson - 10 - I'll Never Leave You.mp3 | Nilsson | 4,947KB | Audio |
| geniphursix@KaZaA | Nine Inch Nails - Burn (Natural Born Killers soundtrack).mp3 | Nine Inch Nails | 4,692KB | Audio |
| geniphursix@KaZaA | Nirvana - All Apologies (unplugged).mp3 | Nirvana - Unplugged | 3,272KB | Audio |

Found 3195 files    2,421,950 users online, sharing 546,666,805 files (28,824,576 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Download | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Nirvana - All Apologies (unplugged).mp3 | Nirvana - Unplugged | 3,272KB | Audio |
| geniphursix@KaZaA | Nirvana - Aneurysm.mp3 | Nirvana | 4,304KB | Audio |
| geniphursix@KaZaA | Nirvana - Come As Your Are.mp3 | Nirvana | 3,961KB | Audio |
| geniphursix@KaZaA | Nirvana - Free Bird (very fucking rare).mp3 | Nirvana | 513KB | Audio |
| geniphursix@KaZaA | Nirvana - I Hate Myself And I Want To Die.mp3 | Nirvana | 3,796KB | Audio |
| geniphursix@KaZaA | Nirvana - I Hate Myself And Want To Die.mp3 | Nirvana | 2,531KB | Audio |
| geniphursix@KaZaA | Nirvana - Lithium (acoustic MTV).mp3 | Nirvana | 2,954KB | Audio |
| geniphursix@KaZaA | Nirvana - My Girl.mp3 | Nirvana | 4,783KB | Audio |
| geniphursix@KaZaA | Nirvana - Opinion (Unreleased Acoustic Version 1990).mp3 | Nirvana | 1,358KB | Audio |
| geniphursix@KaZaA | Nirvana - Pennyroyal Tea.mp3 | Nirvana | 3,447KB | Audio |
| geniphursix@KaZaA | Nirvana - sleep last night.mp3 | Nirvana | 4,778KB | Audio |
| geniphursix@KaZaA | Nirvana - Stay Away.mp3 | Ice Cube | 3,316KB | Audio |
| geniphursix@KaZaA | Nirvana - You Know Your Right [Studio Full].mp3 | Nirvana | 3,368KB | Audio |
| geniphursix@KaZaA | Nirvana rare songs - Sweet Home Alabama (Lynyrd Skynyr... | Nirvana | 825KB | Audio |
| geniphursix@KaZaA | Nivana - Smells Like Teen Spirit.mp3 | Nirvana | 3,536KB | Audio |
| geniphursix@KaZaA | no doubt - Gwen Stefani and Sublime.mp3 | No Doubt | 3,102KB | Audio |
| geniphursix@KaZaA | No Doubt - Happy Now.mp3 | No Doubt | 3,535KB | Audio |
| geniphursix@KaZaA | No Doubt - Hey Baby [New Song!].mp3 | No Doubt | 3,131KB | Audio |
| geniphursix@KaZaA | No Doubt - Just A Girl.mp3 | No Doubt | 3,327KB | Audio |
| geniphursix@KaZaA | No Doubt - Spiderwebs.mp3 | No Doubt | 4,194KB | Audio |
| geniphursix@KaZaA | Non Phixion - Black Helicopters.mp3 | Necro | 3,950KB | Audio |
| geniphursix@KaZaA | Norah Jones - Don't Know Why.mp3 | Norah Jones | 2,911KB | Audio |
| geniphursix@KaZaA | norega and capone - TONY.mp3 | Capone-N-Moreaga | 4,178KB | Audio |
| geniphursix@KaZaA | Notorious Big (unheard and unreleased) 12 shaquille o'neal ... | Shaq | 4,424KB | Audio |
| geniphursix@KaZaA | Now and Then Soundtrack - Stevie Wonder - Signed, Seale... | Stevie Wonder | 2,506KB | Audio |
| geniphursix@KaZaA | Nu Shooz - I Can't Wait.mp3 | Nu Shooz | 5,082KB | Audio |
| geniphursix@KaZaA | NYC5 - Luz Devina - In Your Eyes.mp3 | Luz Devina | 6,408KB | Audio |
| geniphursix@KaZaA | OGC_Heltah Skeltah (Fab 5) - Leflur Lefla Eshoshka.mp3 | Boot Camp Click | 4,732KB | Audio |
| geniphursix@KaZaA | Oh Brother, Where Art Thou - Track 05 - I Am A Man Of C... | Soggy Bottom Boys | 4,016KB | Audio |

Found: 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Search | | | Traffic | Shop | Tell A Friend

New search: | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Oh Brother, Where Art Thou - Track 05 - I Am A Man Of C... | Soggy Bottom Boys | 4,016KB | Audio |
| geniphursix@KaZaA | Old School Freestyle - Giggles - Love Letter (Club Mix).mp3 | Cynthia | 4,839KB | Audio |
| geniphursix@KaZaA | Old School Volume 2 - Bounce, Rock, Skate, Roll Vaughn M... | Old School Volume 2 | 5,129KB | Audio |
| geniphursix@KaZaA | old school(rb)-Force MD's- tenderlove.mp3 | Full force | 3,666KB | Audio |
| geniphursix@KaZaA | Oldies - Neville Brothers - In The Still Of The Night .mp3 | Neville Brothers | 4,981KB | Audio |
| geniphursix@KaZaA | oldschool_Runldmc-Down With the Kings.mp3 | Run DMC | 5,024KB | Audio |
| geniphursix@KaZaA | omni trio - "thru the vibe (bongo mix).mp3 | Omni Trio | 5,384KB | Audio |
| geniphursix@KaZaA | on a friday - i'm coming up.mp3 | Radiohead | 3,644KB | Audio |
| geniphursix@KaZaA | Onyx - Throw Ya Gunz (1).mp3 | Onyx | 3,026KB | Audio |
| geniphursix@KaZaA | oriental-Chants of India_Ravi Shankar_Hari Om.mp3 | Ravi Shankar | 2,772KB | Audio |
| geniphursix@KaZaA | Oscar de Leon - Lloraras.mp3 | Oscar de Leon | 3,613KB | Audio |
| geniphursix@KaZaA | Otis Redding - I've Been Loving You Too Long (To Stop No... | Otis Redding | 3,050KB | Audio |
| geniphursix@KaZaA | Outcast - Damn.mp3 | Outkast | 6,678KB | Audio |
| geniphursix@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 4,899KB | Audio |
| geniphursix@KaZaA | Outkast-Sorry Miss Jackson.mp3 | Outkast | 4,295KB | Audio |
| geniphursix@KaZaA | Pantera - Planet Caravan.mp3 | Pantera | 3,804KB | Audio |
| geniphursix@KaZaA | Parabéns Pra Você - Guitarrada.mp3 | INSTRUMENTAL | 922KB | Audio |
| geniphursix@KaZaA | Paradise By The Dashboard Light (1).mp3 | Meat Loaf | 5,974KB | Audio |
| geniphursix@KaZaA | Patsy Cline - Back in Baby's Arms.mp3 | Patsy Cline | 1,951KB | Audio |
| geniphursix@KaZaA | Patsy Cline - Crazy.mp3 | Patsy Cline | 2,548KB | Audio |
| 2 Users | Patti Austin_James Ingram - Baby Come To Me.mp3 | Patti Labelle_James Ing... | 3,392KB | Audio |
| geniphursix@KaZaA | Pattie Labelle - Somebody Loves You Baby.mp3 | Patti Labelle | 4,622KB | Audio |
| geniphursix@KaZaA | Petey Crack - One For Petey F. Beans -Freeway-Young Chr... | Dj Funkmaster Flex | 4,784KB | Audio |
| geniphursix@KaZaA | Pharrell feat. Jay-Z - Frontin'.mp3 | Pharrell Feat. Jay-Z | 5,655KB | Audio |
| geniphursix@KaZaA | Phil Collins - Miami Vice - 05 - Air of the Night.mp3 | Phil Collins | 5,142KB | Audio |
| geniphursix@KaZaA | pink - 02 - don't let me get me - supermp3s.mp3 | Pink | 1,647KB | Audio |
| geniphursix@KaZaA | Pink - Family Portrait.mp3 | Pink | 4,634KB | Audio |
| geniphursix@KaZaA | Pink - Just like a pill (1).mp3 | Pink | 3,695KB | Audio |
| geniphursix@KaZaA | Pimpinela - Pega la vuelta.MP3 | Pimpinela | 3,512KB | Audio |

Found 3,195 files | 2,421,950 users online, sharing 546,656,805 Files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File, View, Player, Tools, Actions, Help

Web | MyKazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Pinpinela - Pega la vuelta.MP3 | Pinpinela | 3,512KB | Audio |
| geniphursix@KaZaA | Placebo - 13 - Daddy Cool (bonus track).mp3 | Placebo | 4,861KB | Audio |
| geniphursix@KaZaA | PM Dawn - I'd Die Without You.mp3 | P.M. Dawn | 2,945KB | Audio |
| geniphursix@KaZaA | Poetic lover - La Marseillaise.mp3 | poetic lover | 1,460KB | Audio |
| geniphursix@KaZaA | Poor Righteous Teachers - Easy Star.mp3 | Poor Righteous Teachers | 4,387KB | Audio |
| geniphursix@KaZaA | POP Janis Joplin - Take another little peice of my heart.mp3 | Janis Joplin | 3,873KB | Audio |
| geniphursix@KaZaA | Porno Star (1).mp3 | G Unit | 1,650KB | Audio |
| geniphursix@KaZaA | prank phone calls - Cheating Boyfriend.mp3 | prank phone calls | 2,576KB | Audio |
| geniphursix@KaZaA | Prodigi - Breath.mp3 | Prodigy | 3,260KB | Audio |
| geniphursix@KaZaA | public enemy - Dont The Believe The Hype.mp3 | Public Enemy | 6,237KB | Audio |
| geniphursix@KaZaA | Public Enemy - Fight The Power.mp3 | Public Enemy | 4,428KB | Audio |
| geniphursix@KaZaA | Public Enemy - He Got Game.mp3 | Public Enemy | 2,812KB | Audio |
| geniphursix@KaZaA | Public Enemy - Rebel Without A Pause.mp3 | Public Enemy | 4,717KB | Audio |
| geniphursix@KaZaA | PublicEnemy - ShutemDown.mp3 | Public Enemy | 4,751KB | Audio |
| geniphursix@KaZaA | puddle of mud - She Hates Me.mp3 | Puddle of Mudd | 3,384KB | Audio |
| geniphursix@KaZaA | Pulp Fiction (theme).mp3 | Movie Themes | 2,036KB | Audio |
| geniphursix@KaZaA | Puta (1).mp3 | Latin Reggae | 2,902KB | Audio |
| geniphursix@KaZaA | Queen Latifah - Just Another Day.mp3 | Queen Latifa | 4,199KB | Audio |
| geniphursix@KaZaA | Quincy Jones - The Secret Garden (Sweet Seduction Suite)... | El Debarge | 6,231KB | Audio |
| geniphursix@KaZaA | R 'n B: Hip Hop mixes -- DjMixes Rap Remix 2001 (2).mp3 | New Artist | 4,938KB | Audio |
| geniphursix@KaZaA | RB-Mary J. Blige (feat.mp3 | Mary J. Blidge/Ghostface... | 4,051KB | Audio |
| geniphursix@KaZaA | R.Kelley Wish - Remix (To The Homies That We Lost).mp3 | R. Kelly | 3,727KB | Audio |
| geniphursix@KaZaA | Radio Head - Kid A - 08 - Idioteque.mp3 | Radiohead | 4,832KB | Audio |
| geniphursix@KaZaA | radiohead -- amnesiac - 04 -- you and whose army.mp3 | Radiohead | 4,441KB | Audio |
| geniphursix@KaZaA | Radiohead - Amnesiac - 06 - Knives Out.mp3 | Radiohead | 4,014KB | Audio |
| geniphursix@KaZaA | Radiohead - Amnesiac B-Sides - Fog.mp3 | Radiohead | 5,695KB | Audio |
| geniphursix@KaZaA | Radiohead - Ballad of Bilbo Baggins (Lord of the Rings soun... | Radiohead | 2,217KB | Audio |
| geniphursix@KaZaA | Radiohead - Been Thinking About You (Acoustic).mp3 | Radiohead | 2,004KB | Audio |
| geniphursix@KaZaA | Radiohead - Blow Out (acoustic with Portishead).mp3 | Radiohead_Portishead | 3,172KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Download | Traffic | Shop | Tell A Friend | Search Field

New search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Radiohead - Blow Out (acoustic with Portishead).mp3 | Radiohead_Portishead | 3,172KB | Audio |
| geniphursix@KaZaA | Radiohead - Creep.mp3 | Radiohead | 3,699KB | Audio |
| geniphursix@KaZaA | Radiohead - Dollars _Cents (2).mp3 | Radiohead | 4,892KB | Audio |
| geniphursix@KaZaA | Radiohead - Electioneering.mp3 | Radiohead | 3,604KB | Audio |
| geniphursix@KaZaA | Radiohead - High and Dry.mp3 | Radiohead | 4,041KB | Audio |
| geniphursix@KaZaA | Radiohead - How Can You Be Sure.mp3 | Thom Yorke | 1,097KB | Audio |
| geniphursix@KaZaA | Radiohead - How To Disappear Completely.mp3 | Radiohead | 8,366KB | Audio |
| geniphursix@KaZaA | Radiohead - I Might Be Wrong (live).mp3 | Radiohead | 7,270KB | Audio |
| geniphursix@KaZaA | Radiohead - Kid A - 01 - Everything In Its Right Place.mp3 | Radiohead | 6,144KB | Audio |
| geniphursix@KaZaA | Radiohead - Lucky (Thom Yorke Acoustic).mp3 | Radiohead | 3,684KB | Audio |
| geniphursix@KaZaA | Radiohead - Stop Whispering (Live Acoustic).mp3 | Radiohead | 4,573KB | Audio |
| geniphursix@KaZaA | radiohead - might.be.wrong.mp3 | Radiohead | 3,612KB | Audio |
| geniphursix@KaZaA | Radiohead - Nice Dream.mp3 | Radiohead | 5,991KB | Audio |
| geniphursix@KaZaA | Radiohead - Paranoid Android.mp3 | Radiohead | 3,465KB | Audio |
| geniphursix@KaZaA | Radiohead - True Love Waits.mp3 | Radiohead | 5,001KB | Audio |
| geniphursix@KaZaA | Radiohead - Wonderwall (acoustic).mp3 | Radiohead | 1,194KB | Audio |
| geniphursix@KaZaA | Radiohead-Airbag.mp3 | Radiohead | 4,443KB | Audio |
| geniphursix@KaZaA | ranking stone - Los Mas Buscados.mp3 | Reggaeton | 2,272KB | Audio |
| geniphursix@KaZaA | Rap - Underground - Halfbreed - Pistol.mp3 | Dead Prez | 4,838KB | Audio |
| geniphursix@KaZaA | Raulin Rodriguez - Medicina De Amor (bachata).mp3 | Raulin Rodriguez | 5,685KB | Audio |
| geniphursix@KaZaA | Raulin Rosendo - NO LE PEGUE A LA NEGRA.mp3 | raulin rosendo | 5,081KB | Audio |
| geniphursix@KaZaA | ravi shankar - chants of india (1).mp3 | Ravi Shankar | 3,373KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Chants Of India 08 Mahaa Mrityunjaya.mp3 | Ravi Shankar | 4,424KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Discovery of India.mp3 | Ravi Shankar | 2,251KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Raga Rageshwar.mp3 | Ravi Shankar | 7,318KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Shanti Mantra Reprise - Shanti Mantra Repr... | Ravi Shankar | 936KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Sitar - Raga Jhinjhoti (Alap, Jod, Jhala _Ga... | Ravi Shankar | 9,450KB | Audio |
| geniphursix@KaZaA | Razzle Dazzle (Richard Gere)-Chicago Soundtrack-Chicago ... | Chicago-Soundtrack | 5,299KB | Audio |
| geniphursix@KaZaA | Reagee-Bookshelf Riddim- Dewonte_Tanto Metro - Say W... | Devonte_Tanto Metro | 2,852KB | Audio |

Found 3195 files.   2,421,950 users online, sharing 546,666,805 files (28,824,576 (GB)  Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Reagae-Bookshelf Riddim- Devonte_Tanto Metro - Say W... | Devonte_Tanto Metro | 2,882KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - 06 - The Zepher Song.mp3 | Red Hot Chili Peppers | 3,649KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Around The World.mp3 | Red Hot Chili Peppers | 3,732KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Flea and John Fruciante Jam Sessi... | Red Hot Chili Peppers | 994KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Love Rollercoaster.mp3 | Red Hot Chili Peppers | 4,306KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Other Side.mp3 | Red Hot Chili Peppers | 4,007KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Soul Squeeze.mp3 | Chili Peppers | 4,580KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Under The Bridge.mp3 | Red Hot Chili Peppers | 3,613KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Californication.mp3 | Red Hot Chili Peppers | 5,048KB | Audio |
| geniphursix@KaZaA | RED HOT CHILI PEPPERS-cabron-by the way-Nice Music.m... | Red Hot Chili Peppers | 3,398KB | Audio |
| geniphursix@KaZaA | red hot chili peppers-don't forget me-by the way-New!.mp3 | Red Hot Chili Peppers | 2,396KB | Audio |
| geniphursix@KaZaA | RED HOT CHILI PEPPERS-midnight-by the way-Nice Music... | Red Hot Chili Peppers | 2,638KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - By The Way.mp3 | Red Hot Chili Peppers | 4,025KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Scar Tissue.mp3 | Red Hot Chili Peppers | 3,396KB | Audio |
| geniphursix@KaZaA | Redman - Muddy Waters - Soopaman: Luva 3.mp3 | Redman | 3,930KB | Audio |
| geniphursix@KaZaA | REGEA-Sean Paul, Beenie, Buju Banton - Playa's (remix).m... | Sean Paul | 2,076KB | Audio |
| geniphursix@KaZaA | reggae - Anthony B., Sizzla_Luciano - 3 Wise Men - Punch... | Luciano | 3,983KB | Audio |
| geniphursix@KaZaA | reggae - if i was a rich girl.mp3 | Reggae | 4,273KB | Audio |
| geniphursix@KaZaA | REGGAE - Sasha - dat sexy body.mp3 | Sasha | 2,651KB | Audio |
| geniphursix@KaZaA | Reggae - Sean Paul - Mercury Riddim.mp3 | Sean Paul | 3,292KB | Audio |
| geniphursix@KaZaA | Reggae - Sean Paul - She La La La La La Boom Boom Ch... | Sean Paul | 3,048KB | Audio |
| geniphursix@KaZaA | Reggae Gold 2000 - Bounty Killa - Look.mp3 | Sean Paul | 3,648KB | Audio |
| geniphursix@KaZaA | Reggae - Flex Time to Have Sex.mp3 | Reggae | 3,785KB | Audio |
| geniphursix@KaZaA | Reggae-Assasin - ruffest_tuffest (diwali riddim).mp3 | Assasin | 4,816KB | Audio |
| geniphursix@KaZaA | Reggaeton - Amor con la ropa (1).mp3 | Spanish Reggae | 2,026KB | Audio |
| geniphursix@KaZaA | Reggea en Espanol- Don Chezina - Playero Hits 3 ñ@.mp3 | Reggaeton | 1,479KB | Audio |
| geniphursix@KaZaA | Reggaeton - Triple Sexxx - 05 Rompe condones.mp3 | Spanish raggae | 1,973KB | Audio |
| geniphursix@KaZaA | Regina Bell - Baby Come To Me.mp3 | Regina Belle | 5,361KB | Audio |
| geniphursix@KaZaA | regina belle baby come to me.mp3 | Regina Belle | 3,968KB | Audio |

Found 3,195 files   12,421,950 users online, sharing 546,666,805 files (28,824,576 GB)   Not sharing any files