**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Download | | | | Search | | | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | regina belle baby come to me.mp3 | Regina Belle | 3,968KB | Audio |
| geniphursix@KaZaA | REM_Manu Chao - Mano Negra Mala Vida.mp3 | Manu Chao_REM | 2,674KB | Audio |
| geniphursix@KaZaA | Rent - Seasons of Love (1).mp3 | Cast of Rent and Stevie... | 4,147KB | Audio |
| geniphursix@KaZaA | REO Speedwagon - Can't Fight This Feeling.mp3 | REO Speedwagon | 4,644KB | Audio |
| geniphursix@KaZaA | Resevoir dogs - Put the lime in the coconut.mp3 | Reservoir Dogs Soundtra... | 3,598KB | Audio |
| geniphursix@KaZaA | Ricardo Arjona - El Problema.mp3 | Ricardo Arjona | 3,844KB | Audio |
| geniphursix@KaZaA | Ricardo Arjona - Libre.mp3 | Ricardo Arjona | 3,289KB | Audio |
| geniphursix@KaZaA | ricardo arjona - Te enamoraste de ti (acustico).mp3 | Ricardo Arjona | 2,918KB | Audio |
| geniphursix@KaZaA | Rick James_Tina Marie - Fire and Desire.mp3 | Rick James_Teena Marie | 6,846KB | Audio |
| geniphursix@KaZaA | RKelly_Hotel_clubRNB.mp3 | R.Kelly ft. Cassidy | 6,408KB | Audio |
| geniphursix@KaZaA | Roberta Flack_Peabo Bryson - Tonight I Celebrate My Lo... | Peabo Bryson_Roberta F... | 3,320KB | Audio |
| geniphursix@KaZaA | Rocksteady Crew - Hey you the rock steady crew.mp3 | [Rock Steady Crew] | 5,076KB | Audio |
| geniphursix@KaZaA | Roots - Hot Music.mp3 | The Roots | 3,877KB | Audio |
| geniphursix@KaZaA | Roots-PHRENOLOGY-Rolling With Heat (feat. Talib Kweli)... | Roots | 3,361KB | Audio |
| geniphursix@KaZaA | Rosemary Clooney - Mambo Italiano .mp3 | Rosemary Clooney | 1,800KB | Audio |
| geniphursix@KaZaA | Roxette - Joyride.mp3 | Joyride Riddim | 3,315KB | Audio |
| geniphursix@KaZaA | Roxie (Renee Zellweger)-Chicago Soundtrack-Chicago Sou... | Chicago Soundtrack | 3,741KB | Audio |
| geniphursix@KaZaA | Roy Ayers - Everybody Loves The Sunshine.mp3 | Roy Ayers | 3,788KB | Audio |
| geniphursix@KaZaA | Rubén Blades - Pedro Navaja (Original).mp3 | Rubén Blades | 6,814KB | Audio |
| geniphursix@KaZaA | Rusted Root - Ooga Chuga.mp3 | Hooked On A Feeling | 2,712KB | Audio |
| geniphursix@KaZaA | Sade - I'll Be There.mp3 | Sade | 4,286KB | Audio |
| geniphursix@KaZaA | Sade - The Sweetest Taboo.mp3 | Sade | 4,331KB | Audio |
| geniphursix@KaZaA | Salsa - El Gran Combo de Puerto Rico - Ojos chinos.mp3 | Salsa | 4,079KB | Audio |
| geniphursix@KaZaA | Salsa - No le pege a la negra.mp3 | Joe Arroyo - Grupo Niche | 5,965KB | Audio |
| geniphursix@KaZaA | salsa Eddy Santiago _DLG - Que Locura Enamorarme De Ti... | Eddie Santiago (Huey D... | 4,624KB | Audio |
| geniphursix@KaZaA | Sam Cooke - Change Is Go.mp3 | Cooke, Sam | 4,566KB | Audio |
| geniphursix@KaZaA | Sarah Maclachlan and The Chieftains - Foggy Dew.mp3 | Sarah McLachlan_The Ch... | 4,496KB | Audio |
| geniphursix@KaZaA | Sarah Mcglaughlin - Ada.mp3 | Sarah Mcglaughlin | 3,809KB | Audio |
| geniphursix@KaZaA | Sarah Mcglaughlin - Building a Mystery.mp3 | Sarah Mcglaughlin | 3,864KB | Audio |

Found 3,195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | Theater | My Kazaa | Tell A Friend
New search | Download | Search | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Sarah Mcglaughlin - Building a Mystery.mp3 | Sarah Mcglaughlin | 3,864KB | Audio |
| geniphursix@KaZaA | Sarah Mcglaughlin - I Will Remeber You.mp3 | Sarah Mclachlan | 3,965KB | Audio |
| geniphursix@KaZaA | Schooly D - Housing the Joint..mp3 | OLD SCHOOL RAP  schoo... | 3,927KB | Audio |
| geniphursix@KaZaA | Sean Paul - Baby Girl.mp3 | Jean Paul | 3,475KB | Audio |
| geniphursix@KaZaA | sean paul - call my name (1).mp3 | Sean Paul | 3,780KB | Audio |
| geniphursix@KaZaA | Sean Paul - Deport Dem.mp3 | reggae | 2,953KB | Audio |
| geniphursix@KaZaA | Sean Paul - Dutty Rock - 04 - Get Busy.mp3 | Sean Paul | 5,035KB | Audio |
| geniphursix@KaZaA | Sean Paul - I'm Still In Love With You.wmv | Sean Paul | 13,578KB | Video |
| geniphursix@KaZaA | Sean Paul - Infiltrate.mp3 | Reggae _ Beenie man sa... | 3,410KB | Audio |
| geniphursix@KaZaA | sean paul - Trilogy Riddim.mp3 | Trilogy Riddim | 5,083KB | Audio |
| geniphursix@KaZaA | Sean Paul - West Indies.mp3 | Sean Paul, Square One | 1,881KB | Audio |
| geniphursix@KaZaA | Sean Paul feat. Sasha - I'm still in love with you..avi | Sean_Paul | 6,401KB | Video |
| geniphursix@KaZaA | Sergio Mendes_Brazil 66 - Laia Ladaia.mp3 | Sergio Mendez_Brazil '66 | 2,978KB | Audio |
| geniphursix@KaZaA | Sergio Mendez_Brazil 66 - The Waters Of March.mp3 | Sergio Mendes | 3,578KB | Audio |
| geniphursix@KaZaA | Sexy Lady -Tanto Metro _Devonte.mp3 | Tanto Metro and Devonte | 4,719KB | Audio |
| geniphursix@KaZaA | Shaggy - Hey Sexy Lady_(1).mp3 | Shaggy | 4,791KB | Audio |
| geniphursix@KaZaA | Shannon - Let The Music Play (1).mp3 | Shannon | 3,384KB | Audio |
| geniphursix@KaZaA | Shaq feat Biggie -Cant stop the reign.mp3 | Notorious B.I.G | 4,423KB | Audio |
| geniphursix@KaZaA | Sheryl Crow - Soak Up Sun.mp3 | Sheryl Crow | 2,991KB | Audio |
| geniphursix@KaZaA | Shyne ft. Total _P. Diddy - Sittin At Home Remix.mp3 | Shyne ft. Total | 3,818KB | Audio |
| geniphursix@KaZaA | Silverchair 'Suicidal Dream.mp3 | Silverchair | 3,013KB | Audio |
| geniphursix@KaZaA | Simple Plan - Im Just A Kid.mp3 | Simple Plan | 3,098KB | Audio |
| geniphursix@KaZaA | simple.mp3 | Wu-tang Clan | 2,810KB | Audio |
| geniphursix@KaZaA | Simpsons - Bart and Michael Jackson - Happy Birthday Lisa... | Bart Simpson | 1,259KB | Audio |
| geniphursix@KaZaA | Sinead O'connor - Black Boys On Mopeds.mp3 | Sinead O'Connor | 3,650KB | Audio |
| geniphursix@KaZaA | Sinead O'Connor - The Foggy Dew (128k).mp3 | The Chieftains | 5,012KB | Audio |
| geniphursix@KaZaA | Siouxsie_the Banshees - Kiss Them For Me.mp3 | Siouxsie_The Banshees | 4,156KB | Audio |
| geniphursix@KaZaA | sise 08-Beyond Outside.mp3; | Si-Sé | 4,513KB | Audio |
| geniphursix@KaZaA | slick rick - la di da di.mp3 | Doug E Fresh_Slick Rick | 4,245KB | Audio |

2 Users

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Download | Traffic | Shop | Tell A Friend | Search | Search Field | New search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| geniphursix@KaZaA | slick rick - la di da di.mp3 | Doug E Fresh _ Slick Rick | 4,245KB | Audio |
| geniphursix@KaZaA | Slow Jams - Roberta Flack_Donny Hathaway - The Closer... | Roberta Flack | 4,413KB | Audio |
| geniphursix@KaZaA | Slow Jamz.mp3 | Twista ft. Kanye West | 3,216KB | Audio |
| geniphursix@KaZaA | Slow Songs - Brian Mcknight - I Want You Now.mp3 | Brian McKnight | 4,875KB | Audio |
| geniphursix@KaZaA | Smash Mouth - I Get Knocked Down.mp3 | Chumbawumba | 3,318KB | Audio |
| geniphursix@KaZaA | Smashing Pumpkins_Radiohead_Smashmouth_-_comfortab... | Radiohead | 5,048KB | Audio |
| geniphursix@KaZaA | Smashmouth - Walking on the Sun (1).mp3 | Smash Mouth | 2,835KB | Audio |
| geniphursix@KaZaA | Smif-N-Wesson_Blackmoon_Enta Da Stage_.mp3 | Black Moon | 4,113KB | Audio |
| geniphursix@KaZaA | Snatch Soundtrack - Oasis - Fuckin In The Bushes.mp3 | Oasis | 3,125KB | Audio |
| geniphursix@KaZaA | Snoop - Beautiful [Ft.Pharell].mp3 | Snoop Dogg | 2,332KB | Audio |
| geniphursix@KaZaA | So Nice - Stan Getz , Astrud Gilberto_.mp3 | Astrud_Joao_Gilberto | 2,558KB | Audio |
| geniphursix@KaZaA | Soft Rock - U2 - With or Without You.mp3 | U2 | 4,626KB | Audio |
| geniphursix@KaZaA | Soul II Soul - Back To Life (How Ever Do You Want Me).mp3 | Soul II Soul | 3,628KB | Audio |
| geniphursix@KaZaA | Spanish reggae-tomy y yandel - LA MISION 3 baby rasta y... | tomy y yandel | 3,056KB | Audio |
| geniphursix@KaZaA | Spanish Reggae Don Chezina Tra,Tra,Tra!.mp3 | Don Chezina | 2,436KB | Audio |
| geniphursix@KaZaA | SPANISH REGGAE MIX - La Cripta Megamix 2002 ELCHOM... | Reggaeton | 7,944KB | Audio |
| geniphursix@KaZaA | Spanish Reggae-Chezina-La PurtoRiquena.mp3 | Spanish Regga-DonChezi... | 1,692KB | Audio |
| geniphursix@KaZaA | Sparklehorse and Radiohead - Wish You Were Here.mp3 | Radiohead _Sparklehorse | 6,511KB | Audio |
| geniphursix@KaZaA | Special Ed - The Mission.mp3 | Special Ed | 3,714KB | Audio |
| geniphursix@KaZaA | Spoony G_The Treacherous 3 -Love Rap.mp3 | Spoonie Gee_The Treac... | 5,756KB | Audio |
| geniphursix@KaZaA | Stan Getz_Joao Gilberto - Corcovado (Quiet Nights of Qu... | Stan Getz | 10,114KB | Audio |
| geniphursix@KaZaA | Stan Getz - Astrud Gilberto - The Girl From Impanema.mp3 | Stan Getz and Astrud Gilb... | 3,706KB | Audio |
| geniphursix@KaZaA | Stan Getz and Joao Gilberto - So Danco Samba.mp3 | Stan Getz and Joao Gilber... | 3,515KB | Audio |
| geniphursix@KaZaA | State.P - Freestyle (Petey Crack, Sparks, Young Gunz).MP3 | State:Property | 1,253KB | Audio |
| geniphursix@KaZaA | State.Property - 03 - It's Not Right (1) (1).mp3 | Freeway Young Chris Spa... | 5,496KB | Audio |
| geniphursix@KaZaA | Statler Brothers - Flowers On The Wall.mp3 | Pulp Fiction Soundtrack | 2,273KB | Audio |
| geniphursix@KaZaA | Stevie B - In My Eyes.mp3 | Stevie B | 4,939KB | Audio |
| geniphursix@KaZaA | Stevie B - One More Try (1).mp3 | Stevie B | 3,273KB | Audio |
| geniphursix@KaZaA | Stevie B - Party Your Body.mp3 | Stevie B | 4,216KB | Audio |

Found 3195 files | 2,421,350 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Tell A Friend
New search | Download | Search | Traffic | Shop
Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Stevie B - Party Your Body.mp3 | Stevie B | 4,216KB | Audio |
| geniphursix@KaZaA | Stevie B - Spring Love.mp3 | Stevie B | 4,807KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Happy Birthday.mp3 | Stevie Wonder | 5,595KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Isn't She Lovely.mp3 | Stevie Wonder | 3,138KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Knocks Me Off My Feet.mp3 | Stevie Wonder | 2,540KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - My Cherie Amour.mp3 | Stevie Wonder | 2,684KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Over Joy.mp3 | Stevie Wonder | 3,458KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - These Three Words.mp3 | Stevie Wonder | 4,594KB | Audio |
| geniphursix@KaZaA | Sting - Russians.mp3 | Sting | 3,703KB | Audio |
| geniphursix@KaZaA | Street Jams-Afrika Bambaataa_-_Looking For The Perfect... | Soul Sonic Force | 4,344KB | Audio |
| geniphursix@KaZaA | Styles P Feat. Pahroahe Monch - My Life.mp3 | Pharoahe Monch | 3,923KB | Audio |
| geniphursix@KaZaA | Styles P ft. Pharoah Monch - My Life.mp3 | Styles P ft. Pharoah Mon... | 3,336KB | Audio |
| geniphursix@KaZaA | Stylistics - Betcha By Golly Wow.mp3 | The Stylistics | 3,538KB | Audio |
| geniphursix@KaZaA | Sublime - Under My Voodoo - Sublime - 13.mp3 | Sublime | 3,217KB | Audio |
| geniphursix@KaZaA | Sugar Sugar.mp3 | Baby Beesh_Frankie J | 3,444KB | Audio |
| geniphursix@KaZaA | Sunz of Man -+Killarmy - Soldiers Of Darkness.mp3 | Killarmy | 5,653KB | Audio |
| geniphursix@KaZaA | Suzanne Vega - Luka.mp3 | Suzanne Vega | 3,624KB | Audio |
| geniphursix@KaZaA | Sww feat Missy Elliot_Timbaland - Can We Get Kinky Toni... | SWV | 4,598KB | Audio |
| geniphursix@KaZaA | Syleena Johnson - Tonight I'm Gonna Let Go.mp3 | Busta Ryhmes Feat Selen... | 3,770KB | Audio |
| geniphursix@KaZaA | Sylvio Rodriguez y Pablo Milanes - De que callada manera... | Pablo Milanes | 3,418KB | Audio |
| geniphursix@KaZaA | Só Pra Contrariar - Depois do prazer.mp3 | Só Pra Contrariar | 4,163KB | Audio |
| geniphursix@KaZaA | T.A.T.U - All things she said (extension 119 club vocal mix)... | T.A.T.U | 7,738KB | Audio |
| geniphursix@KaZaA | T.O.K. - HURRICANE RIDDIM.mp3 | T.O.K | 2,440KB | Audio |
| geniphursix@KaZaA | T.O.K. - Money to burn.mp3 | T.O.K. | 3,336KB | Audio |
| geniphursix@KaZaA | Talib Kweli feat. Jay-Z, Busta Rhymes - Get By (Remix).mp3 | Talib Kweli | 3,833KB | Audio |
| geniphursix@KaZaA | tanto_metro_devonte_-_love_me_forever-vod (1).mp3 | tanto metro devonte | 5,130KB | Audio |
| geniphursix@KaZaA | tanya stephens - Can't Wuk Me No More (Diwali Riddim).m... | tanya stephens | 3,328KB | Audio |
| geniphursix@KaZaA | Tatu - All The Things She Said (1) (2) (1).mp3 | Tatu | 5,037KB | Audio |
| geniphursix@KaZaA | Tatu - I Want Crazy.mp3 | Tatu | 2,893KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Shop | Traffic | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Tatu - I Went Crazy.mp3 | Tatu | 2,893KB | Audio |
| geniphursix@KaZaA | Techno - Xtassy Reggae - Pato Maricon.mp3 | Xtassy Reggae | 2,116KB | Audio |
| geniphursix@KaZaA | TECHNO World of Shoes - I Am Strong_Twilo Vol.mp3 | Junior Vasquez | 4,986KB | Audio |
| geniphursix@KaZaA | Teddy Pendergrass - Come on over to my place.mp3 | Teddy Pendergrass | 5,479KB | Audio |
| geniphursix@KaZaA | Tego Calderon - El Abaliarde - Track 02 - Aballarde.mp3 | Tego Calderon | 1,585KB | Audio |
| geniphursix@KaZaA | Tego Calderon - El Abaliarde - Track 03 - Al Natural.mp3 | Tego Calderon | 1,670KB | Audio |
| geniphursix@KaZaA | Tego Calderon - El Acabute.mp3 | Tego Calderon | 2,373KB | Audio |
| geniphursix@KaZaA | TEGO CALDERON - GUASA GUASA.mp3 | TEGO CALDERON | 3,756KB | Audio |
| geniphursix@KaZaA | TEGO CALDERON - LLEVA Y TRAI.mp3 | TEGO CALDERON | 1,764KB | Audio |
| geniphursix@KaZaA | Temptations - I Wish It Would Rain.mp3 | Temptations | 2,646KB | Audio |
| geniphursix@KaZaA | Tevin Campbell - Break It Down.mp3 | Tevin Campbell | 4,034KB | Audio |
| geniphursix@KaZaA | Tevin Campbell - Can We Talk.mp3 | Tevin Campbell | 4,466KB | Audio |
| geniphursix@KaZaA | Tevin Campell-Can We Talk.mp3 | Tevin Campbell | 4,207KB | Audio |
| geniphursix@KaZaA | That's_The_Way_Of_The_World_Alive_In_75.mp3 | Earth Wind And Fire | 10,720KB | Audio |
| geniphursix@KaZaA | Thats What I'm Looking For.mp3 | Da Brat | 3,478KB | Audio |
| geniphursix@KaZaA | The Beatles - In My Life.mp3 | The Beatles | 2,310KB | Audio |
| geniphursix@KaZaA | the cure - 100 Years.mp3 | The CURE | 6,239KB | Audio |
| geniphursix@KaZaA | The Cure - Friday I'm In Love.mp3 | The Cure | 3,407KB | Audio |
| geniphursix@KaZaA | the cure - Ill stop the world.mp3 | The Cure | 3,563KB | Audio |
| geniphursix@KaZaA | The Cure - Just Like Heaven.mp3 | Cure, The | 3,330KB | Audio |
| geniphursix@KaZaA | The Cure - Maybe Someday.mp3 | The Cure | 7,132KB | Audio |
| geniphursix@KaZaA | the cure - why can't i be you.mp3 | The Cure | 2,276KB | Audio |
| geniphursix@KaZaA | The Darkness - I Believe In A Thing Called Love.mpg | The Darkness | 38,048KB | Video |
| geniphursix@KaZaA | The Firm f. Nas, Nature, AZ - Executive Decision.mp3 | Nas Escobar, Foxy Brown... | 3,488KB | Audio |
| geniphursix@KaZaA | the last poets - Black Thighs.mp3 | The Last Poets | 1,072KB | Audio |
| geniphursix@KaZaA | The new, Beenie Man, Sean Paul, Buju Banton, Devonte... | Reggae | 13,335KB | Audio |
| geniphursix@KaZaA | The Pogues_Sinead O'Connor - Haunted.mp3 | The Pogues and Sinead O... | 3,904KB | Audio |
| geniphursix@KaZaA | The Roots - Break U OFF (F. Musiq).mp3 | The Roots | 5,108KB | Audio |
| geniphursix@KaZaA | The Roots - Complexity (feat. Jill Scott).mp3 | The Roots | 6,742KB | Audio |

Found 3195 files. | 2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | Theater | New search | My Kazaa | Download | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | The Roots - Complexity (feat. Jill Scott).mp3 | The Roots | 6,742KB | Audio |
| geniphursix@KaZaA | The Roots - Phrenology - Pussy Galore.mp3 | black thought, | 4,418KB | Audio |
| geniphursix@KaZaA | The Roots - What They Do.mp3 | The Roots | 5,631KB | Audio |
| geniphursix@KaZaA | The saddest day of my life.mp3 | Sanchez | 3,481KB | Audio |
| geniphursix@KaZaA | The Smiths - Ask.mp3 | The Smiths | 2,997KB | Audio |
| geniphursix@KaZaA | The Smiths - Hand In Glove.mp3 | The Smiths | 3,205KB | Audio |
| geniphursix@KaZaA | The Smiths - I'm so sorry.mp3 | The Smiths | 3,681KB | Audio |
| geniphursix@KaZaA | The Strokes - 06 - Alone Together.mp3 | The Strokes | 2,959KB | Audio |
| geniphursix@KaZaA | The Strokes - A Minor 4-4 (Live, Arlene Grocery 4-29-00),,,, | Strokes, The | 2,913KB | Audio |
| geniphursix@KaZaA | the strokes - Is This It -03- Soma.mp3 | The Strokes | 2,426KB | Audio |
| geniphursix@KaZaA | the strokes - Someday (1).mp3 | The Strokes | 2,892KB | Audio |
| geniphursix@KaZaA | The Strokes - Take It Or Leave It ({).mp3 | The Strokes | 4,584KB | Audio |
| geniphursix@KaZaA | the strokes - take it or leave it.mp3 | Strokes, The | 3,779KB | Audio |
| geniphursix@KaZaA | the strokes - trying your luck.mp3 | The Strokes | 3,201KB | Audio |
| geniphursix@KaZaA | the way you move (1).mp3 | Outkast | 5,416KB | Audio |
| geniphursix@KaZaA | The Whistle Song -by- Frankie Knuckles ({).mp3 | Jonathan Peters | 6,026KB | Audio |
| geniphursix@KaZaA | thedutch.mp3 | Missy Elliott | 5,223KB | Audio |
| geniphursix@KaZaA | TKA - Diamond Girl.mp3 | TKA | 4,209KB | Audio |
| geniphursix@KaZaA | TLC - Baby Baby Baby.mp3 | TLC | 4,636KB | Audio |
| geniphursix@KaZaA | TLC - Red Light Special.mp3 | TLC | 3,565KB | Audio |
| geniphursix@KaZaA | TLC-Dont Go Chasing Waterfalls.mp3 | TLC | 3,976KB | Audio |
| geniphursix@KaZaA | tok - Pengeleng (Hard Drive Riddim).mp3 | T.O.K. | 3,549KB | Audio |
| geniphursix@KaZaA | Tom Jobim - Corcovado (Astrud Gilberto, Joao Gilberto, To... | Antonio Carlos Jobim | 4,050KB | Audio |
| geniphursix@KaZaA | Toni Braxton feat. Loon_Pharrell - Hit The Freeway (Pro... | toni | 3,555KB | Audio |
| geniphursix@KaZaA | Tony Bennett_k.d. lang_A Wonderful World--You Can't L... | Tony Bennett_k.d. lang | 3,552KB | Audio |
| geniphursix@KaZaA | Tori Amos - (live) - Summertime (Janis Joplin cover).mp3 | beyonce knowles | 2,348KB | Audio |
| geniphursix@KaZaA | Total_Foxy Brown, Lil' Kim, Da Brat - No One Else (1).mp3 | total | 4,335KB | Audio |
| geniphursix@KaZaA | Total - Trippin.mp3 | TOTAL Feat. MISSY ELIOT | 3,987KB | Audio |
| geniphursix@KaZaA | Total - What About Us.mp3 | Total Feat. Missy Elliot | 4,105KB | Audio |

Kazaa - [Search]

File View Player Tools Actions Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Total - What About Us.mp3 | Total Feat. Missy Elliot | 4,105KB | Audio |
| geniphursix@KaZaA | Total feat. Biggie - Can't You See.mp3 | Total f. Notorious BIG | 4,574KB | Audio |
| geniphursix@KaZaA | Totally 80's- Totally Eclipse Of The Heart (1).mp3 | 80's | 3,887KB | Audio |
| geniphursix@KaZaA | Touchtone Terrorists - Malcom X Stamp.mp3 | Touch Tone Terrorists | 3,347KB | Audio |
| geniphursix@KaZaA | Tracy Chapman - If you wait for me.mp3 | Tracy Chapman | 5,116KB | Audio |
| geniphursix@KaZaA | Tracy Chapman - Let it Rain - You're the One NEW NEW N... | Tracy Chapman | 2,908KB | Audio |
| geniphursix@KaZaA | Tracy Chapman- The Promise.mp3 | Tracy Chapman | 5,132KB | Audio |
| geniphursix@KaZaA | Tragedy, Black Thought, Pharaohe Monch, Chuck D - Muml... | Tragedy Khadafi Feat. Bl... | 3,438KB | Audio |
| geniphursix@KaZaA | Travelling Wilbury's - Don't Treat Me Like A Stranger.mp3 | Travelling Wilburys | 2,955KB | Audio |
| geniphursix@KaZaA | TRAVELING WILBURYS - End of the Line (George Harrison... | travelling wilburys | 3,232KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Handle With Care.mp3 | Travelling Wilbury | 3,113KB | Audio |
| geniphursix@KaZaA | Travelling Wilbury's - Last Night.mp3 | Travelling Wilburys | 3,616KB | Audio |
| geniphursix@KaZaA | Travelling Wilbury's - Alright.mp3 | Travelling Wilburys | 3,218KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Walk Away.mp3 | Travelling Wilburys | 5,089KB | Audio |
| geniphursix@KaZaA | Travis Tritt - It's a great day to be alive.mp3 | Travis Tritt | 3,776KB | Audio |
| geniphursix@KaZaA | TRIP HOP-Cibo Mato - Spoon.mp3 | Cibbo Matto | 3,860KB | Audio |
| geniphursix@KaZaA | Tupac - Just Like Daddy.mp3 | 2 Pac | 4,832KB | Audio |
| geniphursix@KaZaA | Tupac - My Ambitions as a Rider.mp3 | Tupac | 3,288KB | Audio |
| geniphursix@KaZaA | Twista- Dont hate me.mp3 | 112 | 2,028KB | Audio |
| geniphursix@KaZaA | Tyrone Davis - Thats The Way I Feel About You.mp3 | Donnie Hathaway | 3,410KB | Audio |
| geniphursix@KaZaA | télépopmusik - genetic world - 01 - breathe.mp3 | Télépopmusik | 4,412KB | Audio |
| geniphursix@KaZaA | U Got it bad.MP3 | Usher | 2,906KB | Audio |
| geniphursix@KaZaA | U2 - Beautiful Day.mp3 | U2 | 3,833KB | Audio |
| geniphursix@KaZaA | U2 - I Will Follow.mp3 | U2 | 3,410KB | Audio |
| geniphursix@KaZaA | U2 - Mysterious Ways.mp3 | U2 | 3,807KB | Audio |
| geniphursix@KaZaA | u2 - night and day.mp3 | U2 | 4,913KB | Audio |
| geniphursix@KaZaA | U2 - Sunday Bloody Sunday.mp3 | U2 | 4,408KB | Audio |
| geniphursix@KaZaA | Underworld - Born Slippy.mp3 | Underworld | 9,135KB | Audio |
| geniphursix@KaZaA | Urban Species _MC Solaar - Listen.mp3 | mc solaar | 6,050KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  Player  Tools  Actions  View  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Urban Species_MC Solaar - Listen.mp3 | mc solaar | 6,050KB | Audio |
| geniphursix@KaZaA | utfo - fly girl.mp3 | UTFO | 5,237KB | Audio |
| geniphursix@KaZaA | Van Morrison_The Chieftains - Irish Heartbeat - 08 - Celtic... | Chieftans and Van Morris... | 4,826KB | Audio |
| geniphursix@KaZaA | Van Morrison - Into The Mystic (1).mp3 | Van Morrison | 3,288KB | Audio |
| geniphursix@KaZaA | Various Artists Reggae Gold 2000 16 War Forever - Baby ... | Baby Cham feat. Bounty K... | 3,252KB | Audio |
| geniphursix@KaZaA | VARIOUS_WE'RE_A_HAPPY_FAMILY_A_TRIBUTE_TO_THE... | Red Hot Chili Peppers | 2,535KB | Audio |
| geniphursix@KaZaA | vaughn mason_crew - bounce rock skate roll.mp3 | Vaughn Mason _ Crew | 7,073KB | Audio |
| geniphursix@KaZaA | Velvet Underground - Crimson and Clover.mp3 | The Strokes | 4,440KB | Audio |
| geniphursix@KaZaA | Velvet Underground - Sweet GI Jane (full length version)... | The Velvet Underground | 3,904KB | Audio |
| geniphursix@KaZaA | Veronica_f_Big Pun_Cuban Link - Someone To Hold.mp3 | Veronica_Big Pun_Cuba... | 2,129KB | Audio |
| geniphursix@KaZaA | VIDEO - Kanye West - Through The Wire.mpeg | Kanye West | 41,960KB | Video |
| geniphursix@KaZaA | VINCY 2002 - Kevin Lyttle - Call me.mp3 | Kevin Little | 3,833KB | Audio |
| geniphursix@KaZaA | Vivian Green - Be Good To You(1).mp3 | Vivian Green | 4,052KB | Audio |
| geniphursix@KaZaA | vivian_green-06-emotional_rollercoaster-wcr.mp3 | Vivian Green | 4,605KB | Audio |
| geniphursix@KaZaA | w radiohead.mp3 | Portishead | 3,176KB | Audio |
| geniphursix@KaZaA | Wanted Riddim - TOK - Gal You A Lead.mp3 | T.O.K. | 5,110KB | Audio |
| geniphursix@KaZaA | Wayne Wonder - Anything Goes feat. CNN_Mr Lex.mp3 | Wayne Wonder feat. CNN... | 3,814KB | Audio |
| geniphursix@KaZaA | wayne_wonder - No Letting Go (Diwali Riddim) (1) (1).mp3 | Wayne Wonder | 2,247KB | Audio |
| geniphursix@KaZaA | We Both Reached For The Gun (Richard Gere)-Chicago So... | Chicago Soundtrack | 4,376KB | Audio |
| geniphursix@KaZaA | Weezer - The Sweater Song.mp3 | Weezer | 4,775KB | Audio |
| geniphursix@KaZaA | When You're Good To Mama (Queen Latifah)-Chicago Sou... | Chicago Soundtrack | 3,586KB | Audio |
| geniphursix@KaZaA | White Strips - I Can Learn.mp3 | White Stripes | 2,548KB | Audio |
| geniphursix@KaZaA | Whodini - Five Minutes Of Funk.mp3 | Whodini | 4,716KB | Audio |
| geniphursix@KaZaA | whodini - Jam On It.mp3 | Whodini | 4,506KB | Audio |
| geniphursix@KaZaA | Whodini - What People Do For Money.mp3 | Whodini | 3,794KB | Audio |
| geniphursix@KaZaA | Will Smith - Parents Just Don't Understand.mp3 | Will Smith | 4,930KB | Audio |
| geniphursix@KaZaA | Willie Colon_Hector Lavoe - Juana Pena.mp3 | Hector Lavoe | 2,414KB | Audio |
| geniphursix@KaZaA | Willie Rosario_Gilberto Santa Rosa-Y Tony Vega-(CORSO)-... | Gilberto Santa Rosa_Ton... | 3,595KB | Audio |
| geniphursix@KaZaA | Wisin y Yandel - Dembow (1).mp3 | Spanish Reggae-Winsin y... | 2,802KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Shop | Tell A Friend

New search | Download | | | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Wisin y Yandel - Dembou (1).mp3 | Spanish Reggae-WinsinY... | 2,802KB | Audio |
| geniphursix@KaZaA | wop09.mp3 | 09-kool_g_rap-my_life-w... | 2,487KB | Audio |
| geniphursix@KaZaA | World_Famous_Beat_Junkies_Volume_Three_Featuring_D... | World Famous Beat Junki... | 2,814KB | Audio |
| geniphursix@KaZaA | wu tang simple.mp3 | Wu-Tang Clan | 6,454KB | Audio |
| geniphursix@KaZaA | xmasrap06:coldcrush.mp3 | Cold Crush Brothers | 4,261KB | Audio |
| geniphursix@KaZaA | you don't know my name-the diary of alicia keys_alicia keys... | alicia keys | 6,599KB | Audio |
| geniphursix@KaZaA | you dont know my name.mp3 | Alicia Keys | 8,657KB | Audio |
| geniphursix@KaZaA | 2 Latin Salsa - Hector Lavo.mp3 | Hector Lavoe | 4,892KB | Audio |
| geniphursix@KaZaA | Zhane - Sending My Love (2).mp3 | Zhane | 3,454KB | Audio |
| geniphursix@KaZaA | zhane - sending my love.mp3 | Zhane | 2,593KB | Audio |
| geniphursix@KaZaA | ZTMidMusic - Radiohead - 20Unreleased Live Only - 2001R... | Radiohead | 3,801KB | Audio |
| geniphursix@KaZaA | zwan - 08 - whatever, whenever.mp3 | Zwan | 3,508KB | Audio |
| geniphursix@KaZaA | Zwan -11 - Yeah.mp3 | Zwan | 4,361KB | Audio |
| geniphursix@KaZaA | Zwan - 20 - For Your Love.mp3 | Zwan | 5,702KB | Audio |
| geniphursix@KaZaA | Zwan - Don't Let Me Down.mp3 | Zwan | 4,010KB | Audio |
| geniphursix@KaZaA | Zwan - Glorious.mp3 | Zwan | 6,704KB | Audio |
| geniphursix@KaZaA | Zwan - Honestly.mp3 | Zwan | 5,114KB | Audio |
| geniphursix@KaZaA | Zwan - Spilled Milk.mp3 | Zwan | 16,192KB | Audio |
| geniphursix@KaZaA | Zwan - Wasting Time.mp3 | Zwan | 3,558KB | Audio |
| geniphursix@KaZaA | zwan--declarations_of_faith-bpm.mp3 | Zwan | 6,043KB | Audio |
| geniphursix@KaZaA | zwan-ride_a_black_swan-bpm.mp3 | Zwan | 6,887KB | Audio |
| geniphursix@KaZaA | zwan-lyric-bpm.mp3 | Zwan | 4,636KB | Audio |
| geniphursix@KaZaA | Zwan_ComeWithMe_14.mp3 | Zwan | 3,735KB | Audio |
| geniphursix@KaZaA | Zwan_Desire_12.mp3 | Zwan | 3,984KB | Audio |
| geniphursix@KaZaA | Zwan_EndlessSummer_09.mp3 | Zwan | 4,097KB | Audio |
| geniphursix@KaZaA | Zwan_Heartsong_08.mp3 | Zwan | 2,944KB | Audio |
| geniphursix@KaZaA | Zwan_OfABrokenHeart_06.mp3 | Zwan | 3,608KB | Audio |
| geniphursix@KaZaA | Zwan_SettleDown_02.mp3 | Zwan | 5,067KB | Audio |
| geniphursix@KaZaA | Zwan_Yeah_11.mp3 | Zwan | 2,908KB | Audio |

Found 33195 files. | 2,421,950 users online, sharing 546,666,805 files (28,824,576 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Traffic | Shop | Search Field | Tell A Friend | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | you don't know my name-the diary of alicia keys_alicia keys... | alicia keys | 6,599KB | Audio |
| geniphursix@KaZaA | you dont know my name.mp3 | Alicia Keys | 8,657KB | Audio |
| geniphursix@KaZaA | Z Latin Salsa - Hector Lavo.mp3 | Hector Lavoe | 4,892KB | Audio |
| geniphursix@KaZaA | Zhane - Sending My Love (2).mp3 | Zhane | 3,454KB | Audio |
| geniphursix@KaZaA | zhane - sending my love.mp3 | Zhane | 2,593KB | Audio |
| geniphursix@KaZaA | ZTMidMusic - Radiohead - 20Unreleased Live Only - 2001R... | Radiohead | 3,801KB | Audio |
| geniphursix@KaZaA | zwan - 08 - whatever, whenever.mp3 | Zwan | 3,508KB | Audio |
| geniphursix@KaZaA | Zwan - 11 - Yeah.mp3 | Zwan | 4,361KB | Audio |
| geniphursix@KaZaA | Zwan - 20 - For Your Love.mp3 | Zwan | 5,702KB | Audio |
| geniphursix@KaZaA | Zwan - Don't Let Me Down.mp3 | Zwan | 4,010KB | Audio |
| geniphursix@KaZaA | Zwan - Glorious..mp3 | Zwan | 6,704KB | Audio |
| geniphursix@KaZaA | Zwan - Honestly.mp3 | Zwan | 5,114KB | Audio |
| geniphursix@KaZaA | Zwan - Spilled Milk.mp3 | Zwan | 16,192KB | Audio |
| geniphursix@KaZaA | Zwan - Wasting Time.mp3 | Zwan | 3,558KB | Audio |
| geniphursix@KaZaA | zwan-declarations_of_Faith-bpm.mp3 | Zwan | 6,043KB | Audio |
| geniphursix@KaZaA | zwan-ride_a_black_swan-bpm.mp3 | Zwan | 6,887KB | Audio |
| geniphursix@KaZaA | zwan-lyric-bpm.mp3 | Zwan | 4,636KB | Audio |
| geniphursix@KaZaA | Zwan_ComeWithMe_14.mp3 | Zwan | 3,735KB | Audio |
| geniphursix@KaZaA | Zwan_Desire_12.mp3 | Zwan | 3,984KB | Audio |
| geniphursix@KaZaA | Zwan_EndlessSummer_09.mp3 | Zwan | 4,097KB | Audio |
| geniphursix@KaZaA | Zwan_Heartsong_08.mp3 | Zwan | 2,944KB | Audio |
| geniphursix@KaZaA | Zwan_OfABrokenHeart_06.mp3 | Zwan | 3,608KB | Audio |
| geniphursix@KaZaA | Zwan_SettleDown_02.mp3 | Zwan | 5,067KB | Audio |
| geniphursix@KaZaA | Zwan_Yeah_11.mp3 | Zwan | 2,908KB | Audio |
| geniphursix@KaZaA | [Ghostface, Method Man] Killah Buck 50.mp3 | Ghostface Killah | 5,669KB | Audio |
| geniphursix@KaZaA | [The Roots ft. Cody Chesnutt] - The Seed 2.0.avi | The Roots | 32,974KB | Video |
| geniphursix@KaZaA | The.Eagle-Wasted Time.mp3 | Eagles | 4,643KB | Audio |
| geniphursix@KaZaA | After The Thrill Is Gone.mp3 | The Eagles | 4,383KB | Audio |
| geniphursix@KaZaA | Eagles - Heartache Tonight.mp3 | Eagles | 4,133KB | Audio |

Found 3195 files | 2,421,950 users online, sharing 546,666,805 Files (28,824,576 GB) | Not sharing any files