| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Ja Rule f. Ashanti - Down 4 U.mp3 | Ja Rule f. Ashanti | 4,734KB | Audio |
| ginamorales@KaZaA | 01 Christmas Time Again.mp3 | Ashanti | 5,763KB | Audio |
| ginamorales@KaZaA | BENNI BENASSI - Satisfaction.mp3 | BENNI BENASSI | 3,803KB | Audio |
| ginamorales@KaZaA | Jasmine Trias - Radio Age 15.mp3 | Jasmine Trias | 2,180KB | Audio |
| ginamorales@KaZaA | The Way You Look Tonight.mp3 | Jasmine Trias | 1,560KB | Audio |
| ginamorales@KaZaA | ashanti-carry on-chapter ii.mp3 | ashanti | 4,422KB | Audio |
| ginamorales@KaZaA | ruben studdard - One Last Cry.mp3 | Ruben Studdard | 1,243KB | Audio |
| ginamorales@KaZaA | ashanti chapter ii-rock wit u (aww baby) (1).mp3 | ashanti | 5,928KB | Audio |
| ginamorales@KaZaA | REGGAE-Sasha and Sean Paul -Dat Sexy Body Deport The... | Sasha and Sean Paul | 1,742KB | Audio |
| ginamorales@KaZaA | SADE - Paradise.wav | Sade | 41,742KB | Audio |
| ginamorales@KaZaA | Crazy.mp3 | Kevin Lyttle/Sean Paul | 3,554KB | Audio |
| ginamorales@KaZaA | Jasmine Trias - Run To You.mp3 | Jasmine Trias | 1,195KB | Audio |
| ginamorales@KaZaA | Lumidee - Never leave you.mp3 | Lumidee | 3,226KB | Audio |
| ginamorales@KaZaA | blink 182 - 03 I miss you.wma | Blink 182 | 5,350KB | Audio |
| ginamorales@KaZaA | safire - Together.mp3 | Sa-Fire | 4,687KB | Audio |
| ginamorales@KaZaA | Joshua Gracin - I Don't Want to miss a thing.mp3 | Joshua Gracin - American... | 1,508KB | Audio |
| ginamorales@KaZaA | Soulful RB Christmas - Whispers.mp3 | Whispers | 2,712KB | Audio |
| ginamorales@KaZaA | Bon Jovi - It's My Life.mp3 | Bon Jovi | 3,512KB | Audio |
| ginamorales@KaZaA | Korn-did my-time-right now.mp3 | Korn | 6,405KB | Audio |
| ginamorales@KaZaA | Broken Wing.mp3 | Diana DeGarmo | 1,435KB | Audio |
| ginamorales@KaZaA | abba-dancing queen-gold.mp3 | abba | 4,530KB | Audio |
| ginamorales@KaZaA | CHEER-Rap- DJ Mixes - Hip Hop Party Mix.mp3 | Cheerleading Songs | 1,193KB | Audio |
| ginamorales@KaZaA | Sports - Lakers Intro.mp3 | cheerleading | 2,485KB | Audio |
| ginamorales@KaZaA | dance mixes - Reggae Dancehall Mix.mp3 | dance mixes | 10,315KB | Audio |
| ginamorales@KaZaA | Cheerleading Mixes - 4-3-2-1 Do It.mp3 | Various | 512KB | Audio |
| ginamorales@KaZaA | Bring It On Soundtrack - Cheerleading Song.mp3 | Bring It On Soundtrack | 1,588KB | Audio |
| ginamorales@KaZaA | techno -CHEER DANCE (CHEERLEADING MIXES).mp3 | Cheerleading | 666KB | Audio |
| ginamorales@KaZaA | cheerleading|cheerBooty Mix - Booty Drop.mp3 | dance songs | 1,992KB | Audio |
| ginamorales@KaZaA | Party Songs Electric Slide.mp3 | Cheerleading Music | 1,856KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | New search | My Kazaa | Download | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Party Songs Electric Slide.mp3 | Cheerleading Music | 1,856KB | Audio |
| ginamorales@KaZaA | Cheer - Fast Dance Mix.mp3 | A+ | 1,120KB | Audio |
| ginamorales@KaZaA | Sean Paul - Mercury Riddim (1).mp3 | Sean Paul | 3,328KB | Audio |
| ginamorales@KaZaA | Reggae - {Soca 2001} Precious - Oooh La La La !!.mp3 | Reggae | 3,342KB | Audio |
| ginamorales@KaZaA | Old Skool Reggae Buju Banton_Nadine Sutherland - Wick... | Buju Banton | 3,511KB | Audio |
| ginamorales@KaZaA | Korn Everything I've Known.mp3 | Korn | 2,461KB | Audio |
| ginamorales@KaZaA | 012 Korn - Yall Want A Single (1).mp3 | Korn | 3,867KB | Audio |
| ginamorales@KaZaA | Simple Plan - Perfect.mp3 | Simple Plan | 4,369KB | Audio |
| ginamorales@KaZaA | kmd260_en.exe | Sharman Networks Ltd | 6,893KB | Software |
| ginamorales@KaZaA | almost famous-only for your good-lumidee.mp3 | lumidee | 6,729KB | Audio |
| ginamorales@KaZaA | Linkin Park - Numb.mp3 | Linkin Park | 4,394KB | Audio |
| ginamorales@KaZaA | 7 Everything I've Known.mp3 | Korn | 4,886KB | Audio |
| ginamorales@KaZaA | Tears For Fears - Mad World.mp3 | Tears For Fears | 3,324KB | Audio |
| ginamorales@KaZaA | System of a Down - Sugar.mp3 | System Of A Down | 3,000KB | Audio |
| ginamorales@KaZaA | 02 - Prayer For The Dying - Seal.mp3 | Seal | 5,154KB | Audio |
| ginamorales@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | Audio |
| ginamorales@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | Audio |
| 2 Users | Sarah Mclaughlan - Wild Horses.mp3 | Sarah Mclaughlan | 4,282KB | Audio |
| ginamorales@KaZaA | JENNIFER LOPEZ - COULD THIS BE LOVE.mp3 | JENNIFER LOPEZ | 4,160KB | Audio |
| ginamorales@KaZaA | (09) Jay-Z - 99 Problems GOOD COPY.wma | Jay-Z | 2,313KB | Audio |
| ginamorales@KaZaA | JENNIFER LOPEZ - OPEN OFF MY LOVE.mp3 | JENNIFER LOPEZ | 4,302KB | Audio |
| ginamorales@KaZaA | Chicago - Color My World.mp3 | Chicago | 2,822KB | Audio |
| ginamorales@KaZaA | 11-fabolous-into_you_ft_ashanti-wcr (1).wma | fabolous | 3,239KB | Audio |
| 2 Users | JENNIFER LOPEZ - TOO LATE ({}).mp3 | JENNIFER LOPEZ | 4,181KB | Audio |
| ginamorales@KaZaA | Beavis_Butthead - SexEdWeek.mp3 | Beavis and Butthead | 590KB | Audio |
| ginamorales@KaZaA | Jennifer Lopes JLO - 10 - dance.mp3 | Jenifer Lopez | 3,662KB | Audio |
| ginamorales@KaZaA | Sean Paul Reggae Mix 2000.mp3 | Sean Paul | 1,778KB | Audio |
| ginamorales@KaZaA | SinBandera-YLlegasteTu.mp3 | Sin Bandera | 3,732KB | Audio |
| ginamorales@KaZaA | nina - reggae - bob marely - stir it up - cd.mp3 | Bob Marley_The Wailers | 2,664KB | Audio |

Found 1375 files. | 2,901,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | nina - reggae - bob marely - stir it up - cd.mp3 | Bob Marley _ The Wailers | 2,664KB | Audio |
| ginamorales@KaZaA | Sinbandera - Te vi venir.mp3 | Sin Bandera | 3,802KB | Audio |
| ginamorales@KaZaA | Regae Jamaicano.mp3 | Ivete Sangalo | 3,616KB | Audio |
| ginamorales@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | |
| ginamorales@KaZaA | michael mcdonald - hey girl (1).mp3 | Michael McDonald | 5,566KB | Audio |
| ginamorales@KaZaA | jammin.kpl | Bob Marley | 2KB | |
| ginamorales@KaZaA | Murphy.Lee - Hold Up f-nelly.mp3 | Murphy Lee | 4,084KB | Audio |
| ginamorales@KaZaA | Petey Pablo - Vibrate.mp3 | Petey Pablo | 3,664KB | Audio |
| ginamorales@KaZaA | Franchize Boyz-Whyte Tee.mp3 | DEM FRANCHIZE BOYS | 5,669KB | Audio |
| ginamorales@KaZaA | Audio - Folk.kpl | Unknown | 0KB | |
| ginamorales@KaZaA | Kimberly Locke - Home.mp3 | Kimberly Locke | 1,686KB | Audio |
| ginamorales@KaZaA | Bow Wow and Romeo freestyle.mp3 | LilBowwow-vs-LilRomeo | 1,440KB | Audio |
| ginamorales@KaZaA | Duran Duran - Girls On Film.mp3 | Duran Duran | 4,864KB | Audio |
| ginamorales@KaZaA | Duran Duran - Hungry Like A Wolf.mp3 | Duran Duran | 3,456KB | Audio |
| ginamorales@KaZaA | Audio - Funk.kpl | Unknown | 0KB | |
| ginamorales@KaZaA | Pride (In the Name of Love) [Live].mp3 | U2 | 4,184KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - Rent.mp3 | Pet Shop Boys | 3,333KB | Audio |
| ginamorales@KaZaA | fatman scoop-save the last dance.mp3 | Crooklyn Clan | 4,037KB | Audio |
| ginamorales@KaZaA | Audio - Hip-Hop.kpl | Unknown | 1KB | |
| ginamorales@KaZaA | IcantMakeU.mp3 | Kimberly Locke | 1,492KB | Audio |
| ginamorales@KaZaA | Outkast - Bombs Over Bagdad.mp3 | Outkast | 4,763KB | Audio |
| ginamorales@KaZaA | Sean Paul - Infiltrate.mp3 | Sean Paul | 3,402KB | Audio |
| ginamorales@KaZaA | 8th World Wonder.mp3 | Kimberly Locke | 3,699KB | Audio |
| ginamorales@KaZaA | Privilege Ibiza 2000 (Disco 1) - Release Yourself (club mix).... | Ibiza | 6,134KB | Audio |
| ginamorales@KaZaA | Destinys Child - Soldier (2).mp3 | Destinys Child | 3,797KB | Audio |
| ginamorales@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | |
| ginamorales@KaZaA | 04-kanye_west-jesus_walks-jz.mp3 | Kanye West | 4,887KB | Audio |
| ginamorales@KaZaA | B2K Soundtrack (MOP) - Ante-Up.wma | You Got Served | 3,662KB | Audio |
| ginamorales@KaZaA | J-Kwon%20-%20Tipsy.wma | J-kwon | 1,921KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 Files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | | New search | Download | Search | | | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | J-Kwon%20-%20Tipsy.wma | j'Kwon | 1,921KB | Audio |
| ginamorales@KaZaA | Too Short - I Need A Freak (1).mp3 | Too Short | 5,003KB | Audio |
| ginamorales@KaZaA | no problems.wma | Lil Scrappy | 2,728KB | Audio |
| ginamorales@KaZaA | Coco Band - Bala Bala.mp3 | Coco Band | 4,431KB | Audio |
| ginamorales@KaZaA | Rammstein – Du Hast.mp3 | Rammstein | 3,641KB | Audio |
| ginamorales@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | Audio |
| ginamorales@KaZaA | Mobb Deep-Got It Twisted.mp3 | Mobb Deep | 4,476KB | Audio |
| ginamorales@KaZaA | Ibiza Mix-2001 - lasgo.mp3 | c | 3,486KB | Audio |
| ginamorales@KaZaA | Lisa M Miami Band - El Bigote.mp3 | Lisa M | 3,285KB | Audio |
| ginamorales@KaZaA | Juvenile-Nolia Clap.mp3 | Juvenile | 2,641KB | Audio |
| ginamorales@KaZaA | latin salsa - total latino mix 3 - latino merengue mix.mp3 | latin salsa | 14,734KB | Audio |
| ginamorales@KaZaA | Southern Fried Intro.mp3 | Ludacris | 4,602KB | Audio |
| ginamorales@KaZaA | Elvis Crespo - Suave mente.mp3 | Elvis Crespo | 2,860KB | Audio |
| ginamorales@KaZaA | (02) Ludacris - Blow It Out.wma | Ludacris | 2,423KB | Audio |
| ginamorales@KaZaA | ying_yang_twins-13-naggin_part_ii_(the_answer)-rags.m... | T.I. | 7,311KB | Audio |
| ginamorales@KaZaA | rocio jurado - Amor callado.mp3 | Ana Gabriel | 4,480KB | Audio |
| ginamorales@KaZaA | Shawna Feat. Ludacris - Shake That Shit.mp3 | Shawnna | 3,457KB | Audio |
| ginamorales@KaZaA | G Unit- Let Me In.mp3 | Young Buck | 5,384KB | Audio |
| ginamorales@KaZaA | SPANISH-Latin Music-Salsa (1).mp3 | DANCE LATIN MUSIC | 2,361KB | Audio |
| ginamorales@KaZaA | Elvis Crespo - Pintame (merengue).mp3 | Elvis Crespo | 4,068KB | Audio |
| ginamorales@KaZaA | Audio - RB.kpl | Unknown | 0KB | Audio |
| ginamorales@KaZaA | Fulanito - rumba.mp3 | Fulanito | 4,624KB | Audio |
| ginamorales@KaZaA | Xzibit - Alcoholic (1).mp3 | Xzibit | 3,332KB | Audio |
| ginamorales@KaZaA | 213-drop it like its hot.mp3 | Snoop Dogg | 6,343KB | Audio |
| ginamorales@KaZaA | 01-8_ball_and_mjg_-_you_dont_want_drama_(main)-kbz... | 8 Ball MJG | 6,945KB | Audio |
| ginamorales@KaZaA | T.I-rubberbandman.wma | T.I. | 2,754KB | Audio |
| ginamorales@KaZaA | Blondie - I Touch Myself (1).mp3 | Blondie | 3,264KB | Audio |
| ginamorales@KaZaA | Lil Kim ft Sean Paul - Magicstick.WMA | Lil Kim ft Sean Paul | 908KB | Audio |
| ginamorales@KaZaA | TI-Rubberbandman.wma | T.I. | 5,477KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | TI- Rubberbandman.wma | T.I | 5,477KB | Audio |
| ginamorales@KaZaA | Jennifer Peña y Los Jetz - A Pesar De Todo.mp3 | Ana Gabriel | 3,104KB | Audio |
| ginamorales@KaZaA | Mellow Man Ace - Welcome to my groove.mp3 | Mellow Man Ace | 5,321KB | Audio |
| ginamorales@KaZaA | Xzibit - Right on.mp3 | Xzibit | 4,968KB | Audio |
| ginamorales@KaZaA | Soca Salsa - Mighty Dow.mp3 | Merengue Fulanito | 4,128KB | Audio |
| ginamorales@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | |
| ginamorales@KaZaA | Juvenile - In My Life.mp3 | Juvenile | 5,908KB | Audio |
| ginamorales@KaZaA | Snoop Dogg ft Pharell - Drop It like Its Hot.mp3 | Snoop Dogg feat. Pharel | 6,324KB | Audio |
| ginamorales@KaZaA | Sabotagem - Return Of Ibiza.mp3 | Sabotagem | 3,572KB | Audio |
| ginamorales@KaZaA | 01-Slow.mp3 | Kylie Minogue | 4,522KB | Audio |
| ginamorales@KaZaA | GMS IBIZA.mp3 | Trance | 7,374KB | Audio |
| ginamorales@KaZaA | Ibiza Club Music.mp3 | Pacha Ibiza 2003 | 3,405KB | Audio |
| ginamorales@KaZaA | Kylie Minogue - Please Stay (Radio Edit)^8_8.mp3 | Kylie Minogue | 3,774KB | Audio |
| ginamorales@KaZaA | Blink182action).MP3 | Blink 182 | 2,716KB | Audio |
| ginamorales@KaZaA | Sade - Pearls.mp3 | Sade | 4,304KB | Audio |
| ginamorales@KaZaA | Kool_The Gang - Cherish.mp3 | Kool_The Gang | 4,011KB | Audio |
| ginamorales@KaZaA | Herb Alpert - Rise.mp3 | Herb Albert | 7,144KB | Audio |
| ginamorales@KaZaA | Luther Vandros - Any Love.mp3 | Luther Vandross | 4,128KB | Audio |
| ginamorales@KaZaA | Sade -I'll Be There.mp3 | Sade | 4,286KB | Audio |
| ginamorales@KaZaA | Prince - The Most Beautiful Girl In The World.mp3 | Prince | 3,834KB | Audio |
| ginamorales@KaZaA | Luther Vandros - If This World Were Mine.mp3 | Luther Vandross and Che... | 6,357KB | Audio |
| ginamorales@KaZaA | Next - Wifey.mp3 | Next | 5,811KB | Audio |
| ginamorales@KaZaA | desktop.ini | Unknown | 0KB | |
| ginamorales@KaZaA | Mambo Italiano - Ibiza 2000 - Club Mix.mp3 | Club Mix Ibiza 2000 | 5,138KB | Audio |
| ginamorales@KaZaA | Fulanito - Merengue Ripiao.mp3 | Fulanito | 2,949KB | Audio |
| ginamorales@KaZaA | Jennifer Lopez - Walking On Sunshine.mp3 | Jennifer Lopez | 3,542KB | Audio |
| ginamorales@KaZaA | something (ibiza mix).mp3 | Lasgo | 3,486KB | Audio |
| ginamorales@KaZaA | Santana - Shaman - Game Of Love (Featuring Michelle Bran... | Santana with Michelle Bra... | 3,808KB | Audio |
| ginamorales@KaZaA | Misfits - American Psyco.mp3 | Misfits | 1,958KB | Audio |

Found 1,375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | [Download] | [Search] | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Misfits - American Psyco.mp3 | Misfits | 1,958KB | Audio |
| ginamorales@KaZaA | Highway to hell.mp3 | AC-DC | 3,254KB | Audio |
| ginamorales@KaZaA | 90'S DANCE -- WIGGLE IT.mp3 | 90'S DANCE | 2,360KB | Audio |
| 2 Users | King--Love-And-Pride (1).mp3 | King | 3,142KB | Audio |
| ginamorales@KaZaA | Trance beats (Ibiza anthema mix).mp3 | Manieczki | 68,758KB | Audio |
| | dance.kpl | Club Mix Ibiza 2000 | 1KB | |
| ginamorales@KaZaA | Blondie - Dreaming.mp3 | Blondie | 2,942KB | Audio |
| ginamorales@KaZaA | Funk - Cameo - Shake Your Pants.mp3 | Cameo | 3,648KB | Audio |
| ginamorales@KaZaA | EMINEM-01-8-mile-soundtrack.mp3 | Eminem | 4,839KB | Audio |
| ginamorales@KaZaA | kazaa300_en.exe | Sharman Networks Ltd | 10,387KB | Software |
| ginamorales@KaZaA | rockBlink_182 - Adams_Song.mp3 | Blink 182 | 969KB | Audio |
| ginamorales@KaZaA | EMINEM.kpl | Eminem | 3KB | |
| ginamorales@KaZaA | Jerky Boys Kerpal - Airport Fight.mp3 | Jerkey Boyz | 1,425KB | Audio |
| ginamorales@KaZaA | Jerky Boyz - Gay Hairdresse.mp3 | Jerky Boyz | 1,922KB | Audio |
| ginamorales@KaZaA | Jerky Boyz-The WEED man.mp3 | The Jerky Boys | 1,522KB | Audio |
| ginamorales@KaZaA | Jerkey Boys-prank calls - My Wifes Fat Ass.mp3 | Jerky boys | 1,814KB | Audio |
| ginamorales@KaZaA | Jerky Boys - Gay Gangsters.mp3 | Jerky Boys | 1,404KB | Audio |
| ginamorales@KaZaA | Comedy - Jerky Boys - Italian Motherfucker.mp3 | The Jerky Boys | 1,810KB | Audio |
| ginamorales@KaZaA | Bob Marley-Gonna Be All Right.mp3 | Bob Marley | 2,457KB | Audio |
| ginamorales@KaZaA | Jerky Boys Kerpal - You stole my newspaper (28).mp3 | The Jerky Boys | 2,345KB | Audio |
| ginamorales@KaZaA | bob marly-getupstandp.mp3 | Bob Marley | 2,902KB | Audio |
| ginamorales@KaZaA | Jerky Boys - Mother Fucks VCR.mp3 | Jerky Boys | 3,460KB | Audio |
| ginamorales@KaZaA | Jerky Boys - Nigger Jokes.mp3 | Jerky Boys | 2,077KB | Audio |
| ginamorales@KaZaA | Jerky Boys - Prank Phone Calls - Cheating Boyfriend.mp3 | Jerky Boys | 2,575KB | Audio |
| ginamorales@KaZaA | Techno - Hiphop Reggae Mix #2.mp3 | techno | 1,092KB | Audio |
| ginamorales@KaZaA | Jerky Boys - Rap Order at Chinese Restaurant.mp3 | The Jerky Boys | 2,268KB | Audio |
| ginamorales@KaZaA | Bad Religion - Punk Rock Song (1).mp3 | Bad Religion | 2,858KB | Audio |
| ginamorales@KaZaA | bob marley Could You Be Loved.wma | Bob Marley | 3,726KB | Audio |
| ginamorales@KaZaA | Bob Marley - Buffalo Solider.mp3 | Bob Marley | 3,988KB | Audio |

Found 1375 files.  2,904,106 users online, sharing 699,343,156 files (39,723,008 GB)  Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend
New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Bob Marley - Buffalo Solider .mp3 | Bob Marley | 3,988KB | Audio |
| ginamorales@KaZaA | LUMIDEE __ HONESTLY.WMA | lumidee | 1,600KB | Audio |
| ginamorales@KaZaA | Bob Marley -No Woman No Cry.MP3 | Bob Marley | 6,679KB | Audio |
| ginamorales@KaZaA | Bob Marly- Smoke Two Joints.mp3 | Bob Marley | 3,244KB | Audio |
| ginamorales@KaZaA | Lagwagon_-_Wind_in_Yourself.mp3 | Lagwagon | 2,596KB | Audio |
| ginamorales@KaZaA | aaliyah rock the boat bet video mpg.jpg | Unknown | 11KB | Image |
| ginamorales@KaZaA | Jerky Boyz.kpl | Jerky Boyz | 2KB | |
| ginamorales@KaZaA | Pet Shop Boys - Eastern Boys And Western Girls.mp3 | Pet Shop Boys | 3,709KB | Audio |
| ginamorales@KaZaA | System Of A Down - Pussy Whipped.mp3 | System Of A Down | 2,113KB | Audio |
| ginamorales@KaZaA | Trio - Da Da Da.mp3 | Trio | 5,788KB | Audio |
| ginamorales@KaZaA | New Order - True Faith.mp3 | New Order | 7,426KB | Audio |
| ginamorales@KaZaA | New Wave 80's - Duran Duran - Hungry Like a Wolf.mp3 | Duran Duran | 3,248KB | Audio |
| ginamorales@KaZaA | DJ Spacer - Spanish Dance (techno remix).mp3 | Club DJ | 3,098KB | Audio |
| ginamorales@KaZaA | Jessica Simpson - I Think I'm In Love With You.mp3 | Jessica Simpson | 3,056KB | Audio |
| ginamorales@KaZaA | jlo.mp3 | Jennifer Lopez feat. R.Kel.. | 5,291KB | Audio |
| ginamorales@KaZaA | Petey Pablo-Freak a Leak.wma | Petey Pablo | 1,391KB | Audio |
| ginamorales@KaZaA | 08 Track 8.wma | Lil' Flip | 3,697KB | Audio |
| ginamorales@KaZaA | old schoool new wave.kpl | Unknown | 5KB | |
| ginamorales@KaZaA | cheerleading songs.kpl | Cheerleading Songs | 7KB | |
| ginamorales@KaZaA | R Kelly - Step In The Name Of Love (Remix).mp3 | R Kelly | 8,336KB | Audio |
| ginamorales@KaZaA | outkast-bowtie-speakerboxxx-the love below.mp3 | outkast | 1,172KB | Audio |
| ginamorales@KaZaA | 13. Anxiety.mp3 | Black Eyed Peas | 3,353KB | Audio |
| ginamorales@KaZaA | 09. Fly Away.mp3 | Black Eyed Peas | 3,445KB | Audio |
| ginamorales@KaZaA | spainsh dance.kpl | La Sonora Dinamita | 1KB | |
| ginamorales@KaZaA | El DeBarge - I Call Your Name.WMA | Debarge | 3,545KB | Audio |
| ginamorales@KaZaA | Wham - Love Machine.mp3 | Wham! | 3,130KB | Audio |
| ginamorales@KaZaA | Care.wma | De | 4,244KB | Audio |
| ginamorales@KaZaA | NWA - Something 2 Dance 2.mp3 | NWA | 3,170KB | Audio |
| ginamorales@KaZaA | Chico Debarge - I Like It.mp3 | Debarge | 2,908KB | Audio |

Found 1,375 files    2,904,106 users online, sharing 699,343,156 files (39,723,008 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Downloads | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Chico Debarge - I Like It.mp3 | Debarge | 2,908KB | Audio |
| ginamorales@KaZaA | System Of A Down - Spiders.mp3 | System of a Down | 8,452KB | Audio |
| ginamorales@KaZaA | Head Over Heels.mp3 | Tears For Fears | 3,977KB | Audio |
| ginamorales@KaZaA | El Debarge - Love You Down.mp3 | DeBarge | 3,778KB | Audio |
| ginamorales@KaZaA | System of a Down - Toxicity.mp3 | System Of A Down | 6,057KB | Audio |
| ginamorales@KaZaA | El Debarge - Stay With Me.mp3 | De Barge | 3,236KB | Audio |
| ginamorales@KaZaA | 02 - Crazy - Seal.mp3 | Seal | 5,563KB | Audio |
| ginamorales@KaZaA | 01 Get It Together.wma | Unknown | 3,772KB | Audio |
| ginamorales@KaZaA | Seal - Dont Cry (2).mp3 | Seal | 7,381KB | Audio |
| ginamorales@KaZaA | El Debarge - Love Me In A Special Way.mp3 | Debarge | 4,012KB | Audio |
| ginamorales@KaZaA | de barge - DeBarge All this Love.mp3 | DeBarge | 6,898KB | Audio |
| ginamorales@KaZaA | How far is Heaven.mp3 | Los Lonely Boys | 3,554KB | Audio |
| ginamorales@KaZaA | 008 - HAVE GIGAR.mp3 | artist | 6,258KB | Audio |
| ginamorales@KaZaA | El Debarge - I Like It (1).MP3 | El Debarge | 3,456KB | Audio |
| ginamorales@KaZaA | SkypeSetup.exe | Skype Software S.A. | 10,390KB | Software |
| ginamorales@KaZaA | Jlo con 50cent.mp3 | Jennifer Lopez | 3,648KB | Audio |
| ginamorales@KaZaA | 01 Make It With You.wma | Unknown | 1,538KB | Audio |
| ginamorales@KaZaA | Bread - - Make It With You(1).mp3 | A | 7,693KB | Audio |
| ginamorales@KaZaA | romanticas_Juan Gabriel - Siempre En Mi Mente.mp3 | Juan Gabriel | 3,256KB | Audio |
| ginamorales@KaZaA | juan gabriel - Yo No Naci Para Amar.mp3 | Juan Gabriel | 4,199KB | Audio |
| ginamorales@KaZaA | All Wilson - Show And Tell.mp3 | Al Green | 2,442KB | Audio |
| ginamorales@KaZaA | Juan Gabriel - Asi fue.mp3 | Juan Gabriel | 5,072KB | Audio |
| ginamorales@KaZaA | Show And Tell.mp3 | Al Wilson | 3,303KB | Audio |
| ginamorales@KaZaA | juan gabriel - hasta que te conoci.mp3 | Juan Gabriel | 4,878KB | Audio |
| ginamorales@KaZaA | Soledad.mp3 | System of a Down | 9,039KB | Audio |
| ginamorales@KaZaA | KROQ.kpl | Unknown | 7KB | |
| ginamorales@KaZaA | juan gabriel cumbia king no tengo dinero.mp3 | juan gabriel cumbia k | 2,362KB | Audio |
| ginamorales@KaZaA | Bruce Springstein - Secret Garden.mp3 | The 80's | 3,630KB | Audio |
| ginamorales@KaZaA | El Debarge - Share My World.mp3 | DeBarge | 5,296KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | El Debarge - Share My World.mp3 | DeBarge | 5,296KB | Audio |
| ginamorales@KaZaA | Styx - I'm Sailing Away.mp3 | Styx | 5,705KB | Audio |
| ginamorales@KaZaA | Oldies-Luther Vandross - You Are My Lady.mp3 | Barry White | 4,426KB | Audio |
| ginamorales@KaZaA | El Debarge - Special Way.mp3 | El Debarge | 5,142KB | Audio |
| ginamorales@KaZaA | Ashanti - Only U -.mp3 | Ashanti | 3,338KB | Audio |
| ginamorales@KaZaA | xzibit - Hey Now.mp3 | Xzibit | 2,194KB | Audio |
| ginamorales@KaZaA | Fourplay - Sexual Healing.mp3 | Four Play/El Debarge | 5,108KB | Audio |
| ginamorales@KaZaA | raul_diblasio_y_juan_gabriel_-_hasta_que_te_conoci.mp3 | Juan Gabriel | 1,416KB | Audio |
| ginamorales@KaZaA | Boston -Dont look back.mp3 | Boston | 5,585KB | Audio |
| ginamorales@KaZaA | Styx - Lady.mp3 | Styx | 2,902KB | Audio |
| ginamorales@KaZaA | Eminem - Mosh (CD5) - Mosh (Dirty).mp3 | Eminem | 7,471KB | Audio |
| ginamorales@KaZaA | Never Enough_encore_EMINEM-4hm.mp3 | Eminem | 5,772KB | Audio |
| ginamorales@KaZaA | Styx - Fooling Yourself.mp3 | Styx | 4,853KB | Audio |
| ginamorales@KaZaA | Styx - Babe I Love You.mp3 | Styxx | 4,113KB | Audio |
| ginamorales@KaZaA | Madness - One Step Beyond.mp3 | Madness | 3,361KB | Audio |
| ginamorales@KaZaA | eminem-encore-just lose it.mp3 | Eminem | 5,915KB | Audio |
| ginamorales@KaZaA | Just Lose It.mp3 | Eminem | 3,899KB | Audio |
| ginamorales@KaZaA | Marvin Gaye - My Mistake (with Diana Ross).mp3 | Marvin Gaye | 2,888KB | Audio |
| ginamorales@KaZaA | Motograter - Suffocate.mp3 | Motograter | 2,839KB | Audio |
| ginamorales@KaZaA | 10 - Hello Stranger (1).mp3 | Queen Latifah | 4,296KB | Audio |
| ginamorales@KaZaA | Robbie Williams - Angel (español).mp3 | Robbie Williams | 4,174KB | Audio |
| ginamorales@KaZaA | 09 Over and Over.wma | Nelly Feat. Tim McGraw | 3,970KB | Audio |
| ginamorales@KaZaA | Fat Joe - What's Love.mp3 | Jennifer Lopez | 3,131KB | Audio |
| ginamorales@KaZaA | 06 When I need you.wma | Leo Sayer | 4,000KB | Audio |
| ginamorales@KaZaA | Drop It Like Its Hot.mp3 | Lil Wayne | 5,050KB | Audio |
| ginamorales@KaZaA | 04-sean_paul-like_glue-jah.mp3 | Sean_Paul | 5,495KB | Audio |
| ginamorales@KaZaA | Patty Labell - Love,Need,And Want You.mp3 | Patti LaBelle | 4,712KB | Audio |
| ginamorales@KaZaA | Lose My Breath (1).mp3 | Destiny's Child | 6,642KB | Audio |
| ginamorales@KaZaA | Save The Last Dance - Chaka Demus.mp3 | Save the Last Dance | 3,002KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 Files (39,723,008 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Traffic | Shop | Tell A Friend
New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Save The Last Dance - Chaka Demus.mp3 | Save the Last Dance | 3,002KB | Audio |
| ginamorales@KaZaA | Mario_-_let_me_love_you.mp3 | Mario | 3,852KB | Audio |
| ginamorales@KaZaA | Game ft.mp3 | The Game Ft 50 Cent | 5,698KB | Audio |
| ginamorales@KaZaA | Sade - True (1).mp3 | Ryan Cabrera | 3,196KB | Audio |
| ginamorales@KaZaA | 05 Terror Squad - Let Me Take You Home.wma | terror squad | 3,335KB | Audio |
| ginamorales@KaZaA | Akon - Ghetto.mp3 | Akon | 5,514KB | Audio |
| ginamorales@KaZaA | Love_Basketball - I want to be your man.mp3 | Zapp and Roger | 3,220KB | Audio |
| ginamorales@KaZaA | Christopher Cross - Sailing.mp3 | Christopher Cross | 3,978KB | Audio |
| ginamorales@KaZaA | 02 Out of Control.mp3 | Hoobastank | 3,886KB | Audio |
| ginamorales@KaZaA | Earth, Wind, Fire - Reasons (Live).mp3 | Earth, Wind, Fire | 11,776KB | Audio |
| ginamorales@KaZaA | 01 Same Direction.wma | Hoobastank | 3,084KB | Audio |
| ginamorales@KaZaA | Berry White - My Evythng.mp3 | Barry White | 4,298KB | Audio |
| ginamorales@KaZaA | Welcome to My Life.mp3 | Simple Plan | 15,469KB | Audio |
| ginamorales@KaZaA | Rock the Boat.mp3 | aaliyah | 6,424KB | Audio |
| ginamorales@KaZaA | Berry White - Deeper and Deeper.mp3 | Berry White | 4,136KB | Audio |
| ginamorales@KaZaA | Berry White - You're The First, The Last, My Everything.m... | Berry White | 4,246KB | Audio |
| ginamorales@KaZaA | Nickelback - Hero.mp3 | Nickelback | 3,156KB | Audio |
| ginamorales@KaZaA | Green Day-American Idiot.wma | Greenday | 1,395KB | Audio |
| ginamorales@KaZaA | Green Day- Boulevard of Broken Dreams.wma | Greenday | 2,080KB | Audio |
| ginamorales@KaZaA | Berry White - I've found someone (1).mp3 | Barry White | 4,352KB | Audio |
| ginamorales@KaZaA | losing grip | Unknown | 3,646KB | Audio |
| ginamorales@KaZaA | Patti Austin James Ingram - Baby Come To Me.mp3 | James Ingram | 3,997KB | Audio |
| ginamorales@KaZaA | OLDIES-ART LABOE-Oh Honey (1).mp3 | Delegation | 3,211KB | Audio |
| ginamorales@KaZaA | Since You Been Gone.wma | kelly clarkson | 2,973KB | Audio |
| ginamorales@KaZaA | Tevin Campbell - Always In My Heart (1).mp3 | TeviN CaMbeLL | 5,278KB | Audio |
| ginamorales@KaZaA | Styx - Babe..mp3 | M | 4,109KB | Audio |
| ginamorales@KaZaA | Tevon Campbell - I'm Ready.mp3 | TeviN Campbell | 5,602KB | Audio |
| ginamorales@KaZaA | Marvin Gaye - Mercy Mercy Me.mp3 | Marvin Gaye | 3,067KB | Audio |
| ginamorales@KaZaA | love songs.kpl | | 5KB | |

Found 1,375 files   2,904,106 users online, sharing 699,343,156 files (39,723,008 GB)   Not sharing any files