# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | love songs.kpl | | 5KB | |
| ginamorales@KaZaA | Marvin Gaye - Sexual Healing.mp3 | Barry White | 3,895KB | Audio |
| ginamorales@KaZaA | SOS Band - The Finest.mp3 | Marvin Gaye | 5,735KB | Audio |
| ginamorales@KaZaA | Copy (2) of Xzibit - Hey Now.mp3 | SOS Band | 2,194KB | Audio |
| ginamorales@KaZaA | omarion - o.mp3 | xzibit | 6,659KB | Audio |
| ginamorales@KaZaA | 06 Track 6.wma | Omarion | 2,033KB | Audio |
| ginamorales@KaZaA | Kelly Price - As We Lay.mp3 | Yellow Card | 5,991KB | Audio |
| ginamorales@KaZaA | As We Lay - Jennifer Holiday.mp3 | Kelly Price | 898KB | Audio |
| ginamorales@KaZaA | Shirley Murdock - As We Lay.mp3 | Jennifer Holiday | 6,960KB | Audio |
| ginamorales@KaZaA | Atlantic Star - Secret Lovers.mp3 | Shirley Murdock | 3,823KB | Audio |
| ginamorales@KaZaA | Simple Plan - Welcome To My Life (5).mp3 | Atlantic Starr | 4,257KB | Audio |
| ginamorales@KaZaA | Berry White - Never, Never Gonna Give You.mp3 | Simple Plan | 2,536KB | Audio |
| ginamorales@KaZaA | JENNIFER LOPEZ - SHOULD'VE NEVER.mp3 | Berry White | 5,851KB | Audio |
| ginamorales@KaZaA | Styx - Show Me the Way(2).mp3 | JENNIFER LOPEZ | 3,556KB | Audio |
| ginamorales@KaZaA | 4 - I'll Be Back .mp3 | Styx | 7,177KB | Audio |
| ginamorales@KaZaA | Get Right.mp3 | Jennifer Lopez | 4,309KB | Audio |
| ginamorales@KaZaA | J Lo - Get Right.wma | Jennifer Lopez | 3,574KB | Audio |
| ginamorales@KaZaA | marron 5 - She Will Be Loved (1).wma | J Lo | 2,036KB | Audio |
| ginamorales@KaZaA | maroon5-hardertobreathe (1) (2).mp3 | Maroon 5 | 4,070KB | Audio |
| ginamorales@KaZaA | Maroon - Harder To Breathe.mp3 | Maroon 5 | 2,040KB | Audio |
| ginamorales@KaZaA | Avril Lavigne - 01.MP3 | Maroon5 | 4,012KB | Audio |
| ginamorales@KaZaA | Mariah Carey - Fourth of July.mp3 | Avril Lavigne | 4,114KB | Audio |
| ginamorales@KaZaA | Ciara feat .WMA | Mariah Carey | 825KB | Audio |
| ginamorales@KaZaA | 1, 2 Step (2).WMA | Ciara | 3,223KB | Audio |
| ginamorales@KaZaA | Chicago - Call On Me.mp3 | Ciara | 4,746KB | Audio |
| ginamorales@KaZaA | Chicago - Only the Beginning.mp3 | Chicago | 7,344KB | Audio |
| ginamorales@KaZaA | Rap - Chingy ft. Trina - Right Thurr (Remix).wma | Chicago | 614KB | Audio |
| ginamorales@KaZaA | 11-fabolous-into_you_ft_ashanti-wcr.wma | Chingy | 3,241KB | Audio |
| ginamorales@KaZaA | Chicago - If You Leave Me Now.mp3 | Fabolous | 3,671KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Chicago - If You Leave Me Now.mp3 | Chicago | 3,671KB | Audio |
| ginamorales@KaZaA | Peaches_Herb - We've Got Love_(ok).mp3 | Peaches and herb | 3,085KB | Audio |
| ginamorales@KaZaA | No Tell Lover.mp3 | Chicago | 4,552KB | Audio |
| ginamorales@KaZaA | Lonestar--Amazed By You.mp3 | Lonestar | 3,846KB | Audio |
| ginamorales@KaZaA | Judacris Number One Spot.wma | Ludacris | 4,330KB | Audio |
| ginamorales@KaZaA | Litehouse - falling even more in love with you.mp3 | Lifehouse | 3,391KB | Audio |
| ginamorales@KaZaA | 03 - U Don't Know Me.mp3 | T.I. | 3,801KB | Audio |
| ginamorales@KaZaA | obsession acoustic.wma | Frankie J_Baby Bash | 1,844KB | Audio |
| ginamorales@KaZaA | ciara_ft_judacris_-_oh.wma | Ciara | 4,144KB | Audio |
| ginamorales@KaZaA | Rich Girl.wma | Gwen Stefani ft. Eve | 5,589KB | Audio |
| ginamorales@KaZaA | Usher-Caught-Up.mp3 | Usher | 4,393KB | Audio |
| ginamorales@KaZaA | Losing Grip.wma | Avril Lavigne | 1,861KB | Audio |
| ginamorales@KaZaA | Gwen Stefani-Holla Back Girl.wma | Gwen Stefani | 2,370KB | Audio |
| ginamorales@KaZaA | Find Out.mp3 | You Got Served | 3,444KB | Audio |
| ginamorales@KaZaA | Pitbull - 05 - Toma .mp3 | Pitbull | 4,998KB | Audio |
| ginamorales@KaZaA | Sugar.mp3 | Trick Daddy | 3,904KB | Audio |
| ginamorales@KaZaA | various.kpl |  | 0KB |  |
| ginamorales@KaZaA | maria.wma | Mariah Carey | 2,218KB | Audio |
| ginamorales@KaZaA | 04-Open-Arms.mp3 | Mariah Carey | 3,291KB | Audio |
| ginamorales@KaZaA | Mariah-Carey - My All.mp3 | Mariah Carey | 3,633KB | Audio |
| ginamorales@KaZaA | Mariah Carey - Hero.mp3 | Mariah Carey | 4,059KB | Audio |
| ginamorales@KaZaA | Maria-Cary - Can`t live.mp3 | Mariah Carey | 3,401KB | Audio |
| ginamorales@KaZaA | yingyang.mp3 | Ying Yang Twins | 3,921KB | Audio |
| ginamorales@KaZaA | 3LW - No More.mp3 | 3LW | 4,192KB | Audio |
| ginamorales@KaZaA | 3lw Feat pdiddy loon - I do.mp3 | 3LW-F/PDiddy, Loon - I Do... | 3,742KB | Audio |
| ginamorales@KaZaA | 3LW - Bring It On Soundtrack.mp3 | 3LW | 3,452KB | Audio |
| ginamorales@KaZaA | baby Im gonna do right.MP3 | 3LW | 3,296KB | Audio |
| ginamorales@KaZaA | 3LW - No More.mp3 | 3LW | 4,174KB | Audio |
| ginamorales@KaZaA | Baby Feat. P. Diddy - Pretty Lady.mp3 | Baby Feat. P. Diddy | 3,909KB | Audio |

Found 1375 files. | 2,904,106 users online, sharing 699,343,156 files (39,728,008 GB) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Baby feat. P. Diddy - Pretty Lady.mp3 | Baby feat. P. Diddy | 3,909KB | Audio |
| ginamorales@KaZaA | Copy of 3LW - Playa's gonna play.mp3 | allya | 3,459KB | Audio |
| ginamorales@KaZaA | Nelly - Shake ya Tail Feathers.mp3 | Nelly Feat P. Diddy Mur... | 2,504KB | Audio |
| ginamorales@KaZaA | That's Crazy (Remix).mp3 | P. Diddy feat. Black Rob... | 3,554KB | Audio |
| ginamorales@KaZaA | Dream - This is Me Remix (Featuring Kain).mp3 | Dream Ft. P. Diddy, Kain | 2,395KB | Audio |
| 2 Users | 112 Feat. Sean Paul - Na Na Na.mp3 | 112 Featuring Sean Paul | 5,598KB | Audio |
| ginamorales@KaZaA | Fabolous- P. Diddy Jagged Edge - Trade It All (Remix).... | Fabolous/P. Diddy/Jagged... | 5,566KB | Audio |
| ginamorales@KaZaA | Dream -This is Me(remix) (1).mp3 | Dream | 4,145KB | Audio |
| ginamorales@KaZaA | P Diddy - So Complete.mp3 | P Diddy | 3,392KB | Audio |
| ginamorales@KaZaA | mj.wav | 3LW, raven | 1,294KB | Audio |
| ginamorales@KaZaA | 02_-_Eminem_-_The_Eminem_Show_-_White_America.mp3 | Eminem | 5,073KB | Audio |
| ginamorales@KaZaA | nelly - hot in herre full song1.mp3 | Nelly | 3,576KB | Audio |
| ginamorales@KaZaA | Show Me Your Soul.mp3 | p.diddy, pharell williams, l... | 7,520KB | Audio |
| ginamorales@KaZaA | 3LW - Till I Say So.mp3 | 3LW | 3,684KB | Audio |
| ginamorales@KaZaA | JD feat. P Diddy, Murphy Lee, and Snoop Dogg - Welcome... | F | 4,746KB | Audio |
| ginamorales@KaZaA | Eminem-the Marshall Mathers - Who Knew.mp3 | Eminem | 5,330KB | Audio |
| ginamorales@KaZaA | Kylie Minouge - DanceFloor.mp3 | Kylie Minogue | 3,210KB | Audio |
| ginamorales@KaZaA | 09-destinys_child-say_my_name_vs_forgot_about_dre_(D... | Destiny Child | 4,408KB | Audio |
| ginamorales@KaZaA | Friday After Next-06-50.Cents,G-Unit-Bad News.mp3 | 50 Cent Feat G | 6,113KB | Audio |
| ginamorales@KaZaA | 11-tony_yayo_and_g-unit-reunion-Omni.mp3 | G-Unit/50 Cent | 2,638KB | Audio |
| ginamorales@KaZaA | Gunit_Stunt101.mp3 | G-Unit | 4,971KB | Audio |
| ginamorales@KaZaA | Sugar Sugar.mp3 | Baby Beesh_Frankie J | 3,444KB | Audio |
| ginamorales@KaZaA | D12 - Shit On You.mp3 | D12 | 6,398KB | Audio |
| ginamorales@KaZaA | Young Buc - Higher Than A Mawfawka.mp3 | Dj Whoo Kid | 1,766KB | Audio |
| ginamorales@KaZaA | 08-50cent_and_g-unit-187_ya_yo-jah.mp3 | 50Cent and G-Unit | 4,970KB | Audio |
| ginamorales@KaZaA | 50 Cent featuring Snoop Dogg - P.I.M.P. Remix.MP3 | 50 Cent f/ Snoop | 3,582KB | Audio |
| ginamorales@KaZaA | The Best of 50 Cent Part 3 - 50 Cent - 19 - Bad Luck.mp3 | G Unit feat. Lloyd Banks | 3,385KB | Audio |
| ginamorales@KaZaA | eminem - scary movie (instrumental).mp3 | Eminem | 3,351KB | Audio |
| ginamorales@KaZaA | 04-50_cent-mowe_(feat._llyod_banks)-osc.mp3 | G Unit | 4,357KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 Files (39,723,008 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | 04-50_cent-move_(feat._llyod_banks)-osc.mp3 | G Unit | 4,357KB | Audio |
| ginamorales@KaZaA | 50 Cent - Baby Get on Your Knees.mp3 | Dj Whoo Kid | 4,309KB | Audio |
| ginamorales@KaZaA | ying yang twins - say i yi yi.mp3 | yin yan | 1,829KB | Audio |
| ginamorales@KaZaA | Jenifer Lopez - You belong to me.mp3 | Jennifer Lopez | 4,103KB | Audio |
| ginamorales@KaZaA | Shaq - Shoot Pass Slam.mp3 | Shaquille O'Neal | 3,288KB | Audio |
| ginamorales@KaZaA | 50 Cent Ft. Sean Paul - Dem Not Ready (Remix).mp3 | 50 Cent ft. Sean Paul | 2,310KB | Audio |
| ginamorales@KaZaA | Eminem_Xhibit -Unreleased Freestyle.mp3 | Eminem | 3,723KB | Audio |
| ginamorales@KaZaA | Kylie Minogue - Fever.mp3 | Kylie Minogue | 3,310KB | Audio |
| ginamorales@KaZaA | atl-the atl project-calling all girls.mp3 | ATL | 5,534KB | Audio |
| ginamorales@KaZaA | latino - Fulanito - Quien es Fulanito - Fast Merengue.mp3 | Fulanito | 3,454KB | Audio |
| ginamorales@KaZaA | Shaq - Skillz.mp3 | SHAQUILLE O'NEAL | 3,959KB | Audio |
| ginamorales@KaZaA | oro solido - La Leche.mp3 | Oro Solido | 4,377KB | Audio |
| ginamorales@KaZaA | Shaq O'Neal  Biological didn't bother(1).mp3 | Shaquille O'Neal | 4,852KB | Audio |
| ginamorales@KaZaA | Los Ilegales - El Tiburon (1).mp3 | Los Ilegales | 4,095KB | Audio |
| ginamorales@KaZaA | Howard Stern - Donald Duck Gets A Blow Job.mp3 | Donald Duck | 744KB | Audio |
| ginamorales@KaZaA | Alicia Keys - U Dont Know My Name.mp3 | Alicia Keys | 5,772KB | Audio |
| ginamorales@KaZaA | B2K - The One.mp3 | ATL | 3,589KB | Audio |
| ginamorales@KaZaA | jessica simpson-in this skin-you dont have to let go.mp3 | jessica simpson | 3,262KB | Audio |
| ginamorales@KaZaA | Steve Wonder - For your love.mp3 | Steve Wonder | 3,815KB | Audio |
| ginamorales@KaZaA | alicia - you dont know my name.mp3 | Alicia Keys | 2,937KB | Audio |
| ginamorales@KaZaA | blondie - I want you to want me.mp3 | blondie | 4,016KB | Audio |
| ginamorales@KaZaA | 01-move_your_body_(main)-c4.mp3 | Nina Sky | 5,657KB | Audio |
| ginamorales@KaZaA | Star Trek - Comedy - Beavis And Butthead Startrek.mp3 | Beavis and Butthead | 1,291KB | Audio |
| ginamorales@KaZaA | Stevie Wonder - That's what Friends Are For (1).mp3 | Steve Wonder | 4,351KB | Audio |
| ginamorales@KaZaA | jessica simpson-in this skin-everyday see you-06.mp3 | jessica simpson | 2,472KB | Audio |
| ginamorales@KaZaA | Biggie_Shaq - Can't Stop The Reign.mp3 | Shaquille O'Neal Feat. Bigg... | 4,520KB | Audio |
| ginamorales@KaZaA | Sade - Nothing Can Come Between Us.mp3 | Sade | 3,633KB | Audio |
| ginamorales@KaZaA | kylie minogue - Outta My Head.mp3 | Kylie Minogue | 3,596KB | Audio |
| ginamorales@KaZaA | missy - im really hot.mp3 | Missy Elliot | 3,294KB | Audio |

2,904,106 users online, sharing 699,343,156 files (9,723,008 GB)  Not sharing any files

Found 1375 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | Theater | Shop | Tell A Friend
New search | My Kazaa | Download | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | missy - im really hot.mp3 | Missy Elliot | 3,294KB | Audio |
| ginamorales@KaZaA | Elevation (Move Your Body) - Xpansions-Various Artists-Kis… | Various Artists | 3,619KB | Audio |
| ginamorales@KaZaA | Jerky Boyz - You Kick My Dog.mp3 | Jerky Boyz | 2,320KB | Audio |
| ginamorales@KaZaA | JenniferLopez-LetsGetLoud.MP3 | Jennifer Lopez | 1,626KB | Audio |
| ginamorales@KaZaA | janet jackson - anytime anywhere.mp3 | Janet Jackson | 6,691KB | Audio |
| ginamorales@KaZaA | Onyx - Slam.mp3 | Onyx | 3,388KB | Audio |
| ginamorales@KaZaA | Maria Cary - Without You.mp3 | Mariah Carey | 3,333KB | Audio |
| ginamorales@KaZaA | Deep House-Disco-Night-GQ.mp3 | GQ | 8,268KB | Audio |
| ginamorales@KaZaA | (05) Jennifer Lopez – Dear Ben.wma | Jennifer Lopez | 1,920KB | Audio |
| ginamorales@KaZaA | Crooklyn Clan (Faith Evens -Love Like This (Remix).mp3 | Crooklyn Clan (Faith Evan… | 4,900KB | Audio |
| ginamorales@KaZaA | Celine Dion - Water From The Moon.mp3 | Celine Dion | 4,367KB | Audio |
| ginamorales@KaZaA | Terror_Squad_Lean_Back_Dirty.mp3 | Terror Squad | 3,407KB | Audio |
| ginamorales@KaZaA | latin oldies-Malo - Suavesito.mp3 | Malo | 3,250KB | Audio |
| ginamorales@KaZaA | NWA - Gangsta Gangsta.mp3 | NWA | 5,261KB | Audio |
| ginamorales@KaZaA | shake It-sean paul.MP3 | sean paul | 1,373KB | Audio |
| ginamorales@KaZaA | Audio - Fine Arts Militia-Album.kpl | Fine Arts Militia | 1KB | |
| ginamorales@KaZaA | Move It Slow +.mp3 | Save The Last Dance | 4,814KB | Audio |
| ginamorales@KaZaA | Third World - Now That We've Found Love.mp3 | Third World | 4,690KB | Audio |
| ginamorales@KaZaA | (09) Jennifer Lopez - You Belong To Me.wma | J.Lo | 2,071KB | Audio |
| ginamorales@KaZaA | Freestyle- Giggles-- Love Letter.mp3 | Various | 3,590KB | Audio |
| ginamorales@KaZaA | Laura Pausini - Entre Tu Y Mil Mares.MP3 | Laura Pausini | 3,565KB | Audio |
| ginamorales@KaZaA | 14-sean_paul-my_name-jah.mp3 | Sean Paul | 5,167KB | Audio |
| ginamorales@KaZaA | 06-nina_sky_ft_angie_martinez-time_to_go-c4.mp3 | Nina Sky Ft Angie Martinez | 5,924KB | Audio |
| ginamorales@KaZaA | Zumjay- Shake It.mp3 | Zumjay | 4,505KB | Audio |
| ginamorales@KaZaA | Mariah Carey_Luther Vandross - Endless Love.mp3 | Mariah Carey and Luther … | 3,562KB | Audio |
| ginamorales@KaZaA | Ana Gabriel - Es demasiado tarde.mp3 | Ana Gabriel | 3,977KB | Audio |
| ginamorales@KaZaA | 2 Live Crew - Throw That D.mp3 | 2 Live Crew | 2,965KB | Audio |
| ginamorales@KaZaA | Mecano – Un año más.mp3 | JUAN GABRIEL Y ROCIO … | 4,249KB | Audio |
| ginamorales@KaZaA | Tito Puente-Celia Cruz - Quimbara.mp3 | tito puente,celia cruz,joh… | 2,110KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 (GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Tito Puente-Celia Cruz - Quimbara.mp3 | tito puente/celia cruz/joh... | 2,110KB | Audio |
| ginamorales@KaZaA | Reggae-Buzz Riddim-Sean Paul-Give Me The Light.mp3 | Sean Paul | 3,434KB | Audio |
| ginamorales@KaZaA | Rob Base_DJ EZ Rock- It Takes Two.mp3 | Rob Base | 4,244KB | Audio |
| ginamorales@KaZaA | ying_yang_twins-drank by myself.mp3 | Yin-Yang Twins | 4,457KB | Audio |
| ginamorales@KaZaA | Michael McDonald - I Want You.mp3 | Michael McDonald | 4,192KB | Audio |
| ginamorales@KaZaA | Eric Benet_Tamia - Spend My Life with You.mp3 | Eric Benet_Tamia | 4,296KB | Audio |
| ginamorales@KaZaA | Kylie Minogue - Love At First Sight.mp3 | Kylie Minogue | 3,744KB | Audio |
| ginamorales@KaZaA | Lisa Stansfield - All Women.mp3 | Lisa Stansfield | 4,943KB | Audio |
| ginamorales@KaZaA | Mariah Carey - Joy To The World.mp3 | Xmas Songs | 4,072KB | Audio |
| ginamorales@KaZaA | Lisa Lisa and The Cult Jam - I Wonder If I Take You Home (... | Full Force | 6,298KB | Audio |
| ginamorales@KaZaA | Christina Aguilara - Blessed.mp3 | Christina Aguilera | 2,912KB | Audio |
| ginamorales@KaZaA | Usher feat Ludacris - Yeah.mp3 | Usher Feat. Ludacris_Lil'... | 3,593KB | Audio |
| ginamorales@KaZaA | Jon B- Dont Talk.mp3 | Jon B | 4,545KB | Audio |
| ginamorales@KaZaA | It Takes Two.mp3 | Seduction | 4,414KB | Audio |
| ginamorales@KaZaA | ana gabriel - Quien_como tu.mp3 | Ana Gabriel | 5,191KB | Audio |
| 2 Users | dru hill_jermaine dupri_da brat- in my bed (remix).mp3 | Dru Hill F/ JD_Da Brat | 3,785KB | Audio |
| ginamorales@KaZaA | Ana Grabiel - Hechizo.mp3 | Ana Gabriel | 3,265KB | Audio |
| ginamorales@KaZaA | Laura Pausini - I Surrender (Eric Kupper Mix).mp3 | Laura Pausini | 8,301KB | Audio |
| ginamorales@KaZaA | Giggles - Love Letter (Club Mix).mp3 | Cynthia | 4,839KB | Audio |
| ginamorales@KaZaA | X-Scape - Who Can I Run Too.mp3 | xscape | 3,405KB | Audio |
| ginamorales@KaZaA | Bone Thugs N Harmony - If I Could Teach The World.mp3 | Bone Thugs-N-Harmony | 4,156KB | Audio |
| ginamorales@KaZaA | Stevie B - Party Your Body (.mp3 | Stevie B | 3,162KB | Audio |
| ginamorales@KaZaA | Junior - Mamma Used to Say.mp3 | Junior | 3,360KB | Audio |
| ginamorales@KaZaA | Cynthia_Stevie B_TKA_Dino_Jo.mp3 | Cynthia | 9,609KB | Audio |
| ginamorales@KaZaA | Cynthia - Change On Me.mp3 | Cynthia | 6,138KB | Audio |
| ginamorales@KaZaA | Freestyle - Cynthia - Thief Of Hearts.mp3 | Cynthia | 5,546KB | Audio |
| ginamorales@KaZaA | Steve B-One More Try.mp3 | Stevie B | 2,649KB | Audio |
| ginamorales@KaZaA | fabolous_into_you_ft_ashanti_darc.mp3 | Fabolous ft Ashanti | 6,441KB | Audio |
| ginamorales@KaZaA | Stevie B - I Wanna Be The One.mp3 | Stevie B | 4,678KB | Audio |

Found 1375 files.   2,904,106 users online, sharing 699,343,156 files (39,723,008 GB)   Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Stevie B - I Wanna Be The One.mp3 | Stevie B | 4,678kB | Audio |
| ginamorales@KaZaA | Culture Beat - Mr. Vain.mp3 | Culture Beat | 4,030kB | Audio |
| ginamorales@KaZaA | 18-lil_scrappy_lil_jon-neva_eva-wcr.mp3 | Lil Scrappy_Lil Jon | 3,787kB | Audio |
| ginamorales@KaZaA | [Jay] {Ll Cool J} - {Doin It} (1).mp3 | LL Cool J | 4,577kB | Audio |
| ginamorales@KaZaA | Xcape-Do You Want To.mp3 | XSCAPE | 4,016kB | Audio |
| ginamorales@KaZaA | GABRIEL, ANA - Eres Todo En MI.mp3 | Ana Gabriel | 4,906kB | Audio |
| ginamorales@KaZaA | Culture Beat feat.mp3 | Culture Beat feat. Maxx | 4,914kB | Audio |
| ginamorales@KaZaA | Blackbox - Strike It Up.mp3 | Black Box | 4,244kB | Audio |
| ginamorales@KaZaA | ana gabriel-elamor que llega.mp3 | ana gabriel | 3,560kB | Audio |
| ginamorales@KaZaA | Jomanda - Make My Body Rock.mp3 | Jomanda | 6,012kB | Audio |
| ginamorales@KaZaA | Pras F, Mya_ODB - Ghetto Superstar (Outkast Remix).mp3 | Outkast | 4,160kB | Audio |
| ginamorales@KaZaA | Mariah Carey, Da Brat, Xscape - Always Be My Baby (Remi... | Xscape | 4,410kB | Audio |
| ginamorales@KaZaA | Corona - Rythem of the night.mp3 | Corona | 5,116kB | Audio |
| ginamorales@KaZaA | Diana DeGarmo - This Is It.mp3 | Diana DeGarmo | 1,609kB | Audio |
| ginamorales@KaZaA | spanish--Noelia - Candela - Merengue.mp3 | Noelia | 4,160kB | Audio |
| 2 Users | Ana Gabriel - Luna (1).mp3 | Ana Gabriel | 4,217kB | Audio |
| ginamorales@KaZaA | Ana Gabriel_Vicky Carr - Amiga.mp3 | Ana Gabriel | 4,033kB | Audio |
| ginamorales@KaZaA | Ana Gabriel - 02 - Que manera de perder.mp3 | Ana Gabriel | 2,456kB | Audio |
| ginamorales@KaZaA | laura pausini - amores extranos (1).mp3 | Laura Pausini | 4,001kB | Audio |
| ginamorales@KaZaA | Fulanito - Pecho A Pechuga.mp3 | Fulanito | 3,303kB | Audio |
| ginamorales@KaZaA | Isley Brothers - For the Love of You.mp3 | Isley Brothers | 5,230kB | Audio |
| ginamorales@KaZaA | Bone Thugs n Harmony - MO MURDER.MP3 | Bone Thugs n Harmony | 5,376kB | Audio |
| ginamorales@KaZaA | Latin Freestyle - Love Letter (1).mp3 | Cynthia | 5,466kB | Audio |
| ginamorales@KaZaA | Chaka Demus Pliers - Murda She Wrote.mp3 | Reggae | 3,836kB | Audio |
| ginamorales@KaZaA | Bone Thugs N Harmony - Crossroad.mp3 | Bone Thugs-n-Harmony | 3,581kB | Audio |
| ginamorales@KaZaA | Mellow Man Ace - Mentirosa.mp3 | Various Artists | 4,044kB | Audio |
| ginamorales@KaZaA | Stevie B. - Fantasy Girl.mp3 | Stevie B | 5,390kB | Audio |
| ginamorales@KaZaA | stevie.b - waiting for your love.mp3 | Stevie B | 3,990kB | Audio |
| ginamorales@KaZaA | Stevie B-Broken hearted.mp3 | Stevie B | 4,462kB | Audio |

Found 1,375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Stevie B-Broken hearted.mp3 | Stevie B | 4,462KB | Audio |
| ginamorales@KaZaA | Stevie B - Because I Love U.mp3 | Stevie B | 4,782KB | Audio |
| ginamorales@KaZaA | Stevie b - summer nights (freestyle mix).mp3 | Stevie B | 4,278KB | Audio |
| ginamorales@KaZaA | 203-juno_reactor_featuring_gocoo-teahouse-mvp.mp3 | Original Soundtrack | 1,532KB | Audio |
| ginamorales@KaZaA | Excape-In the Rain.mp3 | Xscape | 3,690KB | Audio |
| ginamorales@KaZaA | alicia_keys-06-if_i_aint_got_you-whqa.mp3 | Alicia Keys | 5,417KB | Audio |
| ginamorales@KaZaA | BlackBox-Eveyrbody, Everybody.mp3 | Black Box | 3,887KB | Audio |
| ginamorales@KaZaA | Raffy Matias -- Una Hoja En Blanco (Merengue Mix).mp3 | Raffy Matias | 4,593KB | Audio |
| ginamorales@KaZaA | Five For Fighting - Something About You (2).mp3 | Five For Fighting | 3,788KB | Audio |
| ginamorales@KaZaA | outkast (andre 3000) - hey ya (real).mp3 | Outkast | 5,864KB | Audio |
| ginamorales@KaZaA | Stevie B - In my eyes.mp3 | Stevie B | 4,976KB | Audio |
| ginamorales@KaZaA | 213 feat. Snoop Dogg - Ups And Downs.mp3 | Snoop Dogg | 5,477KB | Audio |
| ginamorales@KaZaA | Artist - Track 06_0803233437.mp3 | Kelis | 2,957KB | Audio |
| ginamorales@KaZaA | Shaq_Mobb Deep - Legal Money.mp3 | Shaquille O'Neal F Mobb D... | 4,265KB | Audio |
| ginamorales@KaZaA | Kylie Minogue - Fever - 06 - Fragile.mp3 | Kylie Minogue | 3,549KB | Audio |
| ginamorales@KaZaA | damn.- young bloodz.mp3 | YoungBloodz ft. Lil' Jon | 4,698KB | Audio |
| ginamorales@KaZaA | Kylie Minogue - Burning Up (1).mp3 | Kylie Minogue | 3,720KB | Audio |
| ginamorales@KaZaA | Toxicity - System of a Down Toxicity_02 Needles.mp3 | System Of A Down | 2,988KB | Audio |
| ginamorales@KaZaA | Bow Wow Wow - I Want Candy.mp3 | Bow Wow Wow | 2,597KB | Audio |
| ginamorales@KaZaA | Santana - Black Magic Woman.mp3 | Santana | 3,095KB | Audio |
| 2 Users | missy elliott-pass that dutch-pass that dutch.mp3 | missy elliott | 4,197KB | Audio |
| ginamorales@KaZaA | 10 - science (1).mp3 | System of a Down | 2,599KB | Audio |
| ginamorales@KaZaA | OLDSCHOOL-One Way.- Cutie Pie.mp3 | Cameo | 3,884KB | Audio |
| 2 Users | system of a down - shimmy (1).mp3 | System of a Down | 2,663KB | Audio |
| ginamorales@KaZaA | BonJovi - I'd Die For You.mp3 | Bon Jovi | 4,257KB | Audio |
| ginamorales@KaZaA | Kelis - Milkshake.mp3 | Kelis | 4,382KB | Audio |
| ginamorales@KaZaA | kelis-milkshake (1).mp3 | Kelis | 2,922KB | Audio |
| ginamorales@KaZaA | Cover Girls - Show Me.mp3 | Cover Girls | 4,421KB | Audio |
| ginamorales@KaZaA | Expose - Seasons Change.mp3 | Expose | 4,026KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (99,723,008 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Expose - Seasons Change.mp3 | Expose | 4,026KB | Audio |
| 2 Users | Expose - Let Me Be The One.mp3 | Expose | 4,093KB | Audio |
| ginamorales@KaZaA | Safire - Don't Break My Heart.mp3 | dance music | 5,029KB | Audio |
| ginamorales@KaZaA | cover girls - I'm Hooked On You.mp3 | cover girls | 5,107KB | Audio |
| ginamorales@KaZaA | Latin Rascals and Safire - On The Edge (80s).mp3 | Freestyle-Greatest Beats... | 5,146KB | Audio |
| ginamorales@KaZaA | blink 182 - 03 I miss you (1).wma | Blink 182 | 5,350KB | Audio |
| ginamorales@KaZaA | Madness - Our House.mp3 | Madness | 4,647KB | Audio |
| ginamorales@KaZaA | Cover Girls - Point Of No Return.mp3 | Cover Girls | 4,140KB | Audio |
| ginamorales@KaZaA | Shalamar - Let the Music Play.mp3 | Shannon | 5,590KB | Audio |
| ginamorales@KaZaA | Company B, Trinere, Dino - Freestyle Megamix.mp3 | Shannon, Cover Girls, Sw... | 14,864KB | Audio |
| ginamorales@KaZaA | Sweet Sensation - Take It While It's Hot.mp3 | Sweet Sensation | 4,724KB | Audio |
| ginamorales@KaZaA | Cover Girls - Let Me Be The One.mp3 | Safire | 6,288KB | Audio |
| ginamorales@KaZaA | Vapors - Turning Japanese.mp3 | Vapors | 3,544KB | Audio |
| ginamorales@KaZaA | 90´s  Freestylers - Dont Stop The Rock.mp3 | Break Dance | 5,166KB | Audio |
| ginamorales@KaZaA | Expose - Come Go With Me.mp3 | Expose | 4,056KB | Audio |
| ginamorales@KaZaA | Call - The Walls Came Down.mp3 | The Call | 3,526KB | Audio |
| ginamorales@KaZaA | Rolls Royce - Love Dont Live Here Anymore.mp3 | Rose Royce | 4,078KB | Audio |
| ginamorales@KaZaA | Safire - Boy I've Been Told.mp3 | Safire | 5,562KB | Audio |
| ginamorales@KaZaA | Dino - I Like It.mp3 | Dino | 3,691KB | Audio |
| ginamorales@KaZaA | 80's-Freestyle-expose -- megamix.mp3 | Club Mix | 9,380KB | Audio |
| ginamorales@KaZaA | Sweet Sensations - Hooked On You.mp3 | Sweet Sensation | 3,966KB | Audio |
| ginamorales@KaZaA | (80's) Jennifer Heart_____Hey Micky!.mp3 | 80's Music | 2,548KB | Audio |
| ginamorales@KaZaA | Aba - Take On Me.mp3 | Ah Ha | 3,595KB | Audio |
| ginamorales@KaZaA | Depeche Mode - Strangelove.mp3 | Depeche Mode | 4,616KB | Audio |
| ginamorales@KaZaA | Cathy Dennis - Touch Me (All Night Long).mp3 | Cathy Dennis | 5,706KB | Audio |
| ginamorales@KaZaA | Micheal Jackson - Free Willy Theme.mp3 | Micheal Jackson | 4,044KB | Audio |
| ginamorales@KaZaA | New Wave Hits Of The '80s - Falco - Rock Me Amadaeus.m... | New Wave Hits Of The '8... | 3,048KB | Audio |
| ginamorales@KaZaA | Sean Paul - Get Busy.mp3 | Sean Paul | 5,035KB | Audio |
| ginamorales@KaZaA | Were In Heaven.mp3 | Bryan Adams | 3,801KB | Audio |

Found 1,375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Were In Heaven.mp3 | Bryan Adams | 3,801KB | Audio |
| ginamorales@KaZaA | Animation - Obsession (1).mp3 | Animotion | 5,153KB | Audio |
| ginamorales@KaZaA | Beastie Boys - Brass Monkey.mp3 | Beastie Boys | 2,501KB | Audio |
| ginamorales@KaZaA | Cynthia - Love Me Tonight (1) (1).mp3 | Cynthia, Stevie B, TKA, D... | 3,671KB | Audio |
| ginamorales@KaZaA | Expose - Exposed to Love.mp3 | Old School - Expose | 3,382KB | Audio |
| ginamorales@KaZaA | INXS - New Sensation..mp3 | 80's - INXS | 3,441KB | Audio |
| ginamorales@KaZaA | Sweet Sensation - If Wishes Came True.mp3 | Sweet Sensation | 4,912KB | Audio |
| ginamorales@KaZaA | New Edition - Mr Telephone Man.mp3 | New Edition | 3,723KB | Audio |
| ginamorales@KaZaA | Ray Stevens - Cotton Eyed Joe.mp3 | Rednex | 3,012KB | Audio |
| ginamorales@KaZaA | Morris Day And The Time - Jungle Love.mp3 | Morris Day and The Time | 3,192KB | Audio |
| ginamorales@KaZaA | New Edition - Can You Stand The Rain(1).mp3 | New Edition | 7,104KB | Audio |
| ginamorales@KaZaA | 80's music - club mega mix (1).mp3 | DANCE SONGS | 12,530KB | Audio |
| ginamorales@KaZaA | Phat Trax 80s - C-Bank - One more shot.mp3 | C-Bank | 5,608KB | Audio |
| ginamorales@KaZaA | Devo - Pop Music (1).mp3 | Devo | 2,824KB | Audio |
| 2 Users | jock jams - 90s-v00's.mp3 | Jock Jams | 3,364KB | Audio |
| ginamorales@KaZaA | Soulive - Doin' Something - 08 - Romantic.mp3 | Soulive | 5,004KB | Audio |
| ginamorales@KaZaA | R-Kelly-Thoia Thong.wma | R. Kelly | 1,393KB | Audio |
| ginamorales@KaZaA | Funk Megamix.mp3 | Max Mix | 14,192KB | Audio |
| ginamorales@KaZaA | R.KELLY ft YOUNG BUCK - THOIA THONG (remix) (3).mp3 | R. Kelly | 4,076KB | Audio |
| ginamorales@KaZaA | 05-ginuwine-in_those_jeans-0mni.mp3 | Ginuwine | 5,707KB | Audio |
| ginamorales@KaZaA | Ginuwine - In Those Jeans (Remix) feat.mp3 | Ginuwine | 4,747KB | Audio |
| ginamorales@KaZaA | New Edition - Cool It Now (1).mp3 | New Edition | 3,026KB | Audio |
| ginamorales@KaZaA | Soundtrack- 2 Fast 2 Furious - 09 - Joe Budden - Pump It... | Joe Budden | 5,895KB | Audio |
| ginamorales@KaZaA | Kylie Minogue - Can't get you out of my head (radio versio... | Kylie Minogue | 3,546KB | Audio |
| ginamorales@KaZaA | Reggae-Shabba Ranks - Muder She Wrote.mp3 | Reggae | 3,492KB | Audio |
| 2 Users | Morris Day The Time - Cool (1) (1).mp3 | Morris Day and The Time | 3,504KB | Audio |
| ginamorales@KaZaA | Midnight Star - FREAKAZOID (ULTIMIX).MP3 | Midnight Star | 5,454KB | Audio |
| ginamorales@KaZaA | Da Band - Bad Boy This, Bad Boy That.wma | Da Band | 3,973KB | Audio |
| ginamorales@KaZaA | Track19.mp3 | little john f/wn yan | 7,831KB | Audio |

Found 1,375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files