| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Track19.mp3 | little john flyin yan | 7,831KB | Audio |
| ginamorales@KaZaA | Slow Jamz.mp3 | Twista ft. Kanye West | 3,216KB | Audio |
| ginamorales@KaZaA | MC Hammer - Can't Touch This.mp3 | MC Hammer | 3,506KB | Audio |
| ginamorales@KaZaA | J-zey,Girlz,Girlz,Girlz,Girlz.mp3 | Jay-Z | 4,288KB | Audio |
| ginamorales@KaZaA | BLUE PRINT - Jay 2 - 08 - Track_8.mp3 | Jay-Z | 4,335KB | Audio |
| ginamorales@KaZaA | 80's new edition - candy girl.mp3 | New Edition | 3,640KB | Audio |
| ginamorales@KaZaA | Jimmy Nail - Love Don't Live Here Anymore.mp3 | Jimmy Nail | 3,673KB | Audio |
| ginamorales@KaZaA | jessica simpson-i have loved you-in this skin.mp3 | jessica simpson | 4,050KB | Audio |
| ginamorales@KaZaA | RAp-Lil bowwow-Where My Dogs At.mp3 | Lil Bow Wow feat. Snoop | 2,896KB | Audio |
| ginamorales@KaZaA | Lil Bowwow -- Ghetto Girl.mp3 | Lil' Bow Wow | 3,038KB | Audio |
| ginamorales@KaZaA | Lil BowWow - Take Ya' Home.mp3 | Lil Bow Wow | 3,748KB | Audio |
| ginamorales@KaZaA | LilBowWow - Puppy Love.mp3 | Lil BowWow | 3,277KB | Audio |
| ginamorales@KaZaA | RAP - Lil' BowWow - Thank you (ft. jagged edge).mp3 | Lil Bow Wow | 3,910KB | Audio |
| ginamorales@KaZaA | Lil'romeo vs Lil'bowwow - Freestyle Battle.mp3 | LILROMEO N LILBOWW... | 2,240KB | Audio |
| ginamorales@KaZaA | Snoop Dog ft Pharell - Lets Get Blown.mp3 | Snoop Dogg | 6,547KB | Audio |
| ginamorales@KaZaA | 245_Lil Bow Wow - Basketball.mp3 | BowWow Ft. Fabolous, JD | 2,973KB | Audio |
| ginamorales@KaZaA | LIL' ROMEO - MY BABY.MP3 | Lil'Bowwow vs Lil'Romeo | 5,204KB | Audio |
| ginamorales@KaZaA | Save The Last Dance - 10 - Ice Cube - Put Your Back Into I... | Save The Last Dance | 4,103KB | Audio |
| ginamorales@KaZaA | Pink - Just like a pill.mp3 | Pink | 3,695KB | Audio |
| ginamorales@KaZaA | Remix - Mariah Carey ft. BowWow - All I want for christmas... | Mariah Carey_Lil' bow w... | 3,543KB | Audio |
| ginamorales@KaZaA | (Sammi Cheng) - Track 01 (Shocking Pink 20 July 2001 Tec... | Sammi Cheng | 3,421KB | Audio |
| ginamorales@KaZaA | PinkFloyd - Hey You.mp3 | PinkFloyd | 4,374KB | Audio |
| ginamorales@KaZaA | PINK - You Make Me Sick.mp3 | Pink | 3,870KB | Audio |
| ginamorales@KaZaA | Various 80's - Rock 'n' Roll New Wave Megamix.mp3 | Various 80's | 13,625KB | Audio |
| ginamorales@KaZaA | Ying Yang Twins - Back up.mp3 | Ying Yang Twins | 4,270KB | Audio |
| ginamorales@KaZaA | Anos 60, 70, 80, 90, - Ultimate Party Megamix (Dance Dis... | Dance Disco Funk-... | 3,918KB | Audio |
| ginamorales@KaZaA | Quincy Jones Feat. Barry White, Al.B. Sure, El Debarge_J... | Quincy Jones (feat. El De... | 6,240KB | Audio |
| ginamorales@KaZaA | Ashanti - 09 - Baby - music-madness.mp3 | Ashanti | 2,594KB | Audio |
| ginamorales@KaZaA | Pink Floyd - Shine On You Crazy Diamond (Part Two).mp3 | Pink Floyd | 11,710KB | Audio |

Found 1,375 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | [ ] | [ ] | Traffic | Shop | Tell A Friend

New search | Download | Search | [ ] | [ ] | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Pink Floyd - Shine On You Crazy Diamond (Part Two).mp3 | Pink Floyd | 11,710KB | Audio |
| ginamorales@KaZaA | Puff Daddy - Come With Me.mp3 | Puff Daddy | 5,710KB | Audio |
| ginamorales@KaZaA | Westside Connection ft. Nate Dogg - Gangsta Nation.wma | Westside Connection | 3,229KB | Audio |
| ginamorales@KaZaA | Wang Chung - Everybody Have Fun Tonight.mp3 | Wang Chung | 4,498KB | Audio |
| ginamorales@KaZaA | Kim Wilde - Kids In America.mp3 | Kim Wilde | 3,276KB | Audio |
| ginamorales@KaZaA | Vapors - Turning Japanese.mp3 | 80's Retro | 2,634KB | Audio |
| ginamorales@KaZaA | the best 80s- frankie goes to hollywood - relax.mp3 | Frankie Goes to Hollywood | 2,780KB | Audio |
| ginamorales@KaZaA | DJ Sasha - Expander (energy mix).mp3 | Sasha | 9,079KB | Audio |
| ginamorales@KaZaA | Michael McDonald - Motown - Aint Nothing Like The Real Thi.. | Michael McDonald | 3,953KB | Audio |
| ginamorales@KaZaA | Shakedown.mp3 | Ministry Of Sound | 2,835KB | Audio |
| ginamorales@KaZaA | Erasure - Chains Of Love (1).mp3 | Erasure | 3,316KB | Audio |
| ginamorales@KaZaA | Naked Eyes - Promises Promises.mp3 | naked eyes | 3,748KB | Audio |
| ginamorales@KaZaA | Ty Herndon - It Must Be Love.mp3 | Madness | 3,174KB | Audio |
| ginamorales@KaZaA | SWV - Your The One For Me.mp3 | SWV | 4,416KB | Audio |
| ginamorales@KaZaA | Allure feat Nas - Head Over Heels.mp3 | Allure_Nas | 3,975KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - West End Girls.mp3 | Pet Shop Boys | 3,738KB | Audio |
| ginamorales@KaZaA | techno - Ibiza - PPK - Hey DJ 2001 (Trance Mix).mp3 | PPK | 4,900KB | Audio |
| ginamorales@KaZaA | Falco - One Night In Bangkok.mp3 | 80's Retro | 2,918KB | Audio |
| ginamorales@KaZaA | Blondie - Maria.mp3 | Blondie | 3,864KB | Audio |
| ginamorales@KaZaA | ABC - Poison Arrow.mp3 | ABC | 3,264KB | Audio |
| ginamorales@KaZaA | Jagged Edge - Dance Floor - Hard - 6.mp3 | Jagged Edge | 3,536KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - Megamix 2000.mp3 | Pet Shop Boys | 12,198KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - What Have I Done To Deserve This.mp3 | Pet Shop Boys | 4,040KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - New York City Boy.mp3 | Pet Shop Boys | 4,080KB | Audio |
| ginamorales@KaZaA | Yazoo - Situation.mp3 | Yazoo | 5,434KB | Audio |
| ginamorales@KaZaA | New Wave Hits of the 80s VH1 - 09 - Ramones - What I Lik... | One Hit Wonders | 1,732KB | Audio |
| ginamorales@KaZaA | Wham - Club Tropicana.mp3 | Wham | 4,206KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - Send Me an Angel.mp3 | Petshop Boys | 4,788KB | Audio |
| ginamorales@KaZaA | Depeche Mode - All I Ever Wanted.mp3 | Depeche Mode | 4,086KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | New search | MyKazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Depeche Mode - All I Ever Wanted.mp3 | Depeche Mode | 4,086KB | Audio |
| ginamorales@KaZaA | Petshop Boys - You Spin Me1.mp3 | Pet Shop Boys | 3,117KB | Audio |
| ginamorales@KaZaA | DONT STOP YOU GET ENOUGH.mp3 | Michael Jackson | 5,703KB | Audio |
| ginamorales@KaZaA | New Wave 80's - Naked Eyes - Always Something There To... | Naked Eyes | 4,356KB | Audio |
| ginamorales@KaZaA | 80's The Cure - Tainted Love.mp3 | The Cure | 4,171KB | Audio |
| ginamorales@KaZaA | Girl Power.mp3 | The Cheetah Girls | 1,301KB | Audio |
| ginamorales@KaZaA | Disco Inferno - Burn Baby Burn.mp3 | Disco | 2,965KB | Audio |
| ginamorales@KaZaA | Play - Cinderella.mp3 | Cheetah Girls | 3,405KB | Audio |
| ginamorales@KaZaA | Cheetah Sisters.wav | The Cheetah Girls | 1,636KB | Audio |
| ginamorales@KaZaA | Disney - Peter Pan - You Can Fly! You Can Fly! You Can Fly... | Disney | 3,834KB | Audio |
| ginamorales@KaZaA | Fabolous - Ashanti - So Into U.mp3 | Fabolous F/Ashanti | 6,432KB | Audio |
| ginamorales@KaZaA | Cypriss Hill - Insane In the Membrain.mp3 | Cypress Hill | 3,360KB | Audio |
| ginamorales@KaZaA | Cinderella Soundtrack - Bibbidi-Bobbidi-Boo.mp3 | Onda Vaselina | 1,198KB | Audio |
| ginamorales@KaZaA | 07 - Jessica Simpson - Part Of Your World - simplemp3s_m... | Jessica Simpson | 2,037KB | Audio |
| ginamorales@KaZaA | Disney - (Pocahantas) Just around the riverbend.mp3 | Pochahontas | 2,349KB | Audio |
| ginamorales@KaZaA | Disney - Kiss The Girl (Dance Remix).mp3 | The Little Mermaid | 2,706KB | Audio |
| ginamorales@KaZaA | Jason Mraz-The Remedy (studio).MP3 | Jason Mraz | 2,006KB | Audio |
| ginamorales@KaZaA | Joe Nichols - Brokenheartsville.mp3 | Joe Nichols | 3,613KB | Audio |
| ginamorales@KaZaA | Together, We Can - The Cheetah Girls.WAV | The Cheetah Girls | 4,072KB | Audio |
| ginamorales@KaZaA | tim mcgraw - Check Yes Or No.mp3 | Tim McGraw | 2,818KB | Audio |
| ginamorales@KaZaA | Keith Whitley - I'm No Stranger To The Rain.mp3 | Keith Whitley | 3,380KB | Audio |
| ginamorales@KaZaA | Ronan Keating - Circle Of Life.mp3 | Elton John | 4,459KB | Audio |
| ginamorales@KaZaA | Disney - Part of That World (Little Mermaid).mp3 | The Little Mermaid | 3,056KB | Audio |
| ginamorales@KaZaA | Cinderelly, Cinderelly - Disney - Cinderalla - Cinderella Sou... | Disney | 1,954KB | Audio |
| ginamorales@KaZaA | Disney - Under the Sea (Little Mermaid).mp3 | Disney | 2,589KB | Audio |
| ginamorales@KaZaA | Disney - Beauty and the Beast - Be Our Guest (1).mp3 | Disney | 3,456KB | Audio |
| ginamorales@KaZaA | stars on 45 - 70's disco mix.mp3 | Stars On 45 | 6,778KB | Audio |
| ginamorales@KaZaA | Mark Antony - I Need To Know.mp3 | Marc Anthony | 3,540KB | Audio |
| ginamorales@KaZaA | Disney - A Whole New World (Alladin).mp3 | Disney | 3,828KB | Audio |

Found 1375 files. | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Disney - A Whole New World (Alladin).mp3 | Disney | 3,828KB | Audio |
| ginamorales@KaZaA | Disney- Aladin- Prince Ali (1).mp3 | Aladdin in French | 2,702KB | Audio |
| ginamorales@KaZaA | Disney - Hakuna Matata (The Lion King).mp3 | Disney Soundtracks | 3,316KB | Audio |
| ginamorales@KaZaA | Hilary Duff - Why Not.mp3 | hilary duff | 2,850KB | Audio |
| ginamorales@KaZaA | 05-jay_z-change_clothes_and_go-dta.mp3 | Jay-Z ft Pharrell Williams | 4,039KB | Audio |
| ginamorales@KaZaA | Keith Whitley - When You Say Nothing At All.mp3 | Keith Whitley | 3,400KB | Audio |
| ginamorales@KaZaA | Disney World - Magic Kingdom; Fantasyland - Peter Pan's Fl... | Walt Disney World | 1,100KB | Audio |
| ginamorales@KaZaA | Disney - Mary Poppins - Spoon Full Of Sugar.mp3 | Julie Andrews | 3,858KB | Audio |
| ginamorales@KaZaA | Football Songs - Pittsburgh Steelers Fight Song.mp3 | Cheerleading | 1,384KB | Audio |
| ginamorales@KaZaA | napster songs - Cheerleading Hip Hop Mix (1).mp3 | Cheerleading Hip Hop Mix | 1,768KB | Audio |
| ginamorales@KaZaA | ying yang twins-say i y! yi (1).mp3 | Yin Yang Twins | 3,916KB | Audio |
| ginamorales@KaZaA | Disney - Peter Pan - Following the Leader.mp3 | Disney | 1,502KB | Audio |
| ginamorales@KaZaA | totally 80s - Ghostbusters Theme.mp3 | 80's music | 3,368KB | Audio |
| ginamorales@KaZaA | punk covers - Ghostbusters.mp3 | Punk Cover | 2,524KB | Audio |
| ginamorales@KaZaA | barry white--the secret garden.mp3 | Barry White | 7,072KB | Audio |
| ginamorales@KaZaA | Tv - Nike - A Little Less Conversation Commercial Remix.m... | R.E.M. | 2,224KB | Audio |
| ginamorales@KaZaA | Joe Nichols - The Impossible.mp3 | Joe Nichols | 3,799KB | Audio |
| ginamorales@KaZaA | Joe Nichols - She Only Smokes When She Drinks.mp3 | Joe Nichols | 3,997KB | Audio |
| ginamorales@KaZaA | old-school--cameo- shake your pants.mp3 | Cameo | 4,176KB | Audio |
| ginamorales@KaZaA | aint no mountain - micheal mcdonald.mp3 | Michael McDonald | 2,648KB | Audio |
| ginamorales@KaZaA | michael mcdonald - All I Need.mp3 | Michael McDonald | 5,334KB | Audio |
| ginamorales@KaZaA | 112 - dance with me.mp3 | 112 | 2,718KB | Audio |
| ginamorales@KaZaA | Keith Whitley - Dont Close Your Eyes.mp3 | Keith Whitley | 2,453KB | Audio |
| ginamorales@KaZaA | (11) Jennifer Lopez - Baby I Love You.wma | J.Lo | 2,638KB | Audio |
| ginamorales@KaZaA | Reggae-Shabba Ranks - Wicked Reggae Mix.mp3 | Shabba Ranks | 4,711KB | Audio |
| ginamorales@KaZaA | La Sonora Dinamita - Escandalo (Latin House Mix).mp3 | La Sonora Dinamita | 4,054KB | Audio |
| ginamorales@KaZaA | Micheal Jackson- butterfly.mp3 | Michael Jackson | 4,378KB | Audio |
| ginamorales@KaZaA | Michael Jackson - Heal the World.mp3 | Michael Jackson | 4,966KB | Audio |
| ginamorales@KaZaA | Michael Jackson-They Dont Really Care About Us.mp3 | Michael Jackson | 4,442KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---:|---|
| ginamorales@KaZaA | Micheal Jackson-They Dont Really Care About Us.mp3 | Micheal Jackson | 4,442KB | Audio |
| ginamorales@KaZaA | CU -La sonora dinamita -Escandalo.mp3 | La Sonora Dinamita | 5,372KB | Audio |
| ginamorales@KaZaA | Grandes Cumbias - La Sonora Dinamita - Cumbia-Colombian... | La Sonora Dinamita | 4,928KB | Audio |
| ginamorales@KaZaA | 21-sean_paul-its_on.mp3 | Sean_Paul | 5,125KB | Audio |
| ginamorales@KaZaA | ana gabriel - tu quisiste estar allá.mp3 | Ana Gabriel | 3,974KB | Audio |
| ginamorales@KaZaA | T's Songs - Cheerleading Song - Jock Jams Jump Everybod... | 3T | 2,744KB | Audio |
| ginamorales@KaZaA | Cheerleading-Songs --Cheer Mixes.mp3 | Cheerleading | 1,841KB | Audio |
| ginamorales@KaZaA | Sade - Kissing You(Romeo and Juliet).mp3 | Sade | 4,080KB | Audio |
| ginamorales@KaZaA | Lean Back (remix).mp3 | Terror Squad | 4,065KB | Audio |
| ginamorales@KaZaA | sexyLady.mp3 | shaggy Ft sean a paul | 3,550KB | Audio |
| ginamorales@KaZaA | Basketball- Freestyle .mp3 | Nike | 2,377KB | Audio |
| ginamorales@KaZaA | J.Lo--"Lovin' U.mp3 | Jennifer Lopez | 5,285KB | Audio |
| ginamorales@KaZaA | 02. Punky Reggae Party.mp3 | Bob Marley | 5,515KB | Audio |
| ginamorales@KaZaA | neptunes-nike battle.mp3 | Neptunes | 2,982KB | Audio |
| ginamorales@KaZaA | jin-i dont know.mp3 | Jin | 4,265KB | Audio |
| ginamorales@KaZaA | DRUMNBASE - NIKE COMMERCIAL.mp3 | Bas | 1,108KB | Audio |
| ginamorales@KaZaA | TV Commercials - Nike Basketball Commercial - Dribble Ryth... | Nike | 892KB | Audio |
| ginamorales@KaZaA | eubonics.mp3 | Movie quotes | 1,558KB | Audio |
| ginamorales@KaZaA | Jerky Boys - Taco Bell Prank Call.mp3 | The Jerky Boyz | 1,943KB | Audio |
| ginamorales@KaZaA | charli baltimore_foxy brown - Freestyle (Lil Kim Diss) (1)... | Ja Rule  Charlie-B  Ash... | 1,511KB | Audio |
| ginamorales@KaZaA | Dr. Dre - Bitch Niggaz.mp3 | Dr. Dre | 3,962KB | Audio |
| ginamorales@KaZaA | outkast-I'm a sorry ass miss jackson.mp3 | Outkast | 6,443KB | Audio |
| ginamorales@KaZaA | Outkast - Rosa Parks (Remix) (F. Eminem).mp3 | Eminem | 3,732KB | Audio |
| ginamorales@KaZaA | Elvis_JXL - Little Less Conversation.mp3 | Elvis Presley | 2,947KB | Audio |
| ginamorales@KaZaA | Dr. Dre - The Watcher.mp3 | Dr. Dre | 3,239KB | Audio |
| ginamorales@KaZaA | 03-outkast-hey_ya-bla.mp3 | Outkast | 5,514KB | Audio |
| ginamorales@KaZaA | Sade - And I Miss You.mp3 | Sade | 4,660KB | Audio |
| ginamorales@KaZaA | 02-outkast-the_way_you_move-hodenk@bz.mp3 | Outkast | 5,516KB | Audio |
| ginamorales@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 3,859KB | Audio |

Found 1375 files.  2,909,106 users online, sharing 699,343,156 Files (39,723,008 GB)  Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 3,889KB | Audio |
| ginamorales@KaZaA | Sade - No Ordinary Love.mp3 | Sade | 6,868KB | Audio |
| ginamorales@KaZaA | Murphey Lee - what The Hook Gon Be.mp3 | Murphy Lee | 5,296KB | Audio |
| ginamorales@KaZaA | Ludacris - Stand Up.mp3 | Ludacris | 4,313KB | Audio |
| ginamorales@KaZaA | Sade - Your Love Is King.mp3 | Sade | 3,468KB | Audio |
| ginamorales@KaZaA | house Sade - Sweetest Taboo (house remix).mp3 | Sade | 7,928KB | Audio |
| ginamorales@KaZaA | Ludacris - Stand Up Dirty.mp3 | Ludacris | 3,523KB | Audio |
| ginamorales@KaZaA | ANGEL ONE - EVERYBODY'S FREE (RADIO EDIT).MP3 | ANGEL ONE | 3,583KB | Audio |
| ginamorales@KaZaA | Sade - Smooth Operator.mp3 | Sade | 4,631KB | Audio |
| ginamorales@KaZaA | Disney - The Lion King - I just can't wait to be king.mp3 | Walt Disney | 3,594KB | Audio |
| ginamorales@KaZaA | Eminem_Xzibit - Jermaine Dupri Diss.mp3 | Eminem | 3,324KB | Audio |
| ginamorales@KaZaA | Janet Jackson feat. Jermaine Dupri - Someone To Call My... | Janet Jackson feat. Jerma... | 4,362KB | Audio |
| ginamorales@KaZaA | Diana DeGarmo - I'm Still Standing.mp3 | Diana DeGarmo | 1,556KB | Audio |
| ginamorales@KaZaA | (Jermaine Dupri w_Ludacris)-Welcome 2 Atlanta.mp3 | Jermaine Dupri w. Ludacris | 3,234KB | Audio |
| ginamorales@KaZaA | Lil Bow Wow - You Know Me (2).mp3 | Lil Bow Wow | 2,918KB | Audio |
| ginamorales@KaZaA | Jin - Money.mp3 | Jin | 3,608KB | Audio |
| ginamorales@KaZaA | Jermaine Dupri f.mp3 | JD Feat. Usher_DaBrat | 3,995KB | Audio |
| ginamorales@KaZaA | 11-jin-peel_off-rns.mp3 | Jin | 5,847KB | Audio |
| ginamorales@KaZaA | Tamia featuring Jermaine Dupri - Imagination.mp3 | Tamia | 3,006KB | Audio |
| ginamorales@KaZaA | JD - I've Got To Have It - fizzl16.mp3 | Jermaine Dupri and Nas | 3,175KB | Audio |
| ginamorales@KaZaA | ++++Jagged Edge_Jermaine Dupri, Da Brat, Tigah, Lil B... | Lil' Bow Wow | 4,586KB | Audio |
| ginamorales@KaZaA | Jermaine Dupri feat. Jadakiss_Freeway- Hate In Your Blo... | 3 | 3,217KB | Audio |
| ginamorales@KaZaA | Cardigans - Love Fool.mp3 | Cardigans | 3,102KB | Audio |
| ginamorales@KaZaA | Jermaine Dupri and Jay Z - Money Aint A Thing.mp3 | Jermaine Dupree | 3,976KB | Audio |
| ginamorales@KaZaA | Mariah Carey, Jermaine Dupri - Sweetheart.mp3 | JD feat. Mariah Carey | 4,441KB | Audio |
| ginamorales@KaZaA | Ana Gabriel- Soledad.mp3 | Ana Gabriel | 4,018KB | Audio |
| ginamorales@KaZaA | JAYZ-M~1.MP3 | Jermaine Dupri Feat. Jay... | 3,968KB | Audio |
| ginamorales@KaZaA | Jin.vs. Infinite - Freestyle Battle.mp3 | Jin | 3,612KB | Audio |
| ginamorales@KaZaA | 98 Degrees - I Do (Cherish You).mp3 | 98 | 4,425KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | 98 Degrees - I Do (Cherish You).mp3 | 98° | 4,425KB | Audio |
| ginamorales@KaZaA | jin vs. noose (week 5).mp3 | Jin | 2,146KB | Audio |
| ginamorales@KaZaA | bet freestyle Friday_04 jin vs logan (week 4).mp3 | BET Freestyle Friday | 2,898KB | Audio |
| ginamorales@KaZaA | TheCheetahGirls-TogetherweCan.mp3 | The Cheetah Girls | 1,480KB | Audio |
| ginamorales@KaZaA | Jin Vs Snoose (week 5).mp3 | Jin | 2,146KB | Audio |
| ginamorales@KaZaA | Sade - Angel By My Side.mp3 | a | 3,948KB | Audio |
| ginamorales@KaZaA | Bon Jovi - Bed of Roses.mp3 | Bon Jovi | 6,146KB | Audio |
| ginamorales@KaZaA | Bon Jovi - Thank You For Loving Me.mp3 | Bon Jovi | 4,828KB | Audio |
| ginamorales@KaZaA | GQ - Sitting In The Park 12.mp3 | GQ | 3,120KB | Audio |
| ginamorales@KaZaA | Cover Girls - Funk Boutique.mp3 | Dirty Vegas | 3,645KB | Audio |
| ginamorales@KaZaA | Jennifer Lopez - Feelin' So Good.mp3 | Jennifer Lopez Feat. Big P... | 5,114KB | Audio |
| ginamorales@KaZaA | Get Back.mp3 | Ludacris | 4,319KB | Audio |
| ginamorales@KaZaA | 1 milkshake.mp3 | Kelis, La La, Rah Diggah | 3,389KB | Audio |
| ginamorales@KaZaA | LL Cool J - Jingling baby.mp3 | Jin | 4,621KB | Audio |
| ginamorales@KaZaA | Uncle Luke - Shake What Your Mamma Gave Ya.mp3 | POISON CLAN | 3,044KB | Audio |
| ginamorales@KaZaA | Jermain Dupri - Buy You A Drink.mp3 | Jermaine Dupris | 3,466KB | Audio |
| ginamorales@KaZaA | J.Lo feat Fifty Cent -Im gonna be alright.mp3 | Jenifer Lopez Feat. 50 Ce... | 3,647KB | Audio |
| ginamorales@KaZaA | StevieWonder-RibbonInTheSky.mp3 | Stevie Wonder | 3,482KB | Audio |
| ginamorales@KaZaA | jin vs skazoo week6freestylefriday106thandpark.mp3 | Jin | 2,195KB | Audio |
| ginamorales@KaZaA | SOUNDTRACK 07 brown sugar NO LOOPS!.mp3 | Soundtrack | 2,835KB | Audio |
| ginamorales@KaZaA | 06-ashanti-silent_night-rns (1).mp3 | Ashanti | 3,133KB | Audio |
| ginamorales@KaZaA | Ja Rule, Ashanti, Vita and Charli Baltimore - Down 4 You (d... | Ja Rule, Ashanti, Vita,... | 6,420KB | Audio |
| ginamorales@KaZaA | milkshake xpress mix (1).mp3 | Milkshake (Xpress 2 Remix) | 8,977KB | Audio |
| ginamorales@KaZaA | Jin - Oh no.mp3 | Jin | 4,296KB | Audio |
| ginamorales@KaZaA | Surrender (Your Love) - Javine Hylton.mp3 | Javine Hylton | 5,386KB | Audio |
| ginamorales@KaZaA | ashanti-06-call-(MP3 - 4 - LIFE).mp3 | Ashanti | 4,767KB | Audio |
| ginamorales@KaZaA | Ja Rule feat. Ashanti_Fat Joe - Whats Love.mp3 | Fat Joe | 6,261KB | Audio |
| ginamorales@KaZaA | Cheer Mix - Stunt Routine.mp3 | Cheer Mix | 516KB | Audio |
| ginamorales@KaZaA | Ashanti - Dont mess with my man.mp3 | Nivea | 3,367KB | Audio |

Found 1,375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Ashanti - Dont mess with my man.mp3 | Nivea | 3,367KB | Audio |
| ginamorales@KaZaA | Ashanti ft. Murda Inc - Foolish.mp3 | Ashanti | 5,314KB | Audio |
| ginamorales@KaZaA | Cheerleading- UCA- 08- Hot Boys Mix.mp3 | Cheerleading Songs *\o/* | 818KB | Audio |
| ginamorales@KaZaA | CHEER-MIX.mp3 | cheerleading | 2,112KB | Audio |
| ginamorales@KaZaA | Ja Rule feat. Ashanti - Always On Time.mp3 | Ja Rule feat. Ashanti | 3,862KB | Audio |
| ginamorales@KaZaA | Cheerleading Mix - Toros Final Cheer.mp3 | Dance Songs | 1,567KB | Audio |
| ginamorales@KaZaA | 06-ashanti-rain_on_me-wcr.mp3 | Ashanti | 6,988KB | Audio |
| ginamorales@KaZaA | Jennifer Lopez Could This Be Love.mp3 | Jennifer Lopez | 3,386KB | Audio |
| ginamorales@KaZaA | Espn Jock Jams Vol. 4 - Be Aggressive, The Jock Jam Cheer... | cheerleading songs!! | 512KB | Audio |
| ginamorales@KaZaA | ashanti_ft_nas_jarule-01-the_pledge(dirty)-xxl (2).mp3 | G-Unit | 3,694KB | Audio |
| ginamorales@KaZaA | Beenieman_Barrinton Levy -Murderer (remix).MP3 | Beenie Man_Barrington ... | 4,009KB | Audio |
| ginamorales@KaZaA | Hockey Songs - Y'all Ready For This (1).mp3 | Dance Music | 3,211KB | Audio |
| ginamorales@KaZaA | Cheer (UCA) - Cheerleading - (Fast Dance Mix) (6).mp3 | Cheerleading Mixes | 988KB | Audio |
| ginamorales@KaZaA | Buju Banton_Beenie man- Dangerously.mp3 | Beanie Man, Sean Paul, B... | 2,226KB | Audio |
| ginamorales@KaZaA | Dance-Cheerleading Mixes - Hyper Mix #27.mp3 | Cheer Mix | 1,140KB | Audio |
| ginamorales@KaZaA | Track 05_0722182056.mp3 | Cheerleading Music | 1,206KB | Audio |
| ginamorales@KaZaA | Nicole's Cheerleading Mixes - Chic - Chic Cheer (Remix) (DJ... | Various | 2,370KB | Audio |
| ginamorales@KaZaA | Chelsey Files - Cheerleading- Booty Drop.mp3 | Booty Drop | 3,404KB | Audio |
| ginamorales@KaZaA | Cheerleading - Cheermix (Destiny's Child, Jennifer Lopez)... | Jock Jams | 12,330KB | Audio |
| ginamorales@KaZaA | Cheerleading Songs - DJ Mixes - Hip Hop Party Mix.mp3 | Cheer/Dance | 3,180KB | Audio |
| ginamorales@KaZaA | shake a lil somethin-cheer.mp3 | cheer | 1,546KB | Audio |
| ginamorales@KaZaA | Cheerleading- Jock Jam.mp3 | Sports Songs | 2,756KB | Audio |
| ginamorales@KaZaA | Cheerleading - Pink Panther Theme (Techno Dance Mix).m... | Theme Songs | 2,110KB | Audio |
| ginamorales@KaZaA | DANCE - Too Much Booty In The Pants.mp3 | Cheerleading Songs | 1,940KB | Audio |
| ginamorales@KaZaA | CHEERLEADING SONGS- UCA spirit dance (1).mp3 | Cheer Mixes | 868KB | Audio |
| ginamorales@KaZaA | cheer - jock jams mix (cheerleading competition dance) (1)... | Basketball Songs | 1,660KB | Audio |
| ginamorales@KaZaA | Misha Seeker - San Clemente High School 2000-2001 Cheer... | Cheerleading Music | 2,114KB | Audio |
| ginamorales@KaZaA | Cheerleading - Fight Song.mp3 | Notre Dame Marching Ba... | 2,538KB | Audio |
| ginamorales@KaZaA | Techno - Fast beat Bass.mp3 | drb trax | 8,384KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 Files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| ginamorales@KaZaA | Techno - Fast beat Bass.mp3 | dnb trax | 8,384KB | Audio | Drum n Bass |
| ginamorales@KaZaA | 04-50cent_and_g-unit-gangstad_up-jah.mp3 | 50Cent and G-Unit | 4,280KB | Audio | |
| ginamorales@KaZaA | Jasmine Trias - Open Arms.mp3 | Jasmine Trias | 1,735KB | Audio | |
| ginamorales@KaZaA | 07-Im Really Hot.mp3 | Missy Elliot | 6,813KB | Audio | A |
| ginamorales@KaZaA | ACDC - Sink The Pink.mp3 | ACDC | 4,000KB | Audio | The |
| ginamorales@KaZaA | Coyote Ugly - LeAnn Rimes - Right Kind of Wrong.mp3 | LeAnn Rimes | 3,556KB | Audio | |
| ginamorales@KaZaA | Coyote Ugly - I don't like to.mp3 | LeAnn Rimes | 3,200KB | Audio | |
| ginamorales@KaZaA | Sergio Mendez - Magaleña.mp3 | Sergio Mendez | 3,442KB | Audio | |
| ginamorales@KaZaA | Coyote Ugly Soundtrack- Right Kind of Wrong.mp3 | Coyote Ugly | 3,588KB | Audio | Right Kind of W |
| ginamorales@KaZaA | 05 - Don Henley - All She Wants to Do Is Dance.mp3 | Don Henley | 4,196KB | Audio | All W |
| ginamorales@KaZaA | Leanne Rimes - Please Remember - Leann Rimes.mp3 | LeAnn Rimes | 4,290KB | Audio | Please remem |
| ginamorales@KaZaA | Coyote Ugly Soundtrack -[14] - Blondie- One Way Or Ano... | Blondie | 3,384KB | Audio | |
| ginamorales@KaZaA | Coyote Ugly- Leanne Rymes - Can't Fight the Moonlight.m... | leann rimes | 3,408KB | Audio | |
| ginamorales@KaZaA | Leann Rimes-But Do I Love You.mp3 | Leanne Rimes | 2,796KB | Audio | ant |
| ginamorales@KaZaA | Move Your Body.mp3 | Nina Sky Ft. Jabba | 5,085KB | Audio | |
| ginamorales@KaZaA | b2k - Happy.mp3 | Jhene feat. Omarion | 3,490KB | Audio | |
| ginamorales@KaZaA | Warren G - Summertime in the LBC.mp3 | WARREN G | 3,692KB | Audio | Summ |
| ginamorales@KaZaA | Sade - Jezebel.mp3 | Sade | 6,324KB | Audio | |
| ginamorales@KaZaA | New Order - Blue Monday.mp3 | New Order | 6,965KB | Audio | |
| ginamorales@KaZaA | George Harrison - My Sweet Lord.mp3 | George Harrison | 4,360KB | Audio | |
| ginamorales@KaZaA | Freestyle - Safire - Boy I've Been Told.mp3 | Safire | 3,799KB | Audio | |
| ginamorales@KaZaA | Korn - Ya'll Want a Single.mp3 | Korn | 3,094KB | Audio | |
| ginamorales@KaZaA | Take A Look In The Mirror (Limited Edition) Break Some Off... | Korn | 2,768KB | Audio | |
| ginamorales@KaZaA | Korn Let's Do This Now Take A Look In The Mirror (Limited ... | Korn | 4,030KB | Audio | |
| ginamorales@KaZaA | System of a down--american dream.mp3 | System Of A Down | 6,762KB | Audio | System of a dow |
| ginamorales@KaZaA | Korn - Deep Inside - Take A Look In The Mirror (Limited Edit... | Korn | 1,928KB | Audio | |
| ginamorales@KaZaA | Take A Look In The Mirror (Limited Edition) The Untouchabl... | Korn | 10KB | Audio | The nto |
| ginamorales@KaZaA | N.O.R.E. - Oye mi cantoi.mp3 | N.O.R.E. feat. | 3,693KB | Audio | |
| ginamorales@KaZaA | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio | |

Found 1375 files    2,904,106 users online, sharing 699,343,156 Files (39,723,008 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio |
| ginamorales@KaZaA | lil rascals - Hardball (1).mp3 | Lil Rascals | 3,758KB | Audio |
| ginamorales@KaZaA | Act A Fool.mp3 | Ludacris | 6,291KB | Audio |
| ginamorales@KaZaA | Johnny Pacheco Tito Puente Celia Cruz - Quimbara.mp3 | Celia Cruz | 4,515KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - It's A Sin.mp3 | Pet Shop Boys | 4,697KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - Suburbia.mp3 | Pet Shop Boys | 3,816KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - Always On My Mind.mp3 | Pet Shop Boys | 3,671KB | Audio |
| ginamorales@KaZaA | Pet Shop Boys - Release - 04 - London (1).mp3 | Pet Shop Boys | 3,555KB | Audio |
| ginamorales@KaZaA | BlackEYE (1).mp3 | Black Eyed Peas | 5,857KB | Audio |
| ginamorales@KaZaA | Korn Take A Look In The Mirror (Limited Edition) 8 Play Me (... | Korn | 2,973KB | Audio |
| ginamorales@KaZaA | Copy of 01 my band.wma | D12 | 4,712KB | Audio |
| ginamorales@KaZaA | Depeche Mode - Just Can't Get Enough.mp3 | Depeche Mode | 3,505KB | Audio |
| ginamorales@KaZaA | Waitresses - I Know What Boys Like.mp3 | Waitresses | 3,057KB | Audio |
| ginamorales@KaZaA | Talk Talk - Its My Life (Extended Version).mp3 | Talk Talk | 6,183KB | Audio |
| ginamorales@KaZaA | Tito Nieves - I Like It Like That.mp3 | Tito Nieves | 3,541KB | Audio |
| ginamorales@KaZaA | Jasmine Trias - Here We Are.mp3 | Jasmine Trias | 1,850KB | Audio |
| ginamorales@KaZaA | Sean Paul and Sasha - Im Still In Love.mp3 | Sean Paul_Sasha | 2,616KB | Audio |
| ginamorales@KaZaA | Neva Eva.MP3 | Trillville f/Lil Jon, Lil Scra | 6,503KB | Audio |
| ginamorales@KaZaA | Jasmine Trias - I'll Never Love This Way Again.mp3 | Jasmine Trias | 1,680KB | Audio |
| ginamorales@KaZaA | OutKast - Roses.mp3 | OutKast | 8,664KB | Audio |
| ginamorales@KaZaA | 09 - ATWA.mp3 | System Of A Down | 2,798KB | Audio |
| ginamorales@KaZaA | 13-SystemofaDown-Psycho.mp3 | System Of A Down | 5,357KB | Audio |
| ginamorales@KaZaA | Usher - Burn (1).mp3 | Usher | 5,048KB | Audio |
| ginamorales@KaZaA | 02 - Blink 182 - Obvious.mp3 | Blink 182 | 3,845KB | Audio |
| ginamorales@KaZaA | 01-r_kelly_feat.mp3 | R Kelly Feat. Cassidy | 5,839KB | Audio |
| ginamorales@KaZaA | Jay-Z - Track 06.mp3 | Jay-Z | 3,839KB | Audio |
| ginamorales@KaZaA | Jennifer Lopez - Loving You.wma | Jennifer Lopez | 2,225KB | Audio |
| ginamorales@KaZaA | J. Lo - The One.mp3 | Jennifer Lopez | 5,069KB | Audio |
| ginamorales@KaZaA | Stevie Wonder - Ribbon In The Sky.mp3 | Stevie Wonder | 5,285KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Stevie Wonder - Ribbon In The Sky.mp3 | Stevie Wonder | 5,285KB | Audio |
| ginamorales@KaZaA | Goapele - Closer.mp3 | Goapele | 3,863KB | Audio |
| ginamorales@KaZaA | GQ - I Do Love You.mp3 | GQ | 4,684KB | Audio |
| ginamorales@KaZaA | Luther Vandross - Can Heaven Wait.mp3 | Luther Vandross | 5,244KB | Audio |
| ginamorales@KaZaA | Prince - I Would Die For You.mp3 | Prince | 2,766KB | Audio |
| ginamorales@KaZaA | La Sonora Dinamita - Escandalo.mp3 | La Sonora Dinamita | 4,384KB | Audio |
| ginamorales@KaZaA | Kylie Minogue - More More More.mp3 | Kylie Minogue | 4,404KB | Audio |
| ginamorales@KaZaA | Cheer-cheerleading mixes - pom dance mix down.mp3 | Cheer | 692KB | Audio |
| ginamorales@KaZaA | Jennifer Lopez - I'm Glad.mp3 | Jennifer Lopez | 4,338KB | Audio |
| ginamorales@KaZaA | Shaggy - murder she wrote.mp3 | Reggae | 2,827KB | Audio |
| ginamorales@KaZaA | Lasgo - Something (radio mix) (1).mp3 | Lasgo | 3,489KB | Audio |
| ginamorales@KaZaA | Audio - Public Enemy Revoluerution Album.kpl | Public Enemy | 3KB | Audio |
| 2 Users | Copy of System of a Down - Jet Pilot.mp3 | System Of A Down | 1,980KB | Audio |
| ginamorales@KaZaA | Copy of N.W.A - Straight Outta Compton - 13 - Something... | N.W.A | 3,964KB | Audio |
| 2 Users | Copy of System of a Down - 07 - Bounce.mp3 | System Of A Down | 1,628KB | Audio |
| 2 Users | Copy of System Of A Down - Aerials.mp3 | System Of A Down | 3,772KB | Audio |
| 2 Users | Copy of System Of A Down - Chop Suey.mp3 | System Of A Down | 3,298KB | Audio |
| 2 Users | Copy of System of a Down - Cubert.mp3 | System Of A Down | 1,707KB | Audio |
| 2 Users | Copy of System of a Down - F the System.mp3 | System Of A Down | 2,118KB | Audio |
| ginamorales@KaZaA | bowwow.mybaby.mp3 | Bow Wow | 7,106KB | Audio |
| ginamorales@KaZaA | Jasmine Trias - You're All I Need To Get By.mp3 | Jasmine Trias | 1,170KB | Audio |
| ginamorales@KaZaA | Kelly Clarkson - A Moment Like This.mp3 | Kelly Clarkson | 3,548KB | Audio |
| ginamorales@KaZaA | Timberland - Drop.mp3 | Timbaland | 3,848KB | Audio |
| ginamorales@KaZaA | Jennifer Hudson - No One Else On Earth.mp3 | Jennifer Hudson | 1,395KB | Audio |
| ginamorales@KaZaA | Ruben Studdard - Kiss And Say Goodbye.mp3 | Ruben Studdard | 1,293KB | Audio |
| ginamorales@KaZaA | American Idol - Josh Gracin - Ain't Goin Down ('Til The Sun... | Joshua Gracin - American... | 1,253KB | Audio |
| ginamorales@KaZaA | KimberlyCaldwell - Come to My Window.mp3 | Kimberly Caldwell | 1,280KB | Audio |
| ginamorales@KaZaA | Ruben Studdard (American Idol) - I'm Flying Without Wings... | Ruben Studdard (American... | 3,707KB | Audio |
| 2 Users | Kimberley Locke - Somewhere Over the Rainbow 2.mp3 | Kimberly Locke | 1,268KB | Audio |

**Kazaa - [Search]**

File View Player Tools Actions Help

Web | My Kazaa | Download | Theater | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| ginamorales@KaZaA | Kimberley Locke - Somewhere Over the Rainbow 2.mp3 | Kimberly Locke | 1,268KB | Audio |
| ginamorales@KaZaA | Diana DeGarmo - Turn The Beat Around.mp3 | Diana Degarmo | 1,876KB | Audio |
| ginamorales@KaZaA | 01 - Track 1(1).mp3 | American Idol | 3,334KB | Audio |
| ginamorales@KaZaA | American Idol - 2002-07-16 - Kelly Clarkson - You're All I N... | Kelly Clarkson | 1,618KB | Audio |
| ginamorales@KaZaA | American Idol II - Josh Gracin - Amazed.mp3 | Joshua Gracin | 1,974KB | Audio |
| ginamorales@KaZaA | Josh and Am Idol - Proud to be an American.mp3 | American Idol 2 Finalists | 2,522KB | Audio |
| ginamorales@KaZaA | All-Time Classic Love Songs - Idols - What The World Needs... | American Idols | 4,865KB | Audio |
| ginamorales@KaZaA | Will Young_Kelly Clarkson - Ain't No Mountain High Enoug... | Kelly Clarkson_Will Young | 2,514KB | Audio |
| ginamorales@KaZaA | SweetHomeAlabama.mp3 | Ruben Studdard | 1,469KB | Audio |
| ginamorales@KaZaA | - Kelly Clarkson - Before Your Love (Single version - NOT Fr... | Kelly Clarkson | 3,722KB | Audio |
| ginamorales@KaZaA | Clay Aiken - Mack The Knife (05-13-03).mp3 | Clay Aiken | 1,776KB | Audio |
| ginamorales@KaZaA | All time classic love songs - 03 - Ruben Studdard - Supersta... | American Idol - Ruben St... | 3,014KB | Audio |
| ginamorales@KaZaA | Expose - Point Of No Return.mp3 | Expose | 3,296KB | Audio |
| ginamorales@KaZaA | Peter Frampton - Baby, I Love Your Way.mp3 | Peter Frampton | 4,540KB | Audio |
| ginamorales@KaZaA | i20.mp3 | Houston Ft Chingy I-20 | 5,416KB | Audio |
| ginamorales@KaZaA | Fantasia Barrino - I Believe (Final Version).mp3 | Fantasia Barrino | 3,267KB | Audio |
| ginamorales@KaZaA | Roger Whittaker - Unchained Melody.mp3 | Clay Aiken | 2,732KB | Audio |
| ginamorales@KaZaA | Kelly Clarkson - Thankful - 04 - Some Kind of Miracle.mp3 | Kelly Clarkson | 5,135KB | Audio |
| ginamorales@KaZaA | diana_bbelieve_results.mp3 | Diana DeGarmo | 4,848KB | Audio |
| ginamorales@KaZaA | clay aiken - to love somebody (05-06-03) (6).mp3 | Clay Aiken | 2,666KB | Audio |
| ginamorales@KaZaA | Kelly Clarkson - Think Twice.mp3 | Kelly Clarkson | 2,503KB | Audio |
| ginamorales@KaZaA | Clay Aiken - Bridge Over Troubled Water.mp3 | Clay Aiken | 2,516KB | Audio |
| ginamorales@KaZaA | Clay Aiken-Invisible.mp3 | Clay Aiken | 3,827KB | Audio |
| ginamorales@KaZaA | 09-kelly_clarkson-thankful-apc.mp3 | Kelly Clarkson | 4,269KB | Audio |
| ginamorales@KaZaA | What The World Needs Now.mp3 | Wynonna | 3,365KB | Audio |
| ginamorales@KaZaA | Pitbull and Lil Jon-Culo (1).mp3 | Pitbull and Lil Jon | 3,990KB | Audio |
| ginamorales@KaZaA | D12-. How Come.wma | D12 | 2,461KB | Audio |
| ginamorales@KaZaA | 04 - Hey Mamma.mp3 | Black Eyed Peas | 3,360KB | Audio |
| ginamorales@KaZaA | 05.mp3 | Usher | 5,382KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008(GB)) | Not sharing any files