# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend
New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | 05.mp3 | Usher | 5,382KB | Audio |
| ginamorales@KaZaA | mase-01-welcome_back-olz.mp3 | Mase | 5,657KB | Audio |
| ginamorales@KaZaA | Lloyd Banks - Warrior.mp3 | Lloyd Banks | 4,627KB | Audio |
| ginamorales@KaZaA | Beyonce - Naught Girl.mp3 | Beyoncé Feat Lil Flip | 5,940KB | Audio |
| ginamorales@KaZaA | Kimberly Locke - 8th World Wonder.mp3 | Kimberly Locke | 3,699KB | Audio |
| ginamorales@KaZaA | Kimberly Locke - My Heart Will Go On (04-08-03).mp3 | Kimberly Locke | 1,984KB | Audio |
| ginamorales@KaZaA | Kimberely Locke - New York State Of Mind (Very Clear), m... | Kimberly Locke | 1,343KB | Audio |
| ginamorales@KaZaA | Kimberly Locke - It's Raining Men (04-01-03).mp3 | Kimberly Locke | 1,890KB | Audio |
| ginamorales@KaZaA | (Kimberly Locke)-If You Asked Me To.mp3 | Kimberly Locke | 1,678KB | Audio |
| ginamorales@KaZaA | Black Eye Peas - Lets Get Retarded.WMA | Black Eyed Peas | 2,135KB | Audio |
| ginamorales@KaZaA | Clara ft. Petey Pablo - Goodies.mp3 | Ciarra ft. Peety pablo | 6,423KB | Audio |
| ginamorales@KaZaA | Eminem - Loose Your Self (1).mp3 | Eminem | 5,184KB | Audio |
| ginamorales@KaZaA | Undaground Legend - 7 - Get Crunk - Lil' Flip.mp3 | Lil' Flip | 5,217KB | Audio |
| ginamorales@KaZaA | Stylistics - Natural High.mp3 | Bloodstone | 3,925KB | Audio |
| ginamorales@KaZaA | Linkin Park - Breaking The Habit.mp3 | Linkin Park | 4,596KB | Audio |
| ginamorales@KaZaA | 07 - LINKIN PARK-METEORA-Faint.mp3 | Linkin Park | 3,798KB | Audio |
| ginamorales@KaZaA | Lincoln Park - crawl.mp3 | Linkin Park | 4,898KB | Audio |
| ginamorales@KaZaA | Linkin Park - In The End.mp3 | Linkin Park | 3,382KB | Audio |
| ginamorales@KaZaA | linkin park - Fake.mp3 | Likin Park | 4,566KB | Audio |
| ginamorales@KaZaA | Ill Nino - If You Still Hate Me.mp3 | Ill Nino | 2,737KB | Audio |
| ginamorales@KaZaA | Ill Nino - Unreal.mp3 | Ill Nino | 3,336KB | Audio |
| ginamorales@KaZaA | Ill Nino - Fallen.mp3 | Ill Nino | 3,599KB | Audio |
| ginamorales@KaZaA | Ill Nino - Rip Out Your Eyes.mp3 | Ill Nino | 2,644KB | Audio |
| ginamorales@KaZaA | Ill Nino - Rumba.mp3 | Ill Nino | 3,234KB | Audio |
| ginamorales@KaZaA | 06-ill_nino-this_times_for_real-rep.mp3 | Ill Nino | 4,853KB | Audio |
| ginamorales@KaZaA | Black Eye Peas - Hey Mama.wma | Black Eye Peas | 3,405KB | Audio |
| ginamorales@KaZaA | Snoop Dogg - From the Chuuch to the Palace.MP3 | snoop.dogg | 3,720KB | Audio |
| ginamorales@KaZaA | Lil John - What They Gon Do.mp3 | Lil Jon_The East Side Bo... | 7,522KB | Audio |
| ginamorales@KaZaA | Nsync - Sailing - 'N Sync - 12.mp3 | N Sync | 5,358KB | Audio |

Found 1,075 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Download | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Nsync - Sailing - 'N Sync - 12.mp3 | N Sync | 5,358KB | Audio |
| ginamorales@KaZaA | NB RYDAZ-PRETTY GIRL.mp3 | NB Ridaz | 6,067KB | Audio |
| ginamorales@KaZaA | Boston - More Than A Feeling.mp3 | Boston | 4,453KB | Audio |
| ginamorales@KaZaA | Juno Reactor and Don Davis - Mona Lisa Overdrive.MP3 | Juno Reactor and Don Da... | 9,518KB | Audio |
| ginamorales@KaZaA | Jasmine Trias - Don't Let the Sun Go Down On Me.mp3 | Jasmine Trias | 1,459KB | Audio |
| ginamorales@KaZaA | (01) Jennifer Lopez - Still.wma | Jennifer Lopez | 2,175KB | Audio |
| ginamorales@KaZaA | Kelly Clarkson - Without You.mp3 | Kelly Clarkson | 2,302KB | Audio |
| ginamorales@KaZaA | Prank Calls - Gay Bar.mp3 | Jerky Boys | 2,526KB | Audio |
| ginamorales@KaZaA | Jerky Boys - Arnold Schwarzenegger - Pizza Delivery.mp3 | Jerky Boys | 1,511KB | Audio |
| ginamorales@KaZaA | COMEDY Prank Call - Arnold Calls A Skate Shop.mp3 | Jerky Boys | 2,518KB | Audio |
| ginamorales@KaZaA | Jerky Boys - Pet Cobra.mp3 | Jerky Boys | 906KB | Audio |
| ginamorales@KaZaA | God5aveUs_IllNino.mp3 | Ill Nino | 4,362KB | Audio |
| ginamorales@KaZaA | mixer in track 20.mp3 | Ill Nino | 3,295KB | Audio |
| ginamorales@KaZaA | Ill Nino When It Cuts.mp3 | Ill Nino | 4,251KB | Audio |
| ginamorales@KaZaA | Ill Nino - All The Right Words.mp3 | Ill Nino | 5,814KB | Audio |
| ginamorales@KaZaA | Jerky Boyz - You Steal My News Paper.mp3 | Jerky Boys | 2,624KB | Audio |
| ginamorales@KaZaA | Ill Nino - What Comes Around.mp3 | Ill Nino | 3,540KB | Audio |
| ginamorales@KaZaA | Take A Look In The Mirror (Limited Edition) - Korn - 1 - Right... | Korn | 3,740KB | Audio |
| ginamorales@KaZaA | Take A Look In The Mirror (Limited Edition) - Korn - When W... | Korn | 1,769KB | Audio |
| ginamorales@KaZaA | 09 - snoop dogg - it blows my mind-easymp3s.mp3 | Snoop Dogg | 7,117KB | Audio |
| ginamorales@KaZaA | Rick James_Tina Marie - Fire and Desire.mp3 | Rick James_Teena Marie | 6,846KB | Audio |
| ginamorales@KaZaA | dru hill, jermaine dupri, da brat- in my bed (remix) (1).mp3 | Dru Hill, JD, Da Brat | 1,263KB | Audio |
| ginamorales@KaZaA | Mary Poppins - Supercalifragilisticexpialidocious.mp3 | 100 Songs For Kids | 1,886KB | Audio |
| ginamorales@KaZaA | 01. Jennifer Lopez - Still.wma | Jenifer lopez | 2,173KB | Audio |
| ginamorales@KaZaA | Chayan-Yo Te Amo.mp3 | Chayanne | 4,916KB | Audio |
| ginamorales@KaZaA | SinBandera-EN VIVO-Te vi venir.mp3 | Shyne | 4,012KB | Audio |
| ginamorales@KaZaA | Neptunes_battle(Nike basketball).mp3 | the neptunes | 1,575KB | Audio |
| ginamorales@KaZaA | I miss you_dmx_04 (1).mp3 | Blink 182 | 3,552KB | Audio |
| ginamorales@KaZaA | Silk the Shocker feat Master P - We luv dem girls.mp3 | Silk Da Shocker Ft Master... | 4,464kB | Audio |

Found 1,375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Silk the Shocker feat Master P - We luv dem girls.mp3 | Silkk Da Shocker Ft Master... | 4,464KB | Audio |
| ginamorales@KaZaA | 03-yellowcard-ocean_avenue-fnt.mp3 | Yellow Card | 4,649KB | Audio |
| ginamorales@KaZaA | Yellow-Card - Punk Rock Girl.mp3 | Yellow Card | 2,306KB | Audio |
| ginamorales@KaZaA | Yellowcard - time will tell.mp3 | Yellow Card | 3,716KB | Audio |
| ginamorales@KaZaA | Yellowcard - Kids.mp3 | Yellow Card | 2,544KB | Audio |
| ginamorales@KaZaA | Yellowcard - Get Off The Couch.mp3 | Yellow Card | 2,595KB | Audio |
| ginamorales@KaZaA | Bobby Valentino ; Slow Down.mp3 | Bobby Valentino | 4,441KB | Audio |
| ginamorales@KaZaA | Dead Kennedys- Jesus Was A Terrorist.mp3 | Dead Kennedys | 2,401KB | Audio |
| ginamorales@KaZaA | Bad Religion - Punk Rock Song.mp3 | Bad Religion | 2,292KB | Audio |
| ginamorales@KaZaA | MXPX- Punk Rawk Show.mp3 | MxPx | 3,758KB | Audio |
| ginamorales@KaZaA | Casualties, The-Proud to be Punk.mp3 | Casualties, The | 2,806KB | Audio |
| ginamorales@KaZaA | BlackFlag - Tv Party.MP3 | Black Flag | 4,318KB | Audio |
| ginamorales@KaZaA | Anti-Flag - Born To Die.mp3 | Anti-Flag | 1,921KB | Audio |
| ginamorales@KaZaA | 01-alkaline_trio-this_could_be_love-ksi.mp3 | Alkaline Trio | 5,340KB | Audio |
| ginamorales@KaZaA | defy_you.mp3 | The Offspring | 3,668KB | Audio |
| ginamorales@KaZaA | Yellowcard - Goodbye.mp3 | Yellow Card | 5,899KB | Audio |
| ginamorales@KaZaA | Ramones - A Punk Rock Christmas.mp3 | Various | 2,426KB | Audio |
| ginamorales@KaZaA | Millencolin - Punk Rock Rebel.mp3 | Millencolin | 2,917KB | Audio |
| ginamorales@KaZaA | Yellowcard - 06 - Me First.mp3 | Yellow Card | 1,843KB | Audio |
| ginamorales@KaZaA | anti-flag - the truth.mp3 | Anti-Flag | 2,325KB | Audio |
| ginamorales@KaZaA | Melhor do que você pensa - TEQUILA BABY.mp3 | Tequila Baby | 4,102KB | Audio |
| ginamorales@KaZaA | Rancid and Ramones - 53rd and 3rd.mp3 | rAnCiD, rAmOnEs | 1,805KB | Audio |
| ginamorales@KaZaA | Barbara Mason - Who Do You Love.mp3 | The Sapphires | 2,454KB | Audio |
| ginamorales@KaZaA | Heatwave - Always and Forever.mp3 | Los Lonely Boys | 4,583KB | Audio |
| ginamorales@KaZaA | 02 - Alicia Keys - Karma.mp3 | Alicia Keys | 6,001KB | Audio |
| ginamorales@KaZaA | This Is Me....mp3 | Jennifer Lopez | 4,997KB | Audio |
| ginamorales@KaZaA | 10-Sean Paul feat Sasha - I'm Still In Love.mp3 | Sean Paul | 4,020KB | Audio |
| ginamorales@KaZaA | xzibit - Multiply.mp3 | Xzibit | 4,851KB | Audio |
| ginamorales@KaZaA | Ying Yang Twins - What's Happening.wma | Ying Yang Twins | 2,055KB | Audio |

Found 1375 files.     2,904,106 users online, sharing 699,343,156 files (39,723,008 GB)     Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | Ying Yang Twins - What's Happening.wma | Ying Yang Twins | 2,055KB | Audio |
| ginamorales@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | Audio |
| ginamorales@KaZaA | Prison Song 1.MP3 | System Of A Down | 1,371KB | Audio |
| ginamorales@KaZaA | Akon - Locked up.mp3 | Akon | 4,631KB | Audio |
| ginamorales@KaZaA | 02-jkwon-hood_hop.mp3 | J-Kwon | 5,934KB | Audio |
| ginamorales@KaZaA | Tipsy (Remix).mp3 | J-Kwon Feat. Chingy M... | 6,302KB | Audio |
| ginamorales@KaZaA | Xzibit - Paparazzi.mp3 | Xzibit | 3,684KB | Audio |
| ginamorales@KaZaA | Xzibit - Front to back.mp3 | Xzibit | 2,854KB | Audio |
| ginamorales@KaZaA | Lisa Stansfield - This Is The Right Time .mp3 | Lisa Stansfield | 3,514KB | Audio |
| ginamorales@KaZaA | King Africa - Salsa ((remix).mp3 | King Africa | 3,377KB | Audio |
| ginamorales@KaZaA | Wham - Bad Boys.mp3 | Wham | 3,123KB | Audio |
| ginamorales@KaZaA | Kinito Mendez_Johnny Ventura - Mosaico Salsa -- mereng.... | kinito Mendez | 8,035KB | Audio |
| ginamorales@KaZaA | EASY-E-PussySong.mp3 | NWA | 2,434KB | Audio |
| ginamorales@KaZaA | Seal - Heavenly.mp3 | Seal | 7,078KB | Audio |
| ginamorales@KaZaA | System of a Down - Plastic Jesus.mp3 | System Of A Down | 3,297KB | Audio |
| ginamorales@KaZaA | systemofadown_sample_prisonsong.mp3 | System Of A Down | 1,552KB | Audio |
| ginamorales@KaZaA | System_Of_A_Down_-_Toxicity_-_03_-_Deer_Dance.mp3 | System Of A Down | 2,756KB | Audio |
| ginamorales@KaZaA | System_Of_A_Down_-_Toxicity_-_08_-_Forest.mp3 | System Of A Down | 3,789KB | Audio |
| ginamorales@KaZaA | El Debarge - Time Will Reveal .mp3 | El debarge | 4,001KB | Audio |
| ginamorales@KaZaA | Take A Look In The Mirror (Limited Edition) - Korn - 4 - Here... | Korn | 3,444KB | Audio |
| ginamorales@KaZaA | El Debarge - all this love.mp3 | DeBarge | 3,921KB | Audio |
| ginamorales@KaZaA | Take A Look In The Mirror (Limited Edition) - Korn - 11 - I'm... | Korn | 4,650KB | Audio |
| ginamorales@KaZaA | Chaka Kahn - Sweet Thing.mp3 | Chaka Kahn | 3,776KB | Audio |
| ginamorales@KaZaA | Jon Secada - If You Go.mp3 | John Secada | 4,281KB | Audio |
| ginamorales@KaZaA | Take A Look In The Mirror - Did My Time.mp3 | Korn | 3,422KB | Audio |
| ginamorales@KaZaA | Tears For Fears - Sowing The Seeds Of Love.mp3 | Tears For Fears | 5,925KB | Audio |
| ginamorales@KaZaA | John Secada - Angel (1).mp3 | Jon Secada | 3,882KB | Audio |
| ginamorales@KaZaA | John Secada - I'm Free.mp3 | Jon Secada | 3,791KB | Audio |
| ginamorales@KaZaA | 07-queen_latifah-california_dreamin-rns.mp3 | Queen Latifah | 5,294KB | Audio |

Found 1375 files. | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | 07-queen_latifah-california_dreamin-rns.mp3 | Queen Latifah | 5,294KB | Audio |
| ginamorales@KaZaA | Seal - Loves Devine.mp3 | Seal | 6,449KB | Audio |
| ginamorales@KaZaA | Lil' Jon And The Eastside Boyz (Feat. Ice Cube) - Roll Call... | Lil' Jon And The Eastside ... | 4,958KB | Audio |
| ginamorales@KaZaA | Queen Latifa - Goin' Out Of My Head.mp3 | Queen Latifah | 3,179KB | Audio |
| ginamorales@KaZaA | 02 - I Put A Spell On You.mp3 | Queen Latifah | 4,376KB | Audio |
| ginamorales@KaZaA | Annee 60-70-80-90.mp3 | Christopher Cross | 3,916KB | Audio |
| ginamorales@KaZaA | 'N Sync - Nsync - 12 - Sailing.mp3 | N Sync | 2,440KB | Audio |
| ginamorales@KaZaA | Stix-The Best Of Times.mp3 | Styx | 5,076KB | Audio |
| ginamorales@KaZaA | (08) Hoobastank - The Reason.wma | Hoobastank | 2,303KB | Audio |
| ginamorales@KaZaA | maroon 5 songs about jane-harder to breathe.mp3 | Maroon 5 | 5,179KB | Audio |
| ginamorales@KaZaA | Ralfi Pagan - Make It With You.mp3 | Aalon | 4,412KB | Audio |
| 2 Users | Jesse McCartney - Beautiful Soul (1).mp3 | Jesse McCartney | 3,720KB | Audio |
| ginamorales@KaZaA | marvin gaye - distant lover.mp3 | marvin gaye | 5,612KB | Audio |
| ginamorales@KaZaA | Patti Labelle - If Only u Knew.mp3 | Patti La Belle | 3,492KB | Audio |
| ginamorales@KaZaA | Xscape - Understanding.mp3 | Xscape | 5,317KB | Audio |
| ginamorales@KaZaA | Saturday Love.mp3 | SOS Band | 4,659KB | Audio |
| ginamorales@KaZaA | Fabulous - Breath.mp3 | Fabulous | 4,898KB | Audio |
| ginamorales@KaZaA | mariah carey - its like that.mp3 | mariah carey | 4,810KB | Audio |
| ginamorales@KaZaA | Copy of BringEmOut - TI.mp3 | T.I. | 5,154KB | Audio |
| ginamorales@KaZaA | SOS Band - Just the way you like it.mp3 | S.O.S. Band | 5,212KB | Audio |
| ginamorales@KaZaA | INOJ - As We Lay.mp3 | Inoj | 4,209KB | Audio |
| ginamorales@KaZaA | Open Off My Love.mp3 | Jennifer Lopez | 3,490KB | Audio |
| ginamorales@KaZaA | Alicia Keys - Slow Down.mp3 | Alicia Keys | 6,058KB | Audio |
| ginamorales@KaZaA | Berry White - Can't Get Enough Of Your Love, Babe.mp3 | Berry White | 4,252KB | Audio |
| ginamorales@KaZaA | The O'Jays - Forever Mine.mp3 | O'Jays | 3,414KB | Audio |
| ginamorales@KaZaA | Peaches_Herb - I Pledge My Love.mp3 | Peaches and Herb | 3,979KB | Audio |
| ginamorales@KaZaA | El DeBarge - I Like It.mp3 | El DeBarge | 4,370KB | Audio |
| ginamorales@KaZaA | Led Zepplin - All Of My Love.mp3 | Led Zepplin | 5,491KB | Audio |
| ginamorales@KaZaA | Natalie - going crazy.mp3 | Natalie | 3,421KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ginamorales@KaZaA | (08) Hoobastank - The Reason.wma | Hoobastank | 2,303KB | Audio |
| ginamorales@KaZaA | maroon 5 songs about jane-harder to breathe.mp3 | Maroon 5 | 5,179KB | Audio |
| ginamorales@KaZaA | Ralfi Pagan - Make It With You.mp3 | Aalon | 4,412KB | Audio |
| 2 Users | Jesse McCartney - Beautiful Soul (1).mp3 | Jesse McCartney | 3,720KB | Audio |
| ginamorales@KaZaA | marvin gaye - distant lover.mp3 | marvin gaye | 5,612KB | Audio |
| ginamorales@KaZaA | Patti Labelle - If Only u knew.mp3 | Patti La Belle | 3,492KB | Audio |
| ginamorales@KaZaA | Xscape - Understanding.mp3 | Xscape | 5,317KB | Audio |
| ginamorales@KaZaA | Saturday Love.mp3 | SOS Band | 4,659KB | Audio |
| ginamorales@KaZaA | Fabulous - Breath.mp3 | Fabulous | 4,898KB | Audio |
| ginamorales@KaZaA | mariah carey - its like that.mp3 | mariah carey | 4,810KB | Audio |
| ginamorales@KaZaA | Copy of BringEmOut - T.I.mp3 | T.I. | 5,154KB | Audio |
| ginamorales@KaZaA | SOS Band - Just the way you like it.mp3 | S.O.S. Band | 5,212KB | Audio |
| ginamorales@KaZaA | INOJ - As We Lay.mp3 | Inoj | 4,209KB | Audio |
| ginamorales@KaZaA | Open Off My Love.mp3 | Jennifer Lopez | 3,490KB | Audio |
| ginamorales@KaZaA | Alicia Keys - Slow Down.mp3 | Alicia Keys | 6,058KB | Audio |
| ginamorales@KaZaA | Berry White - Can't Get Enough Of Your Love, Babe.mp3 | Berry White | 4,252KB | Audio |
| ginamorales@KaZaA | The O'Jays - Forever Mine.mp3 | O'Jays | 3,414KB | Audio |
| ginamorales@KaZaA | Peaches_Herb - I Pledge My Love.mp3 | Peaches and Herb | 3,979KB | Audio |
| ginamorales@KaZaA | ElDebarge - I Like It.mp3 | El Debarge | 4,370KB | Audio |
| ginamorales@KaZaA | Led Zeppin -All Of My Love.mp3 | Led Zepplin | 5,491KB | Audio |
| ginamorales@KaZaA | Natalie - going crazy.mp3 | Natalie | 3,421KB | Audio |
| ginamorales@KaZaA | Tonic - If You Could Only See.mp3 | Tonic | 4,121KB | Audio |
| ginamorales@KaZaA | Extreme - More Than Words.mp3 | Extreme | 5,208KB | Audio |
| ginamorales@KaZaA | Big Boi ft.mp3 | brooke valentine ft. lil jon | 3,675KB | Audio |
| ginamorales@KaZaA | IlNino-HowCanILive.mp3 | artist | 3,085KB | Audio |
| ginamorales@KaZaA | 05-Gasolina.mp3 | Daddy Yankee | 4,054KB | Audio |
| ginamorales@KaZaA | 01 - I feel you.mp3 | Three doors down | 5,805KB | Audio |
| ginamorales@KaZaA | 15 Let Me Go (1)(1).mp3 | 3 Doors Down | 6,218KB | Audio |
| ginamorales@KaZaA | 05 Landing on London.wma | 3 Doors Down | 4,269KB | Audio |

Found 1375 files | 2,904,106 users online, sharing 699,343,156 files (39,723,008 GB) | Not sharing any files