**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | aventura - amor de madre.mp3 | AVENTURA | 5,632KB | Audio |
| anonymous_user@KaZaA | Aventura - Cuando Volveras spanish Bachata .mp3 | aventura | 3,327KB | Audio |
| anonymous_user@KaZaA | Aventura - Enseñame A Olvidar.mp3 | Aventura | 4,744KB | Audio |
| anonymous_user@KaZaA | kazaa272_en.exe | Sharman Networks Ltd | 7,674KB | Software |
| anonymous_user@KaZaA | Aventura - Gone.mp3 | Aventura | 3,644KB | Audio |
| anonymous_user@KaZaA | Aventura - I Believe _Yo Creo_.mp3 | Aventura | 3,801KB | Audio |
| anonymous_user@KaZaA | Aventura - MI Puerto Rico (1).mp3 | Aventura | 3,629KB | Audio |
| anonymous_user@KaZaA | Aventura - Obsecion (Bachatas).mp3 | Aventura | 4,132KB | Audio |
| anonymous_user@KaZaA | Aventura - Perdi El Control.mp3 | Aventura | 3,368KB | Audio |
| anonymous_user@KaZaA | Aventura - Todavia me amas.mp3 | Aventura | 4,428KB | Audio |
| anonymous_user@KaZaA | aventura -me extrañaras mañanas.mp3 | Aventura. | 4,548KB | Audio |
| anonymous_user@KaZaA | aventura.mp3 | Aventura | 4,816KB | Audio |
| anonymous_user@KaZaA | Obsecion (English Version).mp3 | AVENTURA | 3,908KB | Audio |
| anonymous_user@KaZaA | BACHATA - El Chaval - Sufriendo Una Pena.mp3 | El Chaval | 4,209KB | Audio |
| anonymous_user@KaZaA | Elvis Martinez - Asi Te Amo.mp3 | Elvis Martinez | 3,384KB | Audio |
| anonymous_user@KaZaA | Bachata-Frank Reyes-Mal querida-CD∞Super Bachatazos... | Frank Reyes | 1,672KB | Audio |
| anonymous_user@KaZaA | Me Tengo Que Ir - Frank Reyes.mp3 | Frank Reyes | 4,144KB | Audio |
| anonymous_user@KaZaA | BACHATA-Kiko Rodriguez- ella se fue.mp3 | Bachata | 4,173KB | Audio |
| anonymous_user@KaZaA | Monchy y Alejandra - Amores extraños (1).mp3 | Bachata | 4,742KB | Audio |
| anonymous_user@KaZaA | monchy y alejandra - El telefono (1).mp3 | Monchy y Alexandra. | 4,348KB | Audio |
| anonymous_user@KaZaA | artist - Track 03.mp3 | Nueva Era | 4,270KB | Audio |
| anonymous_user@KaZaA | artist - Track 07.mp3 | Nueva Era | 3,352KB | Audio |
| anonymous_user@KaZaA | La Nueva Era - Track 06.mp3 | Nueva Era | 4,132KB | Audio |
| anonymous_user@KaZaA | Nueva Era - Amor Eterno.mp3 | Bachata | 3,425KB | Audio |
| anonymous_user@KaZaA | Nueva Era - Let Me Know.mp3 | Nueva Era | 2,704KB | Audio |
| anonymous_user@KaZaA | Janet Jackson - SuperBowl Halftime Show.jpg | Unknown | 24KB | Image |
| anonymous_user@KaZaA | Nueva Era-Era Linda.mp3 | Nueva Era | 3,509KB | Audio |
| anonymous_user@KaZaA | Bachata-Raulin Rodriguez - Dame tu querer.mp3 | Bachata | 4,375KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,866 files (35,756,032 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Bachata-Raulin Rodriguez - Dame tu querer.mp3 | Bachata | 4,375KB | Audio |
| anonymous_user@KaZaA | raulin rodriguez - Arrancame La Vida.mp3 | Bachata | 4,316KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Medicina De Amor (bachata).mp3 | Bachata | 5,685KB | Audio |
| anonymous_user@KaZaA | kmd260_en.exe | Sharman Networks Ltd | 6,893KB | Software |
| anonymous_user@KaZaA | kazaa300_en(1).exe | Sharman Networks Ltd | 10,781KB | Software |
| anonymous_user@KaZaA | el prodigio y magic juan - Ta Buena.mp3 | El Prodigio Y Magic Juan | 3,398KB | Audio |
| anonymous_user@KaZaA | Ya No.mp3 | RAULIN RODRIGUEZ | 3,238KB | Audio |
| anonymous_user@KaZaA | Aerosmith - I Dont Wanna Miss a Thing (Armagedon).mp3 | Aerosmith | 4,644KB | Audio |
| anonymous_user@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| anonymous_user@KaZaA | AlbumArt_{215129C7-A4D4-4763-8FC4-57C8AAF7A4F6}_... | Unknown | 9KB | Image |
| anonymous_user@KaZaA | alex bueno - amor divino.mp3 | Alex Bueno | 1,731KB | Audio |
| anonymous_user@KaZaA | alex bueno - paso a paso (bachata).mp3 | Alex Bueno | 3,752KB | Audio |
| 2 Users | Alex Bueno - Quiereme.mp3 | Alex Bueno | 3,998KB | Audio |
| anonymous_user@KaZaA | Alex Bueno - Quitame La Vida.mp3 | Alex Bueno | 3,833KB | Audio |
| anonymous_user@KaZaA | Alex Bueno - Un Poco De Ti.mp3 | Alex Bueno | 4,180KB | Audio |
| anonymous_user@KaZaA | Alex Bueno -06- Pideme - Pideme Cd.mp3 | ALEX BUENO | 4,008KB | Audio |
| anonymous_user@KaZaA | Alex Bueno-Chiche Bello.mp3 | MerenHits | 3,286KB | Audio |
| anonymous_user@KaZaA | Bachata - AILEX BUENO- Ese Hombre Soy Yo.mp3 | Alex Bueno | 2,872KB | Audio |
| anonymous_user@KaZaA | Bachata-Alex.Bueno-Jamas.mp3 | Alex Bueno | 4,060KB | Audio |
| anonymous_user@KaZaA | Entrega - Alex Bueno - Bolero.mp3 | Alex Bueno | 2,780KB | Audio |
| anonymous_user@KaZaA | He Sabido Que Te Amaba - Alex Bueno - Bolero.mp3 | Alex Bueno | 2,783KB | Audio |
| anonymous_user@KaZaA | MERENGUE- ALEX BUENO- MI POBRE CORAZON.mp3 | ALEX BUENO | 3,773KB | Audio |
| anonymous_user@KaZaA | Pensando En Ti - Alex Bueno - Bolero.mp3 | Alex Bueno | 2,730KB | Audio |
| anonymous_user@KaZaA | Perdoname.mp3 | ALEX BUENO | 3,972KB | Audio |
| anonymous_user@KaZaA | Que Cosas Te Hice Yo - Alex Bueno - Bolero.mp3 | Alex Bueno | 2,771KB | Audio |
| anonymous_user@KaZaA | Unicamente Tu - Alex Bueno - Bolero.mp3 | Alex Bueno | 3,157KB | Audio |
| anonymous_user@KaZaA | 01 Born Again (Intro).mp3 | The Notorious B.I.G. | 1,374KB | Audio |
| anonymous_user@KaZaA | 10 Come On MP3 | The Notorious B.I.G. | 4,310KB | Audio |

Found 7793 Files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Tell A Friend
New search | Download | My Kazaa | Search | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | 10 Come On.MP3 | The Notorious B.I.G. | 4,310KB | Audio |
| anonymous_user@KaZaA | 16 Can I Get Witcha.wma | Notorious BIG | 2,558KB | Audio |
| anonymous_user@KaZaA | kazaa300_en.exe | Sharman Networks Ltd | 10,387KB | Software |
| anonymous_user@KaZaA | SkypeSetup.exe | Skype Software S.A. | 5,770KB | Software |
| anonymous_user@KaZaA | Yandel FT Tego Calderon.wma | tego calderon | 1,102KB | Audio |
| anonymous_user@KaZaA | desktop.ini | Unknown | 0KB | |
| anonymous_user@KaZaA | Zion y Lenox - Baila Pa Mi.wma | Zion y Lenox | 1,279KB | Audio |
| anonymous_user@KaZaA | zyonlenox.mp3 | Varios | 2,236KB | Audio |
| anonymous_user@KaZaA | El Gringo de la Bachata - Esto Me Esta Matando.mp3 | el gringo de la bachata | 4,332KB | Audio |
| anonymous_user@KaZaA | Milly Quezada - entre tu cuerpo y el mio.mp3 | Zacarias Ferreira | 4,690KB | Audio |
| anonymous_user@KaZaA | 03 When We Ride On Our Enemies (Briss remix).wma | Unknown | 1,379KB | Audio |
| anonymous_user@KaZaA | Thumbs.db | Unknown | 10KB | |
| anonymous_user@KaZaA | amarfis - tate mansa mami .mp3 | amarfis | 3,174KB | Audio |
| anonymous_user@KaZaA | Amarfis-que te pasa chula.MP3 | amarfis | 3,206KB | Audio |
| anonymous_user@KaZaA | el prodigio - Ambis.mp3 | El Prodigio | 2,652KB | Audio |
| anonymous_user@KaZaA | el prodigio - EL TIRO DE VALITO.mp3 | Nuevo intérprete | 2,214KB | Audio |
| anonymous_user@KaZaA | Elvis Crespo - Pintame (merengue).mp3 | merengue | 4,068KB | Audio |
| anonymous_user@KaZaA | JOYANNY POLANCO - caja de bola.mp3 | merengue | 6,408KB | Audio |
| anonymous_user@KaZaA | JOYANNY POLANCO - LA RUBIA Y YO.mp3 | Joyanny Polanco (en vivo) | 6,710KB | Audio |
| anonymous_user@KaZaA | Mala Fe - A Lo Oscuro.mp3 | Mala Fe | 3,913KB | Audio |
| anonymous_user@KaZaA | Mala Fe - Animal Mix.mp3 | Mala Fe | 6,615KB | Audio |
| anonymous_user@KaZaA | mala fe - Baritico.mp3 | Mala Fe | 4,026KB | Audio |
| anonymous_user@KaZaA | Mala Fe - Chivo.mp3 | Mala Fe | 3,673KB | Audio |
| anonymous_user@KaZaA | mala fe - el becerro.mp3 | Mala Fe | 3,911KB | Audio |
| anonymous_user@KaZaA | mala fe - el burro.mp3 | Mala Fe | 2,727KB | Audio |
| anonymous_user@KaZaA | Malafe --- Dame Agua.mp3 | Mala Fe | 3,916KB | Audio |
| anonymous_user@KaZaA | Malafe-Besos Robados(En Vivo).mp3 | Mala Fe | 5,056KB | Audio |
| 2 Users | Merengue - Mala Fe - La Vaca.mp3 | Mala Fe | 4,000KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Newsearch | My Kazaa | Theater | Download | Search | Traffic | Shop | Tel A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| anonymous_user@KaZaA | Merengue - Mala Fe - La Vaca.mp3 | Mala Fe | 4,000KB | Audio |
| anonymous_user@KaZaA | Mala Fe - Los Tiguere.mp3 | Mala Fe | 3,327KB | Audio |
| anonymous_user@KaZaA | merengue - chuleta (toño rosario).mp3 | merengue | 3,805KB | Audio |
| anonymous_user@KaZaA | merengue - MEZCLAS DE MERENGUE DOMINICANO.MP3 | MMix | 5,040KB | Audio |
| anonymous_user@KaZaA | Merengue Mix 2 - 2001.MP3 | merengue | 14,422KB | Audio |
| anonymous_user@KaZaA | MERENGUE TIPICO - El Prodigio _La Banda Tipica - Los Lim... | El Prodigio | 3,997KB | Audio |
| anonymous_user@KaZaA | oro solido - chupa tu paleta.mp3 | Oro Solido | 3,634KB | Audio |
| anonymous_user@KaZaA | Robert Vargas - El Moñoñon (merengue).mp3 | merengue | 4,025KB | Audio |
| anonymous_user@KaZaA | tono rosario - Dominicano Soy en vivo.mp3 | Toño Rosario | 3,019KB | Audio |
| anonymous_user@KaZaA | TONO ROSARIO-GOZADERA.mp3 | Toño Rosario | 4,206KB | Audio |
| anonymous_user@KaZaA | toño - la tombola.mp3 | Toño Rosario | 3,257KB | Audio |
| anonymous_user@KaZaA | Toño Rosario - Merengue Mixeao.mp3 | Toño Rosario | 5,978KB | Audio |
| anonymous_user@KaZaA | toño rosario - Ta Cruzao (Version Nueva).mp3 | merengue | 2,993KB | Audio |
| anonymous_user@KaZaA | Toño Rosario-A, E, I, O, U.mp3 | merengue | 3,740KB | Audio |
| anonymous_user@KaZaA | Tulile - El Tornillo _nueva version.mp3 | Tulile | 3,588KB | Audio |
| anonymous_user@KaZaA | tulile - wititi Watatao.mp3 | Tulile | 3,296KB | Audio |
| anonymous_user@KaZaA | 2 Latin Merengue - Toño Rosario - Sueltame.mp3 | Toño Rosario | 5,898KB | Audio |
| anonymous_user@KaZaA | 07-r_kelly_ft_camron_big_bigga-snake_remix-wcr (1).mp3 | R.Kelly F/ Camron | 3,040KB | Audio |
| anonymous_user@KaZaA | 112-Cupid.mp3 | 112 | 3,757KB | Audio |
| anonymous_user@KaZaA | 112 - It's Over Now.mp3 | 112 | 3,825KB | Audio |
| anonymous_user@KaZaA | 702_ft_clipse-star.mp3 | 702_Clipse | 3,889KB | Audio |
| anonymous_user@KaZaA | Carl Thomas - Emotional.mp3 | Carl Thomas | 4,246KB | Audio |
| anonymous_user@KaZaA | clubbin.mp3 | Marques Houston | 3,934KB | Audio |
| anonymous_user@KaZaA | Deborah Cox It's Over Now (Remix).mp3 | 112 | 4,114KB | Audio |
| anonymous_user@KaZaA | Frankie J - Don't Want To Try.MP3 | Frankie J | 3,866KB | Audio |
| anonymous_user@KaZaA | Ginuwine - 05 - In Those Jeans - simplemp3s.mp3 | Ginuwine | 5,707KB | Audio |
| anonymous_user@KaZaA | ginuwine - the life - 04 - Differences.mp3 | Ginuwine | 2,079KB | Audio |
| anonymous_user@KaZaA | IMX - 02 - First Time.mp3 | IMX | 4,158KB | Audio |

Found 7,793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | IMX - 02 - First Time.mp3 | IMX | 4,158KB | Audio |
| anonymous_user@KaZaA | Jaheim - Just In Case.mp3 | Jaheim | 6,180KB | Audio |
| anonymous_user@KaZaA | jaheim12.mp3 | jaheim-12-just_in_case-r... | 1,545KB | Audio |
| anonymous_user@KaZaA | K-Ci and Jo Jo - Crazy.mp3 | KCI and JoJo | 3,338KB | Audio |
| anonymous_user@KaZaA | KCI and Jojo - All My Life.mp3 | KCI and JoJo | 5,169KB | Audio |
| anonymous_user@KaZaA | Mary J Blige and Method Man - Your All That I Need Remix... | Mary J Blige and Method ... | 4,804KB | Audio |
| anonymous_user@KaZaA | Monica - So Gone.mp3 | Monica | 3,219KB | Audio |
| anonymous_user@KaZaA | Mya - My first night with you.mp3 | Mya | 4,123KB | Audio |
| anonymous_user@KaZaA | P Diddy f. Usher - I Need a Girl.mp3 | P Diddy F. Usher | 4,260KB | Audio |
| anonymous_user@KaZaA | R. Kelly - Snake (Feat. Big Tigger ).mp3 | R. Kelly | 4,563KB | Audio |
| anonymous_user@KaZaA | Save The Last Dance Soundtrack - Live Your Dreams.mp3 | Save The Last Dance Sou... | 2,647KB | Audio |
| anonymous_user@KaZaA | Tyrese - Lately.mp3 | Tyrese | 4,165KB | Audio |
| anonymous_user@KaZaA | Usher - Nice and Slow.mp3 | usher | 3,559KB | Audio |
| anonymous_user@KaZaA | 01 Ballad of a Dead Soulja.wma | Unknown | 2,024KB | Audio |
| anonymous_user@KaZaA | 02 F. Friendz.wma | Unknown | 2,528KB | Audio |
| anonymous_user@KaZaA | 03 Lil' Homies.wma | Unknown | 1,772KB | Audio |
| anonymous_user@KaZaA | 06 Letter 2 My Unborn.wma | Unknown | 1,863KB | Audio |
| anonymous_user@KaZaA | 07 Breathin.wma | Unknown | 1,939KB | Audio |
| anonymous_user@KaZaA | 13 Until the End of Time.wma | Unknown | 2,112KB | Audio |
| anonymous_user@KaZaA | 14 Until the End of Time [RP Remix].wma | Unknown | 2,115KB | Audio |
| anonymous_user@KaZaA | 07 Niggas.wma | Unknown | 1,816KB | Audio |
| anonymous_user@KaZaA | 15 who shot Ya.wma | Unknown | 1,810KB | Audio |
| anonymous_user@KaZaA | 02 Notorious B.I.G..wma | Lil Kim | 1,517KB | Audio |
| anonymous_user@KaZaA | 03 Dead Wrong.wma | Eminem | 2,352KB | Audio |
| anonymous_user@KaZaA | 05 Dangerous MC's.wma | Busta Rhymes | 2,490KB | Audio |
| anonymous_user@KaZaA | 08 Big Booty Hoes.wma | Unknown | 1,640KB | Audio |
| anonymous_user@KaZaA | Anthony Santos - Bachata Mix 4.mp3 | Anthony Santos | 2,284KB | Audio |
| 2 Users | | | | |
| anonymous_user@KaZaA | Anthony Santos - Corazon Culpable..mp3 | Anthony Santos | 5,698KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Anthony Santos - Corazon Culpable..mp3 | Antony Santos | 5,698KB | Audio |
| anonymous_user@KaZaA | Anthony Santos - EL Kilin Kilian.mp3 | Anthony Santos | 4,472KB | Audio |
| anonymous_user@KaZaA | Anthony Santos - Mi Nina.mp3 | Anthony Santos | 4,736KB | Audio |
| anonymous_user@KaZaA | Anthony Santos - Vivir Sin Aire.mp3 | Anntony | 3,763KB | Audio |
| anonymous_user@KaZaA | Anthony Santos Donde estara.mp3 | Anthony Santos | 4,643KB | Audio |
| 2 Users | Anthony Santos y Toño - Kulikitaca.mp3 | Antony Santos Y Toño Ro... | 2,371KB | Audio |
| anonymous_user@KaZaA | Antony Santos - La Jaula De Oro.mp3 | Anthony Santos | 5,011KB | Audio |
| anonymous_user@KaZaA | Antony Santos - Yo Sin Ti.mp3 | Anthony Santos | 5,975KB | Audio |
| anonymous_user@KaZaA | Antony Santos--Yolanda.mp3 | Anthony Santos | 6,480KB | Audio |
| anonymous_user@KaZaA | BACHATA  Traicionera.mp3 | Raulin Rodriguez | 3,400KB | Audio |
| anonymous_user@KaZaA | Bachata--Antony Santos (en vivo) - Ay querida.mp3 | Anthony Santos | 5,239KB | Audio |
| anonymous_user@KaZaA | Bachata -Frank reyes - son amores.mp3 | Frank Reyes | 2,386KB | Audio |
| anonymous_user@KaZaA | bachata - RAULIN NEW.mp3 | Bachata | 5,111KB | Audio |
| anonymous_user@KaZaA | BACHATA - Raulin rodriguez - Derroche De Sexo.mp3 | Raulin Rodriguez | 3,610KB | Audio |
| anonymous_user@KaZaA | Bachata 17.mp3 | Frank Reyes | 4,429KB | Audio |
| anonymous_user@KaZaA | Bachata Joe Veras - Perdoname.mp3 | Joe Veras | 4,514KB | Audio |
| anonymous_user@KaZaA | Bachata Yoskar Sarante - Guitarra.mp3 | YOSKAR SARANTE | 3,816KB | Audio |
| anonymous_user@KaZaA | Bachata Yoskar Sarante - Perdido.mp3 | YOSKAR SARANTE | 3,844KB | Audio |
| anonymous_user@KaZaA | BACHATA- Kiko Rodriguez - No vale la pena.mp3 | Johnny Rivera Ray Sep... | 5,374KB | Audio |
| anonymous_user@KaZaA | El Arrebato Sin ella 8.mp3 | Frank Reyes | 3,498KB | Audio |
| anonymous_user@KaZaA | El Loco.mp3 | ANTONY SANTOS | 5,176KB | Audio |
| anonymous_user@KaZaA | Enfermo De Amor.mp3 | El Chaval de La Bachata | 3,890KB | Audio |
| anonymous_user@KaZaA | Ese Hombre Soy Yo.mp3 | Alex Bueno | 4,421KB | Audio |
| anonymous_user@KaZaA | Este Tonto Corazon.mp3 | Luis Vargas | 3,143KB | Audio |
| anonymous_user@KaZaA | Coolio - 1234.mp3 | Unknown | 4,163KB | Audio |
| anonymous_user@KaZaA | Coolio - Fantastic Voyage.mp3 | Coolio | 5,223KB | Audio |
| anonymous_user@KaZaA | Coolio - Gangsta's Paradise.mp3 | Coolio | 3,773KB | Audio |
| anonymous_user@KaZaA | Coolio - See You When You Get There.mp3 | Coolio | 4,795KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Download | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Coolio - See You When You Get There.mp3 | Coolio | 4,795KB | Audio |
| anonymous_user@KaZaA | DMX - ...mp3 | DMX | 5,222KB | Audio |
| anonymous_user@KaZaA | DMX - 9-More 2 A Song.mp3 | DMX | 3,473KB | Audio |
| anonymous_user@KaZaA | DMX - Alot To Learn (Skit).mp3 | DMX | 618KB | Audio |
| anonymous_user@KaZaA | DMX - Angel.mp3 | DMX | 5,998KB | Audio |
| anonymous_user@KaZaA | DMX - Comin For Ya.mp3 | DMX | 3,783KB | Audio |
| anonymous_user@KaZaA | DMX - Don't You Ever.mp3 | DMX | 3,570KB | Audio |
| anonymous_user@KaZaA | DMX - Grimreaper (Ja Rule Diss).mp3 | DMX | 2,060KB | Audio |
| anonymous_user@KaZaA | DMX - Fuckin wit D.mp3 | DMX | 1,888KB | Audio |
| anonymous_user@KaZaA | DMX - left titty.mp3 | DMX | 3,906KB | Audio |
| anonymous_user@KaZaA | DMX - Make A Move.mp3 | DMX | 3,338KB | Audio |
| anonymous_user@KaZaA | DMX - One More Road To Cross.mp3 | DMX | 4,072KB | Audio |
| anonymous_user@KaZaA | DMX - Party Up.mp3 | DMX | 4,201KB | Audio |
| anonymous_user@KaZaA | DMX - Prayer III.mp3 | DMX | 1,872KB | Audio |
| anonymous_user@KaZaA | DMX - The Kennel (Skit).mp3 | DMX | 566KB | Audio |
| anonymous_user@KaZaA | DMX - The Professional.mp3 | DMX | 3,364KB | Audio |
| anonymous_user@KaZaA | DMX - The Shakedown (skit).mp3 | DMX - And Then There W... | 826KB | Audio |
| anonymous_user@KaZaA | DMX - What's My dName.mp3 | DMX | 4,304KB | Audio |
| anonymous_user@KaZaA | DMX - Why Do Good Girls like Bad Boys.mp3 | DMX | 3,676KB | Audio |
| anonymous_user@KaZaA | dmx Exit Wounds - DMX - Aint No Sunshine -.mp3 | DMX | 3,049KB | Audio |
| anonymous_user@KaZaA | DMX, Eye, Jadakiss, Snoop, Eminem - Whoa.mp3 | DMX | 4,062KB | Audio |
| anonymous_user@KaZaA | Godsmack, Ice Cube, DMX - Eye of the Tiger (remix).mp3 | DMX | 2,858KB | Audio |
| anonymous_user@KaZaA | Difference Between Me and You - Dr. Dre.mp3 | Dr. Dre Feat. Xzibit + Emi... | 3,816KB | Audio |
| anonymous_user@KaZaA | Dr. Dre ,Snoop Doggy Dog - Ain't Nothin But A G-Thang... | Dre + Snoop | 3,727KB | Audio |
| anonymous_user@KaZaA | Dr. Dre (with Snoop Dogg) - Fuck Wit Dre Day.mp3 | Dr. Dre | 4,564KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - Lil' Ghetto Boy.mp3 | Dr. Dre 07 | 5,130KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - Lyrical Gangbang.mp3 | Dr. Dre | 5,725KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - Stranded On Death Row.mp3 | Dr. Dre | 4,486KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | MyKazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Dr. Dre - Stranded On Death Row.mp3 | Dr. Dre | 4,486KB | Audio |
| anonymous_user@KaZaA | dr, dre - the chronic.mp3 | Dr. Dre | 1,839KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - The Doctor's Office.mp3 | Dr. Dre | 999KB | Audio |
| anonymous_user@KaZaA | Dr. Dre, Snoop, Nate Dogg, Daz - Deez Nuts.mp3 | Dr. Dre | 4,773KB | Audio |
| anonymous_user@KaZaA | Eminem - 8 Mile Freestyle Battles.mp3 | Eminem | 7,958KB | Audio |
| anonymous_user@KaZaA | Eminem - Freestyles - Broke The Rubber.mp3 | Eminem | 4,831KB | Audio |
| anonymous_user@KaZaA | Eminem -- Fag In A Women's Gym (Freestyle).mp3 | EMINEM | 883KB | Audio |
| anonymous_user@KaZaA | Eminem 3 Freestyles-(Unreleased).mp3 | Eminem | 2,926KB | Audio |
| anonymous_user@KaZaA | Freestyles-Biggie Smalls, The Wickedest Freestyle.mp3 | Biggie Smalls | 2,196KB | Audio |
| 2 Users | TuPac_Biggy Smalls - Freestyle .mp3 | Biggie and 2pac | 1,272KB | Audio |
| anonymous_user@KaZaA | Usher - U Make Me Wanna (1).mp3 | usher | 3,457KB | Audio |
| anonymous_user@KaZaA | Marcy to Hollywood.mp3 | Player's Club | 2,924KB | Audio |
| anonymous_user@KaZaA | xtreme (1).wma | Unknown | 974KB | Audio |
| anonymous_user@KaZaA | Avant - Read Your Mind (1).mp3 | Avant | 2,321KB | Audio |
| anonymous_user@KaZaA | Bachata - Raulin Rodriguez - Su novio primero.mp3 | Bachata | 4,028KB | Audio |
| anonymous_user@KaZaA | Eamon-Fckit-(explicit).mp3 | Eamon | 5,354KB | Audio |
| anonymous_user@KaZaA | Maxwell - Fortunate.mp3 | Maxwell | 4,147KB | Audio |
| anonymous_user@KaZaA | R Kelly-u remind me of something.mp3 | R. Kelly - | 3,910KB | Audio |
| anonymous_user@KaZaA | Yeah-Usher_f_LilJon_Ludacris.mp3 | usher | 5,855KB | Audio |
| anonymous_user@KaZaA | Reggaeton - Plan B.MP3 | Reggaeton | 2,715KB | Audio |
| anonymous_user@KaZaA | (Whoa Riddim) - Bounty Killer Elephant Man_Mr. Vegas - ... | <Unknown> | 3,106KB | Audio |
| anonymous_user@KaZaA | 03 (Reggeton) Reggaeton Sex Vol.2 - 05 - A Lo Loco.mp3 | Reggae | 1,323KB | Audio |
| anonymous_user@KaZaA | 06_Tego_Calderon_-_Tego_Live_06.mp3 | Tego Calderón - Live | 6,449KB | Audio |
| anonymous_user@KaZaA | 18 Approach.wma | Reggae | 1,620KB | Audio |
| anonymous_user@KaZaA | aaaa.mp3 | tego calderon | 3,392KB | Audio |
| anonymous_user@KaZaA | artist - Track.12_1023064009.mp3 | tego calderon | 3,470KB | Audio |
| anonymous_user@KaZaA | artist - Track.17_1023064235.mp3 | tego calderon | 1,540KB | Audio |
| anonymous_user@KaZaA | Beenie Man - Everyone Falls In Love Sometimes.mp3 | Reggae | 2,670KB | Audio |

Found 793 Files | 2,698,191 users online, sharing 582,104,868 Files (35,756,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Beenie Man - Everyone Falls In Love Sometimes.mp3 | Reggae | 2,670KB | Audio |
| anonymous_user@KaZaA | Big Boy_El Chombo - Remix Reggae.mp3 | El Chombo | 4,279KB | Audio |
| anonymous_user@KaZaA | Big Boy - Mis ojos lloran por ti.mp3 | Reggae | 4,606KB | Audio |
| anonymous_user@KaZaA | Boricua - Reggetan Perreo - Mixeao 1.mp3 | Reggae | 6,592KB | Audio |
| anonymous_user@KaZaA | Bossman - Beenie Man feat. Sean Paul_Lady Saw.mp3 | Reggae | 4,947KB | Audio |
| anonymous_user@KaZaA | Buju Bonton-I Need Some Action .mp3 | Buju Bonton | 5,116KB | Audio |
| anonymous_user@KaZaA | Chaka Demus_Pliers - Murder She Wrote.mp3 | Reggae | 3,814KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - Latigazo.mp3 | Daddy Yankee | 2,368KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee, Hector y Tito - Mataron Un Inocente.mp3 | Daddy Yankee | 1,440KB | Audio |
| anonymous_user@KaZaA | DJ Blass ~ Un Nuevo Estilo.mp3 | don chezina | 1,024KB | Audio |
| anonymous_user@KaZaA | Don Chezina_DJ Joe - Le Gusta el Reggae.mp3 | Don Chezina_DJ Joe | 6,084KB | Audio |
| anonymous_user@KaZaA | El General - No me trates de engañar.mp3 | El general | 4,124KB | Audio |
| anonymous_user@KaZaA | el general - Spanish Reggae (Latin House Mix).mp3 | El general | 7,001KB | Audio |
| anonymous_user@KaZaA | el general - Spanish Reggae.mp3 | Various | 3,371KB | Audio |
| anonymous_user@KaZaA | elephant.man (liquid.riddim).mp3 | Elephant Man | 3,096KB | Audio |
| anonymous_user@KaZaA | Elephant Man - E-L-E-P-H-A-N-T.mp3 | Elephant Man | 2,487KB | Audio |
| anonymous_user@KaZaA | elephant man - hot_girls.mp3 | Elephant Man | 3,084KB | Audio |
| anonymous_user@KaZaA | Elephant Man - Pum Pum.mp3 | Elephant Man | 2,631KB | Audio |
| anonymous_user@KaZaA | Fulanito - Guallando.mp3 | Reggae | 3,171KB | Audio |
| anonymous_user@KaZaA | hot97 Reggae mix1.mp3 | Hot 97 | 2,639KB | Audio |
| anonymous_user@KaZaA | La Mision 2 - TEGO CALDERON.mp3 | Reggae | 2,373KB | Audio |
| anonymous_user@KaZaA | LATIN RAP - New York Reggae Hits 2 (Big boy feat).mp3 | Reggae | 3,019KB | Audio |
| anonymous_user@KaZaA | liquid - shizzle.ma nizzle.mp3 | Elephant Man | 3,663KB | Audio |
| anonymous_user@KaZaA | lumidee-never leave you.wma | Reggae | 3,440KB | Audio |
| anonymous_user@KaZaA | Mr. Vegas - Heads High.mp3 | Mr Vegas | 3,302KB | Audio |
| anonymous_user@KaZaA | Papi Chulo3.mp3 | LA.CRIPTA | 2,730KB | Audio |
| anonymous_user@KaZaA | reggaeton.sex-amor.con.la.ropa.mp3 | Reggae | 5,883KB | Audio |
| anonymous_user@KaZaA | REGGAETON-Don Chezina_Ivy queen - Beyacos.mp3 | Chezzina_Ivi queen | 2,320KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

Kazaa - [Search]
File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | REGGAETON- Don Chezina _Ivy queen - Beyacos.mp3 | Chezzina_Ivi queen | 2,320KB | Audio |
| anonymous_user@KaZaA | REGGAETON_ SEXOLANDIA (1).mp3 | DJ Joe_Master Joe | 4,170KB | Audio |
| anonymous_user@KaZaA | Reggaeton - Hector y Tito - Perreo Mixeao.mp3 | artist | 6,594KB | Audio |
| anonymous_user@KaZaA | Sandunguero - Lito y Polaco (1).mp3 | DjBlass | 2,777KB | Audio |
| anonymous_user@KaZaA | (05) Sean Paul - Get Busy.wma | Reggae | 2,092KB | Audio |
| anonymous_user@KaZaA | 43 Sean Paul - Infiltrate.mp3 | Reggae | 3,410KB | Audio |
| anonymous_user@KaZaA | Sean Paul Ft Busta Rhymes - Gimme The Light Remix.mp3 | sean_paul_ft._busta_rh... | 1,563KB | Audio |
| anonymous_user@KaZaA | Sean Paul ft Shaggy - Sexy Lady [Remix].mp3 | Shaggy ft. Sean Paul | 3,656KB | Audio |
| anonymous_user@KaZaA | Sean Paul, Capleton, Elephant Man - Delly.mp3 | Elephant Man | 2,304KB | Audio |
| anonymous_user@KaZaA | Shaggy - Angel.mp3 | Shaggy | 3,682KB | Audio |
| anonymous_user@KaZaA | Spanish - Don Chezzina - Tra Tra Tra.mp3 | Reggae | 3,238KB | Audio |
| anonymous_user@KaZaA | SPANISH REGGAE - Don Chezina - Tra,Tra,Tra.mp3 | don chezina | 2,156KB | Audio |
| anonymous_user@KaZaA | spanish reggae-Las Guanabanas - Maldita Puta.mp3 | Nas | 1,561KB | Audio |
| anonymous_user@KaZaA | SPANISH REGGEA - Don Chezina - Chezidom.mp3 | don chezina | 3,164KB | Audio |
| anonymous_user@KaZaA | spanish reggea-Gargolas - Las Guanabanas- Segundo Ata... | Nas | 2,624KB | Audio |
| anonymous_user@KaZaA | TEGO CALDERON - GUASA GUASA.mp3 | TEGO CALDERON | 3,756KB | Audio |
| anonymous_user@KaZaA | Tego Calderon - Live Freestyle.mp3 | Tego Calderon | 6,058KB | Audio |
| anonymous_user@KaZaA | tego-live 18 (1).mp3 | tego calderon | 4,740KB | Audio |
| anonymous_user@KaZaA | TegoCalderon.mp3 | Tego Calderon | 1,979KB | Audio |
| anonymous_user@KaZaA | tegolive.mp3 | tego calderon | 1,992KB | Audio |
| anonymous_user@KaZaA | Tito y Hector - Gata Celosa.mp3 | Reggaeton | 3,108KB | Audio |
| anonymous_user@KaZaA | Tito y hector - Gata salvaje.mp3 | Tito y Hector | 3,000KB | Audio |
| anonymous_user@KaZaA | TOK - Chi Chi Man (SASHI RIDDM).mp3 | Elephant Man | 3,141KB | Audio |
| anonymous_user@KaZaA | Tulile - Papi dame Leche.mp3 | Tulile | 3,002KB | Audio |
| anonymous_user@KaZaA | Wayne Wonder - No Letting Go.mp3 | Wonder, Wayne | 3,186KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Que Vuelva (bachata).mp3 | Bachata | 6,116KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Si supieras.mp3 | Bachata | 5,137KB | Audio |
| 2 Users | Raulin Rodriguez - Soledad - Bachata.mp3 | RAULIN RODRIGUEZ | 5,298KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 (GB)) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Raulin Rodriguez - Soledad - Bachata.mp3 | RAULIN RODRIGUEZ | 5,298KB | Audio |
| anonymous_user@KaZaA | Bachata - Zacarias Ferreira - Te Quiero A Ti.mp3 | Bachata | 3,176KB | Audio |
| anonymous_user@KaZaA | Dame un beso.mp3 | Bachata | 3,477KB | Audio |
| anonymous_user@KaZaA | NOVIA MIA - ZACARIAS FERREIRA.MP3 | Bachata | 2,860KB | Audio |
| anonymous_user@KaZaA | zacarias Ferreira-Llora Alma Mia.wma | Bachatas | 4,053KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Adios.mp3 | Zacarias Ferreira | 4,114KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Amiga Veneno 9-02.mp3 | Bachata | 5,088KB | Audio |
| anonymous_user@KaZaA | zacarias ferreira - la quiero y es ajena.mp3 | Various Artists | 2,445KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Mentirosa.mp3 | Bachata | 2,637KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Nina.mp3 | Bachata | 4,574KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Salva mi vida.mp3 | Bachata | 3,976KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Sana Diversion.mp3 | Bachata | 3,048KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Te Amaba Tanto.mp3 | Zacarias Ferreira | 3,861KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Todo (bachata).mp3 | Bachata | 3,233KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira_SECRETO DE AMOR.mp3 | Zacarias Ferreira | 3,732KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira_Bachatas ME LIBERE.mp3 | Zacaria Ferreira | 3,753KB | Audio |
| anonymous_user@KaZaA | 2Pac - Hail Mary (Instramental) (1).mp3 | 2Pac | 2,850KB | Audio |
| anonymous_user@KaZaA | 2pac-ghost.mp3 | Tupac | 4,051KB | Audio |
| anonymous_user@KaZaA | 2pac_eminem_outlawz-one_day_at_a_time.mp3 | 2pac, eminem, outlawz, | 3,511KB | Audio |
| anonymous_user@KaZaA | Tupac - Hail Mary.mp3 | 2 pac | 4,842KB | Audio |
| anonymous_user@KaZaA | Tupac Greatest Hits2 - 2Pac - Changes.zip | Unknown | 3,079KB | Audio |
| anonymous_user@KaZaA | Fifty Cent-Fifty Shot Ya.mp3 | 50 Cent | 3,560KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - Who Shot Ya (Tupac Diss).mp3 | Biggie Smalls | 3,364KB | Audio |
| anonymous_user@KaZaA | Notorious B.I.G. - Big Poppa.mp3 | Notorious B.I.G. | 3,466KB | Audio |
| anonymous_user@KaZaA | Notorious BIG - Hypnotize.mp3 | Notorious B.I.G. | 3,594KB | Audio |
| anonymous_user@KaZaA | dr.dre eminem-forgot about dre.mp3 | Dr. Dre | 2,606KB | Audio |
| anonymous_user@KaZaA | Eminem - I Don't Wanna.mp3 | Eminem | 6,743KB | Audio |
| anonymous_user@KaZaA | Eminem - Ludacris_Lil Wayne Diss.mp3 | Eminem | 2,616KB | Audio |