Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend | Download

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Eminem - Ludacris_Lil Wayne Diss.mp3 | Eminem | 2,616KB | Audio |
| anonymous_user@KaZaA | 02-Fabolous-not_give_a_fuck-wcr.mp3 | Fabolous | 4,666KB | Audio |
| anonymous_user@KaZaA | 04-fabolous-call_me-wcr.mp3 | Fabolous | 5,273KB | Audio |
| anonymous_user@KaZaA | 13-fabolous-respect-wcr.mp3 | Fabolous | 5,859KB | Audio |
| anonymous_user@KaZaA | 15-fabolous-never_duplicated-wcr.mp3 | Fabolous | 5,513KB | Audio |
| anonymous_user@KaZaA | 18-fabolous-throw_back-wcr.mp3 | Fabolous | 5,286KB | Audio |
| anonymous_user@KaZaA | Fabolous - Trade It All Remix.mp3 | Fabolous | 4,462KB | Audio |
| anonymous_user@KaZaA | fabolous-this_is_my_party.mp3 | Fabolous | 4,307KB | Audio |
| anonymous_user@KaZaA | FaBuLoUs Ft LiL mO-cAnT LeT u Go.mp3 | Fabolous Feat. Lil Mo | 3,553KB | Audio |
| anonymous_user@KaZaA | 08.Tony Yayo (Jail Freestyle).wma | Dj Green Lantern | 1,707KB | Audio |
| anonymous_user@KaZaA | acapella - ludacris.mp3 | Ludacris | 7,654KB | Audio |
| anonymous_user@KaZaA | Allen Iverson 1 - Freestyle (1).mp3 | Allen Iverson 1 | 3,190KB | Audio |
| anonymous_user@KaZaA | D-Block Freestyle (1).mp3 | Unknown | 3,628KB | Audio |
| anonymous_user@KaZaA | Freestyles Canibus vs Eminem Freestyle (1) (1).mp3 | artist | 2,180KB | Audio |
| anonymous_user@KaZaA | Freeway VS. Cassidy Freestyle Battle Part 1.mp3 | cassidy | 3,083KB | Audio |
| anonymous_user@KaZaA | Freeway VS. Cassidy Freestyle Battle Part 2.mp3 | cassidy | 2,316KB | Audio |
| anonymous_user@KaZaA | jr writer - Damn Freestyle F. Juelz.mp3 | JR Writer | 3,566KB | Audio |
| anonymous_user@KaZaA | JR Writer-5 min Freestyle.WMA | JR Writer | 5,615KB | Audio |
| anonymous_user@KaZaA | P Diddy - Freestyle.mp3 | Ludacris | 728KB | Audio |
| anonymous_user@KaZaA | (Instrumental)Holiday Inn.MP3 | Chingy f/ Ludacris Snoop ... | 4,929KB | Audio |
| anonymous_user@KaZaA | 13-50_cent-dont_push_me_(instrumental).mp3 | (50 Cent) | 1,383KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Instrumental - Ganster Walk.mp3 | Mr Royce Productions 20... | 2,680KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Wanksta (Instrumental).mp3 | 50 Cent | 3,411KB | Audio |
| anonymous_user@KaZaA | Alchemist - Track 08.mp3 | Alchemist | 3,509KB | Audio |
| anonymous_user@KaZaA | Cash Money Millionaires - Project Bitch [instrumental].mp3 | Instrumental | 4,179KB | Audio |
| anonymous_user@KaZaA | drum and bass instrumentals - Rap- Phat Ass Beats.mp3 | Instrumental | 1,072KB | Audio |
| anonymous_user@KaZaA | eminem - stan (instrumentals).mp3 | Instrumental | 2,942KB | Audio |
| anonymous_user@KaZaA | Eminem - The Way I Am Instrumental.mp3 | Instrumental | 2,119KB | Audio |

2,698,191 users online; sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

Found 793 Files.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Eminem - The Way I Am Instrumental.mp3 | Instrumental | 2,119KB | Audio |
| anonymous_user@KaZaA | Grinding Instrumental.mp3 | Instrumental | 954KB | Audio |
| anonymous_user@KaZaA | Instrumental - Alchemist - N.O.Y.D.mp3 | Big Noyd | 2,808KB | Audio |
| anonymous_user@KaZaA | Instrumental - Kayne West - Through the Wire sm.mp3 | Artist | 2,883KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Jackin For Jay-Z (1).mp3 | Instrumental | 1,840KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Jay-Z - The Dynasty Intro.mp3 | Instrumental | 3,793KB | Audio |
| anonymous_user@KaZaA | Intrumentals-Lay Low-(instrumental).mp3 | Instrumental | 3,456KB | Audio |
| anonymous_user@KaZaA | RAP -Jay Z - Big Pimpin (instrumental).mp3 | Instrumental | 3,501KB | Audio |
| anonymous_user@KaZaA | Theme Songs - Super Mario Brothers .mp3 | Nintendo | 3,408KB | Audio |
| anonymous_user@KaZaA | excuse me remix.mp3 | Jay-Z | 6,608KB | Audio |
| anonymous_user@KaZaA | (09) Joe Budden -- Fire (ft. Busta Rhymes).wma | Busta Rhymes | 2,579KB | Audio |
| anonymous_user@KaZaA | +Busta Rhymes - Break Ya Neck(5).mp3 | Busta Rhymes | 9,584KB | Audio |
| anonymous_user@KaZaA | 01-jr_writer-jr_writer_-_biggie_freestyle-swe.mp3 | JR Writer | 4,904KB | Audio |
| anonymous_user@KaZaA | 01-lil_mo-21_answers-0mni.mp3 | Lil Mo | 4,893KB | Audio |
| anonymous_user@KaZaA | 01-nick_cannon_feat._r.mp3 | Nick Cannon Feat. R. Kelly | 5,425KB | Audio |
| anonymous_user@KaZaA | 02 - Blow it Out.mp3 | Ludacris | 3,864KB | Audio |
| anonymous_user@KaZaA | 02 Holidae In ft. Ludacris_Snoo.wma | Unknown | 2,503KB | Audio |
| anonymous_user@KaZaA | 02 Track 2.wma | Unknown | 4,210KB | Audio |
| anonymous_user@KaZaA | 03 Music Makes Me High.wma | Unknown | 2,141KB | Audio |
| anonymous_user@KaZaA | 04 Jeeps, Lex Coups, Bimas and Benz.wma | Unknown | 2,159KB | Audio |
| anonymous_user@KaZaA | 05 Lifestyles of the Rich and Shameless.wma | Unknown | 2,059KB | Audio |
| anonymous_user@KaZaA | 06.Renee.wma | Unknown | 2,323KB | Audio |
| anonymous_user@KaZaA | 06-keith_murray-candi_bar-rns.mp3 | Keith Murray | 5,285KB | Audio |
| anonymous_user@KaZaA | 08 - Live At Jimmys ) ft. Cuban-Link Tony Su).mp3 | Angie Martinez | 5,210KB | Audio |
| anonymous_user@KaZaA | 08-J.R_WRITER-TAKE_IT_OR_LEAVE_IT.MP3 | JR Writer | 3,484KB | Audio |
| anonymous_user@KaZaA | 09-One Call Away (ft. J_Weavy).mp3 | Chingy | 4,327KB | Audio |
| anonymous_user@KaZaA | 10-through_the_wire.mp3 | Kanye West | 6,379KB | Audio |
| anonymous_user@KaZaA | 50 Cent (g-Unit - Im A Soldier (Remix).mp3 | 50 Cent | 5,296KB | Audio |

Found 793 Files    2,698,191 users online, sharing 582,104,868 files (35,756,032 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 50 Cent_G-Unit - I'm A Soldier (Remix).mp3 | 50 Cent | 5,296KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Baby Get on Your Knees.mp3 | Dj Whoo Kid | 4,309KB | Audio |
| anonymous_user@KaZaA | 50 Cent - In Da Hood.mp3 | 50 Cent | 2,636KB | Audio |
| anonymous_user@KaZaA | 50 cent - Reliable.mp3 | 50cent | 4,340KB | Audio |
| anonymous_user@KaZaA | 50 Cent feat Llyod - New.mp3 | 50 Cent feat. Lloyd Banks | 3,030KB | Audio |
| anonymous_user@KaZaA | 50 Cent feat. G-Unit - True Loyalty.mp3 | 50 cent g-unit-true_loyalt... | 1,438KB | Audio |
| anonymous_user@KaZaA | 50 Cents_Capone - Kobe Bryant Diss.mp3 | 50 Cent. | 3,172KB | Audio |
| anonymous_user@KaZaA | 50cents feat busta; flipmode - wanksta remix.mp3 | 50 cent ft. busta, flipmode | 1,776KB | Audio |
| anonymous_user@KaZaA | aaliyah and jay z-missin you remix.mp3 | Jay-Z | 3,707KB | Audio |
| anonymous_user@KaZaA | B_Real, Busta Rhymes, Coolio, LL Cool J_Method Man - Hit... | Busta Rhymes | 4,031KB | Audio |
| anonymous_user@KaZaA | Baby (ft. Clipse) - What Happened To That boy.mp3 | What Happened To That ... | 4,050KB | Audio |
| anonymous_user@KaZaA | BDP - Love's Gonna Get "Cha - audio.mp3 | boogie-down productions | 6,250KB | Audio |
| anonymous_user@KaZaA | Camron feat Mase - Horse and Carriage.mp3 | Mase | 3,394KB | Audio |
| anonymous_user@KaZaA | Cassidy Feat1. R Kelly - Hotel(1).mp3 | Cassidy Feat. R Kelly | 4,675KB | Audio |
| anonymous_user@KaZaA | Chingy - Right Thurr (1).mp3 | Chingy | 5,081KB | Audio |
| anonymous_user@KaZaA | High_Mighty - E=MC2.mp3 | Alchemist | 3,293KB | Audio |
| anonymous_user@KaZaA | in da club (merengue remix | Unknown | 3,199KB | Audio |
| anonymous_user@KaZaA | ja rule feat - Lil Mo and vita-Put It On Me (remix) (2).mp3 | Ja Rule feat. lil Mo | 2,235KB | Audio |
| anonymous_user@KaZaA | Jae Hood -Keep It thoro.mp3 | J-Hood | 3,330KB | Audio |
| anonymous_user@KaZaA | Joe Budden - Focus.mp3 | DJ Clue | 2,384KB | Audio |
| anonymous_user@KaZaA | Joe Budden - Pump It Up.mp3 | Joe budden | 5,293KB | Audio |
| anonymous_user@KaZaA | JR WRITER - GET BY.mp3 | JR WRITER | 4,933KB | Audio |
| anonymous_user@KaZaA | Kanye West_Twista ft Jamie Foxx - Slow Jams.mp3 | Kanye West_Twista ft J... | 3,216KB | Audio |
| anonymous_user@KaZaA | Kanye West - Through the Wire.mp3 | Kanye West | 2,025KB | Audio |
| anonymous_user@KaZaA | Lost Boys - Rene.mp3 | Lost Boys | 4,591KB | Audio |
| anonymous_user@KaZaA | Ludacris- Stand Up (Dirty)[1].mp3 | Ludacris | 3,523KB | Audio |
| anonymous_user@KaZaA | Mase - Double Up - Fuck me, Fuck you.mp3 | Mase | 2,978KB | Audio |
| anonymous_user@KaZaA | MASE - Love U So (1).mp3 | MASE | 3,000KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Shop    Traffic    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | MASE - Love U So (1).mp3 | MASE | 3,000KB | Audio |
| 2 Users | Mase - Why You Over There Lookin At Me (1).mp3 | Mase | 3,994KB | Audio |
| anonymous_user@KaZaA | Mase 112 Puff - jealous guys.mp3 | Mase 112 Puff | 6,156KB | Audio |
| anonymous_user@KaZaA | Mase and Total - Tell Me What You Want.mp3 | Mase | 3,780KB | Audio |
| anonymous_user@KaZaA | Mase ft. Foxy, Fabolous Spott - That's The Way I Like It ...... | Fabolous | 4,228KB | Audio |
| anonymous_user@KaZaA | Mase-Take A Girls Virginity.mp3 | Mase | 4,872KB | Audio |
| anonymous_user@KaZaA | Method Man and Redman - How High Part_2.mp3 | 01-method_man_and_re.... | 3,801KB | Audio |
| anonymous_user@KaZaA | Nelly - 06 - Pimp Juice - simplemp3s.mp3 | Nelly | 5,707KB | Audio |
| anonymous_user@KaZaA | P.Diddy, Biggie, Busta Rhymes - victory.mp3 | Puff, BIGGIE_MaSe | 4,661KB | Audio |
| anonymous_user@KaZaA | PDIDDY- Show me your soul.wma | PDIDDY | 3,790KB | Audio |
| anonymous_user@KaZaA | Pharrell featuring Jay-Z - Frontin.MP3 | Jay-Z | 3,756KB | Audio |
| anonymous_user@KaZaA | Puff Daddy_Mase - Can't Nobody Hold Me Down.mp3 | Mase | 4,789KB | Audio |
| anonymous_user@KaZaA | Puff Daddy_Mase - I'm Coming Out.mp3 | Puff Daddy_Mase | 4,024KB | Audio |
| anonymous_user@KaZaA | Puff Daddy n Mace-Bad Boys (make me feel so good).mp3 | Puff Daddy | 3,202KB | Audio |
| anonymous_user@KaZaA | Redman - Malpractice - 23 - Smash Sumthin'.mp3 | Redman | 3,376KB | Audio |
| anonymous_user@KaZaA | Sheek feat. J Hood - We Are The Streets.mp3 | Various Artists | 1,280KB | Audio |
| anonymous_user@KaZaA | Simple Plan - Perfect.mp3 | Simple Plan | 4,369KB | Audio |
| anonymous_user@KaZaA | Sir Mix Alot - I Like Big Butts.mp3 | Sir Mix Alot | 4,107KB | Audio |
| anonymous_user@KaZaA | Slick Rick - Mona Lisa.mp3 | Slick Rick | 3,391KB | Audio |
| anonymous_user@KaZaA | Nas - One Mic (Styles remix).mp3 | Nas | 4,234KB | Audio |
| anonymous_user@KaZaA | Nas - Stillmatic Intro (1).mp3 | Nas | 3,518KB | Audio |
| anonymous_user@KaZaA | Nas - Stillmatic Intro.mp3 | Nas | 3,082KB | Audio |
| anonymous_user@KaZaA | Nas feat. Puff Daddy - Hate Me Now.mp3 | Nas F. Puff Daddy | 4,437KB | Audio |
| anonymous_user@KaZaA | Nas, Dmx, Kurupt, Mobb Deep - Get Ready.mp3 | Nas, DMX, Kurupt, Mobb .... | 3,929KB | Audio |
| anonymous_user@KaZaA | 09 Would You Die for Me.wma | Lil Kim | 1,731KB | Audio |
| anonymous_user@KaZaA | Frank Reyes - Mientele (1).mp3 | Bachata | 4,659KB | Audio |
| anonymous_user@KaZaA | Frank Reyes - Quiero Saber De Ti.mp3 | Frank Reyes | 2,242KB | Audio |
| anonymous_user@KaZaA | FRANK REYES - Te Dire.mp3 | Frank Reyes | 3,566KB | Audio |

2,698,191 users online, sharing 582,104,866 files (35,756,032 GB)    Not sharing any files

Found 793 files

Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Shop    Tell A Friend

New search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | FRANK REYES - Te Dire.mp3 | Frank Reyes | 3,566KB | Audio |
| anonymous_user@KaZaA | Frank reyes Delirios.mp3 | Zacarias Ferreira | 1,856KB | Audio |
| anonymous_user@KaZaA | Frank reyes-Que Tu Te Vas.mp3 | Frank Reyes / Memin _Wi... | 4,288KB | Audio |
| anonymous_user@KaZaA | Kiko Rodriguez - Me Tienes Loco.mp3 | Kiko Rodriguez | 4,126KB | Audio |
| anonymous_user@KaZaA | Kiko Rodriguez - Niña (1).mp3 | Kiko Rodriguez | 3,893KB | Audio |
| anonymous_user@KaZaA | Kiko Rodriguez - Te olvidaste de mi.mp3 | Kiko Rodriguez | 3,787KB | Audio |
| anonymous_user@KaZaA | LUIS_MIGUEL_DEL_AMARGUE__T.MP3 | artist | 2,634KB | Audio |
| anonymous_user@KaZaA | morir de amor  raulin rodrigues.mp3 | Bienvenido Rodriguez | 3,068KB | Audio |
| anonymous_user@KaZaA | Porque Te Fuiste.mp3 | Antony Santos y Raulin R... | 5,640KB | Audio |
| anonymous_user@KaZaA | raulin rodriguez - bachata.mp3 | Bachata | 5,684KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Mujer Infiel.mp3 | Raulin Rodriguez | 5,863KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Piensa En Mi.mp3 | Raulin Rodriguez | 1,725KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Sin fortuna.mp3 | Raulin Rodriguez | 3,794KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Soledad.wma | Unknown Artist | 2,683KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Te Fuiste Amor.MP3 | Luis Vargas | 4,160KB | Audio |
| anonymous_user@KaZaA | raulin rodriguez y llorare .mp3 | RAULIN RODRIGUEZ | 2,328KB | Audio |
| anonymous_user@KaZaA | RAULIN RODRIGUEZ---MARGARITA.mp3 | Raulin Rodriguez | 3,287KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez-Cahuate.mp3 | BACHATAS VARIADAS | 4,845KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - La Loca .mp3 | Raulin Rodriguez | 3,692KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Que Dolor .mp3 | Raulin Rodriguez | 3,652KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Una Mujer Como Tú.mp3 | Raulin Rodriguez | 3,139KB | Audio |
| anonymous_user@KaZaA | Track 11.mp3 | RAULIN RODRIGUEZ | 4,532KB | Audio |
| anonymous_user@KaZaA | AGUACATE - Track 02.mp3 | Aguacate | 4,911KB | Audio |
| anonymous_user@KaZaA | Aguakate En Metro - Por Un Beso.mp3 | Aguacate | 5,123KB | Audio |
| anonymous_user@KaZaA | Elvis Crespo - Hora Enamorada.mp3 | Elvis Crespo | 3,954KB | Audio |
| anonymous_user@KaZaA | Elvis Crespo - Suavemente.mp3 | Elvis Crespo | 4,196KB | Audio |
| anonymous_user@KaZaA | Elvis Crespo - Tú Sonrisa.mp3 | Elvis Crespo | 4,256KB | Audio |
| anonymous_user@KaZaA | fulanito - mueve el culito.mp3 | Fulanito | 3,299KB | Audio |

Found 793 files

2,698,191 users online sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | fulanito - mueve el culito.mp3 | Fulanito | 3,299KB | Audio |
| anonymous_user@KaZaA | Jovanny Polanco -Ajena canta Krisspy.mp3 | Krisspy | 4,478KB | Audio |
| anonymous_user@KaZaA | krisspy y anthony santos.wma | Anthony Santos | 4,479KB | Audio |
| anonymous_user@KaZaA | Merengue Tipico-AGUACATE-LA MEADERA.mp3 | aguakate | 4,823KB | Audio |
| anonymous_user@KaZaA | Merengue- Oro Solido- Abusadora.mp3 | merengue | 4,373KB | Audio |
| anonymous_user@KaZaA | Oro Solido - NY Ta Dura.mp3 | Oro Solido | 2,892KB | Audio |
| anonymous_user@KaZaA | Theme - The GodFather.mp3 | Fulanito | 3,525KB | Audio |
| anonymous_user@KaZaA | Toño Rosario - Beso a Beso.mp3 | Toño Rosario | 4,155KB | Audio |
| anonymous_user@KaZaA | Classical - Guitar Soft-Piano - Instrumental.mp3 | Relax music | 3,371KB | Audio |
| anonymous_user@KaZaA | Halloween - Piano.mp3 | Halloween | 2,271KB | Audio |
| anonymous_user@KaZaA | ja rule - new york (instrumental).mp3 | Instrumental | 1,209KB | Audio |
| anonymous_user@KaZaA | 10-JayZ-Song Cry.mp3 | Jay-Z | 4,762KB | Audio |
| anonymous_user@KaZaA | Jay Z - U Dont Know.mp3 | Jay-Z | 1,544KB | Audio |
| anonymous_user@KaZaA | jay z feat eminem - renegade.mp3 | Jay-Z | 2,381KB | Audio |
| anonymous_user@KaZaA | Jay-Z - The Blueprint 2 - The Gift and The Curse - 01 I Hear..mp3 | 112 | 2,535KB | Audio |
| anonymous_user@KaZaA | 02 Change the Game.wma | Jay-Z | 1,488KB | Audio |
| anonymous_user@KaZaA | 03 I Just Wanna Love U (Give It 2 Me).wma | Jay-Z | 1,798KB | Audio |
| anonymous_user@KaZaA | 04 Streets Is Talking.wma | Jay-Z | 2,253KB | Audio |
| anonymous_user@KaZaA | 05 This Can't Be Life.wma | Jay-Z | 2,276KB | Audio |
| anonymous_user@KaZaA | 08 You, Me, Him and Her.wma | Jay-Z | 1,775KB | Audio |
| anonymous_user@KaZaA | 09 Guilty Until Proven Innocent.wma | Jay-Z | 2,338KB | Audio |
| anonymous_user@KaZaA | 10 Parking Lot Pimpin'.wma | Jay-Z | 2,015KB | Audio |
| anonymous_user@KaZaA | 12 1-900-Hustler.wma | Jay-Z | 1,829KB | Audio |
| anonymous_user@KaZaA | 13 The R.O.C..wma | Jay-Z | 1,948KB | Audio |
| anonymous_user@KaZaA | 01 Hova Song (Intro).wma | Jay-Z | 1,118KB | Audio |
| anonymous_user@KaZaA | 02 So Ghetto.wma | Jay-Z | 1,904KB | Audio |
| anonymous_user@KaZaA | 03 Do It Again (Put Ya Hands-Up) [Put Ya Hands Up].wma | Jay-Z | 2,203KB | Audio |
| anonymous_user@KaZaA | 04 Dopeman.wma | Jay-Z | 1,918KB | Audio |

Found 793 Files | 2,698,191 users online sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | 04 Dopeman.wma | Jay-Z | 1,918KB | Audio |
| anonymous_user@KaZaA | 05 Things That U Do.wma | Jay-Z | 2,311KB | Audio |
| anonymous_user@KaZaA | 10 Watch Me.wma | Jay-Z | 2,174KB | Audio |
| anonymous_user@KaZaA | 11 Big Pimpin'.wma | Jay-Z | 2,250KB | Audio |
| anonymous_user@KaZaA | 15 Hova Song (Outro).wma | Jay-Z | 5,220KB | Audio |
| anonymous_user@KaZaA | blow.mp3 | Ludacris | 2,031KB | Audio |
| anonymous_user@KaZaA | Cassidy-Im A Hustler.mp3 | Cassidy | 3,173KB | Audio |
| anonymous_user@KaZaA | jada diss 2 50.mp3 | Unknown | 1,966KB | Audio |
| anonymous_user@KaZaA | jadakiss – why (4).mp3 | jadakiss | 4,786KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks-Fire.mp3 | Lloyd Banks | 3,234KB | Audio |
| anonymous_user@KaZaA | Ludacris – We Got .mp3 | Ludacris | 4,088KB | Audio |
| anonymous_user@KaZaA | NEW YORK.mp3 | Ja Rule, Fat Joe, Jadakiss | 4,498KB | Audio |
| anonymous_user@KaZaA | RAP – So Emotional Remix ft.mp3 | Faith Evans feat Shyne ,,, | 4,724KB | Audio |
| anonymous_user@KaZaA | Terror_Squad_Lean_Back_Dirty.mp3 | Fat Joe_Terror Squad | 3,407KB | Audio |
| anonymous_user@KaZaA | 22.No.Se.mp3 | Wisin Y Yandel | 2,278KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee – No Te Canses 2003.mp3 | Reggaeton | 2,483KB | Audio |
| anonymous_user@KaZaA | seduscame.wma | Unknown Artist | 2,973KB | Audio |
| anonymous_user@KaZaA | SoLtErA.mp3 | DADDY YANKEE | 3,003KB | Audio |
| anonymous_user@KaZaA | Tego Calderon – The Majestic.mp3 | tego calderon | 1,763KB | Audio |
| anonymous_user@KaZaA | track 06-zion y lenox.mp3 | Zion_Lennox | 2,915KB | Audio |
| anonymous_user@KaZaA | wisin y yandel – Track 05 (1).mp3 | wisin y yandel | 2,924KB | Audio |
| anonymous_user@KaZaA | Wisin y Yandel –Te Suelto El Pelo.mp3 | Yandel | 2,115KB | Audio |
| anonymous_user@KaZaA | Merengue–BACHATA_Antony Santos – me enamore.mp3 | Antony Santos | 2,788KB | Audio |
| anonymous_user@KaZaA | Merengue-Toño Rosario-Yo me muero por ella.mp3 | Toño Rosario | 3,268KB | Audio |
| anonymous_user@KaZaA | Los Toros Band – Mi Niña (bachata).mp3 | Los Toros Band | 1,884KB | Audio |
| anonymous_user@KaZaA | Amor Sin Esperanza - Alex Bueno - Bolero.mp3 | Alex Bueno | 2,751KB | Audio |
| anonymous_user@KaZaA | Fernandito Villalona, Alex Bueno –Si La Ve.mp3 | Fernadito Villalona, Alex ... | 1,990KB | Audio |
| anonymous_user@KaZaA | bachata – Amarfis_La Banda De Atakke.mp3 | Amarfis Y La De Atakke | 3,807KB | Audio |

Found 793 files    2,698,191 users online, sharing 582,104,868 files (35,756,032 GB).    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | bachata - Amarfis _La Banda De Atakke.mp3 | Amarfis y La De Atakke | 3,807KB | Audio |
| anonymous_user@KaZaA | 11 Rap Phenomenon.mp3 | The Notorious B.I.G. | 2,838KB | Audio |
| anonymous_user@KaZaA | Anthony Santo - Porque tanto problema.mp3 | Antony Santos | 2,682KB | Audio |
| anonymous_user@KaZaA | Anthony Santos - La barriguita.mp3 | Antony Santos | 3,670KB | Audio |
| anonymous_user@KaZaA | Antony Santos - No te vayas.mp3 | Antony Santos | 3,043KB | Audio |
| anonymous_user@KaZaA | amarfis y la banda atakke - El Bacalao.mp3 | amarfis y la banda atakke | 2,824KB | Audio |
| anonymous_user@KaZaA | Dj Mingo - amarfis,boy,tullie,maremotane (1).mp3 | Dj Mingo | 6,587KB | Audio |
| anonymous_user@KaZaA | Kinito Mendez_Johnny Ventura - Mosaico Salsa - mereng... | merengue | 8,035KB | Audio |
| anonymous_user@KaZaA | LATIN_ORO_SOLIDO - El Baile Del Beeper (RMX).mp3 | Merengue | 966KB | Audio |
| anonymous_user@KaZaA | mala fe - Haciendo cocote.mp3 | MALAFE | 4,004KB | Audio |
| anonymous_user@KaZaA | merengue - DJ TV Merengazo Mix Jan 2002.mp3 | Tono Rosario,Tullile,Band... | 8,562KB | Audio |
| anonymous_user@KaZaA | Merengue Tipico - El Prodigio - Que Se Vaya(nuevo).mp3 | El Prodigio | 3,679KB | Audio |
| anonymous_user@KaZaA | Merengue_tipico-Tatico Henriquez - Pais Dominicano).MP3 | merengue | 3,458KB | Audio |
| anonymous_user@KaZaA | Tullie_Carlos Tamarindo - El Gusto_MEETS_EL_PELO.mp3 | Tullie_Carlos Tamarindo | 4,307KB | Audio |
| anonymous_user@KaZaA | 01-Justin_timberlake_feat_50_cent-cry_me_a_river_(dirty)... | Justin Timberlake Feat.50... | 6,850KB | Audio |
| anonymous_user@KaZaA | 01-r_kelly-ignition_(remix)-cms.mp3 | R Kelly | 4,431KB | Audio |
| anonymous_user@KaZaA | 1Q-dru_hill-i_love_you-rns.mp3 | Dru Hill | 7,350KB | Audio |
| anonymous_user@KaZaA | 22-r_kelly_feat._young_buck_(g-unit)-thoia_thong_(remi... | R. Kelly Feat. Young Buck... | 5,185KB | Audio |
| anonymous_user@KaZaA | Allure_112 - All Cried Out.mp3 | Allure_112 | 4,309KB | Audio |
| anonymous_user@KaZaA | Beyonce Knowles ft. Jay-Z - Crazy In Love.mp3 | Beyonce Knowles feat Ja... | 5,916KB | Audio |
| anonymous_user@KaZaA | Carl Thomas ft Faith Evans - Can't Believe.mp3 | Faith Evans Feat. Carl Th... | 3,018KB | Audio |
| anonymous_user@KaZaA | Copy of dj clue - Peaches And Cream (Remix) - 112 f Fabol... | 112 | 2,216KB | Audio |
| anonymous_user@KaZaA | Dru Hill - Never Make A Promise.mp3 | Dru Hill | 5,119KB | Audio |
| anonymous_user@KaZaA | How You Gonna Act Like That - Tyrese (1).mp3 | Tyrese | 4,802KB | Audio |
| anonymous_user@KaZaA | Jagged Edge - Walked Out Of Heaven.mp3 | Jagged Edge | 5,391KB | Audio |
| anonymous_user@KaZaA | Jaheim - 05 - Put that Woman First - simplemp3s.mp3 | Jaheim | 5,761KB | Audio |
| anonymous_user@KaZaA | Jennifer Lopez feat. Nas - I'm Gonna be Allright.mp3 | JENNIFER LOPEZ | 3,647KB | Audio |
| anonymous_user@KaZaA | Monica Ft Memphis Bleek - So Gone (Remix).mp3 | Monica Ft Memphis Bleek | 3,069KB | Audio |

2,698,191 users online, sharing 582,104,868 files (35,756,032 GB)   Not sharing any files

Found 793 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Shop | Tell A Friend

New search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Monica Ft Memphis Bleek - So Gone (Remix).mp3 | Monica Ft Memphis Bleek | 3,069KB | Audio |
| anonymous_user@KaZaA | Montel Jordan - Once Upon Time.mp3 | Montell Jordan | 3,242KB | Audio |
| anonymous_user@KaZaA | P Diddy And Bad Boy - I Need A Girl (Part Two).mp3 | P Diddy And Bad Boy | 4,463KB | Audio |
| anonymous_user@KaZaA | R. Kelly - Thoia Thong.mp3 | R. Kelly | 5,231KB | Audio |
| anonymous_user@KaZaA | Sisqo - Incomplete.mp3 | (Bomb-beats) | 4,310KB | Audio |
| anonymous_user@KaZaA | Andy Peña - Voy a intentar (bachata).mp3 | Andy Peña | 2,804KB | Audio |
| anonymous_user@KaZaA | Antony Santos - (En vivo) Hamenaje A Toño Rosario.mp3 | Anthony Santos | 9,146KB | Audio |
| anonymous_user@KaZaA | Antony santos - Dime Que Te Pasa.mp3 | Anthony Santos | 2,328KB | Audio |
| anonymous_user@KaZaA | Bachata - Bachatas que Pegan - Dulce Mujer de mi vida.mp3 | Bachata | 3,782KB | Audio |
| anonymous_user@KaZaA | Aventura - Nueve Y Quince.mp3 | Aventura | 3,584KB | Audio |
| anonymous_user@KaZaA | 02-eminem_dmx_obie_trice-go_to_sleep-rns.mp3 | Eminem, DMX, Obie Trice | 6,611KB | Audio |
| anonymous_user@KaZaA | 04-dxmx=they_want_war_(dissin_ja_rule)-gsm.mp3 | DMX | 3,202KB | Audio |
| anonymous_user@KaZaA | And Then There Was X - DMX - 14 - D-X-L (Hard White) (F... | DMX | 4,093KB | Audio |
| anonymous_user@KaZaA | 05 - We Don't Give a Fuck.mp3 | DMX | 3,873KB | Audio |
| anonymous_user@KaZaA | Coming From.mp3 | DMX | 4,898KB | Audio |
| anonymous_user@KaZaA | DMX - 18 - Heat.mp3 | Dmx | 5,316KB | Audio |
| anonymous_user@KaZaA | DMX - Blackout.mp3 | DMX | 4,690KB | Audio |
| anonymous_user@KaZaA | DMX - Bring Your Whole Crew.mp3 | DMX | 2,586KB | Audio |
| anonymous_user@KaZaA | DMX - Dogs For Life.mp3 | DMX | 5,189KB | Audio |
| anonymous_user@KaZaA | DMX - Flesh Of My Flesh Blood Of My Blood - 03 - Pac Man-.. | Dmx | 1,098KB | Audio |
| anonymous_user@KaZaA | DMX - Flesh Of My Flesh Blood Of My Blood - 09 - The Ome.. | DMX Feat Marilyn Manson | 4,666KB | Audio |
| anonymous_user@KaZaA | DMX - Ready to Meet Him.mp3 | DMX | 6,942KB | Audio |
| anonymous_user@KaZaA | dmx - slippin'.mp3 | DMX | 2,375KB | Audio |
| anonymous_user@KaZaA | DMX-Aint No Way.MP3 | DMX | 4,518KB | Audio |
| anonymous_user@KaZaA | DMX featuring Swiss Beats, Drag On - No Love 4 Me.MP3 | DMX - Feat. Sezz Beatz ,.. | 3,736KB | Audio |
| anonymous_user@KaZaA | dmx-my_niggas_skit-apc-cesta.mp3 | DMX | 1,747KB | Audio |
| anonymous_user@KaZaA | It's All Good.mp3 | DMX | 3,017KB | Audio |
| anonymous_user@KaZaA | rap-dmx - Flesh of My Flesh, Blood of My Blood.mp3 | DMX | 6,115KB | Audio |

Flesh of My Flesh

Found 793 Files | 2,698,191 users online sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | rap-dmx - Flesh of My Flesh, Blood of My Blood.mp3 | DMX | 6,115KB | Audio |
| anonymous_user@KaZaA | DMX - Gonna Give It (Dirty).mp3 | DMX | 5,071KB | Audio |
| anonymous_user@KaZaA | DMX - Here We Go Again.mp3 | DMX | 3,640KB | Audio |
| anonymous_user@KaZaA | 04 - Storm (Skit).mp3 | DMX | 1,063KB | Audio |
| anonymous_user@KaZaA | DMX - 11 - Stop Being Greedy.mp3 | DMX | 4,242KB | Audio |
| anonymous_user@KaZaA | DMX - 17 - Prayer (Skit).mp3 | DMX | 2,378KB | Audio |
| anonymous_user@KaZaA | DMX - Crime Story.mp3 | DMX | 3,557KB | Audio |
| anonymous_user@KaZaA | DMX - Get At Me Dog.mp3 | DMX | 4,792KB | Audio |
| anonymous_user@KaZaA | DMX - It's Dark and Hell Is Hot - 02 - Ruff Ryders Anthem..... | DMX | 3,350KB | Audio |
| anonymous_user@KaZaA | DMX - It's dark and Hell is hot - 06 - Let Me Fly.mp3 | DMX | 3,968KB | Audio |
| anonymous_user@KaZaA | DMX - It's Dark and Hell Is Hot - 07-X1s Coming.mp3 | DMX | 5,052KB | Audio |
| anonymous_user@KaZaA | DMX -It's Dark and Hell Is Hot - 08 - Damien.mp3 | DMX | 3,470KB | Audio |
| anonymous_user@KaZaA | DMX - It's Dark and Hell Is Hot - 09 - How's It Going Down..... | DMX | 4,420KB | Audio |
| anonymous_user@KaZaA | DMX - It's Dark And Hell Is Hot - 12 - ATF.mp3 | DMX | 2,270KB | Audio |
| anonymous_user@KaZaA | DMX - It's Dark and Hell Is Hot - 15 - For My Dogs.mp3 | DMX | 2,950KB | Audio |
| anonymous_user@KaZaA | DMX - Look Thru My Eyes.mp3 | DMX | 3,601KB | Audio |
| anonymous_user@KaZaA | DMX - Mickey (Skit).mp3 | DMX | 503KB | Audio |
| anonymous_user@KaZaA | DMX - Niggaz Done Started Something.mp3 | DMX | 7,244KB | Audio |
| anonymous_user@KaZaA | DMX-It's Dark And Hell Is Hot-01-Intro (Mike Tyson song)..... | DMX | 3,343KB | Audio |
| anonymous_user@KaZaA | DMX-It's Dark and Hell Is Hot-Track-18.mp3 | DMX | 3,344KB | Audio |
| anonymous_user@KaZaA | It's dark_hell is hot - 14 - I Can Feel It.mp3 | DMX | 3,458KB | Audio |
| anonymous_user@KaZaA | DMX - Mr Vegas; Sean Paul- Here comes da Boom.mp3 | Dmx; Sean Paul ,Mr. Ve... | 3,163KB | Audio |
| anonymous_user@KaZaA | Dmx - Ruff Ryders Anthem Reggae Remix - fizz116.mp3 | DMX | 3,150KB | Audio |
| anonymous_user@KaZaA | DMX-What These Bitches Want From A Nigga (Feat Sisqo)..... | DMX | 3,986KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - A Nigga Witta Gun.mp3 | Dr_Dre_Snoop Doggy D.... | 3,628KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - High Powered.mp3 | Dr. Dre | 3,831KB | Audio |
| anonymous_user@KaZaA | Dr. Dre- Let Me Ride (ft. Snoop Dogg).mp3 | Dr. Dre. | 4,084KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - Rat-Tat-Tat-Tat.mp3 | Dr. Dre_Snoop Doggy D.... | 3,576KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB). | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Dr. Dre - Rat-Tat-Tat.mp3 | Dr. Dre_Snoop Doggy D... | 3,576KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - The $20 Sack Pyramid.mp3 | Dr. Dre_Snoop Doggy D... | 2,705KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - The Day The Niggaz Took Over.mp3 | Dr. Dre_Snoop Doggy D... | 4,267KB | Audio |
| anonymous_user@KaZaA | Dr. Dre - The watcher.mp3 | Dr. Dre | 4,837KB | Audio |
| anonymous_user@KaZaA | bachata - Raulin Rodriguez - No Sientes Nada.WMA | RAULIN RODRIGUEZ | 4,368KB | Audio |
| anonymous_user@KaZaA | Bachata- Raulin Rodriguez - Que Vuelva.mp3 | Raulin Rodriguez | 840KB | Audio |
| anonymous_user@KaZaA | BACHATAS - Perdoname.mp3 | Bachata | 3,644KB | Audio |
| anonymous_user@KaZaA | elvis martinez - Ya Me Voy.mp3 | El Chaval De La Bachata | 5,370KB | Audio |
| anonymous_user@KaZaA | Kiko Rodriguez - Que Lastima.mp3 | Kiko Rodriguez | 4,282KB | Audio |
| anonymous_user@KaZaA | Luis Vargas - El Dolor.mp3 | Luis Vargas | 3,334KB | Audio |
| anonymous_user@KaZaA | BACHATA - Aventura - Cuando Volveras (Spanglish).mp3 | Aventura | 3,254KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez- Navidad Navidad.mp3 | Raulin Rodriguez | 3,635KB | Audio |
| anonymous_user@KaZaA | Krisspy y anthony santos - chequeando.wma | Krisspy | 4,508KB | Audio |
| anonymous_user@KaZaA | Oro Solido - El Baile Del Beeper.wma | Oro Solido | 1,887KB | Audio |
| anonymous_user@KaZaA | 01-50_cent-if_i_could_go_freestyle-tas (1).mp3 | 50 Cent | 3,409KB | Audio |
| anonymous_user@KaZaA | 04-50_cent-ching_ching_freestyle-tas.mp3 | 50 Cent | 3,099KB | Audio |
| anonymous_user@KaZaA | Eminem_Krik-Battle of the Year '99 Freestyle (1).mp3 | Eminem | 1,180KB | Audio |
| anonymous_user@KaZaA | lil wayne - squad up - got me a model -rage.mp3 | lil wayne | 4,150KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Candy Shop.mp3 | 50 Cent | 4,936KB | Audio |
| anonymous_user@KaZaA | Big Pun_Fat Joe - Twinz.mp3 | Big Pun feat. Fat Joe | 3,555KB | Audio |
| anonymous_user@KaZaA | 01-cd1-jay-z-a_dream_feat_faith_and_biggie.mp3 | Jay Z | 3,999KB | Audio |
| anonymous_user@KaZaA | El Chaval - Me Voy de Ti.mp3 | El Chaval | 5,393KB | Audio |
| anonymous_user@KaZaA | Eminem vs Busta vs Jay-Z - Big Pimpin remix (unreleased a... | Eminem | 4,687KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Jigga My Nigga.mp3 | Ruff Ryders (Jay-Z) | 4,369KB | Audio |
| anonymous_user@KaZaA | jay-z - People Are Talking.mp3 | Jay-z | 3,516KB | Audio |
| anonymous_user@KaZaA | jay-z-poppin'tags.mp3 | Jay-Z | 8,447KB | Audio |
| anonymous_user@KaZaA | 14 Soon You'll Understand.wma | Jay-Z | 3,252KB | Audio |
| anonymous_user@KaZaA | Jay Z - This Cant Be Life.mp3 | Jay Z (Feat Scarface) | 3,388KB | Audio |