| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Jay Z - This Cant Be Life.mp3 | Jay Z (Feat Scarface) | 3,388KB | Audio |
| anonymous_user@KaZaA | jay-z - Pop 4 Roc (Feat Beanie Sigel, Memphis Bleek_Amil)... | Jay-Z | 4,312KB | Audio |
| anonymous_user@KaZaA | Jigga - It's Hot (Some Like It Hot, 50 Cent Diss).mp3 | 50 Cent | 2,238KB | Audio |
| anonymous_user@KaZaA | 05 Hold You Down.wma | Illa Ghee | 3,775KB | Audio |
| anonymous_user@KaZaA | Jadakiss -'I'm An Animal Freestyle(50cent Diss) 2005 SOU... | 50 Cent | 3,615KB | Audio |
| anonymous_user@KaZaA | mase-01-welcome_back-olz..mp3 | Mase | 5,657KB | Audio |
| anonymous_user@KaZaA | 4. - Smokin'.mp3 | Nas | 4,703KB | Audio |
| anonymous_user@KaZaA | Got Ur Self A....mp3 | Nas | 3,506KB | Audio |
| anonymous_user@KaZaA | Jadakiss ft Nate Dogg - Time Is Up.wma | Jadakiss ft Nate Dogg | 1,681KB | Audio |
| anonymous_user@KaZaA | El Chaval de la bachata - Cuando el amor se va.mp3 | El Chaval | 3,685KB | Audio |
| anonymous_user@KaZaA | Chiquitita.wma | Yaga y Mackie | 1,346KB | Audio |
| anonymous_user@KaZaA | El Chaval y Raulín Rodríguez - Lamento De Mi Corazón.mp3 | El Chaval | 3,192KB | Audio |
| anonymous_user@KaZaA | Elvis Martinez'El camaron' - Maestra.mp3 | Elvis Martinez'El camaron' | 3,690KB | Audio |
| anonymous_user@KaZaA | Yoskar Sarante - Se te nota.wma | bachtas | 5,351KB | Audio |
| anonymous_user@KaZaA | 14-joe-more_and_more-(main_version)-sc_(2).mp3 | Joe | 2,677KB | Audio |
| anonymous_user@KaZaA | 01-lumidee_busta_rhymes_fabolous-never_leave_remix(m... | lumi dee busta rhymes fa... | 4,660KB | Audio |
| anonymous_user@KaZaA | 02._Tego_Calderon_-_Tego_Live_02.mp3 | Tego Calderon | 4,186KB | Audio |
| anonymous_user@KaZaA | 4. - Sandunguero II - Don Chezina.mpga | Dj Blass | 2,814KB | Audio |
| anonymous_user@KaZaA | AB- TLC KC_Joe – No Scrubs, Life (REGGAE REMIX).mp3 | DJ Short-E | 2,396KB | Audio |
| anonymous_user@KaZaA | Beyonce and Sean Paul - Baby Boy.mp3 | Beyonce Feat Sean Paul | 5,362KB | Audio |
| anonymous_user@KaZaA | Crown Prince Drop Top Riddim Mix-- Sizzla_Elephant Man_M... | Elephant Man | 9,651KB | Audio |
| anonymous_user@KaZaA | Dj Blass - Muevete y Perrea.mp3 | Reggeaton | 1,156KB | Audio |
| anonymous_user@KaZaA | Dj Pablito-Cripta 3 Ghetto Mix(Spanish Reggae Panama)... | Reggae | 2,808KB | Audio |
| anonymous_user@KaZaA | El Chombo – El gato volador.mp3 | El Chombo | 3,061KB | Audio |
| anonymous_user@KaZaA | Elephant Man - Bring Li Pussy Come (ENGINE RIDDIM).mp3 | Elephant Man | 5,132KB | Audio |
| anonymous_user@KaZaA | Elephant Man - Signal The Plane.mp3 | elephant.man | 5,780KB | Audio |
| anonymous_user@KaZaA | elephant_man_zyminis_-_addictive-vod.mp3 | Elephant Man _Zyminis | 4,858KB | Audio |
| anonymous_user@KaZaA | Never Leave You (remix) - Lumidee feat. 50 Cent.mp3 | Lumidee ft. 50 Cent | 3,457KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

## Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | New search | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Never Leave You (remix) - Lumidee Feat. 50 Cent.mp3 | Lumidee ft. 50 Cent | 3,457KB | Audio |
| anonymous_user@KaZaA | PERREO-spanish reggae The Flow-06 Hector y Tito.mp3 | Hector y Tito | 2,291KB | Audio |
| anonymous_user@KaZaA | Reggae Dancehall remix - Shabba, Buju, Sizzla, Sister Nan... | Elephant Man | 502KB | Audio |
| anonymous_user@KaZaA | Reggaeton Sex_Xtassy Reggae - Always Horny.mp3 | Xtassy Reggae | 2,242KB | Audio |
| anonymous_user@KaZaA | Beenie Man Sean Paul Buju Banton Devonte _Tanto Metro... | Reggae | 13,210KB | Audio |
| anonymous_user@KaZaA | Busta Rhymes ft. Sean Paul _Spliff Star - Make It Clap (R... | Busta Rhymes | 2,828KB | Audio |
| anonymous_user@KaZaA | Buzz Riddim - Give Me The Light - Sean Paul.mp3 | Reggae | 3,433KB | Audio |
| anonymous_user@KaZaA | Remix Blu Cantrell feat. Sean Paul - Breathe (Remix).mp3 | Blu Cantrell feat. Sean Pa... | 2,691KB | Audio |
| anonymous_user@KaZaA | Z Latin Merengue - Grupo Mania - Mi nina bonita (1).mp3 | Grupo Mania | 4,064KB | Audio |
| anonymous_user@KaZaA | BACHATA-Kiko Rodriguez - Que Lastima.mp3 | Kiko Rodriguez | 4,282KB | Audio |
| anonymous_user@KaZaA | Bachata-Kiko Rodriguez-El verde de tus ojos.mp3 | Kiko Rodriguez | 2,778KB | Audio |
| anonymous_user@KaZaA | Kiko R - Hoy Te Vi Pasar.mp3 | Kiko Rodriguez | 3,975KB | Audio |
| anonymous_user@KaZaA | Kiko Rodriguez - No Lo Perdona Dios.mp3 | Monchy y Alexandra | 4,451KB | Audio |
| anonymous_user@KaZaA | Aqui estaré.mp3 | Monchy y Alexandra | 4,278KB | Audio |
| anonymous_user@KaZaA | Bachatazos 2001 - Monchy Alexandra - Hoja en Blanco (3)... | Bachata | 4,761KB | Audio |
| anonymous_user@KaZaA | BACHATA_Monchi y Alexandra - De Olvidarla me Olvide:m... | Monchi y Alexandra | 3,238KB | Audio |
| anonymous_user@KaZaA | MONCHY Y ALEXANDRA - DOS LOCOS.mp3 | MONCHY Y ALEXANDRA | 3,855KB | Audio |
| anonymous_user@KaZaA | monchy y alexandra - Te Quiero Igual Que Ayer.mp3 | Monchy_Alexandra | 3,920KB | Audio |
| anonymous_user@KaZaA | Nueva Era-Lo Que to Siento Por TI (1).mp3 | Nueva Era | 3,582KB | Audio |
| anonymous_user@KaZaA | Nueva Era-Permiteme.mp3 | Nueva Era | 3,434KB | Audio |
| anonymous_user@KaZaA | Bachata - Raulin Rodriguez - Que Me La Devuelva.mp3 | Raulin Rodriguez | 5,372KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - SI ALGUN DIA LA VES.mp3 | Raulin Rodriguez | 5,176KB | Audio |
| anonymous_user@KaZaA | Raulin Rodriguez - Anoche Yo Sone Con Ella.mp3 | artist | 4,330KB | Audio |
| anonymous_user@KaZaA | Raulin-Bachata - Morena Yo soy Tu Marido.mp3 | Raulin Rodriguez | 4,427KB | Audio |
| anonymous_user@KaZaA | Raulin-Bachata-Nereyda.mp3 | Bachata | 4,221KB | Audio |
| anonymous_user@KaZaA | Bachata - Zacarias Ferreira - Se Marcho El Amor.mp3 | Bachata | 3,766KB | Audio |
| anonymous_user@KaZaA | bachata - Zacarias Ferreira - Sentimiento de amor.mp3 | Zacarias Ferreira | 3,201KB | Audio |
| anonymous_user@KaZaA | Bachata - Zacarias Ferreira - Siento Que Te Quiero.mp3 | Bachata | 4,127KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Bachata - Zacarias Ferreira - Siento Que Te Quiero.mp3 | Bachata | 4,127KB | Audio |
| anonymous_user@KaZaA | BACHATA-Zacarias Ferreira - Morenita buena.mp3 | Zacarias Ferreira | 3,120KB | Audio |
| anonymous_user@KaZaA | BACHATARENGUE - ZACARIAS FERREIRA - MUJER INTER... | Zacarias Ferreira | 5,215KB | Audio |
| anonymous_user@KaZaA | Various - Bachatas - Zacarias Ferreira - Puro Sentimiento.m... | Bachata | 3,201KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira - Te Tuve Y Te Perdi.mp3 | Zacarias Ferreira | 2,832KB | Audio |
| anonymous_user@KaZaA | Zacarias Ferreira-Estoy enamorado.MP3 | Zacarias Ferreira | 3,248KB | Audio |
| anonymous_user@KaZaA | Oro Solido - El Presidente Del Merengue -La Viagra.mp3 | Oro Solido | 2,577KB | Audio |
| anonymous_user@KaZaA | Anthony Santos -Voy Palla.mp3 | Anthony santos | 3,514KB | Audio |
| anonymous_user@KaZaA | I dont wanna know.wma | P. Diddy/Mario Winans | 2,813KB | Audio |
| anonymous_user@KaZaA | Tupac Shakur, Ja Rule, Snoop Dogg, DMX, Jay-Z - You Th... | 2-Pac, Ja Rule, Snoop, D... | 3,080KB | Audio |
| anonymous_user@KaZaA | 01-50_cent_ft._nate_dogg_and_monica-21_questions_an... | 50 cent ft. nate dogg ... | 6,523KB | Audio |
| anonymous_user@KaZaA | 02-50_cent-8_mile_road_(gunit_remix)_feat_lloyd_banks_-... | 50 Cent | 5,290KB | Audio |
| anonymous_user@KaZaA | Big Pun_Cuban Links - Must Be The Music.mp3 | Big Punisher_Cuban Link | 3,141KB | Audio |
| anonymous_user@KaZaA | Biggie, 50 Cent, and Eminem - Realest Remix.mp3 | b i g ft 50cent eminem | 7,156KB | Audio |
| anonymous_user@KaZaA | The Notorious BIG - Freestyle over MobbDeep (1).mp3 | The Notorious B.I.G. | 1,778KB | Audio |
| anonymous_user@KaZaA | 05-dmx-where_the_hood_at-whoa.mp3 | DMX | 6,648KB | Audio |
| anonymous_user@KaZaA | EMINEM - Invasion (Murder Inc. Benzino Diss).mp3 | Eminem | 3,353KB | Audio |
| anonymous_user@KaZaA | eminem_obie_50cent - love me.mp3 | Eminem, 50 Cent, Obie... | 4,230KB | Audio |
| anonymous_user@KaZaA | 01_Fabolous-Intro-quick.mp3 | Fabolous | 1,012KB | Audio |
| anonymous_user@KaZaA | 03-fabolous-damn_(original_version-gsm.mp3 | Fabolous | 4,670KB | Audio |
| anonymous_user@KaZaA | 06-fabolous-bad_bitch_ft_mike_shorey_and_lil_mo-wcr.m... | Fabolous | 5,107KB | Audio |
| anonymous_user@KaZaA | 08-fabolous-up_on_things_ft_snoop_dogg-wcr.mp3 | Fabolous | 5,219KB | Audio |
| anonymous_user@KaZaA | 09-fabolous-sickalicious_ft_missy_elliot-wcr.mp3 | Fabolous | 5,707KB | Audio |
| anonymous_user@KaZaA | 12-fabolous-change_you_or_change_me-wcr.mp3 | Fabolous | 6,373KB | Audio |
| anonymous_user@KaZaA | 14-fabolous-forgive_me_father-wcr.mp3 | Fabolous | 6,099KB | Audio |
| anonymous_user@KaZaA | 17-fabolous-my_life_ft_mary_j_blige-wcr.mp3 | Fabolous | 6,206KB | Audio |
| anonymous_user@KaZaA | 19-fabolous-keepin_it_gangsta_(remix)_ft_styles_jadakiss... | Fabolous | 7,264KB | Audio |
| anonymous_user@KaZaA | Fabolous - Into You (feat Ashanti).mp3 | Fabolous | 6,435KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

| | User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|---|
| | anonymous_user@KaZaA | Fabolous - Into You (feat Ashanti).mp3 | Fabolous | 6,435KB | Audio |
| | anonymous_user@KaZaA | Fabolous - Make U Mine.mp3 | Fabolous | 4,466KB | Audio |
| | anonymous_user@KaZaA | Fabolous- wake.up_11.mp3 | Fabolous | 3,196KB | Audio |
| | anonymous_user@KaZaA | Fabolous ft. Paul Cain - Why Wouldnt 1.mp3 | Dj Envy Feat Fabolous Pa... | 7,027KB | Audio |
| | anonymous_user@KaZaA | Fabolous-Ya'll Know.mp3 | Fabolous | 2,634KB | Audio |
| | anonymous_user@KaZaA | 08-tony_yayo-Freestyle(live_from_c73_rikers_island)-Omni... | Tony Yayo | 2,501KB | Audio |
| | anonymous_user@KaZaA | 10-lloyd_banks-snake_freestyle-swe.mp3 | Lloyd Banks | 2,300KB | Audio |
| | anonymous_user@KaZaA | 14-lloyd_banks-freestyle-wcr.mp3 | 50 Cent_Lloyd Banks | 3,893KB | Audio |
| | anonymous_user@KaZaA | 21-jr_writer-6_minute_freestyle-whoa.mp3 | J.R. Writer | 6,247KB | Audio |
| | anonymous_user@KaZaA | 27 RubberBand Man.mp3 | jr writer | 5,065KB | Audio |
| | anonymous_user@KaZaA | 37-llyod_banks-freestyle_ft_50_cent-esc.mp3 | Llyoyd Banks | 2,575KB | Audio |
| | anonymous_user@KaZaA | Big L - '98 Freestyle.mp3 | Big L | 2,031KB | Audio |
| | anonymous_user@KaZaA | Cassidy - Freestyle 4.mp3 | cassidy | 2,343KB | Audio |
| | anonymous_user@KaZaA | Eminem - 8 Mile Freestyle Battles (1).mp3 | Dj Rolo | 4,631KB | Audio |
| | anonymous_user@KaZaA | Freestlye- Ludachris Big Tigga.mp3 | Ludacris | 2,349KB | Audio |
| | anonymous_user@KaZaA | (50 Cent) - Many Men (Instrumental).mp3 | (50 Cent) | 3,046KB | Audio |
| | anonymous_user@KaZaA | 07 - 101-Ying Yang Twins-Naggin Instrumental.mp3 | Unknown | 3,003KB | Audio |
| | anonymous_user@KaZaA | Alchemist - Sick Piano Beat (Instrumental).mp3 | Various | 2,784KB | Audio |
| | anonymous_user@KaZaA | alchemist - Trials Of Love (Instrumental).mp3 | Alchemist | 3,624KB | Audio |
| | anonymous_user@KaZaA | Big Pun - Off with His Head (Instrumental).mp3 | Instrumental | 3,772KB | Audio |
| | anonymous_user@KaZaA | DJ Clue Feat. 50 Cents - Super Mario Bros. Rap.mp3 | (Instrumental) DJ Clue | 1,715KB | Audio |
| | anonymous_user@KaZaA | ill beats Instrumentals- Ice Beats - Rap Instrumental.mp3 | XXN1927 Productions <W... | 2,196KB | Audio |
| | anonymous_user@KaZaA | Instrumental- Dr Dre - The Next Episode.mp3 | Dr. Dre_Snoop Dogg | 3,840KB | Audio |
| | anonymous_user@KaZaA | Instrumental - 50 Cent - In Da Club.mp3 | (50 Cent) | 3,452KB | Audio |
| | anonymous_user@KaZaA | Instrumental - Jay Z - Soon You'll Understand.mp3 | Instrumental | 4,544KB | Audio |
| | anonymous_user@KaZaA | Instrumentals - Nas - Nas Is Like (1).mp3 | Nas | 3,742KB | Audio |
| | anonymous_user@KaZaA | Jay Z_Eminem - Renegade (Instrumental).mp3 | Jay-Z_Eminem | 5,281KB | Audio |
| | anonymous_user@KaZaA | RAP Instrumentals--Nas- Shoot 'em Up (Instrumental).mp3 | Instrumental | 1,233KB | Audio |

Found 793 files.    2,698,191 users online, sharing 582,104,868 files (35,756,032 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Shop | Traffic | Tell A Friend | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | RAP Instrumentals--Nas - Shoot 'em Up (Instrumental).mp3 | Instrumental | 1,236KB | Audio |
| anonymous_user@KaZaA | [INSTRUMENTAL] GANGSTARR--Right Where You Stand.m... | Gang Starr Ft Jadakiss | 5,293KB | Audio |
| anonymous_user@KaZaA | MY BLOCK (DIRTY) the fix scarface.mp3 | Scarface | 3,398KB | Audio |
| anonymous_user@KaZaA | 01-b2k_feat._fabolous-girlfriend_(remix)-cms.mp3 | B2K Feat. Fabolous | 5,158KB | Audio |
| anonymous_user@KaZaA | 01-gang_starr-right_where_you_stand_(ft_jadakiss)_(mai... | Gang Starr | 5,370KB | Audio |
| anonymous_user@KaZaA | 01-ja-rule-loose_change-jah.mp3 | Ja Rule | 4,043KB | Audio |
| anonymous_user@KaZaA | 02-bone_crusher_ft_busta_rhymes-camron_jadakiss-neve... | Bone Crusher Feat. Busta... | 8,115KB | Audio |
| anonymous_user@KaZaA | 03-pitch_black-its_all_real_(dirty)-cms.mp3 | Pitch Black | 5,461KB | Audio |
| anonymous_user@KaZaA | 06-lil_kim_feat_mobb_deep_mr_cheeks-jump_off_remix-wc... | Lil Kim Feat. Mobb Deep, Mr... | 6,121KB | Audio |
| anonymous_user@KaZaA | 06-snoop_dogg-lollipop_(ft_jay-z_soopafly_nate_dogg)-es... | Snoop Dogg | 5,364KB | Audio |
| anonymous_user@KaZaA | 09-cd1-benzino_(dissin_eminem)-pull_up_your_skirt-wcr.m... | Benzino (Dissin Eminem) | 5,301KB | Audio |
| anonymous_user@KaZaA | 10-DJ_GL_Ft._Jadakiss_Sheek_Styles_J_Hood-2_Gunz_Up... | DJ GL Ft. Jadakiss Sheek ... | 6,141KB | Audio |
| anonymous_user@KaZaA | 12-lil_kim-magic_stick_(feat_50_cent)-rns.mp3 | Lil Kim | 8,437KB | Audio |
| anonymous_user@KaZaA | 19-loon_feat._kelis-how_you_want_that-wcr.mp3 | Loon Feat. Kelis | 4,754KB | Audio |
| anonymous_user@KaZaA | 50 Cent_Eminem_Busta Rhymes - Hail Mary 2003 (Ja Ru... | 50 Cent_Eminem_Bust... | 4,949KB | Audio |
| anonymous_user@KaZaA | 50 cent - Dissin Ghostface.mp3 | 50 Cent | 2,023KB | Audio |
| anonymous_user@KaZaA | 50 cent - gunit pimps.mp3 | lloyd banks young buc | 1,124KB | Audio |
| anonymous_user@KaZaA | 50-Banks-LIL Flip-Buck-PIMP.mp3 | 50 cent young buck lloyd ... | 7,688KB | Audio |
| anonymous_user@KaZaA | Allen Iverson - 40 Bars.mp3 | Allen Iverson AKA Jewels | 4,664KB | Audio |
| anonymous_user@KaZaA | Big Tymers, Lil' Wayne, Juvenile - Project Chick.mp3 | Big Tymers, Lil' Wayne, ... | 4,395KB | Audio |
| anonymous_user@KaZaA | Bonecrusher - Neva Scared (1).mp3 | T.I. and P.S.C. | 7,460KB | Audio |
| anonymous_user@KaZaA | Busta Rhymes - 12 - I Know What You Want.mp3 | Busta Rhymes | 7,602KB | Audio |
| anonymous_user@KaZaA | Cuban Link - Flowers for the Dead.mp3 | Cuban Link | 4,400KB | Audio |
| anonymous_user@KaZaA | Eminem Parody - Christina Aguilera - Will The Real Slim Sha... | Christina Aguilera | 1,782KB | Audio |
| anonymous_user@KaZaA | GAMEMIXTAPE7.mp3 | Fabolous, Lloyd Banks, B... | 6,050KB | Audio |
| anonymous_user@KaZaA | GET BY - TALIB KWELI-QUALITY-BEST DEAL.mp3 | Talib Kweli | 3,562KB | Audio |
| anonymous_user@KaZaA | Harlem World feat Mase - I Really Like It.mp3 | Mase feat. Harlem World | 4,431KB | Audio |
| anonymous_user@KaZaA | Ja Rule- Clap Back (1).mp3 | Ja Rule | 7,223KB | Audio |

Found 793 files | 2,698,491 users online sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Ja Rule - Clap Back (1).mp3 | Ja Rule | 7,223KB | Audio |
| anonymous_user@KaZaA | Junior Mafia - Get Money (remix f Biggie Smalls).mp3 | Mase/Puff Daddy/P. Didd... | 4,274KB | Audio |
| anonymous_user@KaZaA | Lil Kim feat. Mr. Cheeks, Timbaland - The Jumpoff..mp3 | Lil Kim, MR. Cheeks, Timba... | 5,595KB | Audio |
| anonymous_user@KaZaA | Lil Kim - The Jumpoff feat. Timbaland_Mr. Cheeks.mp3 | Lil Kim | 5,595KB | Audio |
| anonymous_user@KaZaA | Limp Bizkit - Rollin' Remix.mp3 | Limp Bizket f/ DMX, Meth,... | 6,020KB | Audio |
| anonymous_user@KaZaA | Lost Boyz Feat Canibus, A+, and Redman-Beast From the ... | Lost Boyz Feat Canibus, ... | 5,216KB | Audio |
| anonymous_user@KaZaA | Lucifer.mp3 | JR Writer | 3,576KB | Audio |
| anonymous_user@KaZaA | Ludacris - Some South Shit.mp3 | Ruff Ryders | 3,276KB | Audio |
| anonymous_user@KaZaA | mack_10-02-hate_in_yo_eyes-rns.mp3 | Mac 10 | 4,904KB | Audio |
| anonymous_user@KaZaA | Mase - All I Ever Wanted.mp3 | Ma$e | 3,789KB | Audio |
| anonymous_user@KaZaA | Mase feat, Lox, Dmx and BlackRob - 24 Hours to Live.mp3 | Mase f.The LOX, DMX, Bl... | 4,001KB | Audio |
| anonymous_user@KaZaA | MA$E, 112, JAY Z, LIL CEASE - Cheat On You.MP3 | Mase F. 112_Lil Ceas_... | 3,055KB | Audio |
| anonymous_user@KaZaA | Mase, Loon, Shyne, Meeno_Mysonne - If You Could Start... | Mase | 4,320KB | Audio |
| anonymous_user@KaZaA | Mase-Same Niggaz.mp3 | Mase | 4,989KB | Audio |
| anonymous_user@KaZaA | Mobb Deep - Infamy 2001 - 06 - Hey Luv feat 112.mp3 | Mobb_deep-06-be-with_... | 4,370KB | Audio |
| anonymous_user@KaZaA | new artist - busta rhymes break ya neck.mp3 | New Artist (10) | 3,300KB | Audio |
| anonymous_user@KaZaA | p diddy and the bad boy family - bad boy for life.mp3 | P Diddy and the Bad Boy ... | 5,930KB | Audio |
| anonymous_user@KaZaA | Puff Daddy - Ill Be Missing You.mp3 | Puff Daddy _Faith feat. ... | 4,847KB | Audio |
| anonymous_user@KaZaA | Puff Daddy f. Mase, Lil' Kim, Notorious BIG-It's All About th... | Puff Daddy | 4,336KB | Audio |
| anonymous_user@KaZaA | Puff Daddy, Mase and Notorius BIG - Been Around the Wor... | Puff Daddy, Mase _Notor... | 3,716KB | Audio |
| anonymous_user@KaZaA | Puff Daddy, Mase,_Carl Thomas- Been Around the World_... | Puff Daddy,Mase,Carl Th... | 4,906KB | Audio |
| anonymous_user@KaZaA | Puff Daddy, Mase, Natorious B.I.G.- Mo Money, Mo Probl... | Puff Daddy, Mase, Natori... | 3,386KB | Audio |
| anonymous_user@KaZaA | Punjabi MC feat. Jay-Z - Beware Of The Boys REMIX-para... | Panjabi MC Feat.Jay Z N... | 5,616KB | Audio |
| anonymous_user@KaZaA | Sean Paul-50 Cent - Real Rude Boys (1).mp3 | 50 Cent | 2,691KB | Audio |
| anonymous_user@KaZaA | Shyne - Bad Boys Anthem (feat. Barrington Levy).mp3 | Barrington Levy | 5,095KB | Audio |
| anonymous_user@KaZaA | talib kwali-just to get by.mp3 | Talib Kweli | 5,388KB | Audio |
| anonymous_user@KaZaA | Thalia and Fat joe -i want you whoa.mp3 | Thalia Ft. Fat Joe | 4,941KB | Audio |
| anonymous_user@KaZaA | 01-nas_feat_jadakiss_ludacris-made_you_look_remix-gsm... | Nas Feat Jadakiss Ludacris | 4,977KB | Audio |

Found 793 files | 2,698,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Search Field | Tell A Friend | Web

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Punjabi MC feat. Jay-Z - Beware Of The Boys REMIX-para... | Punjabi MC Feat. Jay Z N... | 5,616KB | Audio |
| anonymous_user@KaZaA | Sean Paul-50 Cent - Real Rude Boys (1).mp3 | 50 Cent | 2,691KB | Audio |
| anonymous_user@KaZaA | Shyne - Bad Boys Anthem (feat. Barrington Levy).mp3 | Barrington Levy | 5,095KB | Audio |
| anonymous_user@KaZaA | talib kweli-just to get by.mp3 | Talib Kweli | 5,388KB | Audio |
| anonymous_user@KaZaA | Thalia and fat joe -i want you whoa.mp3 | Thalia Ft. Fat Joe | 4,941KB | Audio |
| anonymous_user@KaZaA | 01-nas_feat_jadakiss_ludacris-made_you_look_remix-gsm... | Nas Feat Jadakiss Ludacris | 4,977KB | Audio |
| anonymous_user@KaZaA | 07-nas-i_can_(instrumental)-cms.mp3 | Nas | 5,938KB | Audio |
| anonymous_user@KaZaA | nas-- ether.mp3 | Nas | 6,507KB | Audio |
| anonymous_user@KaZaA | Nas - Shoot Em Up.mp3 | Nas | 4,063KB | Audio |
| anonymous_user@KaZaA | 04 Ya no te creo nada.mp3 | Frank Reyes | 4,488KB | Audio |
| anonymous_user@KaZaA | 06 A esa mujer .mp3 | Frank Reyes | 1,782KB | Audio |
| anonymous_user@KaZaA | 07 Curame.mp3 | Frank Reyes | 4,641KB | Audio |
| anonymous_user@KaZaA | 09 Donde hubo fuego queda ceniza.mp3 | Frank Reyes | 4,641KB | Audio |
| anonymous_user@KaZaA | 01 Vine a Decirte Adios.mp3 | Frank Reyes | 4,344KB | Audio |
| anonymous_user@KaZaA | 05 Me dejaste abandonado.mp3 | Frank Reyes | 3,490KB | Audio |
| anonymous_user@KaZaA | 02 Muy Lindo Amor.mp3 | Frank Reyes | 4,794KB | Audio |
| anonymous_user@KaZaA | 10 Cuando Te Conoci.mp3 | Frank Reyes | 3,994KB | Audio |
| anonymous_user@KaZaA | 02 De Mis MalesTu Tienes La Culpa.mp3 | Frank Reyes | 486KB | Audio |
| anonymous_user@KaZaA | 09 Amor en silencio.mp3 | Frank Reyes | 3,908KB | Audio |
| anonymous_user@KaZaA | 01 Tu Eres Ajena.mp3 | Frank Reyes | 3,800KB | Audio |
| anonymous_user@KaZaA | 01 Se fue mi Amor Bonito.mp3 | Frank Reyes | 3,804KB | Audio |
| anonymous_user@KaZaA | 05 Inventame.mp3 | Frank Reyes | 3,536KB | Audio |
| anonymous_user@KaZaA | 09 Ya Basta.mp3 | Frank Reyes | 3,502KB | Audio |
| anonymous_user@KaZaA | 01 Nada De Nada.mp3 | Frank Reyes | 3,653KB | Audio |
| anonymous_user@KaZaA | 04 Dejame Entrar En Ti.mp3 | Frank Reyes | 2,677KB | Audio |
| anonymous_user@KaZaA | 07 Adolecente.mp3 | Frank Reyes | 3,964KB | Audio |
| anonymous_user@KaZaA | 09 Como Llora Mi Alma.mp3 | Frank Reyes | 4,104KB | Audio |
| anonymous_user@KaZaA | 05 Contigo O Sin Ti.mp3 | Frank Reyes | 4,548KB | Audio |

Found 793 Files | 2,696,191 users online, sharing 582,104,868 files (35,756,032 GB) | Not sharing any files