UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WARNER BROS. RECORDS INC.**, <u>et</u> <u>al.</u>, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v.                              : | Civil Action |
| : | No.  05-1061 (GK) |
| **DOES 1-10,**                  : | |
| : | |
| **Defendants.**                 : | |

### ORDER TO SHOW CAUSE

On May 26, 2005, Plaintiffs filed a Complaint against Does 1-10.  That same day, Plaintiffs filed a Motion for Leave to Take Immediate Discovery, [#3], to determine the true identities of the Doe Defendants.  Plaintiffs represented that if the Court granted the Motion, they would subpoena the true names and other identification information about Defendants within 15 business days.  <u>See</u> Pls.' Mot. at 12.  The Court granted Plaintiff's Motion on June 2, 2005.  Since that time, Plaintiffs have failed to effect service on Defendants or otherwise notify the Court of the status of the case. Fed. R. Civ. P. 4(m) stipulates that when

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Accordingly, it is hereby

**ORDERED** that Plaintiffs show cause no later than **October 20, 2005,** why the Complaint should not be dismissed for failure to prosecute.

```
                              /s/
                         Gladys Kessler
                         U.S. District Judge
```

October 5, 2005

**Copies to:**  **attorneys of record via ECF**