## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WARNER BROS. RECORDS,** *et al.*, | : | |
| **Plaintiffs,** | : | |
| v. | : | Civil Action No. 05-1061 (GK) |
| **DOES 1-10,** | : | |
| **Defendants.** | : | |

## ORDER OF DISMISSAL

Upon the Plaintiffs' Voluntary Dismissal of all remaining Defendants Doe Without Prejudice from this Action, it is hereby

**ORDERED** that Plaintiffs' Complaint against all remaining Defendants Doe is hereby **dismissed without prejudice.**


February 8, 2006                                   /s/
                                                   Gladys Kessler
                                                   United States District Judge

**Copies via ECF to all counsel of record**